# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **THOMAS F. FRIEDBERG and SARAH L. BUNGE,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| ) | **Case No. 3:19-cv-0053** |
| v. ) ) | |
| **DAYBREAK, INC. d/b/a HUBER AND ASSOCIATES,** ) ) ) | |
| ) | |
| **Defendant.** ) ) | |

**BEFORE THE COURT** is Defendant Daybreak, Inc.'s ("Daybreak") Motion to Dismiss Complaint or For Stay. (ECF No. 16.) Plaintiffs opposed the motion (ECF No. 18) and Defendant filed its reply. (ECF No. 21.)

Plaintiffs commenced this action on July 14, 2019, alleging a breach of contract for work done on the Plaintiffs' property. Defendant filed the instant motion seeking a stay pending the completion of the Superior Court litigation, "*Daybreak, Inc. dba Huber and Associates v. Thomas F. Friedberg, et al.*, Division of St. Thomas and St. John, Case No. ST-10-cv-716." (ECF No. 16 at 1.) On November 16, 2023, Daybreak filed a Notice of Settlement in the Superior Court action, advising that the parties settled their differences. On February 23, 2024, the Superior Court issued an Order dismissing the case with prejudice. In light of the foregoing, it is hereby

**ORDERED** that the parties **SHALL** file a joint notice informing the Court about the status of this case no later than September 25, 2024.

**Date:** September 20, 2024             /s/ *Robert A. Molloy*
                                        **ROBERT A. MOLLOY**
                                        **Chief Judge**