IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

CASE NO. 3:19-cv-0053

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

      Plaintiffs,

      v.

DAYBREAK, INC., dba HUBER & ASSOCIATES

      Defendant.
_____/

## JOINT STATUS REPORT

In accordance with this Court's order of September 20, 2024 (Doc. 29), directing the parties to submit a joint status report, the parties advise the Court that the Defendant's Motion to Dismiss or Stay is fully briefed and awaiting a decision and that they have engaged in no other activity in the case.

The Superior Court case, *Daybreak, Inc., dba Huber & Associates v. Thomas F. Friedberg, et al*, has resolved and has been dismissed. It is Plaintiffs' position that the Superior Court lawsuit and settlement does not affect the claims raised in the above titled lawsuit. It is Defendant's position that the settlement in the Superior Court lawsuit precludes further action in this Federal Case. Defendant will be withdrawing its Motion to Dismiss or Stay and will file an Answer and Affirmative Defenses within ten (10) days of this status. It plans on addressing the issues brought up in the Motion to Dismiss as a Motion for Summary Judgment.

Plaintiffs further request that this Court schedule a Rule 16 Trial Management Conference to schedule dates.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas F. Friedberg | /s/ Andrew C. Simpson |
| Thomas F. Friedberg | Andrew C. Simpson |
| VI Bar 1006 | VI Bar 451 |
| *Attorney for Plaintiffs* | *Attorney for Defendant Daybreak Inc.* |
| 1005 Rosecrans Street, Suite 202 | 2191 Church Street, Ste. 5 |
| P.O. Box 6814 | Christiansted, St. Croix |
| San Diego, CA, 92166 | U.S. Virgin Islands 00820 |
| (619)557-0101 | (340)719-3900 |
| tom@lawofficefb.com | asimpson@coralbrief.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2024, a true and correct copy of **JOINT STATUS REPORT** was filed on the Court's CM/ECF system, which shall provide notice to the following:

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                                        *s/ THOMAS F. FRIEDBERG*
                                                    **THOMAS F. FRIEDBERG**