IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG and SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. d/b/a HUBER AND ASSOCIATES, <br><br> Defendant. | Case No. 3:19-cv-0053 |

## ORDER

**BEFORE THE COURT** is Defendant Daybreak, Inc.'s Motion to Dismiss Complaint or For Stay. (ECF No. 16.) In light of the parties' September 25, 2024 Joint Status Report, ECF No. 30, and the Order of Dismissal in the Superior Court case captioned *Daybreak, Inc. dba Huber and Assoc. v. Thomas F. Friedberg, et al.*, Case No. ST-10-CV-0716, it is hereby

**ORDERED** that Defendant Daybreak, Inc.'s Motion to Dismiss Complaint or For Stay, ECF No. 16, is **MOOT**.

**Date:** September 25, 2024         /s/ *Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **Chief Judge**