## IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

      Plaintiffs,

v.

DAYBREAK, INC. dba HUBER & ASSOCIATES,

      Defendant.

**CIVIL ACTION NO. 3:19-cv-0053**

**JURY TRIAL DEMANDED**

### NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on October 16, 2024, Plaintiffs did serve their Rule 26 (a)(1) Initial Disclosures.

By: *s/ THOMAS F. FRIEDBERG, ESQ.*
    THOMAS F. FRIEDBERG, ESQ.(VI#1006)
    Attorneys for Plaintiffs THOMAS F.
    FRIEDBERG & SARAH L. BUNGE
    THE LAW OFFICES OF FRIEDBERG &
    BUNGE
    1005 ROSECRANS STREET, SUITE 202
    PO BOX 6814
    SAN DIEGO, CALIFORNIA 92166
    TEL : (619)557-0101
    FAX : (619)557-0560
    E-mail : "tom@lawofficefb.com"

### CERTIFICATE OF SERVICE

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-GAT*
*Notice of Service of Rule 26 Initial Disclosures*
*October 16, 2024*
*Page 2*

I hereby certify that on this 16th day of October 2024, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

_s/ THOMAS F. FRIEDBERG_
**THOMAS F. FRIEDBERG**