IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

CASE NO. 3:19-cv-0053

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

      Plaintiffs,
          v.

DAYBREAK, INC., dba HUBER & ASSOCIATES

      Defendant.
_____/

## NOTICE OF APPEARANCE PRO HAC VICE ON BEHALF OF DAYBREAK, INC., DBA HUBER & ASSOCIATES

Please take notice that Jeffrey C. Cosby of the law firm of Williams, Leininger, and Cosby, P.A., previously permitted by the Court to Appear Pro Hac Vice in this action [ECF No. #17], hereby enters an appearance as co-counsel of record on behalf of Defendant, DAYBREAK, INC., dba HUBER & ASSOCIATES and requests that all future correspondence, docket notices, or other official communications directed or pertaining to DAYBREAK, INC., dba HUBER & ASSOCIATES be served at the address(es) listed below. All information provided in support of Mr. Cosby's initial Pro Hac Vice motion [ECF No. #11] remains current and correct, including sponsoring co-counsel.

Date: November 4, 2024

                                s/ Jeffrey C. Cosby, Esq.
                                Jeffrey C. Cosby, Esq.
                                Florida Bar No. 967981
                                Service to: eservice@wlclaw.com
                                Attorney for Defendant Daybreak Inc
                                Williams, Leininger & Cosby, P.A.
                                301 SE Ocean Blvd., Suite 205
                                Stuart, FL  34994
                                Telephone: 772-463-8402

Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on November 4, 2024, we electronically filed the foregoing document via CM/ECF to the parties listed below:

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
610 West Ash Street, Suite 1400
San Diego, CA 92166
tom@lawofficefb.com
Phone: 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
Attorney for the Plaintiffs