# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF PLAINTIFFS' REQUESTS FOR ADMISSION

　　PLEASE TAKE NOTICE that on November 17, 2024, Plaintiffs served their Requests for Admission on Defendant.

　　　　　　　　　　　　　　　　　　　　By: */s/ THOMAS F. FRIEDBERG, ESQ.*
　　　　　　　　　　　　　　　　　　　　THOMAS F. FRIEDBERG, ESQ.(VI#1006)
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
　　　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF FRIEDBERG & BUNGE**
　　　　　　　　　　　　　　　　　　　　1005 ROSECRANS STREET, SUITE 202
　　　　　　　　　　　　　　　　　　　　PO BOX 6814
　　　　　　　　　　　　　　　　　　　　SAN DIEGO, CALIFORNIA 92166
　　　　　　　　　　　　　　　　　　　　TEL : (619)557-0101
　　　　　　　　　　　　　　　　　　　　FAX : (619)557-0560
　　　　　　　　　　　　　　　　　　　　E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-EAH*
*Notice of Service of Request for Admission*
*November 17, 2024*
*Page  2*

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2024, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' REQUEST FOR ADMISSION** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                                */s/ THOMAS F. FRIEDBERG*
                                                **THOMAS F. FRIEDBERG**