# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br> Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## DEFENDANT'S NOTICE OF SERVICE OF REQUEST FOR PRODUCTION TO PLAINTIFFS

COMES NOW the Defendant Daybreak Inc, by and through the undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 34, and states a Request for Production has been served to Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge via Plaintiffs' attorney as herein below set forth, to be answered under oath and in writing within the time prescribed by law.

Date: November 20, 2024

            s/ Jeffrey C. Cosby, Esq.
            Jeffrey C. Cosby, Esq.
            Florida Bar No. 967981
            Service to: eservice@wlclaw.com
            Attorney for Defendant Daybreak Inc
            Williams, Leininger & Cosby, P.A.
            301 SE Ocean Blvd., Suite 205
            Stuart, FL  34994

                    Telephone: 772-463-8402
                    Facsimile: 772-463-4820

                    s/ Andrew C. Simpson, Esq.
                    Andrew C. Simpson, Esq.
                    VI Bar 451
                    Attorney for Defendant Daybreak Inc
                    2191 Church Street, Ste. 5
                    Christiansted, St. Croix
                    U.S. Virgin Islands 00820
                    Telephone No. (340)719-3900

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on November 20, 2024, we electronically filed the foregoing document via CM/ECF to the parties listed below:

                    s/ Jeffrey C. Cosby, Esq.
                    Jeffrey C. Cosby, Esq.
                    Florida Bar No. 967981
                    Service to: eservice@wlclaw.com
                    Attorney for Defendant Daybreak Inc
                    Williams, Leininger & Cosby, P.A.
                    301 SE Ocean Blvd., Suite 205
                    Stuart, FL  34994
                    Telephone: 772-463-8402
                    Facsimile: 772-463-4820

                    s/ Andrew C. Simpson, Esq.
                    Andrew C. Simpson, Esq.
                    VI Bar 451
                    Attorney for Defendant Daybreak Inc
                    2191 Church Street, Ste. 5
                    Christiansted, St. Croix
                    U.S. Virgin Islands 00820
                    Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
610 West Ash Street, Suite 1400
San Diego, CA 92166
tom@lawofficefb.com
Phone: 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
Attorney for the Plaintiffs