# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>    Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

### DEFENDANT'S NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFFS

COMES NOW the Defendant Daybreak Inc, by and through the undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 33, and states the Interrogatories have been served to Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge via Plaintiffs' attorney as herein below set forth, to be answered under oath and in writing within the time prescribed by law.

Date: November 20, 2024

                                     s/ Jeffrey C. Cosby, Esq.
                                     Jeffrey C. Cosby, Esq.
                                     Florida Bar No. 967981
                                     Service to: eservice@wlclaw.com
                                     Attorney for Defendant Daybreak Inc
                                     Williams, Leininger & Cosby, P.A.
                                     301 SE Ocean Blvd., Suite 205
                                     Stuart, FL  34994

Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on November 20, 2024, we electronically filed the foregoing document via CM/ECF to the parties listed below:

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
610 West Ash Street, Suite 1400
San Diego, CA 92166
tom@lawofficefb.com
Phone: 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
Attorney for the Plaintiffs