# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br><br>　　　　Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## PLAINTIFFS' NOTICE OF SERVICE OF RESPONSES TO DEFENDANT'S INTERROGATORIES

　　　PLEASE TAKE NOTICE that on December 8, 2024, Plaintiffs' served their responses to Defendant's Interrogatories.

Dated :  December 8, 2024　　　　　　　　**LAW OFFICES OF FRIEDBERG & BUNGE**

　　　　　　　　　　　　　　　　　　　　　By: /s/ THOMAS F. FRIEDBERG, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　THOMAS F. FRIEDBERG, ESQ.(VI#1006)
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs THOMAS F.
　　　　　　　　　　　　　　　　　　　　　　FRIEDBERG & SARAH L. BUNGE
　　　　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF FRIEDBERG & BUNGE**
　　　　　　　　　　　　　　　　　　　　　1005 ROSECRANS STREET, SUITE 202
　　　　　　　　　　　　　　　　　　　　　PO BOX 6814
　　　　　　　　　　　　　　　　　　　　　SAN DIEGO, CALIFORNIA 92166
　　　　　　　　　　　　　　　　　　　　　TEL : (619)557-0101
　　　　　　　　　　　　　　　　　　　　　FAX : (619)557-0560
　　　　　　　　　　　　　　　　　　　　　E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2024, a true and correct copy of **PLAINTIFFS' RESPONSES TO INTERROGATORIES** was filed with the Court's EC/CMF filing system which will provide notice to the following:

Jeffrey C. Cosby, Esq.

Florida Bar No. 967981

Service to: eservice@wlclaw.com

Attorney for Defendant Daybreak Inc

Williams, Leininger & Cosby, P.A.

301 SE Ocean Blvd., Suite 205

Stuart, FL  34994

Telephone: 772-463-8402

Facsimile: 772-463-4820


Andrew C. Simpson

**ANDREW C. SIMPSON, PC**

2191 Church St., Ste. 5

Christiansted, VI 00820

TEL : 340.719.3900

E-MAIL : asimpson@coralbrief.com


    /s/ *THOMAS F. FRIEDBERG*

    **THOMAS F. FRIEDBERG**