# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>      Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>      Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## PLAINTIFFS' NOTICE OF SERVICE OF RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION

    PLEASE TAKE NOTICE that on December 8, 2024, Plaintiffs' served their responses to Defendant's Request for Production.

Dated :  December 8, 2024        **LAW OFFICES OF FRIEDBERG & BUNGE**

                                         By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
                                              THOMAS F. FRIEDBERG, ESQ.(VI#1006)
                                             Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
                                            **THE LAW OFFICES OF FRIEDBERG & BUNGE**
                                            1005 ROSECRANS STREET, SUITE 202
                                            PO BOX 6814
                                            SAN DIEGO, CALIFORNIA 92166
                                            TEL : (619)557-0101
                                            FAX : (619)557-0560
                                            E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of December 2024, a true and correct copy of **PLAINTIFFS' RESPONSES TO REQUEST FOR PRODUCTION** was filed with the Court's EC/CMF filing system which will provide notice to the following:

Jeffrey C. Cosby, Esq.

Florida Bar No. 967981

Service to: eservice@wlclaw.com

Attorney for Defendant Daybreak Inc

Williams, Leininger & Cosby, P.A.

301 SE Ocean Blvd., Suite 205

Stuart, FL  34994

Telephone: 772-463-8402

Facsimile: 772-463-4820


Andrew C. Simpson

**ANDREW C. SIMPSON, PC**

2191 Church St., Ste. 5

Christiansted, VI 00820

TEL : 340.719.3900

E-MAIL : asimpson@coralbrief.com


                                                          */s/ THOMAS F. FRIEDBERG*

                                                            **THOMAS F. FRIEDBERG**