# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>      Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>      Defendant. | CIVIL ACTION NO. 3:19-cv-0053<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) SECOND DISCLOSURES**

PLEASE TAKE NOTICE that on January 17, 2025, Plaintiffs did serve their Rule 26 (a)(1) Second Disclosures.

Dated :   January 17, 2025                **LAW OFFICES OF FRIEDBERG & BUNGE**

                                                      By: *s/ THOMAS F. FRIEDBERG, ESQ.*
                                                          THOMAS F. FRIEDBERG, ESQ.(VI#1006)
                                                          Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
                                                          THE LAW OFFICES OF FRIEDBERG & BUNGE
                                                          1005 ROSECRANS STREET, SUITE 202
                                                          PO BOX 6814
                                                          SAN DIEGO, CALIFORNIA 92166
                                                          TEL : (619)557-0101
                                                          FAX : (619)557-0560
                                                          E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-GAT*
*Notice of Service of Rule 26 Second Disclosures*
*January 17, 2025*
*Page 2*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) SECOND DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL : asimpson@coralbrief.com

                                                    *s/ THOMAS F. FRIEDBERG*
                                                    **THOMAS F. FRIEDBERG**