# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br> Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## PLAINTIFFS' NOTICE OF SERVICE OF SUPPLEMENTAL RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION

PLEASE TAKE NOTICE that on January 17, 2025, Plaintiffs' served their supplemental responses to Defendant's Request for Production.

Dated : January 17, 2025    LAW OFFICES OF FRIEDBERG & BUNGE

By: /s/ THOMAS F. FRIEDBERG, ESQ.
   THOMAS F. FRIEDBERG, ESQ.(VI#1006)
   Attorneys for Plaintiffs THOMAS F.
   FRIEDBERG & SARAH L. BUNGE
   **THE LAW OFFICES OF FRIEDBERG & BUNGE**
   1005 ROSECRANS STREET, SUITE 202
   PO BOX 6814
   SAN DIEGO, CALIFORNIA 92166
   TEL : (619)557-0101
   FAX : (619)557-0560
   E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2025, a true and correct copy of **PLAINTIFFS' SUPPLEMENTAL RESPONSES TO REQUEST FOR PRODUCTION** was filed with the Court's EC/CMF filing system which will provide notice to the following:

Jeffrey C. Cosby, Esq.

Florida Bar No. 967981

Service to: eservice@wlclaw.com

Attorney for Defendant Daybreak Inc

Williams, Leininger & Cosby, P.A.

301 SE Ocean Blvd., Suite 205

Stuart, FL  34994

Telephone: 772-463-8402

Facsimile: 772-463-4820


Andrew C. Simpson

**ANDREW C. SIMPSON, PC**

2191 Church St., Ste. 5

Christiansted, VI 00820

TEL : 340.719.3900

E-MAIL :asimpson@coralbrief.com


    */s/ THOMAS F. FRIEDBERG*

    **THOMAS F. FRIEDBERG**