### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>            Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>            Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' NOTICE OF SERVICE OF
### DEPOSITION AND REQUEST FOR PRORUCTION

PLEASE TAKE NOTICE that on March 6, 2025, Plaintiffs served a Notice of Deposition and Request for Production for the following deposition:

| **Deponent** | **Date** | **Time** | **Location** |
|---|---|---|---|
| Barry Huber | April 8, 2025 | 11:00 am | Lexitas, 305 Northeast First Street, Gainsville, Florida 32601<br>(352) 373 7778 |

Dated :   March 6, 2025                              **LAW OFFICES OF FRIEDBERG & BUNGE**

By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
            THOMAS F. FRIEDBERG, ESQ.(VI#1006)
            Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-EAH*
*Notice of Deposition and Request for Production*
*March 6, 2025*
*Page 2*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' REQUEST FOR PRODUCTION** was field with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820


Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com


                                                          /s/ THOMAS F. FRIEDBERG
                                                          **THOMAS F. FRIEDBERG**