| | |
|---|---|
| **From:** | tom@lawofficefb.com |
| **To:** | Mellisa Mcdaniel; Jeff Cosby |
| **Cc:** | "Sarah Bunge" |
| **Subject:** | RE: F&B v. Daybreak |
| **Date:** | Wednesday, April 16, 2025 3:36:19 PM |
| **Attachments:** | image001.png |

Good day – the fact discovery cut off is May 7. If April 28 does not work, we can set his deposition by zoom following Sarah's deposition on May 2, 2025, or on April 24, 2025, following Chris' deposition. These can be by zoom. Thanks Tom

Thomas F. Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
Telephone : (619)557-0101
Facsimile : (619)557-0560
tom@lawofficefb.com


VIRGIN ISLANDS OFFICE:

LAW OFFICES OF FRIEDBERG & BUNGE
The Marketplace, Office Suites II, Suites 101 C&D
5000 Estate Enighed, PMB 158
St. John, USVI 00830
Telephone: (340) 693-0331
Facsimile: (340) 693-0332

**From:** Mellisa Mcdaniel <Mellisa@WLCLAW.com>
**Sent:** Wednesday, April 16, 2025 12:32 PM
**To:** tom@lawofficefb.com; Jeff Cosby <Jcosby@wlclaw.com>
**Cc:** 'Sarah Bunge' <Slb@lawofficefb.com>
**Subject:** RE: F&B v. Daybreak

Good afternoon,

April 28th does not work for Micah. He is available on May 22 or May 23rd


Thank you,
**Mellisa Mcdaniel**
Case Management Paralegal



Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd. Suite 205

Exhibit "A"

Stuart, FL  34994-2209
561.296.2195 Direct
772.463.8402 Ext. 312
772.463.4820 Fax
mellisa@wlclaw.com

**Important – Williams, Leininger & Cosby, P.A. utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via telephone.**

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your computer system.  For further information about Williams, Leininger & Cosby, PA, please visit our website at wlclaw.com.

**From:** tom@lawofficefb.com <tom@lawofficefb.com>
**Sent:** Wednesday, April 16, 2025 12:09 PM
**To:** Jeff Cosby <Jcosby@wlclaw.com>; Mellisa Mcdaniel <Mellisa@WLCLAW.com>
**Cc:** 'Sarah Bunge' <Slb@lawofficefb.com>
**Subject:** F&B v. Daybreak

Good day – I have spoken to Chris Bunge regarding his deposition. He resides in Okabena Minnesota. If you want to take his deposition in person, it will need to be where Chris resides. Give me a call to discuss dates. Thanks Tom

Thomas F. Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
Telephone : (619)557-0101
Facsimile : (619)557-0560
tom@lawofficefb.com


VIRGIN ISLANDS OFFICE:

LAW OFFICES OF FRIEDBERG & BUNGE
The Marketplace, Office Suites II, Suites 101 C&D
5000 Estate Enighed, PMB 158
St. John, USVI 00830
Telephone: (340) 693-0331
Facsimile : (340) 693-0332