IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

### AFFIDAVIT OF MELLISA MCDANIEL

STATE OF FLORIDA)

) SS

COUNTY OF MARTIN)

Before me, the undersigned authority, personally appeared Mellisa McDaniel after being first duly sworn states as follows:

1. My name is Mellisa McDaniel

2. I am over the age of 18 years and am otherwise sui juris.

3. I am the paralegal assigned to the Friedberg v. Daybreak file.

4. I was responsible for coordinating the deposition of Chris Bunge.

5. On April 16, 2025, I spoke with Thomas Friedberg regarding the scheduling of the deposition of Chris Bunge.

Exhibit "C"

6. We agreed upon the date of April 24, 2025 as Mr. Friedberg advised that was the only date that worked.

7. We accepted that date and the emails attached further support the phone conversation regarding scheduling. See attached Exhibits A and B.

_____
Mellisa McDaniel

STATE OF FLORIDA)

) SS

COUNTY OF MARTIN)

BEFORE ME personally appeared Mellisa McDaniel, known to be the person named in the foregoing instrument who is personally known to me or who has produced as identification and has acknowledged before me that he executed the foregoing Affidavit freely and voluntarily for the purposes therein expressed.

WITNESS my hand and official seal at said County and State last aforesaid, this day of 18th April, 2025.

_____
NOTARY PUBLIC, State of Florida at Large

DARCEE M. PILARSKI
Commission # HH 288146
Expires July 18, 2026

MY COMMISSION EXPIRES: 07/18/2026