## IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVIVCE OF PLAINTIFFS' NOTICE OF DEPOSITION AND REQUEST FOR PRORUCTION

PLEASE TAKE NOTICE that on April 20, 2021, Plaintiffs did serve their Notice of Deposition of Micah Cady which will take place as follows:

| **Deponent** | **Date** | **Time** | **Location** |
|---|---|---|---|
| Micah Cady | May 2, 2025 | 12:00 pm EST/9:00 am PST | Zoom. The Court Reporter will forward the zoom invite. |

Dated : April 20, 2025　　　　　　　　**LAW OFFICES OF FRIEDBERG & BUNGE**

　　　　　　　　　　　　　　　　　　By: /s/ THOMAS F. FRIEDBERG, ESQ.
　　　　　　　　　　　　　　　　　　　　THOMAS F. FRIEDBERG, ESQ.(VI#1006)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs THOMAS F.
　　　　　　　　　　　　　　　　　　FRIEDBERG & SARAH L. BUNGE
　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF FRIEDBERG & BUNGE**
　　　　　　　　　　　　　　　　　　1005 ROSECRANS STREET, SUITE 202
　　　　　　　　　　　　　　　　　　PO BOX 6814
　　　　　　　　　　　　　　　　　　SAN DIEGO, CALIFORNIA 92166
　　　　　　　　　　　　　　　　　　TEL : (619)557-0101
　　　　　　　　　　　　　　　　　　FAX : (619)557-0560
　　　　　　　　　　　　　　　　　　E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-EAH*
*Notice of Service of Notice of Deposition*
*April 20, 2025*
*Page 2*

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' NOTICE OF DEPOSITION** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820


Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com


                                                             /s/ THOMAS F. FRIEDBERG
                                                            **THOMAS F. FRIEDBERG**