# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S EMERGENY MOTION TO COMPEL THE DEPOSITION OF CHRIS BUNGE OR IN THE ALTERNATIVE EXTEND THE FACTUAL DISCOVERY DEADLINE (DOC 56)

COMES NOW the Defendant, DAYBREAK, INC., dba HUBER & ASSOCIATES, by and through its undersigned counsel, and hereby withdraws its Emergency Motion to Compel the Deposition of Chris Bunge (DOC 56).

Date: April 21, 2025

　　　　　　　　　　　　　　　　s/ Jeffrey C. Cosby, Esq.
　　　　　　　　　　　　　　　　Jeffrey C. Cosby, Esq.
　　　　　　　　　　　　　　　　Florida Bar No. 967981
　　　　　　　　　　　　　　　　Service to: eservice@wlclaw.com
　　　　　　　　　　　　　　　　Attorney for Defendant Daybreak Inc
　　　　　　　　　　　　　　　　Williams, Leininger & Cosby, P.A.
　　　　　　　　　　　　　　　　301 SE Ocean Blvd., Suite 205
　　　　　　　　　　　　　　　　Stuart, FL  34994
　　　　　　　　　　　　　　　　Telephone: 772-463-8402
　　　　　　　　　　　　　　　　Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 21, 2025, we electronically filed the foregoing document via CM/ECF to the parties listed below:

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
610 West Ash Street, Suite 1400

San Diego, CA 92166
tom@lawofficefb.com
Phone: 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
Attorney for the Plaintiffs