

**INTERROGATORY NO. 20:**

Have you made any claim with your insurance company for the damage to the roof that occurred during Hurricane Irma? If so, what is the claim number for the claim?

**RESPONSE TO INTERROGATORY NO. 20:**

There was not a claim for the main roof.

**INTERROGATORY NO. 21:**

What is the name, phone number, address, and any other contact information for any insurance company that insures the subject property?

**RESPONSE TO INTERROGATORY NO. 21:**

The property was insured at the time the work was performed with Island Heritage, policy number IHG54145.

