Page 82

1  The plan was to put them in last year, but -- you know.
2  Q   Okay. But there is a plan for such --
3  A   Oh, yes.
4  Q   -- other doors?
5  A   Oh, yes.
6  Q   Okay. And the plywood -- was anything other
7  than plywood used to secure the main house?
8  A   Yes.
9  Q   What?
10 A   A product called Storm Catcher.
11 Q   What is that?
12 A   It's a Kevlar-based product similar to
13 Armor Screen that is made -- that is to Dade County
14 Specifications. My understanding is it's supposed to stop
15 95 percent of wind and rain up to 150 miles per hour.
16 Q   Okay. Which would leave 75 miles an hour if
17 it's 225; right?
18 A   The Storm Catcher survived just fine.
19 Q   Okay. Did any of the plywood have a breach or
20 disappear?
21 A   No. And, again, the 225 was just kind of rumor
22 on the island as to --
23 Q   Understood.
24 A   -- what the maximum winds -- sustained winds. I
25 don't think they were actually measured or there was --

Page 83

1  was ability to actually measure them on St. John.
2  Q   Do you know if it was a direct hit to St. John?
3  A   I don't think it was a direct hit. But the
4  eye- -- portion of the eyewall did go over the island.
5  Q   How long -- are you aware of how long the
6  hurricane-force winds were battering the island?
7  A   Couple hours. I mean, that's just a guess.
8  Q   Yeah. Do you remember the speed of the storm?
9  Its forward speed, for example?
10 A   Not really.
11 Q   Okay. And you're not a meteorologist, I take
12 it?
13 A   No.
14 Q   Was there any damage to any of the property
15 other than the roof lift- -- lifting up?
16 A   Yes.
17 Q   What -- what -- describe the damage.
18 A   We lost a bit of plaster on a number of
19 structures. Our generator took a strike. Someone's roof
20 took off the console -- or the center console for our
21 boat.
22 Q   Someone else's roof?
23 A   Yeah.
24 Q   Okay.
25 A   Yeah. About 50 percent of the homes were

Page 84

1  destroyed on the island. And -- you know, we had a --
2  quite a bit of cosmetic damage, foliage damage, generator
3  damage. You know, had a new truck, a deck went through
4  the windshield -- you know, and the like. You know, the
5  actual physical integrity of the structures held.
6  Q   Did you have property insurance?
7  A   We did have property insurance.
8  Q   And did -- how did that work? Did you make a
9  claim?
10 A   It didn't work out very well.
11 Q   Okay.
12 A   We were underinsured. And so there's a
13 tremendous penalty for being underinsured and -- you know,
14 it was my -- so at the end of the day, no, we really did
15 not make out very well at all.
16 Q   Who was the insurance with?
17 A   It was through Lloyd's. Don't recall which
18 Lloyd's underwriter it was.
19 Q   Did you have an agent?
20 A   No. Did we have an agent? Yeah. I think the
21 pro- -- the product was purchased through Tunick Insurance
22 in -- in -- they have an office in St. John.
23 Q   Does it still exist?
24 A   Tunick is still in existence.
25 Q   Were -- was there an amount paid out?

Page 85

1  A   There was an amount paid out.
2  Q   And what was that amount?
3  A   100,000, I'm thinking. I -- I could be off. It
4  could be a little more. I don't think it was less.
5  Q   Do you remember the total amount of the
6  coverage?
7  A   I believe we had a million-dollar coverage. Or
8  at least the property was insured for up to a million
9  dollars.
10 Q   Was there any claim made -- I know a claim was
11 made.
12     Was there any litigation that arose out of the
13 property insurance claim?
14 A   Yeah. We had to sue.
15 Q   And was that a settlement for 100,000 plus?
16 A   It was -- I mean, again, I don't recall the
17 exact number, but, yeah, it was a settlement.
18 Q   Where was the suit?
19 A   It was in the Virgin Islands.
20 Q   Which court?
21 A   District Court.
22 Q   When did that resolve?
23 A   Hurricane -- it was 2017, was the hurricane.
24     Before 2020.
25 Q   And how did it resolve? Was it a mediation?

22 (Pages 82 - 85)

Page 86

1  Did it go to trial?
2      A   No.  It resolved by way of settlement.  And I
3  should add that amount is -- whatever amount was paid was
4  a confidential amount.
5      Q   Okay.
6      A   So I'm going to ask Ms. Reporter to note the --
7  any dollar amount I probably shouldn't be saying it
8  without permission to do so.
9      Q   Okay.  Did you sign a release --
10     A   I prob- --
11     Q   -- pursuant to that settlement?
12     A   I'm sure I did.
13     Q   And are you 100 percent sure there's a
14 confidentiality provision?
15     A   I would say yes because since I've been
16 practicing in the Virgin Islands, every single lawsuit
17 I've ever been involved in has a confidentiality
18 provision.  They're very big on them down there.
19     Q   Okay.  And who was the suit against?  You
20 versus -- or tell me who the plaintiffs were and who --
21     A   We were the -- Sarah and I were the plaintiffs
22 versus the underwriter -- underwriting entity.  I don't
23 recall --
24     Q   Do you remember the name?
25     A   No.  I -- it was a Lloyd's underwriter.  I don't

Page 87

1  recall specifically the -- the name of it.
2      Q   Okay.  All right.  Let's go ahead and take a
3  break.  We've been going for two hours.  I'd like to take
4  a break for the court reporter and anybody who wants a
5  break.
6      A   Sure.
7          (Off the record at 12:06 p.m.)
8          (On the record at 12:12 p.m.)
9  BY MR. COSBY:
10     Q   Do you know anything about the structures that
11 existed on the property prior to your purchase of the
12 property?
13     A   Yes.
14     Q   And I mean before whatever Hur- -- you said
15 Hurricane Marilyn took those down.
16         So do you have an idea, either through pictures
17 or otherwise, what it looked like previously?
18     A   Yes.
19         You know, real quick, I just want to make
20 sure -- I may -- I want to make clear that the clips that
21 were missing were on the east side, not the west side.
22     Q   Okay.
23     A   And Sarah mentioned to me during the break I may
24 have confused those two.
25     Q   Okay.  So is it your understanding that the

Page 88

1  issues with the roof of the main house are limited to the
2  east side?
3      A   I wouldn't say limited.  But my understanding is
4  that the clips that were discovered to be missing were on
5  the east side.
6      Q   Okay.
7      A   The entire roof has not been ripped up, so I
8  don't know.  And I'm not going to speculate.  But the
9  failure -- failed areas that we're aware of are on the
10 east side.
11     Q   Okay.  So this -- I don't know -- this bouncing
12 that was -- that you've described, is that predominately
13 on the east side?
14     A   Yes.
15     Q   Okay.  Does the west side have any of that
16 bounce?
17     A   I don't know.
18     Q   Okay.  And how about north and south?  Or is it
19 strictly an east or a west thing?
20     A   It may not necessarily be -- you know --
21     Q   I'm not going to --
22     A   -- it's the area facing the ocean.
23     Q   Okay.
24     A   Which is a good -- you've seen pictures, I
25 think.

Page 89

1      Q   Right.  Yeah.
2      A   So the area facing the ocean is the area of
3  concern.
4      Q   Okay.  Have you walked the entire roof or the
5  majority of the roof since Irma?
6      A   I -- I'm sure I did.
7      Q   Okay.
8      A   I don't specifically recall everything about the
9  roof, but I'm sure I walked around on the roof.
10     Q   Right.  What areas were there actual breaches of
11 the roof?  In other words -- let me -- let me retract
12 that question.  Let me ask a different question.
13         Were there actual breaches in the roof?
14     A   There was one area that there was a minor
15 breach -- the master bedroom on the north side.
16     Q   Okay.
17     A   Or the approximate north side of the property.
18     Q   Do you know if there were any components of the
19 roof that blew away or were missing completely --
20     A   No.
21     Q   -- after Irma?
22     A   No.  The -- the challenge or the breaches
23 occurred because of, I believe, debris.  There were homes
24 above us and around us that were flattened.  And our
25 speculation is --

23 (Pages 86 - 89)