Page 13

1  Q   -- as far as the main house?
2  A   That isn't what I did.
3  Q   Okay. Tell me what you did. I don't
4  understand what you did.
5  A   Well, steel is put down. You pour concrete on
6  it.
7  Q   Okay.
8  A   The walls are formed.
9  Q   Okay.
10 A   Pour concrete in those.
11 Q   Okay. Anything else?
12 A   That's it.
13 Q   Okay. Did you have anything to do with the
14 original roof construction of the main house?
15 A   No.
16 Q   Did you ever work on the roof of the main house
17 in any capacity, either maintenance, repair, or
18 otherwise?
19 A   Yes.
20 Q   What did you do with regard to the main roof?
21 A   Fastened furrings and insulation.
22 Q   As far as insulation, you mean installing
23 insulation?
24 A   Semi-rigid polyisocyanurate insulation.
25 Q   Okay.

Page 14

1  A   That's between the furrings.
2  Q   And describe what the furrings are. What does
3  that mean?
4  A   Furrings are any type of wood that a roof
5  fastens to, generally a metal roof.
6  Q   Do you know what period of time you were
7  working on the roof on the main house? In other
8  words, days? Months?
9  A   No.
10 Q   Do you know if it was more or less than six
11 months that you worked on the roof?
12 A   I don't recall what time I was working on it.
13 Q   Did you work on the roof of any of the other
14 buildings?
15 A   Yes.
16 Q   Was Phil still the contractor on the job when
17 you were doing the work on the roof of the main
18 house?
19 A   No.
20 Q   Was there any contractor on the job at that
21 point?
22 A   No.
23 Q   Did anyone assist you on any of the work you
24 did on the roof of the main house?
25 A   Yes.

Page 15

1  Q   Who?
2  A   I'd rather not say.
3  Q   Why is that?
4  A   Because I don't want them to be deposed.
5  Q   Okay. Well, that's not a valid reason.
6  A   Okay. One guy is from Dominica. That's where
7  he lives.
8  Q   What is that? Dominican Republic? I don't
9  know what Dominica is.
10 A   Dominica is an island south. It's probably
11 closer to South America than it is anywhere else.
12 Q   Okay. That's one person.
13 A   And then another person is retired that lives
14 in St. John. All I know is his first name was
15 Kenny.
16 Q   Kenny is the person who lives in St. John?
17 A   Yeah.
18 Q   And what's the other person's name? We don't
19 have time to depose anyone else in this case.
20 A   Thomas Guiste, I think.
21     COURT REPORTER: Say the last name again.
22     THE WITNESS: G-U-I-S-T-E.
23 Q   (By Mr. Cosby) Thomas is his first name?
24 A   Yeah.
25 Q   And what kind of work did Thomas perform on the

Page 16

1  roof?
2  A   What I told him to do.
3  Q   Which was what?
4  A   What he was doing was pretty much screwing in
5  the furrings.
6  Q   Was Thomas living on St. John at the time?
7  A   Either St. John or St. Thomas. I don't
8  remember which.
9  Q   And Kenny, what was his role as far as the main
10 house work?
11 A   Actually, he didn't do anything on the roof.
12 Q   Kenny? Kenny did not?
13 A   No.
14 Q   I just want to make sure this reads right
15 because I said Kenny did not, you said no. So did
16 Kenny work on the roof or not?
17 A   No.
18 Q   Did anyone else work on the roof of the main
19 house at your direction other than you --
20 A   No.
21 Q   -- or Thomas? No?
22 A   No.
23 Q   Was there ever a contractor working on the
24 property that had workers on the property while you
25 were there other than Phil?