## IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br> Defendant. | **CIVIL ACTION  NO. 3:19-cv-0053** <br><br> **JURY TRIAL DEMANDED** |

TO:     DEFENDANT DAYBREAK, INC., dba HUBER & ASSOCIATES:

   PLEASE TAKE NOTICE that on June 30, 2025, Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge, did hereby serve their Rule 26 Expert Disclosures.

By: *s/ THOMAS F. FRIEDBERG, ESQ.*
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Plaintiffs THOMAS F.
   FRIEDBERG & SARAH L. BUNGE
   THE LAW OFFICES OF FRIEDBERG & BUNGE
   1005 ROSECRANS STREET, SUITE 202
   PO BOX 6814
   SAN DIEGO, CALIFORNIA 92166
   TEL : (619)557-0101
   FAX : (619)557-0560
   E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-GAT*
*Notice Service of Rule 26 Expert Disclosures*
*June 29, 2025*
*Page 2*

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) EXPERT DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820


Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL : asimpson@coralbrief.com


    *s/ THOMAS F. FRIEDBERG*
    **THOMAS F. FRIEDBERG**