IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG and SARAH L. BUNGE, <br><br>　　　　　　Plaintiffs, <br>v. <br><br>DAYBREAK, INC., d/b/a HUBER & ASSOCIATES, <br><br>　　　　　　Defendants. | ) <br> ) <br> ) <br> ) CASE NO. 3:19-cv-00053 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a zoom mediation conference was held on the 7th day of July 2025.

The following were present:

__✓__　　1.　　All Plaintiffs.

_____　　2.　　Plaintiff's trial counsel.

_____　　3.　　If Plaintiff is not an individual, the representative who appeared had total authority.

_____　　4.　　All Defendants.

__✓__　　5.　　Defendant's trial counsel.

__✓__　　6.　　If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

_____　　　　The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

_____　　　　The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

**Mediation Report**
**Page Two**
Thomas F. Friedberg and Sarah L. Bunge v. Daybreak, Inc. d/b/a Huber & Associates
Case No. 3:19-cv-00053

✓ _____ The parties have reached a total impasse, all issues require Court action.

_____ The matter has been recessed for further mediation.

_____ Other:

DATE: July 7, 2025
AMERICAN MEDIATION INSTITUTE

_____
David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI 00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Thomas Friedberg, Esq.
Jeffrey Cosby, Esq.
Andrew C. Simpson, Esq