### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br> Defendant. | CIVIL ACTION NO. 3:19-cv-0053 <br><br> **JURY TRIAL DEMANDED** |

TO:   DEFENDANT DAYBREAK, INC., dba HUBER & ASSOCIATES:

PLEASE TAKE NOTICE that on July 2025, Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge, did hereby serve an Amended Expert Disclosure Statement Pursuant to Fed.R.Civ.P. Rule 26(a) stating that witness Richard Maiocio is a foundational witness who prepared the cost of repair estimate. He did not inspect the roof.

                                                By: *s/ THOMAS F. FRIEDBERG, ESQ.*
                                                THOMAS F. FRIEDBERG, ESQ.(VI#1006)
                                                Attorneys for Plaintiffs THOMAS F.
                                                      FRIEDBERG & SARAH L. BUNGE
                                                      THE LAW OFFICES OF FRIEDBERG &
                                                      BUNGE
                                                      1005 ROSECRANS STREET, SUITE 202
                                                      PO BOX 6814
                                                      SAN DIEGO, CALIFORNIA 92166
                                                      TEL : (619)557-0101
                                                      FAX : (619)557-0560
                                                      E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-GAT*
*Notice of Service of Rule 26 Expert Disclosures*
*July 24, 2025*
*Page 2*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' AMENDED RULE 26(a)(1) EXPERT DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL 34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

    *s/ THOMAS F. FRIEDBERG*
    **THOMAS F. FRIEDBERG**