# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>          Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br><br>          Defendant. | **CIVIL ACTION NO. 3:19-cv-0053** |

## AMENDED NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 the undersigned attorneys will take the deposition of:

| | |
|---|---|
| NAME | Arthur Sanders,<br>AIA Emeritus,<br>2001 Chapel Street<br>New Haven, CT 06515 |
| DATE: | August 28, 2025 |
| TIME: | 10:00 AM |
| PLACE: | 157 Church Street<br>19th floor<br>New Haven, CT 06510 |

upon oral examination before Veritext, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of California. The oral examination will

continue from day to day until completed. The deposition is being taken for purpose of discovery, use at trial, or such other purposes as are permitted under the Rules of Court.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 12, 2025, we electronically served the foregoing document to the parties listed below:

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL 34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
Telephone : (619)557-0101
Attorney for the Plaintiffs

cc: Veritext