# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>      Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br><br>      Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## AMENDED NOTICE OF TAKING DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 the undersigned attorneys will take the deposition of:

NAME            Laura Dolan

DATE:           September 8, 2025

START TIME:   10:00 AM PST

PLACE:         550 W C Street
                       Suite 800
                       San Diego, CA 92101

Upon oral examination before Veritext, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of California. The oral examination will continue from day to day until completed. The deposition is being taken for purpose of discovery, use at trial, or such other purposes as are permitted under the Rules of Court.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on August 12, 2025, we electronically served the foregoing document to the parties listed below:

        s/ Jeffrey C. Cosby, Esq.
        Jeffrey C. Cosby, Esq.
        Florida Bar No. 967981
        Service to: eservice@wlclaw.com
        Attorney for Defendant Daybreak Inc
        Williams, Leininger & Cosby, P.A.
        301 SE Ocean Blvd., Suite 205
        Stuart, FL  34994
        Telephone: 772-463-8402
        Facsimile: 772-463-4820

        s/ Andrew C. Simpson, Esq.
        Andrew C. Simpson, Esq.
        VI Bar 451
        Attorney for Defendant Daybreak Inc
        2191 Church Street, Ste. 5
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
Telephone : (619)557-0101
Attorney for the Plaintiffs

cc: Veritext