# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

       Plaintiffs,

v.

DAYBREAK, INC. dba HUBER & ASSOCIATES,

       Defendant.

**CIVIL ACTION NO. 3:19-cv-0053**

TO: THOMAS F. FRIEDBERG & SARAH L. BUNGE

      PLEASE TAKE NOTICE that on August 15, 2025, Defendant,

DAYBREAK, INC. DBA HUBER & ASSOCIATES, did hereby serve their Rule

26 Expert Disclosures.

<u>**CERTIFICATE OF SERVICE**</u>

      WE HEREBY CERTIFY that on August 15, 2025, we electronically served the

foregoing document via CM/ECF system to the parties listed below:

              <u>s/ Jeffrey C. Cosby, Esq.</u>
              Jeffrey C. Cosby, Esq.
              Florida Bar No. 967981
              Service to: eservice@wlclaw.com
              Attorney for Defendant Daybreak Inc
              Williams, Leininger & Cosby, P.A.
              301 SE Ocean Blvd., Suite 205

Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

<u>s/ Andrew C. Simpson, Esq.</u>
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

**<u>SERVICE LIST:</u>**

Thomas Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
Telephone : (619)557-0101
Attorney for the Plaintiffs