# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>    Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

TO: THOMAS F. FRIEDBERG & SARAH L. BUNGE

PLEASE TAKE NOTICE that on August 19, 2025, Defendant, DAYBREAK, INC. DBA HUBER & ASSOCIATES, did hereby serve Amended Expert Disclosures pursuant to Fed.R.Civ.P. Rule 26(a).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 19, 2025, we electronically served the foregoing document via CM/ECF system to the parties listed below:

    s/ Jeffrey C. Cosby, Esq.
    Jeffrey C. Cosby, Esq.
    Florida Bar No. 967981
    Service to: eservice@wlclaw.com
    Attorney for Defendant Daybreak Inc
    Williams, Leininger & Cosby, P.A.
    301 SE Ocean Blvd., Suite 205

Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900


**SERVICE LIST:**

Thomas Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
Telephone : (619)557-0101
Attorney for the Plaintiffs