**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br> Defendant. | CIVIL ACTION NO. 3:19-cv-0053 <br><br> **JURY TRIAL DEMANDED** |

TO:   DEFENDANT DAYBREAK, INC., dba HUBER & ASSOCIATES:

   PLEASE TAKE NOTICE that on August 26, 2025, Plaintiffs did serve their Rule 26 Third Disclosure Statement.

                                           By: *s/ THOMAS F. FRIEDBERG, ESQ.*
                                           THOMAS F. FRIEDBERG, ESQ.(VI#1006)
                                              Attorneys for Plaintiffs THOMAS F.
                                           FRIEDBERG & SARAH L. BUNGE
                                           THE LAW OFFICES OF FRIEDBERG & BUNGE
                                           1005 ROSECRANS STREET, SUITE 202
                                           PO BOX 6814
                                           SAN DIEGO, CALIFORNIA 92166
                                           TEL : (619)557-0101
                                           FAX : (619)557-0560
                                           E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) THIRD DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                         *s/ THOMAS F. FRIEDBERG*
                                         **THOMAS F. FRIEDBERG**