**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>         Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>         Defendant. | CIVIL ACTION NO. 3:19-cv-0053<br><br>**JURY TRIAL DEMANDED** |

TO:   DEFENDANT DAYBREAK, INC., dba HUBER & ASSOCIATES:

PLEASE TAKE NOTICE that on September 1, 2025, Plaintiffs did serve their Rule 26 Fourth Disclosure Statement.

By: *s/ THOMAS F. FRIEDBERG, ESQ.*
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
   Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
THE LAW OFFICES OF FRIEDBERG & BUNGE
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) FOURTH DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820


Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                              *s/ THOMAS F. FRIEDBERG*
                                              **THOMAS F. FRIEDBERG**