Established 1883



Telephone (203) 469-6454
Fax (203) 469-0868
Email: service@fjdahill.com

## Commercial Roofing & Restoration Contractors

**1003 Middletown Avenue**                                **Northford, CT 06472**

<u>September 4, 2025</u>

<u>**RICHARD K. MAIOCCO, President**</u>
<u>**Ownership – April 2022**</u>

<u>**PRIOR TO OWNERSHIP -**</u>
- Employed by the F. J. Dahill Co., Inc. for 48 +years
- Four (4) years in supervisory position.
- Twenty-one (21) years in foreman/field experience.
- Estimator  Twenty (20 years)
- Member NRCA, NERCA, CRCA, IMI, RIRI



STRUCTURAL RESTORATION CONTRACTORS
1003 Middletown Avenue
Northford, CT 06472
PHONE (203) 469-6454 • FAX (203) 469-0868

**INVOICE**

F.J. **Dahill** CO., INC.

FRETOM

SOLD
TO:

THOMAS FRIEDBERG ESQ.
Tff@LawOfficeFB.com
610 WEST ASH STREET # 1400
SAN DIEGO, CA 92166-0814

WORK DONE AT: Roofing Service Work

*Posted 1/17/2025*

| JOB NO. | CUSTOMER ORDER NO. | TERMS | PLEASE REMIT BY INVOICE NUMBER | | DATE |
|---------|--------------------|-------|--------------------------------|--|------|
| 00010-R | | Net Upon Receipt | | 50136 | 03-04-20 |

PERFORMED TEMPORARY ROOF REPAIRS@ THE FRIEDBERG-BUNGE RESIDENCE AS DIRECTED
BY OWNER. TOOK FIELD MEASUREMENTS FOR PERMANENT ROOF REPAIRS.

SEE ATTACHED SUMMARY.

9,342.81

Amount Billed     $9,342.81
Total Tax

✓ $9,342.81     **PAID**

FEB - 5 2025

ROOF REPAIRS ARE NOT GUARANTEED UNLESS COVERED BY A VALID WARRANTY

**ACCOUNTS OVERDUE ARE SUBJECT TO A FINANCE CHARGE of 1½% PER MONTH (18% ANNUALLY).
IF LEGAL ACTION IS NECESSARY ALL COLLECTION COSTS AND ATTORNEY'S FEES WILL BE ADDED.**

**F&B v. DAYBREAK**                    **P000585**

Friedber Resdience - Material, Labor and Travel Expenses for Repairs 2/24/19 - 2/28/19

| Quantity | Unit | Materials | Unit Price | Price |
|---|---|---|---|---|
| | | Travel | | |
| 1 | | Air fare for 2 employees | 1,060.88 | 1,060.88 |
| 1 | | Charge for baggage at airports | 200.00 | 200.00 |
| 1 | | Parking at airport | 119.11 | 119.11 |
| 2 | | Ferry Travel to and from ST Thomas | 28.30 | 56.60 |
| | | | | |
| | | Materials | | |
| 1 | | Copper Flashing for repairs, misc | 625.00 | 625.00 |
| | | | | 0.00 |
| | | Food | | 0.00 |
| 1 | | Dolphin Gourmet | 5.90 | 5.90 |
| 1 | | Dolphin Gourmet | 63.90 | 63.90 |
| 1 | | Carls Jr. | 26.96 | 26.96 |
| 1 | | Carls Jr. | 26.96 | 26.96 |
| 1 | | Dawg's of St. John | 15.50 | 15.50 |
| 1 | | Starfish Market | 20.99 | 20.99 |
| 1 | | Sam & Jack's Deli | 33.00 | 33.00 |
| 1 | | St. John Gourmet | 5.90 | 5.90 |
| 1 | | St. John Airport Stand | 20.00 | 20.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | Subtotal | | 2,280.70 |
| | | Material Mark up (15%) | | 342.11 |
| 80.00 | MH | Labor | 84.00 | 6,720.00 |
| | | Total | | 9,342.81 |

2,622.81

F&B v. DAYBREAK    P000586

**FRIEDBERG & BUNGE**
1005 ROSECRANS ST. SUITE 202
SAN DIEGO, CA 92106
PH. (619) 557-0101

BANC OF CALIFORNIA
1190 Orange Avenue
Coronado, CA 92118
90-3820/1222

35777

DATE 1/29/25    CHECK ✓    AMOUNT $9,342.81

**PAY TO THE ORDER OF:** F.J. Dahull
One thousand three hundred forty two

VOID IF NOT PRESENTED WITHIN 90 DAYS OF ISSUANCE
VOID IF CHECK IS ALTERED

F&B Daybreak  19015  E50136

AUTHORIZED SIGNATURE

⑆035777⑆ ⑈122238200⑈ 6667269156⑈

**FRIEDBERG & BUNGE**

35777

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | | |
|---|---|---|---|---|---|

F&B v. DAYBREAK    P000587