# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>      Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>      Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF PLAINTIFFS' NOTICE OF DEPOSITION AND REQUEST FOR PRORUCTION

PLEASE TAKE NOTICE that on September 8, 2025, Plaintiffs did serve notice of the following deposition and request for production:

| Deponent | Date | Time | Location |
|---|---|---|---|
| Joe Bragg | September 23, 2025 | 9:00 am EST | Lexitas, 20 North Orange Avenue, Suite 700, Orlando, Florida 32801 |

Dated :  September 8, 2025        **LAW OFFICES OF FRIEDBERG & BUNGE**

By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
            THOMAS F. FRIEDBERG, ESQ.(VI#1006)
              Attorneys for Plaintiffs THOMAS F.
            FRIEDBERG & SARAH L. BUNGE
            **THE LAW OFFICES OF FRIEDBERG & BUNGE**
            1005 ROSECRANS STREET, SUITE 202
            PO BOX 6814
            SAN DIEGO, CALIFORNIA 92166
            TEL : (619)557-0101
            FAX : (619)557-0560
            E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-EAH*
*Notice of Service of Notice of Deposition and Request for Production*
*September 8, 2025*
*Page 2*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820


Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                                  */s/ THOMAS F. FRIEDBERG*
                                                  **THOMAS F. FRIEDBERG**