# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## **DEFENDANT'S RULE 26(1) DISCLOSURE-UPDATED**

COMES NOW the Defendant, DAYBREAK, INC., dba HUBER & ASSOCIATES, by and through its undersigned counsel, and hereby provides its Rule 26(1) updated disclosure as and states as follows:

2. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**34. Photographs taken by Expert Joseph Bragg on May 6, 2025.**

Date: September 9, 2025

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com

        Attorney for Defendant Daybreak Inc
        Williams, Leininger & Cosby, P.A.
        301 SE Ocean Blvd., Suite 205
        Stuart, FL  34994
        Telephone: 772-463-8402
        Facsimile: 772-463-4820

        <u>s/ Andrew C. Simpson, Esq.</u>
        Andrew C. Simpson, Esq.
        VI Bar 451
        Attorney for Defendant Daybreak Inc
        2191 Church Street, Ste. 5
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone No. (340)719-3900

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on September 9, 2025, we electronically filed the foregoing document via CM/ECF to the parties listed below:

        <u>s/ Jeffrey C. Cosby, Esq.</u>
        Jeffrey C. Cosby, Esq.
        Florida Bar No. 967981
        Service to: eservice@wlclaw.com
        Attorney for Defendant Daybreak Inc
        Williams, Leininger & Cosby, P.A.
        301 SE Ocean Blvd., Suite 205
        Stuart, FL  34994
        Telephone: 772-463-8402
        Facsimile: 772-463-4820

        <u>s/ Andrew C. Simpson, Esq.</u>
        Andrew C. Simpson, Esq.
        VI Bar 451
        Attorney for Defendant Daybreak Inc
        2191 Church Street, Ste. 5
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone No. (340)719-3900

**SERVICE LIST:**

Thomas Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92166-0814
tom@lawofficefb.com
Phone: 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
Attorney for the Plaintiffs