### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, | CIVIL ACTION NO. 3:19-cv-0053 |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| DAYBREAK, INC. dba HUBER & ASSOCIATES, | |
| Defendant. | |

TO:   DEFENDANT DAYBREAK, INC., dba HUBER & ASSOCIATES:

PLEASE TAKE NOTICE that on September 9, 2025, Plaintiffs did serve their Rule 26 Seventh Disclosure Statement.

                                                By: *s/ THOMAS F. FRIEDBERG, ESQ.*
                                                THOMAS F. FRIEDBERG, ESQ.(VI#1006)
                                                Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
                                                THE LAW OFFICES OF FRIEDBERG & BUNGE
                                                1005 ROSECRANS STREET, SUITE 202
                                                PO BOX 6814
                                                SAN DIEGO, CALIFORNIA 92166
                                                TEL : (619)557-0101
                                                FAX : (619)557-0560
                                                E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) SEVENTH DISCLOSURE STATEMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

*s/ THOMAS F. FRIEDBERG*
**THOMAS F. FRIEDBERG**