# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF PLAINTIFFS' NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION

PLEASE TAKE NOTICE that on October 1, 2025, Plaintiffs did serve a Notice of Deposition and Request for Production as follows:

| **Deponent** | **Date** | **Time** | **Location** |
|---|---|---|---|
| Micha Cady | October 7, 2025 | 9:00 am PST/12:00 pm EST | Zoom – Court Reporter will provide link |
| Barry Huber | October 7, 2025 | 10:30 am PST/ 1:30 pm EST | Zoom – Court reporter to provide link |

Dated :   October 1, 2025　　　　　　　**LAW OFFICES OF FRIEDBERG & BUNGE**

　　　　　　　　　　　　　　　　　　By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
　　　　　　　　　　　　　　　　　　　　　THOMAS F. FRIEDBERG, ESQ.(VI#1006)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs THOMAS F.
　　　　　　　　　　　　　　　　　　FRIEDBERG & SARAH L. BUNGE
　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF FRIEDBERG & BUNGE**
　　　　　　　　　　　　　　　　　　1005 ROSECRANS STREET, SUITE 202
　　　　　　　　　　　　　　　　　　PO BOX 6814
　　　　　　　　　　　　　　　　　　SAN DIEGO, CALIFORNIA 92166
　　　　　　　　　　　　　　　　　　TEL : (619)557-0101
　　　　　　　　　　　　　　　　　　FAX : (619)557-0560
　　　　　　　　　　　　　　　　　　E-mail : "tom@lawofficefb.com"

*F&B v. Daybreak*
*USCD Case No. 3:19-cv-0053-RAM-EAH*
*Notice of Service of Notice of Deposition and Request for Production*
*October 1, 2025*
*Page 2*

_____

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2025, a true and correct copy of **NOTICE OF SERVICE OF PLAINTIFFS' NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820


Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                            */s/ THOMAS F. FRIEDBERG*
                                            **THOMAS F. FRIEDBERG**