**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　　Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE, will move this Court for an Order Granting Summary Judgment in their favor and against Defendant, DAYBREAK, INC. dba HUBER & ASSOCIATES and entering Judgment in the amount of $719,792, plus costs and attorneys fees in an amount to be determined by post judgment motion.

This Motion is brought pursuant to Fed.R.Civ.P. 56 since there is no genuine dispute of material fact as to Plaintiffs' claim for breach of contract, including Plaintiffs' damages, against Defendant.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed in Support of the Motion, the Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment, the Declaration of Arthur L. Sanders, AIA Emeritus, in Support of Motion for Summary Judgment, the Declaration of Thomas F. Friedberg in Support of Motion for Summary Judgment, the Declaration of Sarah L. Bunge in Support of Motion for Summary Judgment, the

1

Declaration of Laura Dolan in Support of Motion for Summary Judgment, the papers of file in this

action together with such oral or documentary evidence as may be presented at oral argument.

A text of a proposed order follows.

Dated :   December 14, 2025                     **LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*
          THOMAS F. FRIEDBERG, ESQ.(VI#1006)
              Attorneys for Plaintiffs THOMAS F.
          FRIEDBERG & SARAH L. BUNGE
          **THE LAW OFFICES OF FRIEDBERG &**
          **BUNGE**
          1005 ROSECRANS STREET, SUITE 202
          PO BOX 6814
          SAN DIEGO, CALIFORNIA 92166
          TEL : (619)557-0101
          FAX : (619)557-0560
          E-mail : "tom@lawofficefb.com"

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 14th day of December 2025, a true and correct copy of **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

*/s/ THOMAS F. FRIEDBERG*
**THOMAS F. FRIEDBERG**