# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>      Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>      Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

## TEXT OF PROPOSED ORDER

Before the Court is the Motion by Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE, requesting an Order from this Court Granting Summary Judgment in their favor and against Defendant, DAYBREAK, INC. dba HUBER & ASSOCIATES and entering Judgment in the amount of $719,792, plus costs and attorneys fees in an amount to be determined by post judgment motion.

This Motion is brought pursuant to Fed.R.Civ.P 56 since there is no genuine dispute of material fact as Plaintiffs' claim for breach of contract, including Plaintiffs' damages, against Defendant.

The Premises Considered:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** and that Plaintiffs' Thomas F. Friedberg and Sarah L. Bunge take judgment against Defendant Daybreak, Inc., dba Huber & Associates in the amount of $719,792, plus costs and attorneys in an amount to be determined by post judgment motion.

Dated: _____

                                                                                                JUDGE OF THE DISTRICT COURT