# EXHIBIT "A"



## Arthur L. Sanders, AIA, CSI
**Senior Vice President**
**Director, Architecture**

Mr. Sanders lends his extensive experience in architectural remediation to organizing technical resources efficiently, overseeing project completion, and mentoring junior staff members. He is a strong proponent of specifications in design and has been active in the Construction Specifications Institute for over 30 years. As architectural director, Mr. Sanders is responsible for managing project teams in the investigation, design, and construction administration process to address complex building envelope demands. His interest in diagnostic and forensic architecture finds expression in each project he oversees, as he directs design teams in uncovering hidden causes of recurrent problems. He is versed in coordinating among owners, design professionals, consultants, and contractors to deliver cost-effective, technically appropriate rehabilitation strategies.

### Representative Projects

**Corporate**

Steven and Alexandra Cohen Foundation Building, *Building Envelope Consultation* – Stamford, CT
  45 Gate House Road, *Building Envelope Peer Review* – Stamford, CT
Pfizer, Inc., Doral Arrowwood Conference Center, *Condition Assessment and Renovation Estimate* – Rye Brook, NY
  Building 80, *Roof Investigation* – Groton, CT
  Four Powerhouse Buildings, *Roof Replacement and Facade Rehabilitation* – Groton, CT
The Hartford Financial Services Group, Inc., *Rehabilitation Master Plan, Building Envelope Survey, Roof Replacements, and Masonry Restoration* – Hartford, CT
Royal Bank of Scotland, *Terrace Waterproofing Consultation* – Stamford, CT
MasterCard Headquarters, *Facade Rehabilitation* – Purchase, NY
  Parking Garage, *Water Infiltration Investigation and Repairs*
UBS, *Water Infiltration Investigations and Roof Repair, Curtain Wall Investigation and Kitchen Waterproofing Consultation* – Stamford, CT
General Dynamics Electric Boat, Building 88, *Atrium Roof Repair* – Groton, CT
Hamilton Sundstrand, *Facade Leak Investigation and Window Replacement Conceptual Design* – Windsor Locks, CT
Waste Management, Inc., 415 Day Hill Road, *Roof and Window Water Infiltration Investigation* – Windsor, CT
Weston and Sampson Engineers, Inc., Perlini Enterprises, LLC, *Water Infiltration Investigation* – Newington, CT
Hoffmann-LaRoche, *Roof Survey and Facade Rehabilitation* – Nutley, NJ
Random House, 825 3rd Avenue, *Roof and Facade Rehabilitation* – New York, NY
Grubb & Ellis Management Services, Inc., 1700 East Putnam Avenue, *Roof Inspections* – Old Greenwich, CT
Fortune Brands, Inc., *Roof Rehabilitation* – Greenwich, CT
Schering-Plough, Office Building, *Facade Rehabilitation* – Toa Baja, PR
Axiom RE Management, Century Plaza, *Roof Rehabilitation* – Lansdale, PA
CB Richard Ellis (Whittier Partners), One Beacon Street, *Parking Garage Repairs* – Boston, MA
General Electric Corporate Headquarters, *Waterproofing, Roof, and Parking Structure Rehabilitation* – Fairfield, CT
101 Hudson Street Leasing Associates, 101 Hudson Street, *Parking Structure Rehabilitation and Window Washing Equipment Consultation* – Jersey City, NJ

Copyright Hoffmann Architects, Inc. 2019 – Proprietary and Confidential Information



Williams Centre, *Parking Structure Rehabilitation* – Tucson, AZ
IBM Headquarters, *Roof Investigation* – Armonk, NY
   Advanced Business Institute, *Roof Replacement and Masonry Repairs* – Palisades, NY
Scholastic, Inc., 92 Old Sherman Turnpike, *Roof Replacement* – Danbury, CT
Southern New England Telephone Company, Corporate and Central Offices, *Roof and Facade Restoration* – New Haven, Wallingford, Winsted, Waterbury and Fairfield, CT
Xerox Document University, *Exterior Concrete Rehabilitation* – Leesburg, VA
LCOR Incorporated, The Landmark at Eastview, *Roof Rehabilitation* – Tarrytown, NY
Nine West Corporate Headquarters, *Waterproofing, Plaza Rehabilitation and Roof Replacement* – White Plains, NY
International Brotherhood of Electrical Workers Headquarters, *Water Infiltration Investigation* – Monroe, CT
Saugatuck Construction Group, LLC, Landmark Square, *Facade Repairs* – Stamford, CT
Samuels Associates, Bishops Corner, *Parking Structure Rehabilitation* – West Hartford, CT
College Square, LLC, College Square, *Building Envelope Consultation & Field Services* – New Haven, CT
The Kingsley Trust Association, Scroll & Key Society Building, *Facade Consultation* – New Haven, CT
Berdon, Young & Margolis, PC, Lipper International, *Roof Insurance Claim Consultation* – Wallingford, CT

**Educational Institutions**

Yale University, Paul Rudolph Hall (formerly Art + Architecture Building), *Building Envelope Restoration and Third-Party Review* – New Haven, CT
   Kline Biology Tower, *Roof and Facade Investigation*
   School of Medicine, Physicians Building, *Water Infiltration Investigation and Roof Rehabilitation*
   School of Medicine, Farnam Memorial Building, *Masonry Rehabilitation*
   Svigals + Partners, LLP, Yale University, 300 George Street, *Building Envelope Assessment* – New Haven, CT
      350 George Street, *Window Flashing Consultation*
      2 Science Park, *Building Envelope Repairs*
      2 Science Park, *Building Envelope Condition Assessment*
University of Connecticut, *On-Call Architect and Structural Engineer* – Storrs, CT
   Harry A. Gampel Pavilion, *Dome Investigation*
   Babbidge Library, *Plaza Investigation*
   Thomas J. Dodd Research Center, *Water Infiltration Investigation*
   Gulley Hall, *Water Infiltration Investigation*
   Weston A. Bousfield Hall, *Facade and Plaza Rehabilitation*
   Snow and Wilson Halls, *Water Infiltration Investigation*
   Holcomb, Whitney and Sprague Halls, *Masonry Repairs*
   Benton State Museum of Art, *Building Envelope Repairs*
   White Building, *Stair Repair*
   Lakeside Building, *Curtain Wall Investigation*
   Willis Nichols Hawley Armory, *Building Envelope Assessment*
Southern Connecticut State University, Engleman Hall, *Exterior Wall Repairs* – New Haven, CT
   Buley Library, *Roof Replacement*
   Five Dormitories, *Facade Survey and Multi-Year Monitoring*
   North Campus Residence Hall, *Water Infiltration Investigation*
   West Campus Residence Hall, *Building Envelope Investigation*
Svigals + Partners, Sandy Hook Elementary School, *Exterior Envelope Consultation* – Newtown, CT
Greens Farms Academy, *Building Envelope Peer Review* – Westport, CT

Copyright Hoffmann Architects, Inc. 2019 – Proprietary and Confidential Information



Quinnipiac University, *Campus-Wide Roof Assessment* – Hamden, CT
  Ice Rink, *Building Envelope Consultation*
  Four Buildings, *Roof Renovations*
  Anthem Building 1, *Building Envelope Assessment and Rehabilitation*
Fairfield University, Bellarmine Hall, *Building Envelope Rehabilitation* – Fairfield, CT
  McAuliffe Hall, *Building Envelope Condition Survey*
Smith College, Mendenhall Center for the Performing Arts, *Waterproofing and Plaza Rehabilitation and Roof Replacement* – Northampton, MA
Wellesley College, Severance Hall, Tower Court and Clafin Hall, *Building Envelope Rehabilitation* – Wellesley, MA
Worcester Polytechnic Institute, Washburn Shops, *Building Envelope Restoration* – Worcester, MA
Drew University, Bowne Hall, *Facade and Roof Survey* – Madison, NJ
Columbia University, 60 Buildings, *Facade and Roof Investigations* – New York, NY
Dormitory Authority State of New York, Bronx Community College, Gould Memorial Library, *Dome, Roof, and Masonry Facade Condition Survey* – Bronx, NY
New York University, Washington Square, *Parking Garage Assessment* – New York, NY
Vassar College, Seeley G. Mudd Chemistry Building, *Building Envelope Investigation* – Poughkeepsie, NY
State University of New York, Health Science Center, *Parking Structure Rehabilitation* – Brooklyn, NY
University of Pennsylvania, Sheraton University City Hotel, *Parking Structure and Facade Rehabilitation* – Philadelphia, PA
State of Connecticut DCS, Norwalk Community College, "D" Wing Main Entrance, *Structural Repairs* – Norwalk, CT
State of Connecticut DCS, Asnuntuck Community College, *Building Management Systems (BMS) Commissioning* – Enfield, CT
New York City School Construction Authority, *Citywide School Building Envelope Maintenance Manual and Window Failure Investigation* – New York, NY
  50+ Public Schools, *Building Envelope Rehabilitation*
Bridgeport Board of Education, General Assembly Room, *Plaster Investigation* – Bridgeport, CT
Town of Fairfield, 16 Public Schools, *Facade and Roof Rehabilitation, and Maintenance Manuals* – Fairfield, CT
  Fairfield Woods Middle School, *Water Infiltration Investigation*
  Holland Hill Elementary School, *Window Replacement*
  Jennings Elementary School, *Window Replacement*
  Fairfield Warde High School, *Exterior Accessible Door Replacement*
  Roger Ludlowe Middle School, *Curtain Wall Investigation*
  Stratfield Elementary School, *Facade Repairs, and Window and Partial Roof Replacement*
  Tomlinson Middle School, *Masonry Facade Investigation and Rehabilitation*
Watertown School System, John Trumbull Primary School, *Roof Consultation* – Oakville, CT
Choate Rosemary Hall, Spencer House, *Roof Replacement* – Wallingford, CT
  Andrew Mellon Library, *Slate Roof Repairs, Cupola Renovations, and Entry Rehabilitation*
Centerbrook Architects and Planners, Phillips Academy Andover, Addison Gallery of American Art, *Exterior Envelope Condition Survey* – Andover, MA
Cutler Associates, Phillips Exeter Academy, Webster Hall, *Exterior Renovation* – Exeter, NH
Rockefeller Archive Center, *Water Infiltration Investigation* – Sleepy Hollow, NY

**Government**

Northampton Police Department, *Water Infiltration Investigation & Consultation* – Northampton, MA
United States Air Force Academy Chapel, *Independent Technical Reviewer* – Colorado Springs, CO

Copyright Hoffmann Architects, Inc. 2019 – Proprietary and Confidential Information



Architect of the Capitol, United States Capitol, *Dome Restoration Master Plan and Multi-Year Rehabilitation* – Washington, DC
United States Capitol, West Terrace, *Terrace Reconstruction*
United States Botanic Garden, Bartholdi Fountain, *Waterproofing Restoration* – Washington, DC
State of Connecticut, *On-Call Roofing Consultant* – Statewide
Eastern Connecticut State University, Burr Hall, *Water Infiltration Survey and Exterior Restoration* – Willimantic, CT
Capital Community College, *Building Envelope Rehabilitation* – Hartford, CT
25 Sigourney Street, *Building Envelope Rehabilitation* – Hartford, CT
York Correctional Institution, *Building Envelope Investigation and Remediation* – Niantic, CT
Gillette Castle, *Water Infiltration Investigation and Repair Design* – Haddam, CT
New Haven Courthouse, *Exterior Restoration Design* – New Haven, CT
Stamford Superior Court, *Leak Investigation and Repairs* – Stamford, CT
Whiting Forensic Institute, *Roof Replacement* – Middletown, CT
Fairfield County Courthouse, *Facade Failure Investigation* – Bridgeport, CT
Danielson Superior Courthouse, *Water Infiltration Consultation* – Danielson, CT
Judiciary Square Office Building, *Building Envelope Consultation* – Washington, DC
Bridgeport Correctional Center, *Roof Replacement* – Bridgeport, CT
New Haven Correctional Center, *Roof Replacement* – New Haven, CT
Oklahoma State Capitol, *Dome Consultation* – Oklahoma City, OK
Long Wharf Maritime Center, *Leak Investigation and Stone Consultation* – New Haven, CT
Shelton Community Center Natatorium, *Building Envelope Consultation* – Shelton, CT

**Healthcare**
University of Connecticut Health Center Ambulatory Care Center, *Consulting Services* – Farmington, CT
Yale-New Haven Hospital, West Pavilion, *Roof Investigation and Replacement* – New Haven, CT
Clinical Laboratory, 55 Park Street, *Exterior Design Consultation for New Construction*
Svigals + Partners, Ronald McDonald House, *Building Envelope Consultation* – New Haven, CT
Norwalk Hospital, Main Pavilion Tower, *Water Infiltration Investigation* – Norwalk, CT
Greenwich Hospital, Helmsley Building, *Foundation Waterproofing* – Greenwich, CT
Cornell Medical Center, *Waterproofing and Loading Dock Rehabilitation* – White Plains, NY
Temple Medical Building, *Facade Investigation* – New Haven, CT
Middlesex Hospital Outpatient Center, *Parapet Wall Leak and Roof Repairs* – Middletown, CT

**Hospitality**
The Goodwin Hotel, *Facade and Roof Restoration* – Hartford, CT
Foxwoods Resort Casino, Grand Pequot and Great Cedar Parking Garages, *Structural Rehabilitation* – Mashantucket, CT
The Wauregan Hotel, *Water Infiltration Investigation* – Norwich, CT
Cleveland Clinic International Hotel and Conference Center, *Waterproofing Consultation* – Cleveland, OH

**Museums / Libraries / Theaters**
The Bushnell Memorial Hall, *Facade and Roof Rehabilitation* – Hartford, CT
Lockwood-Mathews Mansion Museum, *Roof Restoration* – Norwalk, CT
Smithsonian Institution, National Museum of American Art, National Portrait Gallery, and the Archives of American Art, *Copper Roof Replacement* – Washington, DC
Svigals + Partners, Connecticut Science Center, *Butterfly Enclosure Waterproofing and Space Enclosure Consultation* – Hartford, CT

Copyright Hoffmann Architects, Inc. 2019 – Proprietary and Confidential Information



### Religious Organizations

First Presbyterian Church, *Building Envelope Rehabilitation* – Stamford, CT
St. Matthew's Episcopal Church, *Masonry Investigation* – Wilton, CT
St. Luke's Episcopal Church, *Building Envelope Rehabilitation* – Darien, CT
Congregation Rodeph Sholom Synagogue, *Exterior Survey, Facade Rehabilitation and Copper Roof Replacement* – Bridgeport, CT
Park Synagogue East, *Building Envelope Consultation* – Pepper Pike, OH
Archdiocese of Hartford, Saint Thomas Seminary, *Bell Tower Structural Evaluation and Front Entrance Rehabilitation* – Bloomfield, CT
The Chancery, Cathedral of Saint Joseph, *Roof Replacement* – Hartford, CT

### Residential

University Towers Owners Corporation, 100 York Street, *Window Replacement, Masonry & Balcony Restoration, and Curtain Wall Replacement*
Chris Pollack, Ltd., 600 Indian Field Road, *Foundation and Pool Enclosure Waterproofing Consultation* – Greenwich, CT
Garcia & Milas, The Palisades at Fort Lee, *Building Envelope Consulting Services* – Fort Lee, NJ
Victoria Beach Condominium Association, Victoria Beach Condominiums, *Roof Survey of 11 Buildings* – East Haven, CT
Bienfield Architecture, PC, Mill River House Apartments, *Document Review* – Stamford, CT
Taft Apartments, *Facade Restoration and Roof Replacement* – New Haven, CT
Buchanan Architects, LLC, River Run Housing, *Exterior Renovation* – New Haven, CT
Mitchell Studio, 20 Shorehame Club Road, *Waterproofing Consultation* – Greenwich, CT
Elk Investors, The Eli, 227 Church Street, *Facade Rehabilitation* – New Haven, CT
Mitchell Studio, Private Residence, 770 Sagg Main Street, *Waterproofing and Building Envelope Consultation* – Sagaponack, NY

### Representative Expert Witness, Litigation and Claim Support Experience

Mitchell & DeSimone, Boston, MA, *Claim Support, Standard of Care for Design Services Related to Roof Structure Failure on a "Renovated as New" School Project* – Windsor, CT
Robinson & Cole, Hartford, CT, *Claim Support, Contractor Installation Issues on Academic Residence Hall and Peer Review of Rehabilitation Design for Repairs* – Storrs, CT
Natale & Wolinetz, Hartford, CT, *Litigation Support, Standard of Care Related to Pre-acquisition Survey of Large Private Residence* – Farmington, CT
Updike, Kelley & Spellacy, PC, Hartford, CT, *Expert Witness, Investigation of Water Infiltration in Masonry Cavity Wall Design for New Middle School* – Hartford, CT
Gordon, Muir and Foley, LLP, Rocky Hill, CT, *Claim Support, Failures in Slate Roofing Due to Design and Installation on Academic Building* – Storrs, CT
McDonough, Hacking, Neumeier & Lavoie, LLP, Salem, MA, *Expert Witness, Alleged Sealant Failures at Residential Complex Clad in Exterior Insulation and Finishing System (EIFS)* – Quincy, MA
Garcia & Milas, New Haven, CT, *Expert Witness, Water Infiltration Investigation Related to Restoration Work at Brick Masonry Condominium* – Greenwich, CT
Jill M. McGoldrick, Attorney-At-Law, Milford, CT, *Mediation Support, Standard of Care and Installation Methods for a New Primary School* – Oakville, CT
Law Offices of Friedberg & Bunge, San Diego, CA, *Litigation Support, Investigation and Testimony Related to Installation Deficiencies of Copper Roofing on a 6-Building Vacation Compound* – St. John, US Virgin Islands

Copyright Hoffmann Architects, Inc. 2019 – Proprietary and Confidential Information



Willinger, Willinger & Bucci, P.C., Bridgeport, CT, *Claim Support, Investigation and Consultation on Construction Defects Related to Stucco Installation on a Large Residence* – Bridgeport, CT

Haloran & Sage LLP, New Haven, CT, *Mediation Support, Claim against the Standard of Care Related to an Architect's Design Services for Exterior Insulation and Finishing System (EIFS) Clad Apartment Building* – Stamford, CT

### Education and Registrations
B.A., Yale University, 1972
Registered Architect: Connecticut and New York
Certified Construction Document Technologist (CSI CDT)

### Professional Organizations
American Institute of Architects (President, Connecticut Chapter)
Construction Specifications Institute
Connecticut Building Congress
National Trust for Historic Preservation
Society for Protective Coating (SSPC)

### Representative Publications
"Restoration of Historic Brick Masonry," *High-Profile*, February 2019
"Sealant Joint Solutions," *The Construction Specifier*, June 2018
"Meeting the Demand for High-Efficiency Facades," Hoffmann Architects' *JOURNAL*, 2017
"Repair and Maintenance of Historical Marble and Limestone Structures," *Papyrus*, August 2016
"Tips for Success with Exterior Insulation and Finish Systems (EIFS)," *The Construction Specifier*, November 2015
"Brick Maintenance and Repair for Historic and Landmark Structures," *Construction Canada*, October 2015
"Caring for Glazed Architectural Terra Cotta," *The Construction Specifier*, October 2015
"Caring for Glazed Architectural Terra Cotta," Hoffmann Architects' *JOURNAL*, 2015
"Four Steps to Get More Value from the Roof," *Building Operating Management*, November 2012
"Sealant Joint Solutions," Hoffmann Architects' *JOURNAL*, 2012
"Regular Inspections Are Key to Building Envelope Integrity," Hoffmann Architects' *JOURNAL*, 2010
"The Best Way to Stop a Leak? Prevent It." *Buildings*, 2008
"Brick Maintenance and Repair for Historic and Landmark Structures," Hoffmann Architects' *JOURNAL*, 2007
"Repair and Maintenance of Historic Marble and Limestone Structures," Hoffmann Architects' *JOURNAL*, 2003
"Historic or Landmark Structure Rehabilitation, Understanding Your Options," Hoffmann Architects' *JOURNAL*, 1999
"Copper Roofing: An Enduring Link Between Past and Future," Hoffmann Architects' *JOURNAL*, 1997
"Solving Glazed Brick Deterioration Problems," Hoffmann Architects' *JOURNAL*, 1993

Copyright Hoffmann Architects, Inc. 2019 – Proprietary and Confidential Information