# EXHIBIT "B"

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 29. Pans have lifted at other ridges.**



**Photo 30.Dents and one puncture.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 31. Indentation with crack.**



**Photo 32. Indent with puncture.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



Photo 33. pans have torn at standing seam.



Photo 34. 1 1/2" crack at seam.

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 35. View of cap.**



**Photo 36. Indentation with no puncture.**

Copyright Hoffmann Architects, Inc. 2018                                    Page - 18

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 37. Indentation with no puncture.**



**Photo 38. Puncture at standing seam.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Library**



*Photo 39. Slice in pan and dent.*



**Photo 40. Dents and punctures at Library roof.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Master Suite Bath**



Photo 41. Indent with crack.



Photo 42. Crack at gutter seam.

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Master Suite**



Photo 43. Dent with no puncture.



Photo 44. Damages panels at Northeast corner.

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 45. Damage at seam with torn pan.**



**Photo 46. Loose vent stack collar.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 47. Missing cap section.**



**Photo 48. Failed Pop Rivets.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Beach Pavilion**



**Photo 49. Dent in pan.**



**Photo 50. Loose vent stack collar.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 51. Dents in pan at Beach Pavilion.**



**Photo 52. Dents in pan and loose ridge cap**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Scope of Project Work**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## SCOPE OF PROJECT WORK

**General Project work**

The purpose of this work is to repair copper roof storm damage to the seven buildings of the Friedberg-Bunge Residence in St. John V. I. The extent of the work is shown on drawings A101, A102, and A103 (flat roof coating replacement is not estimated as part of this scope). This scope of work assumes the following: Refer to Roof Plans on A101, A102, &A103.

**Scope of Copper Work**

- It is anticipated that four to six metal mechanics from the US will form the copper crew with local labor required to handle and move materials to the roof.

General

Where individual panels are replaced the existing standing seams will be opened-up by hand, carefully bending open folded seams. Panel less than 10 feet in length can be prefabricated. All ridge line caps are to be replaced, riveted with solid rivets at 9" o.c. Ridge lines shall be cleated at 9" o.c. (this will require new blocking secured to the structure. The following is a summary of work at individual buildings:

Gate House

- Replace 5 panels. Panel lengths include (1) at 10'-2", (2) at 10'-6", (1) at 7'-10". At each panel check the substrate membrane for damage and patch as required.

- Replace ridge caps full length for each run. Use 5 sections; 62 feet total. Prefabricate and Install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Garage

- Replace ridge caps full length for each run. Use 13 sections; 150 feet total. Prefabricate and install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Guest and Dinning Pavilion

- Replace 6 panels. Panel lengths include (1) at 12'-0", (1) at 10', (1) at 6' and (2) at 4'. At each panel check the substrate membrane for damage and patch as required.

- Replace ridge caps full length for each run. Use 17 sections; 220 feet total prefabricate and install with solid copper rivets at 9" o.c.

- Solder (6) vent stack collars in place.

Main Pavilion

- The drawings indicate damage to more than 80 panels. Hoffmann Architects recommends that the entire Main Pavilion roof be replaced; a total of 160 panels totaling 3,520 S.F. The substrate membrane should be recovered with new membrane. New blocking is needed at the intersecting ridges to cleat the pans at their mid points. Provide 2 new vent stack flashings.

Main Pavilion Library

- Replace 2 panels. Panel lengths include (1) at 12' and (1) at 9'-6". At each panel check the substrate membrane for damage and patch as required

- Replace ridge caps full length for each run with a 1 /12" battens; 96 feet total.

- At ridges install a.

- Solder (2) vent stack collars in place.

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

Master Suite
- Replace 3 panels. Panel lengths include (1) at 12' (1) at 9'-0" and (1) at 7'-0". At each panel check the substrate membrane for damage and patch as required

- Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Beach Pavilion
- Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

**Schedule**      It is anticipated that the work will be performed in late January 2019 and the duration may be 60 to 90 days.

Copyright Hoffmann Architects, Inc. 2018



DENTS
PUNCTURE AT RIB
SCAFFOLD

TEAR AT SEAM, REPLACE PANELS
PUNCTURE, REPLACE PANEL
FOLDED OVER SEAM, REPLACE
DAMAGED SEAM, REPLACE
BROKEN POP RIVETS
INSTALL NEW CAP
SCAFFOLD

DENTS
NR

SCAFFOLD

DEEP INDENT/
ABRASSION NR

.5:12 PITCH

STRAIGHTEN
FOLDED SEAMS

SCAFFOLD

SCAFFOLD

REPLACE CAP

PUNCTURE
REPLACE
PANEL

DAMAGED RIBS
REPLACE PANEL
SCAFFOLD

5:12 PITCH

PUNCTURE
REPLACE PANEL

FAILED POP RIVETS
INSTALL NEW CAP TYPICAL

**1** **GUEST PAVILION AND DINNING PAVILION ROOF PLANS**
A101  SCALE: 3/16"=1'-0"



Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

DRAWN BY:         DSO ALS
CHECKED BY:       RS
DATE:             3/27/2018
SCALE:            AS NOTED

ROOF
REPAIR
PLAN

# A101
Hurricane Damage Repair Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

LEGEND

▨  REPLACE COPPER PANS

⋀⋀  REPLACE RIDGE CAPS

Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

| | |
|---|---|
| DRAWN BY: | DSO ALS |
| CHECKED BY: | RS |
| DATE: | 3/27/2018 |
| SCALE: | AS NOTED |

ROOF
REPAIR
PLAN

A102

Hurricane Damage Repair Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

Labels on drawing:

- SCAFFOLD
- HOLE AND DENTS, REPLACE PAN
- HOLE, REPLACE PAN
- FALL PROTECTION
- RESECURE VENT STACK COLLAR
- CAFFOLD
- CRACK, REPLACE PANS
- DENT
- CRACK, REPLACE PANS
- DENT
- CUT IN PAN, REPLACE
- CRACK AT GUTTER SEAM, SOLDER SEAM
- DENT
- CRACK, REPLACE PANS
- DENTS
- CRACKS, REPLACE PANS
- BENT GUTTER EDGE, STRAIGHTEN
- CUT / SLICE IN PAN, REPLACE PAN
- RESECURE VENT STACK COLLAR
- BROKEN POP RIVETS, REPLACE CAP
- BROKEN POP RIVETS, REPLACE CAP
- PUNCTURE AND DENTS, REPLACE PAN
- DENTS
- DENT
- CRACK, REPLACE PANS
- CRACK, REPLACE PANS
- SCAFFOLD
- CRACK, REPLACE PANS
- MISSING CAP AT RIDGE, INSTALL NEW CAP
- SCAFFOLD
- SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION, REPLACE PAN
- BROKEN POP RIVETS, REPLACE CAP

1 MAIN PAVILION AND MASTER SUITE ROOF PLANS
A101 SCALE: 1/4 = 1'-0"

LEGEND

REPLACE COPPER PANS

REPLACE RIDGE CAPS

## GATEHOUSE ROOF PLAN

SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION, REPLACE PANELS

SCAFFOLD

DENT

OPEN SLICE, REPLACE PAN

BENT RIBS, STRAIGHTEN

FALL PROTECTION

RESECURE VENT STACK COLLAR

COATING DAMAGE LOCALIZED REPAIR

FAILED COATING

FALL PROTECTION

DEEP DENT

CAP TORN, REPLACE CAP

FALL PROTECTION

POP RIVETS BROKEN, REPLACE CAP

FALL PROTECTION

HOLE, REPLACE PAN

**1** GATEHOUSE ROOF PLAN
A102  SCALE: 1/4" = 1'-0"

---

FAILED POP RIVETS, REPLACE CAP

FALL PROTECTION

FALL PROTECTION

FAILED COATINGS

COATING DELAMINATED THROUGHTOUT

**2** GARAGE ROOF PLAN
A102  SCALE: 1/4" = 1'-0"

---

DENT

FAILED RIVETS, REPLACE CAP

FALL PROTECTION

DENT

DENTS

SCAFFOLD

SOLDER LOOSE VENT COVER

DENTS

**3** BEACH PAVILION ROOF PLAN
A102  SCALE: 1/4" = 1'-0"

---

LEGEND

REPLACE COPPER PANS

REPLACE RIDGE CAPS

---

# Copper Roof Storm Damage

Thomas F Friedburg Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

## PROGRESS PRINT
☐ NOT FOR CONSTRUCTION
☐ PRELIMINARY
☐ COMPLETE BUT UNCHECKED

DATE_____BY_____
HOFFMANN ARCHITECTS, INC.

NOTICE:
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.



HOFFMANN ARCHITECTS, INC.

2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

| | |
|---|---|
| DRAWN BY: | DSO ALS |
| CHECKED BY: | RS |
| DATE: | 3/27/2018 |
| SCALE: | AS NOTED |

ROOF REPAIR PLANS

# A103

Hurricane Damage Repair Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## Scope of Construction Management Services

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## SCOPE OF CONSTRUCTION MANAGEMENT (CM) SERVICES

**CM Duties**

In general, the CM will be tasked with site supervision, management of island support personnel, and coordination of initial materials delivery.

**Project Supervision and General Conditions**

- The **CM** shall employ a project superintendent who will coordinate all receiving, island to island transportation, logistics to the site as well as material distribution and secure storage on site. Personnel to install scaffold, handle materials, and keep the site orderly will be employed by the **CM**.

- Site safety will be the responsibility of the **CM**. The work must be performed in accordance with all applicable OSHA regulations. The buildings must have perimeter fall protection/scaffold at all edges where work is to be performed. The **CM** shall arrange for the scaffold and the cost will be passed through to the owner.

- The **CM** will be responsible for the security of materials on-site.

**Workforce**

It is anticipated that four to six metal mechanics from the US will form the copper crew to perform all installation of new copper. They will coordinate their work with the CM so adequate material is available on the roof for each day's work and the roof edge protection is appropriate in the areas of work. The cooper mechanics will advise the CM of materials handling procedures so as not to damage the copper pans

The CM will retain the local work force, coordinate and assure an adequate work force, track hours worked and coordinate payroll services.

Local labor tasks include:

- material handling;
- debris removal and site clean-up; and,
- Misc. tasks o site.

**Project Supervision and General Conditions**

- The **CM** shall employ a project superintendent who will coordinate all receiving, island to island transportation, logistics to the site as well as material distribution and secure storage on site. Employ local labor for material handling.

- Site safety will be the responsibility of the **CM**. The work must be performed in accordance with all applicable OSHA regulations. The buildings must have perimeter fall protection and or scaffold at all edges where work is to be performed.

**Materials**

- Copper materials will be shipped from the United States to St. Thomas by a U.S. roofing contractor (container size TBD). The **CM** will coordinate receiving materials at the port in St Thomas, transportation from the port to St John, transport to the site, and transfer down the inclined site to secure storage near the Main Pavilion.

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## Storm Damage Repair Estimate

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## STORM DAMAGE REPAIR ESTIMATE

**Background**

This estimate of probable construction cost is composed of costs based on estimates from four sources, including:

Hoffmann Architects  -  Design of copper roof repair Contract Documents

F. J. Dahill  -  Copper repairs including fabrication, shipping to St. Thomas, labor and materials to complete the repairs on St John

Springline Design  -  Construction Management; coordination of material transportation, and local labor in support of copper mechanics.

Local sources  -  Housing and food allowances for non-local workers

**Estimate Summary**

| | | | |
|---|---|---|---|
| Hoffmann Architects | Investigation of Roofing Damage, | $30,000 |
| | Coordination of Repair Estimate & | $10,000 |
| | Design of Copper Roof Repairs | $15,000 |
| | Construction Observation | $15,000 |
| F.J. Dahill | Fabrication and shipping of copper | $65,000 |
| | Copper Craftsmen labor | $384,000 |
| | Shop Drawings | $9,500 |
| Springline Design | Architect of Record fee | $15,000 |
| | Construction Management  10% | $57,500 |
| | Local Labor and General Conditions | $21,000 |
| Lodging | Apartment Rentals and Meals (six to 8 weeks) | $105,000 |
| Total | | **$727,000** |

**Hoffmann Architects**

# C O N S T R U C T I O N   C O S T   E S T I M A T E

| Project | **Friedberg Bunge Storm Damage Estimate** | | Phase | | **Insurance Recovery** | | |
|---|---|---|---|---|---|---|---|

| Prepared by | Hoffmann Architects, Inc. | Date | 7/27/2018 | Reviewed by | | Date | |
|---|---|---|---|---|---|---|---|

| Section | Item Description | Unit | Qty | Unit Price | Cost | Group Total | Total Cost |
|---|---|---|---|---|---|---|---|
| **Copper Roofing Repairs** | | | | | | | |
| **000-0** | **Design Fees** | | | | | | |
| 000-1 | Storm Damage Investigation and Report | | 1 | $30,000.00 | $30,000.00 | | |
| 000-2 | Architect of Record | Allow | 1 | $15,000.00 | $15,000.00 | | |
| 000-3 | Copper Roof Plans and Details | Allow | 1 | $25,000.00 | $25,000.00 | | |
| 000-4 | Shop Drawings | Allow | 1 | $9,500.00 | $9,500.00 | | |
| | | | | | | | $79,500.00 |
| **001-0** | **GENERAL CONDITIONS** | | | | | | |
| 001-1 | Materials Transit and Corrdination | Allow | 1 | $3,000.00 | $3,000.00 | | |
| | (ST Thomas to St John & to Site) | | | | | | |
| 001-2 | Mobilization and Scaffold | Allow | 1 | $3,000.00 | $3,000.00 | | |
| 001-3 | Demo-Dumpster and Removal | Allow | 1 | $5,000.00 | $5,000.00 | | |
| 001-4 | Copper Crew Lodging and Meals | Allow | 3 | $35,000.00 | $105,000.00 | | |
| | | | | | | | |
| | | | | | | $116,000.00 | |
| | | | | | | | |
| **007-0** | **Copper Roofing** | | | | | | |
| 007-1 | Copper Materials (Common Carrier to St Thomas) | LS | 1 | $89,000.00 | $89,000.00 | | |
| 007-2 | Labor (2 1/2 months - 6 Tin knockers) | LS | 1 | $360,000.00 | $360,000.00 | | |
| 007-3 | Island Labor | LS | | | $10,000.00 | | |
| | | | | | | $459,000.00 | |
| **100-0** | **Construction Administration** | | | | | | |
| 100-1 | Hoffmann Architects - (2 Visits) | Allow | 1 | $15,000.00 | $15,000.00 | | |
| 100-2 | Site Supervision/ Construction Management | 10% | | | $57,500.00 | | $72,500.00 |
| | | | | | | | |
| | | | | | | | |
| | **SUB TOTAL** | | | | | $575,000.00 | $575,000.00 |
| | **TOTAL** | | | | | | $727,000.00 |
| | | | | | | | |

Established 1883



Telephone (203) 469-6434
Fax (203) 469-0868
Email: service@fjdahill.com

## Structural Restoration Contractors

176 Forbes Avenue  •  P.O. Box 9578  •  New Haven, Connecticut  06535

May 17th in our
135th year 2018

Hoffmann Architects, Inc.
2321 Whitney Avenue
Hamden, CT 06518

**Attention: Arthur L. Sanders <A.Sanders@hoffarch.com>**

**RE:    FRIEDBERG-BUNGE RESIDENCE/ST. JOHN, U.S. VIRGIN ISLANDS**

We are pleased to submit our roofing budget for the above-referenced location.  The work to be done would include the following:

| SCOPE OF WORK: | |
|---|---|
| 1. | Remove and replace all copper panels on the main pavilion with like materials, per drawing A-102. |
| 2. | Replace an additional twenty-one (21) panels on the remaining buildings. |
| 3. | Remove and replace all  ridge and hip covers and rivet. |

**BUDGET**.................................................................................**$449,000.00***

**BREAKDOWN:  Materials  $89,000.00**
                **Labor     $360,000.00**

***Includes all labor and materials (NOTE:  Labor includes a supervisor for eight weeks).**

**Excluded are:**
- **Lodging**
- **Travel**
- **Permit**
- **Scaffolding**
- **Taxes**

We appreciate the opportunity to present this information and hope it is useful to you.

Very truly yours,

**F. J. DAHILL CO., INC.**

Richard K. Maiocco
Vice President, Operations