# EXHIBIT "C"



# Standing Seam
## Construction

**3A**

## Contents:

- History . . . . . . . . . . . . . 3.A.2
- Design Considerations . . 3.A.2
- General Requirements . . 3.A.3
    For roof slopes 3 in
    12 and greater . . . . . 3.A.3
    For roof slopes
    less than 3 in 12 . . . . 3.A.4
- Roll Method . . . . . . . . . . 3.A.4
- Pan Method . . . . . . . . . . 3.A.4
- Transverse Seams -
    Steep slope . . . . . . . . 3.A.4
- Transverse Seams -
    Low slope . . . . . . . . . 3.A.4
- Eaves . . . . . . . . . . . . . . 3.A.4
- Gable Rakes . . . . . . . . . . 3.A.4
- Hips and Ridges . . . . . . 3.A.5
- Valleys . . . . . . . . . . . . . 3.A.6
- Cleats . . . . . . . . . . . . . . 3.A.7
- Wall Conditions . . . . . . 3.A.7
- Specifications . . . . . . . . 3.A.8

Standing Seams

3.A.1

# Standing Seam Construction

## One of the oldest forms of copper roofing – standing seam roofing – involves joining sheets or strips of copper with seams (joints) that are elevated above the roof surface. This form or method provides a weathertight – not watertight – copper membrane.

Standing seam roofing is as elegant, graceful and architecturally tasteful today as it was in 1737 when Christ Church in Philadelphia was first sheathed in copper. This installation served for over 200 years, when it became necessary to replace the wood decking, which meant replacement of the copper, also. The copper was reported to be in "generally good" condition.

Today, standing seams are used more often than batten seams on lower, smaller structures, but they are by no means limited to any particular size or style of building. When special considerations are given, standing seam cladding may be used on almost any size, shape or slope of roof, wall, etc.

The low, narrow shadow lines produced by one-inch (1") high seams are complementary to most architectural styles. Further, this versatile form of cladding will conform to almost any shape or configuration of roof or wall, including domes, and warped and curved surfaces.

Additional architectural effect may be achieved by running the seams at an angle, even horizontally on sufficiently steep roofs or employing a combination of standing and batten seams. Increasing or varying the height of the finished seams is another method of providing individuality.

### Design Considerations

Standing seam roofing and wall cladding may be formed from sheets, strips and/or rolls of 12-, 16- or 20-ounce copper. Heavier (thicker) copper is difficult to form into double-lock standing seams and is therefore not suggested for standing seam roofing.

When specifying 12-ounce copper for roofing, Revere suggests that the maximum width of the finished pan be eighteen inches (18"), and the maximum length of the pan be twenty-four feet (24').

Individual panels can be formed with hand tools (tongs), on sheet metal brakes (power or manually operated) or with portable pan-forming equipment. Seams can be finished (completed and closed) with a variety of hand and power tools.

Regardless of the form of copper used, the method of forming panels and/or finishing seams, certain basic principles apply to all standing seam installations:

1) The length of individual panels is not as important as the length of "run" from eave to ridge of the seams.

   Finishing of the seams – whether it is done with hand tools or power seamers – compresses the five (5) layers - or "plies"- of copper tightly together. The resulting multiple folds of copper become stiffening ribs that expand and contract as a unit. If the installation is made from sheets with transverse (horizontal) seams between panels, there are seven (7) layers of copper on one side of the panel and eight (8) on the other. Finishing the seam compresses these layers so tightly together that slippage is unlikely. The use of conventional transverse seams can **NOT** be counted on to relieve expansion movement.

2) Standing seam roofing and wall cladding is secured to the structure by cleats worked into the seams. It is necessary that the cleats be attached to a material that has sufficient "holding power" to prevent fastener "pull-out" during high wind events.

   When the surface behind the copper is a material other than wood – e.g., gypsum or concrete – it is necessary to provide wood nailing strips for securing cleats. Preferably, these should be spaced twelve inches (12") apart and run perpendicular to the standing seams. (Variances in the width of finished seams make it difficult to assure proper alignment of seams over parallel nailers for a large area.)

3) Cleats that are hooked into the standing seams become rigidly locked so that slippage between them and the panels does not occur. When the length of "run" exceeds thirty feet (30') expansion movement can be provided by using a combination of expansion and fixed cleats.

4) For greatest durability and weathertightness, standing seams are formed one inch (1") high. However, subject to availability of forming tools or equipment, they can be made to any height from three-quarter inch (3/4") to one-and-one-half inches (1-1/2"). Seams taller than one-and-a-half inches (1-1/2") are susceptible to

## Standing Seam Construction  3A

flattening and are not recommended; seams less than three-quarter inch (3/4") may not be sufficiently weathertight and are not recommended except on tightly curved or small-radius domes.

5) It is **NOT** necessary – or desirable – to vent the underside of standing seam copper installations. A roof or wall assembly may be vented to provide a cold roof or rain-screen, but copper can be installed directly over approved underlayments without an airspace. Copper is not adversely affected by moisture or condensate that may accumulate and remain on its reverse side.

### General Requirements

*Roof slopes 3 in 12 and greater*
The surface to receive the copper should be dry and smooth, free from projecting nail heads or other obstructions. The entire surface should be covered with an approved underlayment. Historically, this has been asphalt saturated roofing felt, lapped two inches (2"). Ideally, the saturated felt would be secured with copper nails driven through sheet copper washers. Metal or plastic "tin tabs" that are raised above the underlayment should **NOT** be used.

More recently a wide range of "improved" underlayments have been made available. These include "peel and stick" self-sealing membranes, "breathable" products, etc. So long as the product manufacturer has no objection to the use under copper – i.e., the product can withstand expected service temperatures – and the overall performance of the assembly is not

## At-a-Glance

For roofs and walls with slopes 3" per foot or greater – providing the length of run of the seam does not exceed 45'.

### ROOF PANS:
- 12-, 16- or 20-ounce cold-rolled copper
- Sheets or coils, 18, 20 or 24 inches wide
- Plain, coated or pre-patinated copper

### STANDING SEAMS:
- 1" high when finished
- Spacing according to sheet or coil width

| Sheet/coil width | Spacing |
|---|---|
| 18" | 14-3/4" to 15" |
| 20" | 16-3/4" to 17" |
| 24" | 20-3/4" to 21" |

### CLEATS:
- Same weight copper as roof pans, 2" wide
- Spaced 12" apart
- Secured to wood deck/sheathing with two copper, copper alloy or stainless steel nails or screws

### EDGE STRIPS:
- 20-ounce cold-rolled copper
- 8' or 10' lengths
- Ends lapped at least 1"
- Secured with copper, copper alloy or stainless steel nails or screws, spaced 4" apart

### VALLEY SHEETS:
- 20-ounce cold-rolled copper
- 8' or 10' lengths
- Ends lapped at least 6" in direction of flow

## For estimating materials to cover one square (100 square feet) of roof:

| Copper* | 18" width | 20" width | 24" width |
|---|---|---|---|
| Sheets (96" or 120") | 127.5 | 125 | 121 |
| Coils | 120 | 118 | 114.5 |
| Cleats (sheets or coils) | 3.5 | 3 | 2.5 |
| Approximate total | 123.5 to 131 | 121 to 128 | 117 to 123.5 |

Note: Nails (1"): 3/4 pound
* Approximate amount – actual amount will vary based on seam dimensions

compromised, Revere believes these new products may be acceptable.

If saturated felts or products that soften and become tacky at elevated temperatures are used, a layer of smooth building paper should be laid

over the underlayment immediately preceding the application of the copper. This is standard procedure to prevent binding of the copper to the underlayment.

Standing Seams

# Standing Seam Construction

*Roof slopes less than 3 in 12*
Standing seam roofing is **weathertight** not watertight. As a result, it may not be suitable for **primary** weather-proofing on roofs with slopes less than three in twelve (3:12). When standing seam roofing is used on such slopes it may be necessary to employ approved waterproof membranes as the underlayment.

For roof slopes less than three inches (3") per foot, consult Revere's Architectural Services Department.

## Roll Method
Historically standing seam roofing was formed, on site, with roofing tongs from "rolls" of copper. These rolls were made by joining four-foot (4') long sheets of copper together with one-half-inch (1/2") double-lock seams. This double-lock seam was not cut or notched at corners where it turns up to form the vertical leg of the standing seam. Due to the extensive amount of labor involved in this method, it is seldom used except for "historically correct" restorations or very small projects.

## Pan Method
Since the mid-1950's most standing seam panels have been formed "in the shop" on sheet metal brakes – manually and power operated – or at the job-site using portable pan-forming equipment. Regardless of how or where the panels are formed, they should be fabricated to allow a minimum one-sixteenth inch (1/16") space between the base of adjacent pans.

To form standard one-inch (1") high standing seams, one side edge of the sheet is bent up one-and-one-half inches (1-1/2") and the other side edge one-and-three-quarter inches (1-3/4"). (When power pan-forming equipment is used these dimensions may vary slightly.) Additional bends are made to both upturned edges to create "male" and "female" panel legs. (As shown at right)

The "male" leg is cleated to the roof deck or wall sheathing. The "female" leg of the adjacent pan is placed over/against the male leg with proper clearance at the base. (Refer to Basic Standard Practices for Cleating.)

The pans are joined at their ends with transverse seams. These transverse seams should be staggered to avoid excessive layers of metal at the standing seam.

## Transverse Seams - Steep Slope
For roof slopes six inches (6") or more per foot, the lower end of the upper pan is folded under three-quarter (3/4") and hooked into a two-inch (2") fold in the upper end of the underlying pan. The three-quarter-inch (3/4") fold at the cross seam is slit at its corner one inch (1") from where it turns up against the standing seam. The two-inch (2") fold is slit at the corner to allow for proper locking of the two pans. (As shown at right)

Constructing transverse seams with unequal locks minimizes the potential for water being drawn through the seam by capillary action.

Revere does **NOT** recommend the use of three-quarter-inch (3/4") loose locks for transverse seams on roofs.

As an alternate, to facilitate final forming, the top of the lower panel is slit a length of two inches (2") and a width of one-half inch (1/2") from the bottom edge of the standing seam. This slit edge is laid flat against the adjacent pan and the remaining portion is folded back on itself two inches (2"). Then, the upper pan is locked into this fold.

## Transverse Seams - Low Slope
For roof slopes three (3") to six inches (6") per foot, the lower end of each pan is folded under three-quarter inch (3/4"); the upper end is folded over one-half inch (1/2"). The three-quarter-inch (3/4") fold hooks into a copper locking strip, one-and-one-half inches (1-1/2") wide. The locking strip is continuously soldered four inches (4") from the upper end of the underlying pan. The four-inch (4") "head-lap" and the folded end on the lower pan minimize the potential for "blow-back" of water during heavy rainfalls. (As shown)

As an alternate, to prevent material build-up, the top of the lower panel is slit a length of one-half inch (1/2") and also a width of one-half inch (1/2") from the bottom edge of the standing seam. This slit edge is laid flat against the adjacent pan and the remaining portion is folded back on itself to form a one-half-inch (1/2") hook dam. The one-and-one-half-inch (1-1/2") copper locking strip is also trimmed one-half inch (1/2") each side before it is continuously soldered four inches (4") from the upper end of the underlying pan. Then, the three-quarter-inch (3/4") fold of the upper pan hooks into the copper locking strip.

## Eaves
At eaves, each pan should be cut and formed so its lower edge hooks three-quarter inch (3/4") over a previously placed edge strip. The edge strip may be formed as shown, or may take another required form.

The ends of the standing seams at the eaves may be cut and folded back or turned down – and locked to the edge strip. Connecting eaves to gutters is shown under Gutters (Section 4C).

## Gable Rakes
At gables, the standing seam is formed by turning up the edge of the last pan one-and-one-half inches (1-1/2") flush with the edge of the roof. The separate rake strip locks three-quarter inch (3/4") at its lower edge, over a previously placed edge strip. This rake strip is secured to the roof pan, at its

## Standing Seam Construction  3A



upper edge, with a standing seam lock. The adjacent lengths of gable strip are lapped at least three inches (3") in the direction of flow.

An alternate method of finishing the copper roofing at the gable omits the standing seam at the end. In this method, the outer edge of the roof pan turns down over the gable end and locks into a previously placed edge strip.

### Hips and Ridges

Hips and ridges may be finished with standing seams, batten seams, ridge rolls, ventilated assemblies, etc.

When standing seams are used to finish the hips or ridges, the seams on opposite sides of the hip or ridge should be offset – i.e., they cannot meet at the hip to form an inverted "V". This is because the multiple layers of copper in the standing seams on the roof make it difficult to form a seam on the hip or ridge.

To form a standing seam at hips and ridges it is necessary that the

seams in the roof be laid flat six inches (6") from the upper edge of the pans where it meets the ridge or hip. Pans on opposite sides of the ridge or hip are turned up one-and-a-half inches (1-1/2") and one-and-three-quarter inches (1-3/4") – to form a standing seam in the usual manner.

Due to the multiple layers of metal at a hip or ridge it is difficult to form double-locks at these locations. As a result, some contractors may wish to substitute single-lock seams in place of double-lock seams. While single-lock seams are less weather

resistant than double-lock seams, this is seldom a problem at hips and ridges. Revere does not suggest the use of single-lock standing seams in the field of a roof or wall.

"Z" clips that are continuously soldered to the pans may be used to construct ventilated hips and ridges so long as secondary provision against wind-blown water is provided. Revere does not suggest finishing hips and ridges with "Z" clips that are nailed, screwed, or riveted to the roof pans. See also Section 3G – Supplementary Details – for more ridge cap finishes.

# Standing Seam Construction

## Valleys

**Only** the upper edge of each valley sheet is nailed or otherwise secured to the roof deck. The lower edge of the upper valley sheet is lapped over the underlying sheet not less than six inches (6"). This lap should **not** be soldered.

The sides of each valley sheet are folded one-half inch (1/2") for cleating. Two-inch (2") wide copper cleats, spaced not more than eighteen inches (18") apart, are hooked into these folded edges and secured with two (2) copper or copper alloy nails or screws.

Six inches (6") from the side edge, a double fold, creating a three-quarter-inch (3/4") lock, is formed in the valley sheet. This allows the lower edge of each roof pan to be hooked into the fold and dressed down.

Alternately, at a distance of six inches (6") from each side edge of the valley, a continuous locking strip creating a three-quarter-inch (3/4") lock may be soldered to the valley sheet.

Either method of side edge construction prevents water from forcing its way past the opposite side of the valley flashing. Where the ends of the standing seam hook into the fold formed in the valley sheet or into the separately applied locking strip, these ends are turned down in the direction of flow, or they may be cut and folded back. (See 02_SS_17)

Where roofs are of different slopes or of unequal surface areas and deliver unequal quantities of water into the valley, a one-inch (1") high inverted "V" may be incorporated in the center of the valley. (See Valley Flashing Section for details.)



02_SS_17 VALLEY EDGE



## Standing Seam Construction 3A



Long Run Roofing Cleat Arrangement

END 1/3 EXPANSION CLEATS

7 OR 8 THICKNESSES OF COPPER

MIDDLE 1/3 FIXED CLEATS

END 1/3 EXPANSION CLEATS

30' TO 45'

TRANSVERSE SEAMS          LONG PANS

THERE IS NO ASSURANCE OF SLIPPAGE BETWEEN ROOF PANELS. SEAMS MAY EXPAND AND CONTRACT FROM THE EAVE TO THE RIDGE AS A UNIT.



**02_SS_cleat_expansion**

**Expansion Cleat**
For use with roof runs exceeding 30'0"



**02_SS_cleat_fixed**

**Fixed Cleat**
For use with roof runs up to 30'0"

**02_SS_18 8 "THICKNESSES" OF COPPER IN SEAM**

NOTE: 8 "THICKNESSES" OF COPPER IN SEAM
At a transverse seam location (three pans meet), there will be 7-8 thicknesses of copper. (On the long pan side, this would be where a cleat is.) When the final hemming is done, the metal can be "pressed" together so tightly that the movement may be restricted. Therefore, using a combination of fixed and expansion cleats will allow the roof to move. Dividing the roof into thirds, the fixed cleats should be installed in the middle third, with expansion cleats on either end. This will secure the center of the roof and direct the expansion movement toward both ends.

### Cleat Placement

Copper or stainless steel cleats should be installed in the standing seams spaced twelve inches (12") apart. If stainless steel cleats are used in lieu of copper they should be of passivated, Type 302/304 (non-magnetic) stainless.

Where the length or run of the standing seams is thirty feet (30') or less, one-piece, fixed cleats may be used. Where the length of run of the standing seams exceeds thirty feet (30') and up to forty-five feet (45'), a combination of fixed and expansion cleats should be used. Fixed cleats should be installed at the middle one-third of the roof run. The balance of the cleats, above and below the fixed cleats, should be expansion cleats. Installing cleats in this manner "pins" the center of the roof and directs expansion movement toward both ends.

The use of expansion cleats where the length or run of the standing seams is thirty feet (30') or less is not detrimental, but may be more expensive than the use of fixed cleats.

Where the length or run of the standing seams exceeds forty-five feet (45'), consult Revere's Architectural Services Department.



**02_SS_16 STANDING SEAM ON VERTICAL WALL**

24" OZ. STIFFENING ANGLE

### Wall conditions

#### Seam Orientation

When used to clad vertical or nearly vertical walls, standing seams may be installed vertically, horizontally, or at an angle. If they are installed horizontally or at an angle they may act as gutters. If it is likely that water will flow over the seams the pans should be installed with the lock on the **down slope** side.

Standing seams installed horizontally or at an angle may also act as shelves and collect air borne dirt, pollen, etc. Such accumulated dirt may later wash down onto the copper and stain it. Sloping the seam downward to provide positive drainage **may** minimize this problem.

Horizontal standing seams can be bent by snow and ice, vandalism or similar physical forces. Such damage may be minimized by providing a 24-ounce stiffening angle in the seam, as shown.

#### Transverse Seams

Although constructing transverse seams as described for **steep pitch roofs** provides the most weathertight condition, three-quarter-inch (3/4") locks may be used when standing seams are installed on vertical walls. If it is likely the seam will act as a gutter or shelf, the transverse seams (vertical seams when standing seams are horizontal) should be filled with sealant.

#### Wall Openings, Corners, etc.

Finishing standing seam wall cladding at wall openings, inside and outside corners, at grade or bottom of the cladding are discussed in (Section 3I Wall Cladding).

Standing Seams

# Standing Seam Construction

## Specifications for roofs with standing seams

### Workmanship Surfaces

Surfaces to be covered with copper shall be smooth and free from defects of every description. Surfaces shall be cleaned of dirt, rubbish and other foreign materials before copper work is started. Projecting nails shall be driven flush.

### Roofing Underlayment

Surfaces to receive copper shall be covered with roofing felt and/or other approved underlayment in accordance with manufacturer's instructions. When saturated felt is used, each ply shall lap at least two inches (2") in direction of flow and shall be nailed with copper or copper alloy nails driven through sheet copper washers at least one inch (1") square. Fasteners and washers shall finish flush with the underlayment. Nails in roofing felt shall be spaced not more than six inches (6") apart on all lapped seams.

### Pan Method – General

Roofing pans shall be formed of Revere (12-ounce)(16-ounce)(20-ounce) copper. Pans shall be made from (sheets eight (8') or ten (10') feet long) or (coils), and not more than twenty-four inches (24") wide. (Pans made of Revere 12-ounce copper shall be made from sheets or coils not more than eighteen inches (18") wide). No straight run of standing seam copper shall exceed forty-five feet (45').

Alternate pans formed from sheets shall begin at eaves with half (1/2) length sheets, thereby staggering the transverse seams. Cleats shall be spaced twelve inches (12") apart in each standing seam. Each cleat shall be secured with two (2) copper, copper alloy or stainless steel nails or screws. Pans shall be formed to allow one-sixteenth inch (1/16") minimum space at the base of each standing seam.

For standing seam roofs up to thirty feet (30'), one-piece, fixed cleats shall be installed twelve inches (12") apart.

Straight runs of standing seams in excess of thirty feet (30'), up to forty-five feet (45') shall be installed with both fixed and expansion cleats. Fixed cleats shall be placed at the middle third of the run and copper expansion cleats shall be placed in the remaining lower and upper portions of the run.

Roofing pans shall be loose-locked to valley flashing and edge strip at eave.

### Standing Seam

Standing seams shall finish one inch (1") high, except on curved surfaces. One side edge shall be bent up one-and-one-half inches (1-1/2") and the other one-and-three-quarter inches (1-3/4"). First fold shall be single fold, one-quarter inch (1/4") wide; second fold shall be one-half inch (1/2") wide. Locked portion of standing seam shall be five (5) plies in thickness. Lower ends of standing seams at eaves shall be folded over at 45° angle. Where standing seams terminate at ridge and hip, they shall be laid flat approximately six inches (6") from the ridge or hip and folded into the ridge or hip standing seam at that point.

### Transverse Seams

**1. For roof slopes six inches (6") or more per foot:**

Lower end of each pan shall be folded under three-quarter inch (3/4"). Fold shall be slit one inch (1") away from corner to form tab where the pan turns up to make the standing seam. Upper end of each pan shall be folded over two inches (2"). The three-quarter-inch (3/4") fold on lower end of upper pan is hooked into a two-inch (2") fold on upper end of underlying pan.

**2. For roof slopes three (3) to six inches (6") per foot:**

Lower end of each pan shall be folded under three-quarter inch (3/4"). Fold shall be slit one inch (1") away from corner to form tab from where the pan turns up to make the standing seam. Upper

## Standing Seam Construction    3A

end of each pan shall be folded over one-half inch (1/2"). A locking strip, one-and-one-half inches (1-1/2") wide and full width of pan, shall be continuously soldered to pan four inches (4") below top folded edge. The three-quarter-inch (3/4") fold on lower end of the upper pan shall hook into locking strip of underlying pan.

### Hips and Ridges
Ridges and hips shall be provided with standing seams constructed as specified for standing seams of main roof.

### Valleys
Valley sheets shall be Revere 20-ounce cold rolled copper, not exceeding ten feet (10') in length. Each sheet shall lap lower sheet at least six inches (6") in direction of water flow.

Valley sheets shall extend under roofing sheets on both sides at least six inches (6"). The outer edge of the valley sheet should be folded one-half inch (1/2") for cleating. The copper cleats shall be installed in these folds no more than eighteen inches (18") apart.

At valley line adjacent to the lower edge of the roofing sheets, a three-quarter-inch (3/4") double fold shall be made to engage a three-quarter-inch (3/4") single lock at lower ends of roofing sheets.

Alternately, a continuous strip of Revere 20-ounce cold rolled copper shall be soldered to the valley sheet to form a lock for the lower ends of the roofing sheets.

### Eaves
At eaves where no gutters occur, each pan shall be hooked three-quarter inch (3/4") over previously placed Revere 20-ounce cold rolled copper edge strip. Edge strips shall be formed from sheets eight (8') or ten feet (10') long. Ends of each length shall be lapped one inch (1"). Edge strip shall extend up on roof under copper roofing at least four inches (4"), and be secured with copper, copper alloy or stainless steel nails or screws along the upper edge spaced four inches (4")

apart. Face nailing of edge strips shall not be permitted. Where box gutters occur at eaves, ends of roofing pans shall be loose-locked into gutter as specified under built-in box gutters. Roof pans shall be loose locked to valley flashing and edge strip at eaves.

### Gable Rakes
Pans against gable rakes shall turn up vertically one-and-one-half inches (1-1/2") and lock into a separate Revere 16-ounce cold rolled copper fascia strip, forming a standing seam one inch (1") high. Continuous edge strip of Revere 20-ounce cold rolled copper shall be attached to the edge of roof boarding with copper, copper alloy or stainless steel nails or screws spaced four inches (4") apart. Lower edge of fascia strip shall be hooked a minimum of three-quarter inch (3/4") over edge strip to form drip.

3.A.9

Standing Seams Specifications

