# EXHIBIT "E-1"

