# EXHIBIT "E-3"



Arthur L. Sanders, AIA Emeritus

CLEAT LAYOUT AT RIDGE
1"=1'-0"

Exhibit E 3