# EXHIBIT "E-4"



Arthur L. Sanders, AIA Emeritus

10.21"

6.45"

1 3/4"

6"

9 1/2"

2 × 4 WOOD NAILER

15" PANEL

9 1/2"

6" INSULATION

3 1/2"

**CLEATS @ RIDGE**

Option 1

Half full Scale

Exhibit E 4

PAN CLEAT

1" LEG