# EXHIBIT "E-5"

