# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

## DECLARATION OF SARAH L. BUNGE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Sarah L. Bunge, declare as follows:

1. I am a Plaintiff in this action and the owner with my husband, Thomas F. Friedberg, of the home located at 168 Chocolate Hole, St. John, United States Virgin Islands. I make this declaration in support of Plaintiff's Motion for Summary Judgment against Defendant Daybreak, Inc. dba Huber & Associates ("Daybreak").

2. Attached as **Exhibit A** to this declaration is a true and correct copy of the May 7, 2010 Proposal that is the contract between Plaintiffs and Daybreak at issue in this action.

3. Attached as **Exhibit B** to this declaration is a true and correct copy of the Springline Architects Roof Plan for the Main House Pavilion ("Main House").

4. Attached as **Exhibit C** to this declaration is a true and correct copy of the Daybreak February 8, 2018 Proposal.

5. Attached as **Exhibit D** to this declaration are true and correct copies of photographs of Daybreak's construction of the roof on the Main House and other buildings in 2010.

1

6. Attached as **Exhibit E** to this declaration is a true and correct copy of the Dahill Co., Inc. Project Review Report dated March 8, 2019.

7. Attached as **Exhibit F** to this declaration is a true and correct copy of a photograph of the Main House roof with red lines indicating the seams that were inspected in 2014 and the hip ridge seam that opened during Irma in 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of December, 2025, at Tucson, Arizona.

*[signature]*

Sarah L. Bunge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2025, a true and correct copy of **DECLARATION SARAH L. BUNGE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL 34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                         /s/ THOMAS F. FRIEDBERG
                                         **THOMAS F. FRIEDBERG**