# EXHIBIT "B"



Roof Plan

A2.04

1/4" = 1'-0"

Drawn by: HWD/ JAL
CAD File Name: 353-1-A2
Reviewed by:
Issue Date: 12-04-02
Project Manager: TSR
Plot Date: 12-03-02
Drawing Title: **Roof Plan**

**FRIEDBERG-BUNGE RESIDENCE**
MAIN HOUSE
PLOT #168, ESTATE CHOCOLATE HOLE
# 11 CRUZ BAY QUARTER
ST. JOHN, U.S. VIRGIN ISLANDS

TOM FRIEDBERG & SARAH BUNGE
Emerald Plaza, 402 West Broadway, 6th Floor
San Diego, CA 92101
(619) 557-6101



MAIN PAVILION AND MASTER SUITE ROOF PLANS

1 / A101    SCALE: 1/4" = 1'-0"

REPLACE COPPER PANS

REPLACE RIDGE CAPS

Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI
Connecticut

CLIENT / OWNER:
Law Offices of Friedburg & Burge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION

HOFFMANN ARCHITECTS, INC.

DRAWN BY: DBO ALS
CHECKED BY: RS
DATE: 3/27/2018
SCALE: AS NOTED

SEAL

A102
ROOF
PLAN

Hurricane Damage Plans.dwg
PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018