# EXHIBIT "D"





