# EXHIBIT "E"



Established 1883

Telephone (203) 469-6454
Fax (203) 469-0868
Email: service@fjdahill.com

## Structural Restoration Contractors

176 Forbes Avenue • P.O. Box 9578 • New Haven, Connecticut 06535

# PROJECT REVIEW REPORT

**PROJECT INFO:**

| JOB NAME: | Friedberg Property | DATE: | March 8, 2019 | | |
|---|---|---|---|---|---|
| ADDRESS: | Croton Rd | | | | |
| CITY: | Cruz Bay | STATE: | St. John, USVI | ZIP | 00830 |
| DATE OF VISIT: | February 24, 2019 – February 28, 2019 | | | | |

**Property Overview:**



**PURPOSE OF VISIT**

- On February 24th, 2019, Dahill visited the above-mentioned project at the request of the property owner. The purpose of this visit is to make temporary repair to the damaged panels where airborne debris punctured the roofing system, investigate the source of an ongoing leak in the gatehouse, make repairs to an open hip seam & confirm the attachment method used at the same hip seam, and to acquire field measurement of damaged seams for future repair.

**PROJECT REVIEW COMMENTS:**

**Gatehouse:**
1) Several areas of physical damage have occurred to the panel roofing system.
    a. Temporary repairs have been made in all damage areas.
    b. 5 additional panels were found to be damaged, and have been marked on the revised roof plan. (See attached revised roof plan).

**Garage:**
1) Minor dents were found in several panels. No temporary repairs were required at this time.

**Beach Pavilion:**
1) Minor dents were found in several panels. No temporary repairs were required at this time.

**Guest Pavilion & Dining Pavilion:**
1) Several areas of physical damage have occurred to the panel roofing system.
    a. Temporary repairs have been made in all damage areas.
    b. 3 additional panels were found to be damaged, and have been marked on the revised roof plan. (See attached revised roof plan).

**Main Pavilion & Master Suite:**
1) Several areas of physical damage have occurred to the panel roofing system.
    a. Temporary repairs have been made in all damage areas.
    b. 2 additional panels were found to be damaged, and have been marked on the revised roof plan. (See attached revised roof plan).
2) An open hip on the north side of the Main Pavilion was further investigated to verify the attachment method during the project review. The verification found the following results:
    a. No clips were added in the hip seam area. A section of seam approximately 30' long was opened, with no evidence of clips being installed. (See Photos).
    b. Rivet that were installed to secure the panels together in this seam were found to not penetrate the lower portion of the hip seam. (See Photos).

**Gatehouse:**



- **Gatehouse: East Side of Building**



- **Gatehouse: Main Roof**
- Severe damage caused by airborne debris.
- Located on Southwest section of the property.
- Damage exposed the insulation and wood decking below.



- **Gatehouse: Main Roof**
- Additional damage has been found during this visit, and noted on a revised roof plan.
- During the repairs, glass was found in one of the panels. It is assumed this glass is left over from the time of impact.



- **Gatehouse: Main Roof**
- Multiple temporary repairs made on the west side of the main roof on the Gatehouse.



- **Gatehouse: Lower East Roof**
- Damaged panel on the North side of the Lower East Roof.
- Damage appears to be caused by impact.



- **Gatehouse: Lower East Roof**
- Damaged panel on the North side of the Lower East Roof.
- Temporary repairs made to damaged panel.
- 2 corner panels have been added to the repair scope, located on the revised roof plan.

Page **5** of **12**

| | |
|---|---|
|  | - **Gatehouse: Lower East Roof**
- **Leak located on the lower level of the gatehouse.**
- During the visit, cracks were found on the stucco wall surrounding the window, and above the counter flashing. The cracking will allow wind driven rain to infiltrate the building envelope in the crack locations.
- Temporary repairs were made utilizing a clear caulk to the stucco wall during our visit. |
|  | - **Gatehouse: Lower East Roof**
- **Leak located on the lower level of the gatehouse.**
- During the visit, cracks were found on the stucco wall surrounding the window, and above the counter flashing. The cracking will allow wind driven rain to infiltrate the building envelope in the crack locations.
- Temporary repairs were made utilizing a clear caulk to the stucco wall during our visit. |

**Garage:**

| | |
|---|---|
|  | - **Garage Roof: South side of building:**
- No damaged panel require repair on the Garage roof. |