### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**ACTION FOR DAMAGES** |

## **DECLARATION OF THOMAS F. FRIEDBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Thomas F. Friedberg, declare as follows:

1. I am a Plaintiff in this action and counsel for Plaintiffs in this action. I make this declaration in support of Plaintiff's Motion for Summary Judgment against Defendant Daybreak, Inc. dba Huber & Associates ("Daybreak").

2. Attached as **Exhibit A** to this declaration is a true and correct copy of excerpts from the Deposition of Barry Huber taken in this action on April 28, 2025.

3. Attached as **Exhibit B** to this declaration is a true and correct copy of Excerpts of the deposition of Barry Huber taken in this action on October 7, 2025.

4. Attached as **Exhibit C** to this declaration is a true and correct copy of excerpts of the deposition of Micah Cady taken in this action on April 28, 2025.

5. Attached as **Exhibit D** to this declaration is a true and correct copy of excerpts of the deposition of Micah Cady taken in this action on October 7, 2025.

1

6.	Attached as **Exhibit E** to this declaration is a true and correct copy of excerpts of the deposition of Richard S. Barabas taken in this action on September 11, 2025.

7.	Attached as **Exhibit F** to this declaration are true and correct copies of photographs P000355-P000362 produced by Richard S. Barabas in response to discovery in this action.

8.	Attached as **Exhibit G** to this declaration is a true and correct copy of the Action for Damages filed in this action. (Doc. No. 1).

9.	Attached as **Exhibit H** to this declaration is a true a correct copy of excerpts of the deposition of Joseph Bragg taken in this action on September 23, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of December, 2025, at Tucson, Arizona.


			*/s/ Thomas F. Friedberg*
			Thomas F. Friedberg

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2025, a true and correct copy of **DECLARATION OF THOMAS F. FRIEDBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

/s/ THOMAS F. FRIEDBERG
**THOMAS F. FRIEDBERG**

3