# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT

OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

```
THOMAS F. FRIEDBERG & SARAH L.    ) ACTION NO.
BUNGE,                            ) 3:19-cv-0053-RAM-EAH
                                  )
          Plaintiffs,             )
                                  )
    vs.                           )
                                  )
DAYBREAK, INC., dba HUBER &       )
ASSOCIATES,                       )
                                  )
          Defendant.              )
_____)
```

VIDEO-RECORDED

VIDEOCONFERENCE DEPOSITION OF

MICHA CADY

April 28, 2025

Reported by Beth A. Ballerini, CSR

Certificate No. 7358

Job No. 124759

**Page 22**

1  the container for your BOL, for the shipping container.
2  So somebody would have had a list of that that was
3  shipped because you have to list every item.
4      Q.  And what is BOL?
5      A.  It's just the bill of lading.
6      Q.  Do you know whether there were custom
7  declarations prepared?
8      A.  I do not.  I was not involved in that.
9      Q.  Was it your custom and practice to look at the
10 bill of lading and compare what was actually received on
11 the island was in conformancy with the bill of lading?
12     A.  That would be typical, yes.
13     Q.  Was there anything that you were short -- that
14 was not in the container?
15     A.  At the time I don't recall.  But no, I think
16 we had everything we needed.  Obviously with the coils
17 of copper that were in there, you don't know exactly how
18 much, you know, the coil usage is going to be until you
19 use it.  But as far as sheet stocks and drip edge and
20 all the other stuff in there, the tools and stuff, yes.
21     Q.  What about caulking?  Was the caulking
22 included?
23     A.  The caulking?
24     Q.  Yeah.
25     A.  I -- I don't recall.

**Page 23**

1      Q.  Were there --
2          Do you recall conversations that you had with
3  Ron where items were actually missing from the
4  container?
5      A.  I don't.
6      Q.  Do you recall contacting Ron and stating I
7  need stuff shipped down immediately in order to perform
8  this job because it wasn't in the container?
9      A.  I don't recall.
10     Q.  Do you know whether or not items were
11 purchased on-island to supplement what was in the
12 container?
13     A.  I don't recall that either.  It's just --
14 those kind of details from 15 years ago, I'd have to
15 have receipts.
16     Q.  Do you know if there are receipts?
17     A.  I have not found any, no.
18     Q.  So -- let me go back.
19         You had a crew of, what, six guys?
20     A.  Yeah, I believe it was six.  I'm trying to
21 list them all out, but there's, like, six guys.  Are you
22 including myself?
23     Q.  Yes.
24         And who operated the pan former?
25     A.  I think it was both myself and it was Austin

**Page 24**

1  Schlimner.  He was the main guy running the panels and
2  running the machine at that time.
3      Q.  And what did you do on the project?
4      A.  I helped install -- helped install the panels
5  and was part of the crew, like, the installer.
6      Q.  So your testimony is you were on the roofs?
7      A.  Yes.
8      Q.  And had you been involved -- prior to this
9  project had you actually formed copper panels using a
10 pan former?
11     A.  Yes.
12     Q.  How many times?  Or how many projects, I
13 should ask?
14     A.  At least -- well, you're talking in the time
15 prior to yours?
16     Q.  Yes.
17     A.  The four to six.  I mean every time we have a
18 pan former on site or we're doing a copper project we
19 pan form them.
20     Q.  ==Can you describe the roofs that were on the==
21 ==project in St. John?==
22     A.  ==They were conformed of copper standing seam==
23 ==panels 15 inches wide, continuous copper panels standing==
24 ==seam double-lock.==
25     Q.  And describe the roofs themselves.

**Page 25**

1      A.  There was multiple buildings.  They were
2  cone-shaped, octagon, lower-pitched towards the bottom
3  and then pitch change to a steeper pitch at the top of
4  the main building.  And the other buildings were all
5  octagon.  And I think there was one other building, like
6  a gazebo.
7      Q.  How many -- well, strike that.
8          Do you recall how many separate buildings
9  there were?
10     A.  Without actually looking at the roof plan, I
11 believe there was four.  One, two, three, four.
12     Q.  ==All right.  Explain the process to me.  You==
13 ==mentioned there were rolls of copper.  How does it go==
14 ==from roll of copper to a finish roof?==
15     A.  ==So you basically take the copper spool, the==
16 ==copper roll that goes onto a decoiler, and then it's fed==
17 ==into the machine.  It's an 18-inch-wide panel.  Then it==
18 ==forms it through this machine to a specific length.  As==
19 ==it feeds it through the machine it forms a male and==
20 ==female on each side; a male on one side, a female on the==
21 ==other.  And it comes out the other side as a preformed==
22 ==panel.  Ends up being 15 inches wide.==
23     Q.  ==And then what happens to the 15-inch-wide==
24 ==panel?==
25     A.  ==So then once you run it through the machine,==

**Page 26**

1  you have specific lengths that you use. So I mean you
2  measure out the roof, you cut your panels, it shears it,
3  then that panel is then taken over to the roof and
4  installed onto the roof.
5     Q.   How is it installed?
6     A.   It's hemmed onto the bottom of a drip edge.
7  There's a D-style drip edge that goes around the bottom
8  of the roof to start out with. It is hemmed on and
9  locked onto the D-style drip edge.
10    Q.   How is that done?
11    A.   You take hand seamers and you basically fold a
12 1-inch seam at the bottom -- a hem at the bottom and you
13 lock it onto your drip edge.
14    Q.   How is it locked on?
15    A.   It's folded and crimped onto the drip edge.
16    Q.   Okay. Continue.
17    A.   And then you basically -- then you take your
18 clips and you lock your clips onto the side, and then
19 nail it down to the roof deck.
20    Q.   What types of fasteners were used to secure
21 the panels?
22    A.   Ring shank stainless steel roofing nails.
23    Q.   Screws or nails?
24    A.   I believe that one was with the nails.
25    Q.   And how many ring shanks were there?

**Page 27**

1     A.   How many nails?
2     Q.   No. The ring -- the ring shanks themselves,
3  did they have -- how many -- well, strike that.
4          THE COURT REPORTER: I couldn't understand
5  that word. Wrench?
6          THE WITNESS: Ring.
7          MR. FRIEDBERG: I'm coming back. I'm sorry.
8  BY MR. FRIEDBERG:
9     Q.   The actual --
10         What do you call the fastener? What's your
11 term?
12    A.   What do you call it? A ring shank nail?
13    Q.   No. What you put the nail into to secure it.
14    A.   Oh, a cleat.
15    Q.   Okay. And what are the cleats made of?
16    A.   The cleats are made of copper.
17    Q.   And how many holes for the ring shank nails
18 are there per cleat?
19    A.   There's two. You put two nails per cleat.
20    Q.   And what type of spacing?
21    A.   On the cleats?
22    Q.   Yes.
23    A.   Yeah. 9 1/2.
24    Q.   All right. So you've looked through the
25 materials. There was a prior proposal that called for

**Page 28**

1  12 inches on center.
2          Were you aware of that?
3     A.   Yes, correct.
4     Q.   And then it went to 9 1/2 on center.
5          Are you aware of that?
6     A.   Correct.
7     Q.   Are you aware of why? Or, strike that.
8          Are you aware why there was a change?
9     A.   From what I recall, the change was -- it went
10 from a 17-inch-wide panel to a 15. And then the spacing
11 was to match up to meet the batten system that was being
12 installed by Chris.
13    Q.   Okay. That's the 9 1/2 on center?
14    A.   Correct.
15    Q.   And is it your testimony that cleats were
16 placed at 9 1/2 on center on each panel throughout the
17 roof?
18         MR. COSBY: Object to the form.
19         You can answer.
20         THE WITNESS: Cleats were placed on average
21 9 1/2 depending on the batten system that was installed
22 by others.
23 BY MR. FRIEDBERG:
24    Q.   All right. And describe the batten system.
25    A.   So the batten system was a 1-by-4 batten

**Page 29**

1  system that runs horizontal and it had battens that were
2  running on average every 9 1/2 inches center to center
3  on average.
4     Q.   Was it a 1-by-4 or 1-by -- is it actually a
5  3 1/2?
6     A.   Yeah, correct. A 1-by-4 is actually 3 1/2
7  nominal, yeah.
8     Q.   And then in between the battens what was
9  present -- was there any other material present?
10    A.   Yeah. So then Chris had installed the
11 insulation in between the battens.
12    Q.   All right. And then was there anything put on
13 top of the batten system?
14    A.   The copper panels.
15    Q.   Was there any type of paper or snow and ice
16 shield or --
17    A.   No. That's under the batten system.
18    Q.   I'm sorry?
19    A.   That's what's under the batten system, so --
20    Q.   Were there any -- I'm sorry, I interrupted
21 you. Go ahead.
22    A.   Yeah, there was an ice and water -- there was
23 a system already in place done by others, and then the
24 batten system was placed on top of that.
25         MR. FRIEDBERG: John, can you bring up

**Page 30**

```
 1  page 16.
 2  BY MR. FRIEDBERG:
 3      Q.  Do you recognize what's shown in this photo?
 4      A.  Yes.
 5      Q.  Have you seen other photos prior to or during
 6  the installation of the copper roof?
 7      A.  Repeat the question.  Have I seen any --
 8      Q.  Have you seen other photos that were taken
 9  during the actual installation of the copper roof that
10  show a portion of the roof and a portion of the --
11  what's underneath the copper roof?
12      A.  Yeah.  There's a couple different I think
13  progress photos that we had.  I think there are four or
14  five different progress photos.  Some of them had the
15  ice and water shield on, and the others had the battens.
16  There was a few in progress that I had seen.
17      Q.  What would you call --
18          Do you see the octagon building in the
19  picture?
20      A.  The large one there, the main?
21      Q.  Yes.
22      A.  Yes.
23      Q.  What do you refer that -- how do you refer to
24  that building?
25      A.  The main house.
```

**Page 31**

```
 1      Q.  Do you know whether or not there was a snow
 2  and ice shield over the batten system on the main house
 3  prior to the installation of the copper?
 4      A.  If I recall, it's under because the ice and
 5  water shield, the snow and ice, is meant to be under the
 6  battens, then the batten system on top.
 7      Q.  There are photographs that are not in these
 8  exhibits, but have you seen the photographs where there
 9  is a black material over the batten system that's
10  between the batten system and the copper?
11      A.  I don't recall.  I don't think the batten
12  system was on in those photos yet, if I'm correct.
13      Q.  All right.  I'm going to ask you,
14  hypothetically, to assume that there are photographs
15  showing portions of the copper roof being installed on
16  the main house with the snow and ice shield over the
17  batten system.
18      A.  I have not seen those photos --
19          MR. COSBY:  Object to the form.
20          Hold on.  I'm not sure there's a question yet.
21          MR. FRIEDBERG:  Right.
22          MR. COSBY:  But I object to the form, if it is
23  a question.
24  BY MR. FRIEDBERG:
25      Q.  Do you recall whether or not there was some
```

**Page 32**

```
 1  type of black material placed over the battens prior to
 2  the installation of the copper on the main roof?
 3      A.  No, I do not recall.
 4      Q.  Are you disputing whether or not there was
 5  some type of material placed over the batten system
 6  prior to the installation of the copper roof on the main
 7  house?
 8          MR. COSBY:  Object to the form.
 9          But you can answer.
10          THE WITNESS:  I believe the pictures I had
11  seen were of ice and water shield on the roof prior to
12  battens, and it was not on the main house.  It was on
13  the other project -- on the other buildings.
14  BY MR. FRIEDBERG:
15      Q.  All right.  Well, we're focusing on the main
16  house.
17          If, hypothetically, there are photos showing a
18  portion of the copper installed on the main roof with
19  the black material over the batten system, would that
20  indicate in fact that the batten system had some type of
21  weatherproofing placed on top of it and underneath the
22  panels?
23          MR. COSBY:  Object to the form.
24          You can answer.
25          THE WITNESS:  Yes.  But to be honest, I do not
```

**Page 33**

```
 1  remember seeing any in-progress photos of the main house
 2  with the batten system on or off.  The only ones I saw
 3  of this were of the complete --
 4  BY MR. FRIEDBERG:
 5      Q.  All right.  So you mentioned that the -- well,
 6  what is the purpose of the cleats?
 7      A.  The purpose of the cleats?  To hold the panel
 8  down to the substrate.
 9      Q.  And when you have -- talk to me about how you
10  actually secure the panels to the roof themselves.  You
11  mentioned there are cleats that are placed approximately
12  9 1/2 inches on center, and then you use the two ring
13  shank nails to go into the battens, correct?
14      A.  Correct.
15          MR. COSBY:  Object to the form.
16          You can answer.
17          THE WITNESS:  That is correct.
18  BY MR. FRIEDBERG:
19      Q.  All right.  And if you look at the actual -- I
20  want to make sure I'm using the right terminology.
21          What do you call the single sheet of copper?
22  Is that a panel?  Or what do you refer to it as?
23      A.  Yes, so that would be the panel.
24      Q.  And where are the cleats placed?  Are they
25  placed on both sides of the panel or one side?
```

```
1    A.   They're placed on one side.
2    Q.   And what is done on the other side to secure
3  it?
4    A.   So they're placed on one side, and then the
5  other panel locks on.  So that's why they have a male
6  and a female.  So then the other panel locks onto it and
7  it's seamed with hand seamers and then a dog, which is
8  basically a power seamer that seams those panels
9  together, and then you just always put the clips on the
10 next panel on one side.  Then the next panel locks onto
11 it.  So the clips are all on one side, but the panels
12 themselves are seamed to each other.
13   Q.   And when they're seamed is that a single-lock
14 or a double-lock seam?
15   A.   That's a double-lock.
16   Q.   And how does that work?
17   A.   So you take hand seamers, you lock the panel
18 on, and then you take a machine and start it from the
19 top and it runs all the way down and power-seams the
20 seams together to form the double-lock.
21   Q.   Is there anything placed on top of the seams?
22   A.   On top of the seams?  No.
23   Q.   There are -- I'm sorry, go ahead.
24   A.   Go ahead.  I'm good.
25   Q.   There are pie-shaped portions, do you see on
                                                        Page 34
```

```
1  the roof?
2    A.   Yup.
3    Q.   How are those pie-shaped portions fastened to
4  each other?
5    A.   When you say pie-shape, are you talking about
6  the upper part?  The top part there?
7    Q.   No.  Let me try and be a little more specific.
8         It's an octagon.  Do you see that?
9    A.   Yeah.
10   Q.   And there are certain sides to the octagon?
11   A.   Yes, the triangles that meet the hips.
12   Q.   All right.  How are the triangles secured?
13   A.   They're all secured down to the roof, like,
14 they're all clipped, like, everything is all clipped and
15 secured down to the roof.
16   Q.   How are they clipped?
17   A.   The panels themselves?
18   Q.   Yes.  Let's start there.
19   A.   Yeah.  The same way I just described with the
20 cleats.  You have a cleat that attaches to each batten
21 with two ring shank nails, and then each panel is seamed
22 to itself.
23   Q.   Okay.  Are there -- when I use the term pan,
24 are you familiar with that term?
25   A.   Yeah.  It's a copper pan.  It could be a
                                                        Page 35
```

```
1  different -- a couple different meanings, but it's a
2  pan.  So what are you referring to when you say pan?
3    Q.   Well, the section, for example, we're looking
4  at on page 16, there seems to be -- if we look straight
5  on there seems to be somewhat of a triangle.
6         Do you see that?
7    A.   Uh-huh.
8    Q.   Yes?
9    A.   Yes, yes.
10   Q.   How do the two triangles -- how are they
11 attached?
12   A.   I believe you're describing the hips, like,
13 the hip corners when the hips -- when it comes to the
14 hips.  So each panel is cleated to the roof on the
15 sides, and then when it gets to the hip, one side is
16 turned up 1 inch, and then when the other side comes
17 into it, that side is folded up 2 inches, and then they
18 fold over the top of each other and lock.  And then --
19   Q.   And they are put on top of the hips?
20   A.   The hips, yes.  Then there's a batten cap on
21 top of the hips.
22   Q.   And what's the purpose of the batten cap?
23   A.   The batten cap is to cover the seam.
24   Q.   If the batten cap is installed, are you able
25 to see the seams?
                                                        Page 36
```

```
1    A.   Well, it covers -- the one folds up one side,
2  the other folds up the other side, and they lap over the
3  top of each other, and then you take the batten cap and
4  you cover that seam.
5    Q.   When the batten cap -- strike that.
6         When the batten cap covers the seam, are you
7  able to see the seam?
8    A.   Depends on how much length you left on the
9  other side.  So when it's folded down over, you take an
10 anvil and you hammer them together, and you may end up
11 seeing -- depends if it was trimmed correctly.  If it's
12 trimmed, you know, with -- how much they trimmed it off,
13 when the batten cap goes on there you may still see the
14 copper where it was folded down onto the side.
15   Q.   Are you aware of any instances in which there
16 was insufficient copper in order to form the seam at any
17 of the ridge points on the main house?
18   A.   No.
19   Q.   How do you know?
20   A.   Well, you said was I aware of any.
21   Q.   Right.  Did you actually inspect them all?
22   A.   Well, I'm saying no, to my knowledge, I did
23 not see any that were insufficient.
24   Q.   All right.  Who was in charge of inspecting
25 the ridge -- where the ridge -- or the hips -- where
                                                        Page 37
```

```
 1  they met to make sure they were properly seamed
 2  together?
 3      A.  Collectively all of us.  I mean we all have a
 4  high standard and know the method and the means for
 5  installing.  So every one of us knew -- whoever was up
 6  there installing knows how to fold the seams up and over
 7  and put the batten cap on.
 8      Q.  Are you aware of any instances in which cleats
 9  were not placed approximately 9 1/2 inches on center on
10  the main house?
11          MR. COSBY:  Object to the form.
12          You can answer.
13          THE WITNESS:  No, I'm not aware of it.
14  Every -- there was cleats on every -- every batten.
15  BY MR. FRIEDBERG:
16      Q.  If, hypothetically, there were cleats not on
17  every batten and not at 9 1/2 inches on center, or
18  nominally 9 1/2 inches on center, would that be contrary
19  to what the intent was in terms of securing the roof?
20          MR. COSBY:  Object to the form.
21          You can answer.
22          THE WITNESS:  I mean -- I'm answering
23  hypotheticals.  I mean I know every one of them was
24  attached.  We did not skip any.
25  BY MR. FRIEDBERG:
                                                    Page 38

 1      Q.  How do you know that?
 2      A.  Because all of our guys were trained extremely
 3  well.
 4      Q.  All right.  Was there some type of procedure
 5  in place to inspect the panels to make sure that the
 6  cleats were installed nominally at 9 1/2 inches on
 7  center?
 8          MR. COSBY:  Object to the form.
 9          You can answer.
10          THE WITNESS:  Just -- just common practice of
11  just knowing what the protocol was, knowing what the
12  guideline was, and knowing what we were supposed to do.
13  BY MR. FRIEDBERG:
14      Q.  If, hypothetically, there were cleats on one
15  of the hips, or where the actual panels met the hip, and
16  those panels had -- were not attached or did not have
17  cleats 9 1/2 inches on center, would that be contrary to
18  what the scope and the intent was in terms of installing
19  the cleats on this project?
20      A.  No, because --
21          MR. COSBY:  Object to the form.  Object to the
22  form.
23          You can answer.
24          THE WITNESS:  No, because there are no cleats
25  on the -- the hip and ridge don't have any cleats.  You
                                                    Page 39

 1  have cleats in the body of the panel that are averaged
 2  9 1/2.  There are no cleats and not needed on actual hip
 3  junctures.
 4  BY MR. FRIEDBERG:
 5      Q.  Let me rephrase my question.
 6          If, hypothetically, there were not cleats on
 7  the panels as it met the hip, the panels immediately --
 8  or at least forming a portion of the hip, would that be
 9  contrary to the intent of installing cleats every
10  9 1/2 inches on center?
11          MR. COSBY:  Object to the form.
12          You can answer.
13          THE WITNESS:  No.  The cleats are -- you have
14  a batten.  And as you run your battens around, your hips
15  are longer.  So when you put a panel on, there may be
16  spots where the cleat is not exactly at the ridge -- or
17  at the hip juncture because it's all dictated by the
18  spacing of the battens.
19          So as my battens go around, there's a cleat on
20  every single batten.  And depending on where that lands,
21  at the last cleat I can put in, when it gets to the hip.
22  BY MR. FRIEDBERG:
23      Q.  Is it your testimony there was a cleat placed
24  on each and every batten?
25      A.  Yes.
                                                    Page 40

 1      Q.  And how do you know that?
 2      A.  Again, from common practice, and we don't take
 3  shortcuts.
 4          Also when you seam the panels, you should be
 5  able to see the indentation of where the cleats are at
 6  on the -- on the hem sticking up.
 7      Q.  Explain what you mean.
 8      A.  So when you run the machine down the panel,
 9  you have a cleat that's attached to a portion of every
10  batten.  And as it puts pressure on that seam and runs
11  down the seam, you'll see the clip telegraphing through
12  to where you can look and see if there's one on every --
13  on every batten.
14      Q.  What do you mean, the clip telegraphing
15  through?
16      A.  Like there's an extra piece of metal.  In
17  other words, it's thicker at that location.
18      Q.  So is it your testimony you'd be able to look
19  at the time of seaming the ridge to determine whether or
20  not there's a cleat present every approximately
21  9 1/2 inches on center?
22      A.  Yes, you --
23          MR. COSBY:  Objection to the form.
24  BY MR. FRIEDBERG:
25      Q.  I couldn't hear your answer.
                                                    Page 41
```

**Page 42**

```
 1    A.   You should be able to, yes.
 2    Q.   And how would you be able to do that?  By
 3 visually looking?
 4    A.   Yes.
 5    Q.   And once the ridges are seamed and the ridge
 6 cap put on the ridge, are you able to see the cleats?
 7    A.   Yeah.  Like I said before, you can see the
 8 cleats telegraphing through.  So when it pinches tight
 9 on the seam and goes down that seam and locks the panel
10 together, if you look closely you'd be able to see where
11 the cleats are at.
12    Q.   And then how would you be able to see that?
13    A.   From the side view.  Like, if you look at
14 the -- where it bends it over on the seam, you'd be able
15 to look at the side and see where there's an extra piece
16 of metal or a little indentation because that's where
17 your cleat would be.
18    Q.   And approximately how far from the ridge would
19 this cleat be?
20         MR. COSBY:  Object to form.
21         THE WITNESS:  Well, the cleat would be
22 technically on every batten.  So whatever the batten
23 spacing is.
24 BY MR. FRIEDBERG:
25    Q.   So if you have a ridge -- and you've explained
```

**Page 43**

```
 1 that -- where you have a male and female where you seam
 2 them together.  And then you mentioned you can see the
 3 cleats.
 4         How far are the cleats -- can you actually see
 5 the cleat from the ridge?
 6    A.   Repeat the question again.
 7    Q.   Sure.
 8         The ridge itself is secured by seaming the
 9 male and female portions.  Agreed?
10    A.   Are you talking about the ridge or the -- you
11 call them ridges, but technically hip, referred to as
12 hip.
13    Q.   All right.  Let's use the term hip.
14         The hips are secured by seaming the male and
15 female portions, correct?
16    A.   Not the hips.  The main body of the field.
17 The seams and the field, all those seams that run down
18 in the main field are all mechanically seamed with a
19 machine.
20         At the hips, like I mentioned before, the one
21 stands up 1 inch, the other one stands up 2 inches, and
22 you fold them over each other, and those are done by
23 hand.
24    Q.   All right.  In the process prior to folding
25 over are you able to see the clips -- or the cleats?
```

**Page 44**

```
 1    A.   Yes.
 2    Q.   And where are the cleats?  In other words, how
 3 far from the area in which you're putting the ridge cap?
 4    A.   They would be on every batten.  So however
 5 that batten lands in -- however it dives into the hip.
 6    Q.   Underneath the hip itself there are no cleats,
 7 right?
 8    A.   No.
 9    Q.   How far to the left or right of the hip are
10 the cleats?
11    A.   It all depends on the panel layout and how
12 that panel dives into the hip and where the batten
13 spacing is at.
14    Q.   Would it be your expectation then prior to
15 securing the hip or the ridge and putting the hip cap on
16 that the workers would be able to visualize whether or
17 not there were in fact cleats present?
18    A.   Yeah.  I mean you would be putting the cleats
19 on into the battens, and then after you trim your hip
20 you stand it up on edge, and then the other side comes
21 into it, and you stand that one up taller and then fold
22 them over on top of each other.
23    Q.   Are you aware of any evidence or documents
24 that there were cleats not present on certain panels of
25 the main house?
```

**Page 45**

```
 1    A.   That there was cleats not present?
 2    Q.   Yes.
 3    A.   Not in -- no.
 4    Q.   If, hypothetically, there were cleats that
 5 were not present, would that be contrary to the contract
 6 terms requiring cleats to be installed approximately
 7 9 1/2 inches on center?
 8         MR. COSBY:  Object to the form.
 9         THE WITNESS:  Again, it's a hypothetical, and
10 if there was missing cleats, then yes.  But all the
11 cleats were installed per batten layout.
12 BY MR. FRIEDBERG:
13    Q.   And if cleats were in fact not installed and
14 were not present, would that be contrary to the terms of
15 the contract?
16         MR. COSBY:  Object to the form.
17         You can answer.
18         THE WITNESS:  Then correct, yes.
19 BY MR. FRIEDBERG:
20    Q.   Now, you mentioned that these panels come
21 together to form the hip.  Did I get that correct?
22    A.   Correct.
23    Q.   And then you mentioned trimming.  Can you
24 describe that.
25    A.   Yes.  So you basically take the one side, you
```

**Page 50**

1  involved with a copper roof in which wind has gotten
2  underneath a hip?
3         MR. COSBY:  Object to the form.
4         THE WITNESS:  No.
5  BY MR. FRIEDBERG:
6     Q.   Have you ever been involved in any type of
7  metal roof that sustained wind damage?
8     A.   Not of ours.  In a certain instance it
9  actually took off the entire framing and our panels
10 actually all stayed intact.
11    Q.   Are you aware what the substrate of this roof
12 was?
13    A.   The substrate was the plywood underneath.
14    Q.   Yeah.  Are you aware of how much plywood?
15    A.   What do you mean how much?  How thick?
16    Q.   How many layers of plywood and the thickness.
17    A.   No.  No, I was not involved in the framing of
18 it.
19    Q.   You've framed roofs, I take it, in the past?
20    A.   I have with my dad before, yes.
21    Q.   Did you have any concerns regarding the
22 framing of this roof?
23         MR. COSBY:  Object to the form.
24         THE WITNESS:  Not concerns with the framing.
25 We didn't do the framing or the batten system.  So that

**Page 51**

1  was out of our control.  But there wasn't any concerns
2  as far as attachment.
3  BY MR. FRIEDBERG:
4     Q.   Okay.  What's a solder cleat?  S-o-l-d-e-r.
5     A.   A solder cleat?
6     Q.   Solder cleat.  Okay.  What is it?
7     A.   Sometimes you'll have a solder cleat,
8  depending on the application, if you have a -- you know,
9  sometimes you'll have a valley or you'll have a cricket
10 where you have to solder a cleat on, and then that's
11 soldered onto the panel.
12    Q.   Do you know whether there are any solder
13 cleats in this roof system?
14    A.   I don't believe there was.  I'm trying to
15 remember all the junctures and the flashings going
16 around the turret.  Not that I recall.  We had step
17 valley, counter flashings.  But I don't remember if
18 there was any actually soldered cleats.
19    Q.   What's a flat cleat?
20    A.   A flat cleat is just -- it's basically like a
21 flat piece of copper, like a cleat.
22    Q.   Were any flat cleats used?
23    A.   Again, I'd have to go back and look at the
24 pictures.  Flat cleats would just be used in -- there's
25 no valleys on this one here either.  So if there's any

**Page 52**

1  flat cleats used it would have been in the segmented
2  valley by the turret.
3     Q.   How long were you on the island for?
4     A.   I believe it was over a month.
5     Q.   You left a couple of times, didn't you?
6     A.   I think I left once in between, yup.
7     Q.   Were you present for the walk-through punch
8  list at the end of the project?
9     A.   No.  If I recall we left and then we sent two
10 guys back to do the punch.
11    Q.   Do you know why you left prior to the owners
12 having the ability to meet with you and walk through the
13 project?
14    A.   I do not recall.  I think the timing was an
15 issue, and I believe you guys were out of town that week
16 and weren't getting back I think until that week, the
17 end of that week.
18    Q.   Who were the guys that came down for this
19 punch list you mentioned?
20    A.   If I recall -- and I don't know specifically
21 -- I think it was Ralph Laverdure I believe and Peter
22 Laughlin.
23    Q.   Are you aware of any documentation that would
24 support your contention that Ralph and Peter came down
25 for a punch list?

**Page 53**

1     A.   I would have to double-check and see who it
2  was specifically.  I don't recall.
3     Q.   What specifically do you recall about this
4  project that we haven't covered?
5         MR. COSBY:  Object to the form.
6         You can answer.
7         THE WITNESS:  Specifically about the project?
8  BY MR. FRIEDBERG:
9     Q.   Yeah.
10        MR. COSBY:  Same objection.
11        THE WITNESS:  I think we've covered
12 everything.  I mean I know we weren't involved in the
13 batten system and we were waiting for Chris.  I do know
14 there were several areas on the main house here that we
15 had to hold off on and he had to do something with the
16 removal of a batten to the lightning rod protection
17 system.  But other than that, I think we've covered it.
18 BY MR. FRIEDBERG:
19    Q.   Did you have any issues with the batten
20 systems?
21        MR. COSBY:  Object to the form.
22        THE WITNESS:  No, other than dictating the
23 spacing.  The batten system was installed by Chris and
24 we used his batten system, so --
25 BY MR. FRIEDBERG: