# EXHIBIT "E"

```
                                                          Page 1

 1       IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
 2                DIVISION OF ST. THOMAS AND ST. JOHN
 3
 4       THOMAS F. FRIEDBERG &         :   CIVIL ACTION NO:
         SARAH L. BUNGE,               :   3:19-CV-0053
 5
 6                 Plaintiffs,         :
 7       vs                            :
 8       DAYBREAK, INC., D/B/A HUBER   :   SEPTEMBER 11, 2025
         & ASSOCIATES
 9
10
11
12                 DEPOSITION OF:  Richard Barabas
13                 DATE:       September 11, 2025
14                 TIME:       9:29 A.M.- 11:02 P.M.
15                 LOCATION:   Regus
16                             157 Church Street
17                             New Haven, Connecticut  06510
18
19
20
21
22
23
24
25       Job No. CS7589338
```

Page 10

1  A  Five percent of the time probably.
2  Q  And prior to Whitneyville, where were you
3  employed?
4  A  I was a baker at Bagelicious Bagels.
5  Q  Okay. Any roofing or construction work prior
6  to Whitneyville?
7  A  No. I was eighteen when I started at
8  Whitneyville.
9  Q  Okay. Do you have any contractor licenses or
10 professional licenses?
11 A  I do not.
12 Q  Do you have any professional certifications?
13 A  I do not.
14 Q  The February 24, 2019, visit to St. John, the
15 first time you had visited that Chocolate Hole property?
16 A  It is.
17 Q  Is that the only time you visited?
18 A  It is.
19 Q  Had you visited the Virgin Islands before that?
20 A  I have not, no.
21 Q  Or since?
22 A  No. I went to St. Lucia for my honeymoon
23 after, but I don't think that's the Virgin islands.
24 Q  What were you -- what was the purpose of you
25 going to St. John, the Chocolate Hole address, in

Page 11

1  February of 2019?
2  A  It was to make some temporary repairs to
3  damages on the roof, to investigate an open seam, and
4  there was an ongoing leak that we looked at. And to make
5  measurements for a permanent repair.
6  Q  Who directed you to go down there within F.J.
7  Dayhill?
8  A  Jamie McAdam.
9  Q  Who is he?
10 A  He was the owner at the time.
11 Q  Who went down from Dayhill?
12 A  Just myself and a laborer, Dave Nelson was his
13 name.
14 Q  Dave Nelson?
15 A  Yes.
16 Q  How long had Dave Nelson worked for F.J.
17 Dayhill at that point?
18 A  I'm not sure.
19 Q  Do you know if he had been there for more than
20 a year?
21 A  I don't recall. I had been there a year at
22 that point myself. He worked for one of the
23 subcontractors. He wasn't working for Dayhill.
24 Q  Okay. Which subcontractor did he work for?
25 A  Hamden Roofing.

Page 12

1  Q  H-A-M-D-E-N?
2  A  Yes.
3  Q  Where was Hamden Roofing based at that time?
4  A  I believe in Hamden.
5  Q  Are they still there?
6  A  I believe they are, yeah.
7  Q  Do you know why he was selected to go with you?
8  A  No, I don't know why.
9  Q  Do you know who made the decision to have Dave
10 Nelson join you?
11 A  I would imagine Jamie, the owner.
12 Q  Had you worked with Dave prior to this?
13 A  No. I mean, at Dayhill, but not working on a
14 project or anything like that.
15 Q  And as far as Dayhill or any of Dayhill's
16 subcontractors, you two were with the only ones that
17 traveled down there, is that correct?
18 A  That's correct.
19 Q  Okay. What was the Dave's role?
20 A  Dave is a laborer.
21 Q  Okay. What was he expected to do down there?
22 A  Help make repairs.
23 Q  And is that what he ultimately did?
24 A  That's what he ultimately did, yes.
25 Q  Tell me what repairs were made.

Page 13

1  A  It was a sheet metal repair on one of the
2  buildings that we used copper to make the repair. There
3  was temporary repairs made with copper foil-faced butyl
4  tape. The majority of the repairs were made with that.
5      There was one seam we found open that was a hip
6  seam that we opened up and took the hip cap off to expose
7  what was underneath. There was about thirty -- a thirty
8  foot of seam was open, and documented it and closed it
9  back up.
10 Q  How did you close it?
11 A  We put the cap back on and riveted -- make sure
12 we riveted through all the layers of copper.
13 Q  Who performed that work, you and Dave, or one
14 or the other?
15 A  The two of us.
16 Q  And what building was that performed on, the
17 hip seam work that you just referenced?
18 A  The main pavilion.
19 Q  You said there was sheet metal repair on one of
20 the buildings. Which building was that?
21 A  Can I see the report?
22 Q  Sure.
23 A  It's in the report.
24    On the gatehouse.
25 Q  Okay. What buildings were involved with the

Page 22

```
 1    A   I don't know what it looked like before I got
 2   there.
 3    Q   Hurricane Irma was the storm that came through,
 4   is that correct?
 5    A   I don't know.
 6    Q   Okay.  Do you know if this photo was taken --
 7   and this Google Earth was taken prior to Irma or after
 8   Irma?
 9    A   I do not know.
10    Q   Why did you pull it?
11    A   For our report for project overview.
12    Q   Did you ever have a drone down there?
13    A   I did not, no.
14    Q   So any photos we see in here most of them are
15   you standing on the roof at the time?
16    A   Yes.
17    Q   What is supposed to be there as far as cleats
18   at the hip seam?
19        FRIEDBERG:  Objection to form.
20        MR. COSBY:  You can answer.
21    A   I don't have a -- I don't have the design for
22   when that roof was installed.
23   BY MR. COSBY:
24    Q   Okay.
25    A   Typically, I see cleats in all seams, whether
```

Page 23

```
 1   it be a hip seam or not.
 2    Q   But you don't have -- you haven't looked at the
 3   plans or design paperwork for this particular roof
 4   system, is that what you mean?
 5    A   I have not.
 6    Q   Okay.  Was this the only section of the roof
 7   that you were able to confirm the absence of cleats?
 8    A   Yes.
 9    Q   Were you able to determine the presence of
10   cleats on any area of the roof?
11    A   No.
12    Q   They could be there, you just didn't confirm
13   one way or the other, correct?
14    A   I wouldn't be able to see them unless the seams
15   were opened up.
16    Q   Okay.  Are you familiar with the term
17   telegraphing?
18    A   Yes.
19    Q   Are there copper roofs that you've seen that
20   show structures underneath it that kind of telegraph
21   through like a cleat?
22        FRIEDBERG:  Objection to form.
23    A   Typically, cleats do not -- typically, I don't
24   see the cleats telegraphed through.  That would be an eye
25   sore -- considered an eye sore a lot of times.
```

Page 24

```
 1   BY MR. COSBY:
 2    Q   Have you seen anything telegraphed through
 3   copper roofing?
 4        FRIEDBERG:  Objection to form.
 5    A   If there's a rock or something underneath it or
 6   something underneath that is causing the -- if there is
 7   something underneath it that is telling it's protruding
 8   through or forcing it to come up, maybe.  But typically,
 9   no.
10   BY MR. COSBY:
11    Q   Photo 3 of Exhibit 4, what do we see here?
12    A   This is the open hip seam.  You see a rivet
13   hole through the top metal of the -- of the seams itself.
14   The bottom panel in the photo should be folded up to go
15   all the way up through that.  And this is (indicating)
16   without the cap on it.  This rivet is through only the
17   top portion of the metal.  It did not go through the
18   bottom portion, which would hold the seam together.
19    Q   Okay.
20    A   You can see the evidence of no hole in the
21   bottom portion, so that rivet was not in there.  This
22   hole (indicating) was a rivet -- the hole in this photo
23   is a rivet that was drilled out to get the cap off.
24    Q   This is the same hip seam that we've been
25   talking about?
```

Page 25

```
 1    A   That's the same hip seam.
 2    Q   Main pavilion?
 3    A   Main pavilion, yes.
 4    Q   What do we see in photograph 4?
 5    A   Just same open hip seam.
 6    Q   What are the vice grips and rope, what is that?
 7    A   That's a clamping rope for something for us to
 8   grab onto while we're walking on the roof.
 9    Q   Okay.  Were any panels missing around this open
10   seam?
11    A   No.
12    Q   No panels came completely off in whatever storm
13   it was?
14    A   No.
15    Q   Am I correct?
16    A   That's correct.
17    Q   Photo 5, is that another photograph of the
18   seam?
19    A   Same seam.
20    Q   Does it show us anything else, or what does
21   this photo show?
22    A   Just missing cleats.  That's about it.  The
23   lack of rivet holes through both layers of the metal and
24   the missing cleats.
25    Q   If there were cleats, where would they be?  How
```

Page 26

```
 1   would we see those with a picture like that?
 2      A   Typically, a cleat is folded between the two
 3   layers of metal.  And so, you would have -- the cleat
 4   would be up wrapping around one and going underneath both
 5   of them.  It's a double-folded seam, as the rest of the
 6   seams are on that roof.
 7      Q   Would it be attached to the seam?
 8      A   It would be in between the two seams and rolled
 9   between the two sheets of metal.
10      Q   Photo 6?
11      A   Same open seam and you can see some of the
12   other field-seams.
13      Q   Say that again, you can see some of the
14   other seams?
15      A   The other field-seams.  This is the open hip
16   seam and you can see all the other seams in the photo are
17   field-seams --
18      Q   Okay.
19      A   -- which would have -- in the cleats are
20   present they would be in those seams.
21      Q   Were any other seams opened up?
22      A   No.
23      Q   I mean by you all, not by any storm?
24      A   No.
25      Q   Were any opened up by the storm other than this
```

Page 27

```
 1   one?
 2      A   No, not that I noticed.
 3      Q   And who is this, is that you?
 4      A   I believe that's Dave.
 5      Q   Dave.  All right.
 6          The next photo, 7, what do we see here?
 7      A   It's the photo of the transitioning in the main
 8   pavilion roof.
 9      Q   Anything to do with cleats?
10      A   Nothing to do with cleats.  I don't see any
11   evidence of cleats in the photo as well.
12      Q   Okay.
13      A   Telegraphing, as you said earlier.
14      Q   But you couldn't see cleats if they were there,
15   correct?
16      A   I don't think you would be able to, correct.
17      Q   Is this the copper taping that you were using?
18      A   It is, yes.  This is an instance where you
19   asked earlier if you would see something telegraphing
20   through, this would be like whatever is underneath there,
21   a pebble.  I don't know what would be underneath there,
22   but you could see them pushing up under the panels
23   telegraphing through from underneath.
24      Q   Okay.
25      A   It could be a nail.  It could be whatever it
```

Page 28

```
 1   is.  But that would be evidence of something telegraphing
 2   through, as you mentioned earlier.
 3      Q   Okay.  And that's Exhibit 7.
 4          I'm sorry, Exhibit 4, photo 7, that we've been
 5   talking about, correct?
 6      A   I believe so.
 7      Q   This is 8, what do we see here?
 8      A   Same hip transition, more of the repairs using
 9   the copper tape.
10      Q   All main pavilion we've been talking about so
11   far, correct?
12      A   All main pavilion we've been talking about so
13   far, yes.
14      Q   Number 9?
15      A   I don't recall the name of this building, but
16   it's a different building.  It might be the master suite,
17   but I don't recall --
18      Q   Okay.
19      A   -- which one that is.
20      Q   Nothing to do with cleating, correct?
21      A   No.  Just repairs of the -- just repairs using
22   the copper tape.
23      Q   Same thing in 10?
24      A   Same thing in 10.
25      Q   Number 10 of Exhibit 4.
```

Page 29

```
 1          Number 11 is a photograph.  It's got J6 written
 2   down.  Do you know what that is?
 3      A   That would be panel -- Building J, Panel 6.
 4      Q   Okay.
 5      A   In the report it may be.
 6      Q   Were these letters for the building something
 7   that you were labeling them or were they labeled from
 8   some other source?
 9      A   It was the way I was labeling.
10      Q   So it looks to me that the main pavilion
11   diagram listed on page 11 of 12 in your report is
12   considered Roof A, the main part of the roof of the main
13   pavilion, is that correct?
14      A   Yes.
15      Q   And then, there's a portion of it that attaches
16   to it, which is -- you've labeled Roof B?
17      A   Yes.
18      Q   So Roof J has nothing to do with the main
19   pavilion, correct?
20      A   It does not.
21      Q   All right.  That was 12.
22          Photo 13, what part -- what building are we on
23   here?
24      A   I don't recall which building that is.
25      Q   Does it show anything to do with cleating?
```

8 (Pages 26 - 29)

|  | Page 30 |
|---|---|
| 1 | A   No.  Physical damages. |
| 2 | Q   I think it still says J6 there, is that |
| 3 | correct? |
| 4 | A   I believe it is, yes.  It's pulled away. |
| 5 | Q   Next photo says J7, that doesn't involve the |
| 6 | main pavilion, correct? |
| 7 | A   Correct. |
| 8 | Q   Another J6 after that, not the building -- |
| 9 | A   Correct. |
| 10 | Q   -- that we're here about. |
| 11 |     Is that I or J? |
| 12 | A   That is I7. |
| 13 | Q   That's not the main pavilion either, correct? |
| 14 | A   It is not, correct. |
| 15 | Q   What is -- what structure is this, the next |
| 16 | photograph? |
| 17 | A   I believe this is where the main -- the copper |
| 18 | panel repair was done in the report.  I can look at that |
| 19 | really quick. |
| 20 | Q   Do that and I'll count these pages. |
| 21 | A   Yep.  That would be the gatehouse. |
| 22 | Q   All right.  Next photo 16 is gatehouse? |
| 23 | A   The west side of the main gatehouse. |
| 24 | Q   Okay.  And 17 -- photo 17 is the same? |
| 25 | A   Yes. |

|  | Page 31 |
|---|---|
| 1 | Q   It says I on there? |
| 2 | A   Yeah. |
| 3 | Q   Not the main pavilion.  How about this |
| 4 | photograph? |
| 5 | A   I believe it's the same area. |
| 6 | Q   18 is the same gatehouse? |
| 7 | A   It is. |
| 8 | Q   Nineteen it says IS? |
| 9 | A   I5. |
| 10 | Q   I5, not the main pavilion, correct? |
| 11 | A   Correct. |
| 12 | Q   Twenty is J6, not the main pavilion, correct? |
| 13 | A   Correct. |
| 14 | Q   Twenty-one is what structure? |
| 15 | A   The gatehouse. |
| 16 | Q   Nothing to do the main house. |
| 17 |     How about 22? |
| 18 | A   That is the metal repair on the gatehouse. |
| 19 | Q   Same thing in 23? |
| 20 | A   Yes. |
| 21 | Q   Twenty-four? |
| 22 | A   Yes.  I believe these photos were the repairs |
| 23 | done are the repairs to the photos that we've seen |
| 24 | previously that had the damages. |
| 25 | Q   Okay.  Twenty-five, that's more of the same? |

|  | Page 32 |
|---|---|
| 1 | A   More of the same, yes. |
| 2 | Q   Twenty-six, the same? |
| 3 | A   Yes. |
| 4 | Q   Twenty-seven? |
| 5 | A   The same repairs. |
| 6 | Q   Twenty-eight, what's this? |
| 7 | A   The peak of the main pavilion.  I'm pointing |
| 8 | out the openings where the copper panels were cut short |
| 9 | at the top to allow water to get in behind the system and |
| 10 | the nails not being covered by the cap -- by the pavilion |
| 11 | cap. |
| 12 | Q   All right.  Those are separate issues, nothing |
| 13 | to do with cleating, is that correct? |
| 14 | A   Not cleating issues, correct. |
| 15 | Q   Twenty-nine, what building is that? |
| 16 | A   That is the -- |
| 17 |     THE WITNESS:  Tom, can you help me with |
| 18 |     that building? |
| 19 |     FRIEDBERG:  It's the master bedroom. |
| 20 | A   The master bedroom. |
| 21 | BY MR. COSBY: |
| 22 | Q   That's 29.  How about 30? |
| 23 | A   Same, repairs to the same area. |
| 24 | Q   Thirty-one? |
| 25 | A   Repairs to the same area. |

|  | Page 33 |
|---|---|
| 1 | Q   What's 32? |
| 2 | A   That's back to the main pavilion.  A photo of |
| 3 | the open hip.  The photo shows measurements of the |
| 4 | turned-up panels so you can see how much it was turned |
| 5 | up. |
| 6 | Q   That's 32. |
| 7 |     Thirty-three more of the same? |
| 8 | A   Also, a measurement photo to show how much the |
| 9 | overlap was of the hip. |
| 10 | Q   Thirty-four? |
| 11 | A   Same. |
| 12 | Q   Thirty-five? |
| 13 | A   The main pavilion, open hip. |
| 14 | Q   Thirty-six? |
| 15 | A   I believe that's a duplicate of one we've |
| 16 | looked at already. |
| 17 | Q   Thirty-seven. |
| 18 | A   That might also be the same hip.  The hip. |
| 19 | Looks like the same photo from a different angle |
| 20 | possibly. |
| 21 | Q   So, if I understand the repairs to that hip |
| 22 | joint of the main pavilion, you put rivets through each |
| 23 | one or each area of that? |
| 24 | A   Yeah.  We closed it back up, put the new cap |
| 25 | and riveted through the whole structure. |

9 (Pages 30 - 33)