# EXHIBIT "F"



F&B v. DAYBREAK

P000357



F&B v. DAYBREAK

P000358



F&B v. DAYBREAK

P000359





F&B v. DAYBREAK                                                    P000361



F&B v. DAYBREAK

P000362