# EXHIBIT "H"

```
IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

      DIVISION OF ST. THOMAS AND ST. JOHN

         ACTION NO. 3:19-cv-0053-RAM-EAH




THOMAS F. FRIEDBERG & SARAH BUNGE,     )
                                       )
           Plaintiffs,                 )
vs.                                    )
                                       )
DAYBREAK, INC., dba HUBER  &           )
ASSOCIATES,                            )
                                       )
           Defendant.                  )
                                       )
_____)




             VIDEO-RECORDED DEPOSITION OF

                     JOE BRAGG

                SEPTEMBER 23, 2025




          REPORTED BY:  SUSAN L. FOSTER, CSR

                 Certificate No. 2942




                              Job No. 130860
```

**Page 74**

```
 1  same page.  You're using uplift when you have a situation
 2  of negative pressure when wind is entering an envelope
 3  and pushing up?
 4       A.   Negative pressure is a suction on the roof from
 5  the outside.  Positive pressure is on the inside pushing
 6  up.
 7       Q.   Okay.  Assuming that there wasn't the
 8  differentiation of pressure inside the main house, the
 9  ones at Chocolate Hole, can you have damage from the wind
10  going across or side-by-side the copper roof?
11       A.   Absolutely, yeah, it could detach the panels.
12       Q.   All right.  And if the half, which is that
13  U-shaped or V-shaped portion put over the hip ridge is
14  not properly riveted through both sides of the panels,
15  can that increase the likelihood that the cap will become
16  displaced in a high-wind event from side-to-side winds?
17       A.   It certainly could.
18       Q.   And if hypothetically the cap does become
19  displaced because there are no rivets that go all the way
20  through, can that also result in wind getting underneath
21  the panels?
22       A.   Well, in this particular case, there is -- there
23  is a minor fold as a backup.  I wouldn't call it a single
24  fold.  There were attempts at a minor fold.  I believe 15
25  to 16, to my understanding, held up, and the only one
```

**Page 75**

```
 1  that didn't, like I said, had been previously disturbed
 2  by Mr. Sanders and his partner prior to that.
 3       Q.   All right.  If the cap becomes displaced --
 4  well, let me make sure we're using the same terminology.
 5            The cap, are you referring to that 'U' shape or
 6  'V' shape portion put over the ridge that --
 7       A.   Yes, sir.  Yes, sir.  Yeah.
 8            THE REPORTER:  I'm sorry, Counsel, I didn't hear
 9  the end of the question.  "Portion put over the ridge
10  that"?
11            MR. FRIEDBERG:  Yeah, that was the question.
12  I'm not sure, Miss Reporter.  Can you read back what you
13  have?
14            (Record read.)
15            MR. FRIEDBERG:  That is put over the seams.
16  BY MR. FRIEDBERG:
17       Q.   Are we on the same page, what -- that the cap
18  is?
19       A.   Yes, sir.
20       Q.   All right.  And just so I understand what your
21  contentions are, what your testimony is, is that you're
22  claiming that prior to Irma in 2014 or 2015, Mr. Sanders
23  and his crew opened up a portion of the ridge.  And how
24  much did they open in linear feet?
25       A.   I believe they took off a ten-foot piece of cap,
```

**Page 76**

```
 1  and I believe that he exposed one seam.
 2       Q.   By one seam, how -- what do you mean?
 3       A.   One panel, one panel.  I apologize.  One panel.
 4       Q.   And how many linear feet are we talking about?
 5       A.   Probably three feet --
 6       Q.   Okay.
 7       A.   -- two-and-a-half feet, around there
 8  approximately.
 9       Q.   If hypothetically two-and-a-half to three feet
10  were exposed, yet the actual portion of the seam that
11  came apart is 30-plus feet, do you have an explanation of
12  why the other 27 feet of seam opened up?
13            MR. COSBY:  Form.
14            THE WITNESS:  Well, I would -- I would -- I
15  would ask -- I would say this.  First, I didn't see any
16  indication in the pictures that that occurred.  However,
17  it could have occurred kind of like a domino effect.  If
18  the one they took off wasn't attached properly, then as
19  that one was loosened, it would pull up on the others and
20  disengage them possibly, in a hypothetical situation.
21  BY MR. FRIEDBERG:
22       Q.   All right.  So you don't know that to any
23  reasonable degree of probability, do you?  You're just --
24       A.   No, I am basing that off of actual experience
25  with over 2500 wind hail inspections.
```

**Page 77**

```
 1       Q.   Okay.  Well, let me ask you this:  I mean you --
 2  based on what you just said, I mean I've asked you if
 3  what you're saying is true, if two-and-a-half to three
 4  feet was removed, are you aware of how that
 5  two-and-a-half to three feet was reattached?
 6            MR. COSBY:  Object to the form.
 7            THE WITNESS:  Actually, I said ten feet of the
 8  'U' cap had been removed, and one panel had been exposed
 9  to observe whether or not there were clips present.
10  BY MR. FRIEDBERG:
11       Q.   Do you know how that one panel was reattached?
12       A.   According to Mr. Sanders, in an approved way.
13       Q.   Do you know what that means?
14       A.   I -- I don't, no, sir.
15       Q.   All right.  Well, as a roofer, do you have any
16  understanding what the approved way is for reattaching a
17  panel?
18       A.   With rivets likely, the way that -- in order to
19  mimic the way the existing system stands, yeah.
20       Q.   All right.  In terms of the seaming itself, how
21  is that done in an approved manner?
22       A.   Well, it depends -- it depends on who you read.
23  The seaming on a hip and ridge for -- per Copper and
24  Common Sense, it requires a continuous anchor clip.
25            If you're -- I'm sorry, reverse that.  SMACNA
```

**Page 78**

1  says that.  Copper and Common Sense doesn't require
2  attachment along the hip and ridge.
3      Q.   Okay.  If hypothetically the two-and-a-half foot
4  of the seam was opened up and reseamed and then a
5  ten-foot section of the cap was placed back on and
6  re-riveted, would that be an approved method?
7      A.   Yeah.  Apparently, yeah.  Yep.
8      Q.   And if hypothetically it was reinstalled in an
9  approved method, do you have any explanation why some 27
10 feet of seam opened up after Hurricane Irma?
11     A.   I have never --
12          MR. COSBY:  Form.
13          THE WITNESS:  -- to this day, sir, seen any
14 pictorial evidence that indicates 30 foot of the 'U'
15 shape is missing or displaced.  Furthermore --
16 furthermore, if ten feet was removed and riveted, based
17 upon Dunhill (sic), is that their name?  I apologize.
18 Their -- their bullet points they say there was missing
19 rivets.
20 BY MR. FRIEDBERG:
21     Q.   Okay.  Just so I'm clear, Counsel didn't provide
22 you the -- all the photographs from Mr. Barabas
23 documenting the roughly thirty feet of open seam?
24          MR. COSBY:  Object to the form.
25          THE WITNESS:  Not -- not that I'm aware of, no.

**Page 79**

1  But again, if I made a report, I'm going to put the
2  smoking guns front and center.
3  BY MR. FRIEDBERG:
4      Q.   The smoking guns.  What do you mean by that?
5      A.   I mean that if there's obvious damage, I'm going
6  to include them in my report.
7      Q.   Okay.  And your expectation is the attorneys who
8  hired you would have provided you with all the evidence,
9  especially before your deposition, right?
10          MR. COSBY:  Object to the form.
11          THE WITNESS:  Like I said, Mr. Friedberg, I've
12 never seen a picture within a report.  I never saw
13 Mr. Sanders say that that cap had been displaced for
14 thirty feet.  He never put that in his report either to
15 my understanding, so yeah.
16 BY MR. FRIEDBERG:
17     Q.   All right.  I'm speaking about Mr. Barabas, the
18 person who was down there in 2019 documenting the
19 post-Irma damages.  And you can't -- and I don't want to
20 beat a dead horse, but your expectation would be that
21 that evidence would have been provided to you?
22     A.   Didn't Mr. Sanders go down in 2018?
23          MR. COSBY:  Form.
24 BY MR. FRIEDBERG:
25     Q.   Well, the testimony is the testimony.  And the

**Page 80**

1  photographs of the Dahill people, you haven't seen them,
2  right?
3      A.   I haven't, but Mr. Sanders was down there before
4  him, if I'm not mistaken, and he would have probably
5  provided the same thing when he -- when he released his
6  first storm report.
7      Q.   Well, again --
8      A.   Yeah.
9      Q.   -- just so we're clear --
10     A.   Yes, sir.  Yes, sir.
11     Q.   -- you haven't seen the Barabas documentation,
12 deposition --
13          MR. COSBY:  Object to the form.
14          THE WITNESS:  I have neither read his deposition
15 nor seen if there's any pictures other than what was
16 included within his report.
17 BY MR. FRIEDBERG:
18     Q.   If hypothetically the requirement of the
19 contract was that cleats were to be installed on all
20 seams including hip ridge seams, and if, in fact, cleats
21 were not installed on hip ridge seams, is there a
22 methodology for remediation or repair to install cleats
23 on those hip ridge seams?
24     A.   You could probably open it up.  It would be
25 fairly invasive.  I would more so go back with a soldered

**Page 81**

1  Z-clip on each side and a preformed pan that went over
2  top.
3      Q.   All right.  Can the actual seams be opened up as
4  they exist now and put -- placed on each hip ridge seam
5  to the entire main panel -- main roof, excuse me?
6      A.   Dahill seemed to be able to get it open
7  fairly -- I don't know about easy.  I don't know how hard
8  it was, but they did get open that one panel, yeah --
9  that one hip.  I apologize.
10     Q.   Right.  Would clips be able to be installed
11 then?
12     A.   Copper's malleable, and the -- six inches away
13 there's that fold-over on the rip -- on the ridge.  So
14 you know, I'm not going to say it's going to be easy.
15 Can I say it can be done?  If they can get it open, it
16 can likely be done.  Is it ideal?  It's not as easy as
17 just putting a -- a hip cap over top of it.
18     Q.   How would the clips be installed?
19     A.   You would get the two panels slightly apart, put
20 your anchor clip in there, if you're following SMACNA,
21 and then secure it to the deck.  You just have to lift up
22 the overlap piece a little higher and get access to the
23 deck underneath.  Not easy.  Not impossible.
24     Q.   How likely is it that the -- any of the panels
25 would be deformed in the process of doing so?

```
 1  restrictions on how big the boxes are.  I have never
 2  personally done an estimate, but we have -- WJA has asked
 3  multiple companies to do it for us.
 4      Q.  So for purposes of this case, you haven't worked
 5  up any estimate?
 6      A.  No, no, sir.  I was never asked to try to
 7  determine any monetary value to this system.
 8      Q.  In order to properly install this roof, how much
 9  of an overlap of the male and female sections were
10  required?
11      A.  I think it's inch-and-three-quarter on one side
12  and approximately an inch-and-a-half on the other is a
13  healthy way of doing it.  I do know that -- that's for a
14  double lock.  In this particular case, you can't do a
15  double lock.  You can't even do a single lock, really,
16  because the machine can't get up the hips, so it's all
17  hand bending.
18          So I believe that the one side they tried to get
19  three-quarters of an inch and the other side a little --
20  around one-and-a-half.
21      Q.  Do you know if that was done?
22      A.  I know they attempted to do it.
23      Q.  Okay.  Did the standard require that that be
24  done, three-quarter on one side and inch-and-a-half and
25  on the other?
                                                   Page 86
```

```
 1      A.  Well, at the same time, this is -- this is kind
 2  a little outside the range.  It's a cross between a
 3  single lock and a custom, so I don't know if there's
 4  really a -- a perfect system to it.  I believe that's why
 5  they added the -- the cap.
 6      Q.  Do you know what overlap was used in this case?
 7      A.  I know there -- I believe their intentions were
 8  probably three-quarters to a half-inch on one side and
 9  inch-and-a-half on the other -- inch-and-three-quarter on
10  the other.  I know that only a few panels with pictures I
11  saw, some came up short, and I'm not going to stand here
12  and try to say they weren't.  But when you consider how
13  many panels are on there, I cannot definitively say what
14  the state of the remainder of the roof is.
15      Q.  Okay.  The panels that came up short, in your
16  words, is that below what's required for this
17  installation of this roof?
18          MR. COSBY:  Object to the form.
19          THE WITNESS:  Again, we are -- we're in a
20  custom -- kind of a custom fit here.  It's somewhat
21  follows Copper and Common Sense.  But again, they had
22  to -- had to do it their own way because they couldn't
23  get the machines on the hip.
24          So, you know, I don't know if it's necessarily
25  there's any design that perfectly shows how it was
                                                   Page 87
```

```
 1  supposed to be done.  I know their intentions were true,
 2  and the pictures don't lie.  There are a few panels that
 3  were a little short on the -- on the male side.  But
 4  again, I don't see enough of a sample -- I can't say that
 5  all of them are wrong.  I can't say a few were.
 6          As far as shortness, ideally should they have
 7  been higher, yes.  But the fact that they put the cap on
 8  was, I believe, their way of trying to come up with
 9  another coverage, a secondary coverage, on top of that.
10  If it had standed alone without the cap, it would be a
11  problem.  However, with the cap, I believe they tried to
12  make up for where there was probably some short panels.
13      Q.  Did the cap -- was it required to be riveted to
14  both panels, the male and female?  In other words, the
15  rivets the whole the way through was attached --
16      A.  Yeah.
17          MR. COSBY:  Form.
18          THE WITNESS:  Yeah, ideally it should be, yeah.
19  BY MR. FRIEDBERG:
20      Q.  Was that required?
21          MR. COSBY:  Form.
22          THE WITNESS:  I would believe so, yeah.  Yeah.
23  But I -- like I said, I believe Mr. Sanders said there
24  was maybe five -- five or six that he saw that were
25  improperly seated on the main house.
                                                   Page 88
```

```
 1  BY MR. FRIEDBERG:
 2      Q.  If hypothetically the rivets were short, in
 3  other words, they didn't go through both sides, would
 4  that be below the standard of care?
 5      A.  I think it's a punch --
 6          MR. COSBY:  Form.
 7          THE WITNESS:  I think it's a -- I think it can
 8  be made better, or you come from the other side and then
 9  try to attach it that way, too.
10  BY MR. FRIEDBERG:
11      Q.  If the rivets didn't go all the way through the
12  caps to attach the caps to the male and female sides and
13  there were no rivets coming from the other side to secure
14  it, would that be below the standard of care?
15          MR. COSBY:  Object to the form.
16          THE WITNESS:  I believe that depends on your
17  perspective because, again, we have this customization,
18  and I -- I would more so rely upon how it performed
19  versus the hypothetical.
20          I -- I can't say it's good, I can't say it's bad
21  unless I see it tested.  I believe it was tested, and it
22  held up really well.
23  BY MR. FRIEDBERG:
24      Q.  How was it tested?
25      A.  It was tested through the hurricane.
                                                   Page 89
```

```
 1    A.   The risk is that you could burn the building
 2  down.
 3    Q.   Okay.  If -- what other alternatives are there
 4  to deal with the cracks that wouldn't involve the risk of
 5  burning the building down?
 6    A.   Well, I would say that most copper seam roofs
 7  need to be soldered, and it's always going to be a risk.
 8  It's part of the system itself.
 9         However, if you didn't want to solder because
10  you were worried about that, I mean -- I'm not sure where
11  that comes from, but however, you could put it -- you
12  could insert a transition piece between the turn in the
13  panels.
14    Q.   And how would that be done?
15    A.   Well, you would cut the two panels apart and be
16  able to install a cleated expansion transition piece, and
17  that would do it.
18    Q.   So you would cut, like, for example, the 30-foot
19  run, you would cut that at the transition, and then
20  install another piece of copper or a panel on top of it;
21  is that what you're saying?
22    A.   Yeah -- not on top of it, underneath on the top
23  piece and over top of the bottom transition piece, and it
24  would go continuously along the transition itself.
25    Q.   I'm having a hard time how would that look.  In
                                                      Page 110
```

```
 1  other words, you're putting a piece of copper over, a
 2  piece of copper under?
 3    A.   It's very hard to explain, but if this is the
 4  top piece, there would be a piece slipped underneath that
 5  would go over top of the bottom piece.  It would be very
 6  subtle, but it could be done.
 7    Q.   Would that require annealing the copper and
 8  bending it to get those transition pieces underneath?
 9    A.   It would take some -- it would take some -- it
10  would take a high-acumen mechanic to do it, but it can be
11  done.
12    Q.   And would that be annealing the copper to do
13  that?
14    A.   Annealing, I would need the definition of that,
15  sir.
16    Q.   Well, don't you have to heat the copper up to
17  make it pliable?
18    A.   Not necessarily.
19    Q.   Okay.  Is that copper panel -- are those
20  easily -- or bendable without heating them up?
21    A.   Copper is very malleable.
22    Q.   All right.  And in terms of the approximate
23  number of man-hours necessary for this solution that
24  you're putting forward, do you have an estimate?
25         MR. COSBY:  Form objection.
                                                      Page 111
```

```
 1         THE WITNESS:  I mean you asked me a different
 2  way of doing it.  I'm not sure how long it would take.  I
 3  do want -- I do want to caveat by that saying that -- and
 4  this is a hypothetical.  This means nothing to the roof
 5  because I don't believe the expansion cleats are
 6  necessary because of the one book saying they don't need
 7  it.
 8         And the fact is that probably three on five of
 9  the eight sides only reach or breach 30 foot
10  approximately.  The other three sides have the lattice
11  overhang which shortens the panels.  But if I were to
12  have to put transition piece in, I would probably say
13  that that would probably be two-and-a-half days per side
14  with eight sides.
15  BY MR. FRIEDBERG:
16    Q.   You indicated that there are two sources for the
17  cleating.  One says you shouldn't have it, one says you
18  should.  Which one says -- Copper and Common Sense says
19  you should or shouldn't?  I didn't break that down.
20    A.   Yeah, Copper and Common Sense says that you
21  should.  And then SMACNA says it doesn't -- it doesn't
22  state it.  Whereas -- and here's the difference.
23  Copper -- I'm sorry, SMACNA has a standing seam roof and
24  then the Bermuda roof, which is a horizontal panel, it
25  specifically states that the 30-foot needs an expansion
                                                      Page 112
```

```
 1  cleat.
 2    Q.   Maybe I'm mistaken.  Let's talk -- let's move
 3  off expansion cleats and come back to the actual cleats
 4  themselves that get ridge attachment.  Does SMACNA say
 5  you need cleats there or not?
 6    A.   SMACNA does indicate within their diagram that,
 7  yeah.
 8    Q.   That yes, what?
 9    A.   That cleats are required along the hip ridge
10  whereas Copper and Common Sense doesn't.
11    Q.   What are the -- who puts out these various
12  publications, if you know?
13    A.   I mean the -- I think SMACNA is a collaboration
14  of multiple authors that are associated with the --
15  whatever this affiliation is.
16    Q.   Well, what about Copper and Common Sense?
17    A.   I believe that's the same, believe it or not,
18  yeah.  I believe that there's multiple editions of it, so
19  obviously there's a collaboration.
20    Q.   All right.  Do you know what the standard of
21  care is when there's two competing sources, if you know?
22         MR. COSBY:  Form.
23         THE WITNESS:  I generally don't know, but I
24  would say that SMACNA is well -- well-known exponentially
25  versus Copper and Common Sense.
                                                      Page 113
```