IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>    Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

**DECLARATION OF LAURA FUCHS DOLAN, M.B.A., IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Laura Fuchs Dolan, declare as follows:

1.    I am a principal with Dolan/Xitco which provides litigation support, financial analysis and expert testimony. I hold a bachelor's degree in Business Administration from Loyola Marymount University and a Master's in Business Administration, with an emphasis in Finance, from Loyola Marymount University. Attached to this declaration as **Exhibit A** is a true and correct copy of my current curriculum vitae which summarizes my educational and professional background.

2.    I have provided qualified expert testimony regarding claims of economic loss in Federal Court and State Courts throughout the United States.

3.    I was retained by counsel for Plaintiffs Thomas Friedberg and Sarah Bunge ("Plaintiffs") to evaluate the economic loss claims as the result of the breach of contract relating to the installation of cleats securing the copper roof on the Main House roof of Plaintiffs' property in St. John, United States Virgin Islands.

1

4. According to the Action for Damages, Plaintiffs are suing Defendant Daybreak, Inc. dba Huber & Associates ("Defendant") for breach of contract. In the fall of 2017, Hurricane Irma struck St. John. A storm damage investigation conducted after the hurricane revealed that Defendant did not install cleats at the hip/ridge intersection of the copper roof on the Main House according to the specifications outlined in the parties' construction contract. The Main House roof was damaged as a result of Defendant's failure to install cleats. According to the testimony and reports of Plaintiffs' architectural expert and contractor, in order to repair the damage caused by Defendant the entire Main House roof must be replaced.

5. I reviewed relevant documents and performed an analysis of the total economic loss incurred by Plaintiffs. I prepared a Rule 26 expert report dated June 30, 2025 ("June 30, 2025 Report"). A true and correct copy of my June 30, 2025 Report is attached to this declaration as **Exhibit B**.

6. I prepared a Supplemental Report dated September 3, 2025 ("Supplemental Report") to supplement and update my economic loss opinions based on the imposition of tariffs in July 2025 that increased the price of copper by 50%. A true and correct copy of my Supplemental Report is attached to this declaration as **Exhibit C**.

7. At the time of my deposition, I testified that the economic loss opinions stated in Exhibit C needed to be reduced by $30,000, since the cost of the report was deleted. With the $30,000 cost of the report deleted, Plaintiffs' economic loss in present value is $666,964 in 2025 dollars and $719,792 in 2026 dollars.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of December, 2025, at Carson City, Nevada.

*[signature]*

2

Laura Fuchs Dolan, M.B.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2025, a true and correct copy of **DECLARATION OF LAURA FUCHS DOLAN, MBA, IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                           /s/ THOMAS F. FRIEDBERG
                                         **THOMAS F. FRIEDBERG**