# EXHIBIT "A"

**DOLAN/XITCO**

# Laura Fuchs Dolan, MBA

401 West A Street, Suite 710
San Diego, California 92101
Phone: (714) 415-4033
Email: ldolan@dolanxitco.com

## SUMMARY

Laura Fuchs Dolan, recently a managing director in LECG's Costa Mesa office until founding her own firm, Dolan Xitco, offers her clients more than 20 years of experience in evaluating economic loss claims.

Ms. Dolan's experience includes discovery assistance, causation analysis, damage quantification analysis, and testimony in personal injury, wrongful death, medical malpractice, product liability, and employment related disputes including wage and hour claims, discrimination, wrongful termination, constructive discharge, and sexual harassment, breach of contract, and professional malpractice matters.

She has provided expert testimony in federal and state superior courts throughout California and nationally. Ms. Dolan has evaluated claims in several industries including financial services, healthcare, insurance, manufacturing, telecommunications, and professional services.

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2011 to present | **Dolan Xitco** | Principal |
| 2006 to 2011 | **LECG** | Managing Director |
| 1993 to 2006 | **Mack\|Barclay Inc.** | Shareholder (1998) |
| 1989 to 1993 | **Brinton Economics, Inc.** | Economic Analyst |

## EDUCATION

Master of Business Administration (emphasis in Finance), Loyola Marymount University
Bachelor of Business Administration, Loyola Marymount University
    Graduate Cum Laude from Honors Program
    Recognized by Alpha Sigma Nu and Beta Gamma Sigma

Continuing education as lecturer and participant

## PROFESSIONAL MEMBERSHIPS

National Association of Forensic Economists
National Association for Business Economics