# EXHIBIT "B"

# Friedberg & Bunge v. Daybreak, Inc.

Summary of Economic Loss in Present Value

As of June 26, 2025 **DRAFT**

|  |  | 2025$ | 2026$ |
|---|---|---:|---:|
| Copper Materials | Sch. I | $ 139,652 | $ 149,009 |
| U.S. Labor | Sch. II | 482,867 | 503,630 |
| U.S. Virgin Island Labor | Sch. III | 29,782 | 29,901 |
| **TOTAL POTENTIAL ECONOMIC LOSS** |  | **$ 652,301** | **$ 682,540** |

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule I: Copper Materials

DOV:           06/26/25                                                                                     **DRAFT**

|  Period              |    Years       | Copper Cost |
|----------------------|----------------|-------------|
| **Past**             |                |             |
| 01/01/18 - 01/01/19  | 0.00 - 1.00    | $   84,550  |
| 01/01/24 - 01/01/25  | 0.00 - 1.00    |    130,883  |
| 01/01/25 - 01/01/26  | 0.00 - 1.00    |  **139,652**|
| 01/01/25 - 01/01/26  | 0.00 - 1.00    |  **149,009**|

Notes:

Cost of copper materials was $89,000 as of 7/27/18 per

   Construction Cost Estimate per Hoffman Architects.

Subtract 5% for cost of copper.

54.8% growth for copper from 2018-2024 (B1).

|      | 2018 | July | 400.000 |        |
|      | 2023 |      | 580.045 |        |
|      | 2024 |      | 619.026 | 54.8%  |

Estimating growth in 2025 and 2026 based on

   growth of 6.7% from 2023 to 2024 (B1).

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule II: United States Labor - Tin Knockers

DOV:         06/26/25                                                                                **DRAFT**

| Period | Years | Labor Cost |
|---|---|---|
| **Past** | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ 360,000 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | 462,960 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | **482,867** |
| 01/01/26 - 01/01/26 | 0.00 - 0.00 | **503,630** |

Notes:

Cost of US Labor was $360,000 as of 7/27/18 per
   Construction Cost Estimate per Hoffman Architects.

28.6% U.S. wage growth for Construction from 2018-2024 (B2).

| | | |
|---|---|---|
| 2018 | 1108.59 | |
| 2023 | 1366.96 | |
| 2024 | 1425.61 | 28.6% |

Estimating growth in 2025 and 2026 based on
   growth of 4.3% from 2023 to 2024 (B2).

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule III: US Virgin Islands Labor

DOV:          06/26/25                                                                                     **DRAFT**

|  Period  |  Years  |  Labor Cost  |  |
|---|---|---|---|
| **Past** | | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ | 22,800 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | | 29,663 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | | **29,782** |
| 01/01/26 - 01/01/26 | 0.00 - 0.00 | | **29,901** |

Notes:

Cost of Island labor was $22,800 as of 7/27/18 per

   Construction Cost Estimate per Hoffman Architects.

30.1% U.S. Virgin Islands growth for installation,

   maintenance, and repair occupations from 2018-2024 (B3-1-9).

| | 2018 | $ 16.63 | |
|---|---|---|---|
| | 2023 | 21.55 | |
| | 2024 | 21.63 | 30.1% |

Estimating growth in 2025 and 2026 based on

   growth of 0.4% from 2023 to 2024 (B3-1-9).