# EXHIBIT "C"

# Friedberg & Bunge v. Daybreak, Inc.

Summary of Economic Loss in Present Value

As of September 3, 2025                                                                **DRAFT**

|  |  | 2025$ | 2026$ |
|---|---|---|---|
| Copper Materials | Sch. I | $ 154,315 | $ 186,261 |
| U.S. Labor | Sch. II | 482,867 | 503,630 |
| U.S. Virgin Island Labor | Sch. III | 29,782 | 29,901 |
| Cost of Report |  | 30,000 | 30,000 |
| **TOTAL ECONOMIC LOSS** |  | **$ 696,964** | **$ 749,792** |

Page 1

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule I: Copper Materials

DOV: 09/02/25 **DRAFT**

| Period | Years | Copper Cost | Annual Total |
|---|---|---|---|
| **Past** | | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ 84,550 | $ 84,550 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | 130,883 | 130,883 |
| 01/01/25 - 08/01/25 | 0.00 - 0.58 | 80,998 | |
| 08/01/25 - 01/01/26 | 0.00 - 0.42 | **73,317** | **154,315** |
| 01/01/26 - 01/01/27 | 0.00 - 1.00 | **186,261** | **186,261** |

Notes:

Cost of copper materials was $89,000 as of 07/27/18 per Construction Cost
    Estimate per Hoffman Architects.

Subtract 5% for cost of copper.

54.8% growth for copper from 2018-2024 (B1).

|  | | |  |
|---|---|---|---|
| 2018 | July | 400.000 | |
| 2023 | | 580.045 | |
| 2024 | | 619.026 | 54.8% |

Estimating growth in 2025 and 2026 based on growth of 6.7% from 2023-24 (B1).
    growth of 6.7% from 2023 to 2024 (B1).

50% tariff for imported copper from Chile, Canada, and Peru effective 08/01/25 (B6-1).

Estimating source of copper is 50% domestic and 50% imported (B4-1, B5-1) from countries subject
    to tariffs beginning 08/01/25.       2025 estimate of  $   139,652  with 50%

# Friedberg & Bunge v. Daybreak, Inc.

Schedule II: United States Labor - Tin Knockers

DOV: 09/02/25 **DRAFT**

| Period | Years | Labor Cost |
|---|---|---|
| **Past** | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ 360,000 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | 462,960 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | **482,867** |
| 01/01/26 - 01/01/26 | 0.00 - 0.00 | **503,630** |

Notes:

Cost of US Labor was $360,000 as of 7/27/18 per
   Construction Cost Estimate per Hoffman Architects.

28.6% U.S. wage growth for Construction from 2018-2024 (B2).

| | | |
|---|---|---|
| 2018 | 1108.59 | |
| 2023 | 1366.96 | |
| 2024 | 1425.61 | 28.6% |

Estimating growth in 2025 and 2026 based on
   growth of 4.3% from 2023 to 2024 (B2).

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule III: US Virgin Islands Labor

DOV: 09/02/25                                                                                     **DRAFT**

| Period | Years | Labor Cost |
|---|---|---|
| **Past** | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ 22,800 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | 29,663 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | **29,782** |
| 01/01/26 - 01/01/26 | 0.00 - 0.00 | **29,901** |

Notes:

Cost of Island labor was $22,800 as of 7/27/18 per
   Construction Cost Estimate per Hoffman Architects.

30.1% U.S. Virgin Islands growth for installation,
   maintenance, and repair occupations from 2018-2024 (B3-1-9).

|   |   |   |
|---|---|---|
| 2018 | $ 16.63 | |
| 2023 | 21.55 | |
| 2024 | 21.63 | 30.1% |

Estimating growth in 2025 and 2026 based on
   growth of 0.4% from 2023 to 2024 (B3-1-9).