# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br><br>    Defendant. | **CIVIL ACTION NO. 3:19-cv-0053** |

## DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT

Defendant Daybreak, Inc. moves for final summary judgment for the following reasons:

1. The exact issue raised in this case was known to Plaintiffs (collectively "Friedberg") and settled in 2024 in the related Superior Court action Friedberg brought (Case No. ST-2010-CV-00716) ("the Superior Court Case") and is therefore barred by both the express terms of the release and *res judicata*.

2. Friedberg's failure to secure the roof after his expert opined in 2014 that the roof was not constructed to the engineering standards adopted by Friedberg for the express purpose of protecting the roof from loss during a hurricane is an intervening cause that breaks the chain of causation related to Daybreak's alleged failure to construct the roof in accordance with the terms of the contract.

3. Friedberg cannot prove that Daybreak's alleged breach of contract was a cause of the Hurricane Irma damage.

4. Friedberg failed to mitigate the alleged damages by repairing the roof in 2015.

The 10-year (and counting) delay in repairs has resulted in vastly increased prices due to changing economic factors.

Date: December 14, 2025

                     <u>s/ Jeffrey C. Cosby, Esq.</u>
                     Jeffrey C. Cosby, Esq.
                     Florida Bar No. 967981
                     Service to: eservice@wlclaw.com
                     Attorney for Defendant Daybreak Inc
                     Williams, Leininger & Cosby, P.A.
                     301 SE Ocean Blvd., Suite 205
                     Stuart, FL  34994
                     Telephone: 772-463-8402
                     Facsimile: 772-463-4820

                     <u>s/ Andrew C. Simpson, Esq.</u>
                     Andrew C. Simpson, Esq.
                     VI Bar 451
                     Attorney for Defendant Daybreak Inc
                     2191 Church Street, Ste. 5
                     Christiansted, St. Croix
                     U.S. Virgin Islands 00820
                     Telephone No. (340)719-3900