**EXHIBIT 8**

**IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| DAYBREAK, INC., dba HUBER AND ASSOCIATES, | CIVIL CASE NO. ST-10-cv-716 |
|---|---|
| Plaintiff, | ACTION FOR DEBT, BREACH OF CONTRACT AND TO ENFORCE CONSTRUCTION LIEN |
| v. | |
| THOMAS F. FRIEDBERG, SARAH BUNGE, LAW OFFICES OF FRIEDBERG & BUNGE, AND MERRILL LYNCH CREDIT CORPORATION. | |
| Defendants. | |
| AND ALL RELATED COUNTER-CLAIMS | |

### COUNTER CLAIMANTS' SUPPLEMENTAL RESPONSES TO INTERROGATORIES

PROPOUNDING PARTY  :  Counter Defendant, DAYBREAK, INC., dba HUBER AND ASSOCIATES

RESPONDING PARTY  :  Counter Claimant, THOMAS F. FRIEDBERG

SET NUMBER  :  SUPPLEMENTAL

**PRELIMINARY STATEMENT**

These responses are made solely for the purposes of, and in relation to, this action. Each answer is given subject to all appropriate objections (including, but not limited to, objections concerning competency, relevancy, materiality, propriety and admissibility) which would require the exclusion of any statement contained herein if the interrogatory were asked of, or any response were made by, a witness present and testifying in court. All such objections and grounds therefor are reserved and may be interposed at the time of trial. Counterclaiming has not yet fully completed investigation of the facts relating to this case, has not fully completed discovery in this action, and has not completed preparations for trial. These answers are based only upon such information and

1  documents which are presently available to and specifically known to responding party and they
2  disclose only those contentions which presently occur to responding party. It is anticipated that
3  further discovery, independent investigation, legal research and analysis will supply additional facts,
4  add meaning to the known facts as well as establish entirely new factual conclusions and legal
5  contentions, all of which may lead to substantial additions to, changes in and/or variations in these
6  responses.

7  The following interrogatory responses are given without prejudice to Counterclaiming's right
8  to produce evidence of any subsequently discovered facts which Counterclaiming may later recall.
9  Counterclaiming accordingly reserves the right to produce evidence of any subsequently discovered
10 facts and the right to change any and all responses as additional facts are ascertained, analyses and
11 contentions are made and legal research is completed. The answers contained herein are made in
12 a good faith effort to supply as much factual information and as much specification of legal
13 conclusions as is presently known, but should in no way be to the prejudice of responding party in
14 relation to further discovery, research or analysis.

## GENERAL OBJECTIONS

16 The propounding party prefaces the interrogatories with certain instructions and definitions.
17 Objection is made to these instructions and definitions insofar as they purport to relate to persons
18 and entities not under the control of the responding party. Objection is further made to the entire set
19 of interrogatories on the grounds that boiler plate definitions and instructions make the
20 interrogatories overboard, burdensome, irrelevant and not reasonably calculated to lead to the
21 discovery of admissible evidence. In addition, the scope of definitions and instructions causes the
22 interrogatories to impermissibly seek information that is subject to the attorney-client and attorney
23 work product privileges. Objection is also made to the definitions and instructions insofar as they
24 purport to expand the requirements of the Federal Rules of Civil Procedure.

25 Objection is further made to the interrogatories for requiring information protected by the
26 attorney-client privilege and the work product doctrine.

27 Objection is further made to the scope of the interrogatories that are not reasonably limited
28 in terms of time and scope. Counterclaiming will respond to the portion of the project involving

- 2 -

Plaintiff and Counter defendant. It would be burdensome, harrasive and overbroad to require a response for the entire construction project for the residence on St. John, since this project began in 1999. The subject litigation involves the manufacturing and installation of the copper roofing and damage to the buildings and cabinets and the responses will be limited to this aspect of the project.

## SUPPLEMENTAL RESPONSES AND SPECIFIC OBJECTIONS

Subject to the above preliminary statement and notwithstanding the above general objections, and without waiving those objections, Counterclaiming responds as follows:

**INTERROGATORY NO. 4:**

With regard to the construction work that is the subject of this lawsuit, do you contend that work performed by the Counter defendant was defective in any manner? If so, describe the specific allegations that support the basis for this contention.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

Yes. See Rule 26 report of Arthur Sanders that was previously provided.

**INTERROGATORY NO. 11:**

With respect to each alleged defect within the scope of Counter defendant's work, please state how such defect(s) contribute(s) to alleged deficient and faulty construction of the Project.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

See Rule 26 report of Arthur Sanders that was previously provided.

**INTERROGATORY NO. 14:**

Please provide the names, addresses and current telephone numbers of all persons who are believed or known by you, your agents or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

1. Arthur L. Sanders, AIA, CSI, Senior Vice President, Director, Architecture, Hoffmann Architects, Inc.

2. Francis Nelson, F.J. Dahill Company.

3. David Fierribund.

4. Andrew Hardesty.

- 3 -

**INTERROGATORY NO. 17:**

State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody or control of, any plans, specifications, blueprints, shop drawings, drawings, revisions of each MSDS sheets, model, plat, map, drawing, motion pictures, video tapes, or photographs pertaining to any fact or issue involved in this controversy; and describe as to each, what each item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 17:**

Arthur L. Sanders, AIA, CSI, Senior Vice President, Director, Architecture, Hoffmann Architects, Inc.

**INTERROGATORY NO. 18:**

List all damages you claim in your counterclaim, specifically enumerating each amount incurred and to whom paid. Specifically describe any damages you are claiming other than out of pocket expenses and the specific basis for each.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 18:**

1. Cost of repair as set forth in Rule 26 Expert Report of Arthur Sanders;

2. Cost to repair/replace damaged gate house kitchen cabinets. The itemized time sheets of David Fierribund and his crew for the building, finishing and installing the cabinets is $64,847 for labor, exclusive of materials. The cost for materials is pending.

DATED: December 12, 2014        **LAW OFFICES OF FRIEDBERG & BUNGE**

By: _____
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Defendants and Counter Claimants
610 West Ash Street, Suite 1400
P.O. Box 6814
San Diego, CA 92101
Tel: (619) 557-0101
Fax: (619) 557-0560
"Tom@lawofficefb.com"

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **COUNTER CLAIMANTS' SUPPLEMENTAL RESPONSES TO INTERROGATORIES** was served on the 12th day of December, 2014, by causing this document to be served by U.S. Mail, First Class, delivered to the following:

Andrew C. Simpson, Esq.
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Chirstiansted, St. Croix, VI 00820
TEL : (340) 719-3900
FAX: (340) 719-3903
"asimpson@coralbrief.com"

Stacy L. White, Esq.
**LAW OFFICES OF STACY L. WHITE**
1142 King Street
Christiansted, St. Croix
Virgin Islands, 00820
"stacylwhite@att.net"

Brad Sturgis, Esq.
**COLE, SCOTT & KISSANE, P.A.**
9150 South Dadeland Boulevard, Suite 1400
PO Box 569015
Miami, Florida 33256
TEL : (305) 350-5300
FAX : (305) 373-2294
"Brad.Sturges@csklegal.com"

_____
THOMAS F. FRIEDBERG, ESQ.

- 5 -