**EXHIBIT 11**

**Hoffmann Architects, Inc.**



2321 Whitney Avenue
Hamden CT 06518
203 239-6660
203 239-6340 Fax

**www.hoffarch.com**

20 August 2018

**Law Offices of Friedberg & Bunge**
610 West Ash Street, Suite 1400
P.O. Box 6814
San Diego, California 92166-0814

*Via E-Mail: Tom@lawofficefb.com*

Re:      214106
         **Friedberg-Bunge Residence - St. John, USVI**
         Copper Roof Storm Damage

Dear Mr. Friedberg:

Hoffmann Architects is pleased to submit our Summary of Storm Damage for your property in St John, USVI. Included is a written summary of the damage supplemented with photos, Roof Plans designating the damaged areas to be repaired, and an opinion of the probable cost for the repairs.

We make special note of the damage at the Main Pavilion where the copper pans were pulled upward along the hip ridge lines and now are not safely secured. We estimate that to repair this roof, over 50% of the pans will have to be replaced and likely many of the remaining pans will get damaged during the work. Additionally, the underlayment should be repaired at current fastener locations. Removal of all the panels will allow installation of a new underlayment throughout the roof, protecting the interior in the future. Therefore, we recommend replacement of this entire roof. The remainder of roofs have localized damage where pans can be individually replaced. All this work will require safe access mandating scaffolding for perimeter fall protection.

Thank you for your consideration. Please do not hesitate to contact me if you have any questions about this summary or if Hoffmann Architects can be of assistance to you in any way. I look forward to hearing from you.

Very truly yours,

**Hoffmann Architects, Inc.**

ALS/als

P:\214106 Friedberg-Bunge Residence, St John, USVI\Report\Storm Damage letter.docx

---

**New York**          1040 Avenue of the Americas, Suite 14C, New York NY 10018   Tel 212 789-9915   Fax 212 789-9916
**Washington DC**    2711 Jefferson Davis Highway, Suite 333, Arlington VA  22202   Tel 703 253-9800   Fax 703 413-8833



# Summary of Storm Damage

# Friedberg-Bunge Residence
# St John V. I.

Architect's Project No. 214106

30 July 2018

**Thomas Friedberg**
610 West Ash Street Suite 1400
San Diego, CA 92101

**Hoffmann Architects, Inc.**
2321 Whitney Avenue
Hamden, CT 06518
203/239-6660



**Photo 1**

**IH0026**

# Contents

Storm Damage Summary                                      1

Photo Documentation                                       2

Scope of Project Work                                     3

Scope of Construction Management Services                 4

Storm Damage Repair Estimate                              5

Copyright Hoffmann Architects, Inc. 2018

**IH0027**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Storm Damage Summary**

Copyright Hoffmann Architects, Inc. 2018

**IH0028**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

# STORM DAMAGE SUMMARY

**Background**

In the fall of 2017 two hurricanes occurred in the Caribbean; Irma and Maria. On September 6th Irma hit St John with reported sustained winds more than 200 MPH for several hours. On its trek through the Caribbean Irma's contiguous period of maintaining Category 5 intensity became the second longest Atlantic storm to maintain winds above 156 mph– behind only the 1932 Cuba hurricane. The damage documented in this summary to the copper roofs occurred from winds associated with Irma. Two weeks later, Maria tracked on a more southerly route and there was no additional damage.

**Damage Assessment**

The damage varied from punctures in the copper pans and distortion of standing seams created by flying debris, to uplift/displacement at ridges. In addition, the coating on the flat concrete roof surfaces was torn away by the force of the winds. The attached 26 photo pages document the eight buildings areas and the typical damage from the storm.

In addition, attached are three plan drawings that depict the location of the damage on the various roofss.

**Approach to Repairs**

No trained metal workers are available on the islands that can accomplish these repairs. It is proposed that the work force be a combination of V.I. supervision and manual labor with U.S. metal workers.

**Materials**

Copper materials will be shipped from the United States to St. Thomas by a U.S. roofing contractor in a single container sized to fit the longest pan length for the replacement.

Pan materials will be prefabricated. There is a metal break at the site and if needed fabrication less than 10 feet in length could be formed as needed on site.

**Project Supervision and General Conditions**

A project superintendent will coordinate all receiving, island to island transportation, logistics to the site as well as material distribution and secure storage on site. The repairs will employ local labor for material handling. The work must be performed in accordance with all applicable OSHA regulations. The buildings must have perimeter fall protection and scaffold at all edges where work is to be performed.

**Copper Work**

It is anticipated that three to four metal mechanics will form the copper crew with local labor added to handle and move materials to the roof.

**General**

Where individual panels are replaced the existing standing seams will be opened-up by hand, carefully bending open folded seams. Panels will be prefabricated. All ridge line caps are to be replaced, riveted with solid rivets at 9" o.c. Ridge lines shall be cleated at 9" o.c. (this will require new blocking secured to the structure. The following is a summary of work at individual buildings:

**Gate House**

- Replace 5 panels. Panel lengths include (1) at 10'-2", (2) at 10'-6", (1) at 7'-10". At each panel check the substrate membrane for damage and patch as required.

- Replace ridge caps full length for each run. Use 5 sections; 62 feet total. Prefabricate and Install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Copyright Hoffmann Architects, Inc. 2018

**IH0029**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

| | |
|---|---|
| Garage | • Replace ridge caps full length for each run. Use 13 sections; 150 feet total. Prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (2) vent stack collars in place. |
| Guest and Dinning Pavilion | • Replace 6 panels. Panel lengths include (1) at 12'-0", (1) at 10', (1) at 6' and (2) at 4'. At each panel check the substrate membrane for damage and patch as required. |
| | • Replace ridge caps full length for each run. Use 17 sections; 220 feet total prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (6) vent stack collars in place. |
| Main Pavilion | • The drawings indicate damage to more than 80 panels. Hoffmann Architects recommends that the entire Main Pavilion roof be replaced; a total of 160 panels totaling 3,520 S.F. The substrate membrane should be recovered with new membrane. New blocking is needed at the intersecting ridges to cleat the pans at their mid points where the wind displaced the ridges. Provide 2 new vent stack flashings. |
| Main Pavilion Library | • Replace 2 panels. Panel lengths include (1) at 12' and (1) at 9'-6". At each panel check the substrate membrane for damage and patch as required |
| | • Replace ridge caps full length for each run with a 1 /12" battens; 96 feet total. |
| | • At ridge peak install a new soldered cap. |
| | • Solder (2) vent stack collars in place. |
| Master Suite | • Replace 3 panels. Panel lengths include (1) at 12' (1) at 9'-0" and (1) at 7'-0". At each panel check the substrate membrane for damage and patch as required |
| | • Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (2) vent stack collars in place. |
| Beach Pavilion | • Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (2) vent stack collars in place. |

IH0030



Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-9900

SEAL:

DRAWN BY:           DSG ALS
CHECKED BY:         RS
DATE:               3/27/2018
SCALE:              AS NOTED

ROOF
DAMAGE
PLAN

A101

Hurricane Damage Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

Labels on drawing:
- DENTS
- PUNCTURE AT RIB
- TEAR AT SEAM
- PUNCTURE
- FOLDED OVER SEAM
- DAMAGED SEAM
- BROKEN POP RIVETS
- SCAFFOLD
- DENTS
- DEEP INDENT/ ABRASSION
- DAMAGED SEAM
- REPLACE CAP
- PUNCTURE
- DAMAGED RIBS
- PUNCTURE
- FAILED POP RIVETS
- 3:12 PITCH
- BENCH

1  GUEST PAVILION AND DINNING PAVILION ROOF PLANS
A101  SCALE: 3/16" = 1'-0"

REPLACE COPPER PANS
REPLACE RIDGE CAPS

IH0031



Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

DRAWN BY:                      DSO, ALS
CHECKED BY:                          RS
DATE:                          3/27/2018
SCALE:                        AS NOTED

ROOF
DAMAGE
PLAN

A102

Hurricane Damage Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

Labels on drawing:
CRACK
CRACK
DENT
DENT
CRACKS
DENTS
CRACKS
DENT
CRACK
CRACK
DENTS
PUNCTURE AND DENTS
DENTS
CRACK
CRACK
DENT
CUT IN PAN
HOLE AND DENTS
HOLE AND DENTS
RESECURE VENT STACK COLLAR
CRACK AT GUTTER SEAM
BENT GUTTER EDGE
CUT / SLICE IN PAN
RESECURE VENT STACK COLLAR
BROKEN POP RIVETS
BROKEN POP RIVETS
DENT
MISSING CAP AT RIDGE
SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION
BROKEN POP RIVETS

1 / A101  MAIN PAVILION AND MASTER SUITE ROOF PLANS
SCALE: 1/4 = 1'-0"

REPLACE COPPER PANS
REPLACE RIDGE CAPS

IH0032



Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

PROGRESS PRINT
☐ NOT FOR CONSTRUCTION
☐ PRELIMINARY
☐ COMPLETE BUT UNCHECKED

DATE _____ BY _____
HOFFMANN ARCHITECTS, INC.

NOTICE:

DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.

2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

DRAWN BY:                    DSG ALS
CHECKED BY:                      RS
DATE:                       3/27/2018
SCALE:                    AS NOTED

ROOF
DAMAGE
PLANS

A103

Hurricane Damage Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

**Labels within drawings:**

GATEHOUSE ROOF PLAN — SCALE: 1/4" = 1'-0"
- SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION
- DENT
- OPEN SLICE
- BENT RIBS
- RESECURE VENT STACK COLLAR
- COATING DAMAGE LOCALIZED REPAIR
- FAILED COATING
- DEEP DENT
- HOLE
- CAP TORN
- POP RIVETS BROKEN

GARAGE ROOF PLAN — SCALE: 1/4" = 1'-0"
- FAILED POP RIVETS
- FAILED COATINGS
- COATING DELAMINATED THROUGHOUT

BEACH PAVILION ROOF PLAN — SCALE: 1/4" = 1'-0"
- DENT
- FAILED RIVETS
- DENT
- DENTS
- DENTS
- LOOSE VENT COVER

REPLACE COPPER PANS
REPLACE RIDGE CAPS

IH0033

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Photo Documentation**

Copyright Hoffmann Architects, Inc. 2018

**IH0034**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## Photos

**General Views**



**Photo 1. Overall view of site.**



**Photo 2. Gate House**

**IH0035**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 3. Garage/Office**



**Photo 4. Guest Pavilion and Dinning Pavilion**

Copyright Hoffmann Architects, Inc. 2018

**IH0036**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 5. Main Pavilion, Library and Master Suite**.



**Photo 6. Beach Pavilion.**

DAMAGE PHOTOS

**IH0037**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Gate House**



Photo 7. Abrasions that have cut through the coating.



Photo 8. Scar at low roof panel.

Copyright Hoffmann Architects, Inc. 2018

Page - 4

**IH0038**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 9. Damage across three roof pans with folded ribs, dents and a slice through at the center pan**.



**Photo 10. Significant damage across three panels. (Foam applied to prevent water intrusion.)**

Copyright Hoffmann Architects, Inc. 2018

**IH0039**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 11. Cut at pan seam.**



**Photo 12. Failed coating at south flat roof.**

**IH0040**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 13.Weather Collar missing from vent stack lodged its self in the corner of the gutter.**

**Garage - Office**



**Photo 14. Extensive damage to coating.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



Photo 15. Failed pop rivets.

**Guest Pavilion**



Photo 16. Indent and cut at panel edge.

**IH0042**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 17. Deep indentation and abrasion.**



**Photo 18. Punctures in pans.**

Copyright Hoffmann Architects, Inc. 2018

**IH0043**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 19. Puncture in Pan.**

**Dinning Pavilion**



**Photo 20. Damage at Dining Pavilion.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 21. Flattened rib and puncture at far right.**



**Photo 22. Close-up of puncture.**

**IH0045**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 23. Torn pan and cap at hip ridge line.**



**Photo 24. Damaged Ridge Cap. Dent above is not punctured.**

Copyright Hoffmann Architects, Inc. 2018

**IH0046**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



*Photo 25. Pop Rivets have failed, and cap is loose.*

**Main Pavilion**



**Photo 26. Overall view of failed hip ridge cap.**

**IH0047**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 27. Failure along hip ridge line due to wind uplift.**



**Photo 28. Pans have lifted at other ridges.**

**IH0048**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 29. Pans have lifted at other ridges.**



**Photo 30.Dents and one puncture**.

**IH0049**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 31. Indentation with crack.**



**Photo 32. Indent with puncture.**

**IH0050**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 33. pans have torn at standing seam.**



**Photo 34. 1 1/2" crack at seam.**

**IH0051**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 35. View of cap.**



**Photo 36. Indentation with no puncture.**

Copyright Hoffmann Architects, Inc. 2018

**IH0052**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 37. Indentation with no puncture.**



**Photo 38. Puncture at standing seam.**

Copyright Hoffmann Architects, Inc. 2018

**IH0053**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Library**



*Photo 39. Slice in pan and dent.*



**Photo 40. Dents and punctures at Library roof.**

Copyright Hoffmann Architects, Inc. 2018

**IH0054**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Master Suite Bath**



Photo 41. Indent with crack.



Photo 42. Crack at gutter seam.

Copyright Hoffmann Architects, Inc. 2018                                                    Page - 21

**IH0055**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Master Suite**



Photo 43. Dent with no puncture.



Photo 44. Damages panels at Northeast corner.

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 45. Damage at seam with torn pan.**



**Photo 46. Loose vent stack collar.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 47. Missing cap section.**



**Photo 48. Failed Pop Rivets.**

**IH0058**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Beach Pavilion**



Photo 49. Dent in pan.



Photo 50. Loose vent stack collar.

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 51. Dents in pan at Beach Pavilion.**



**Photo 52. Dents in pan and loose ridge cap**

**IH0060**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Scope of Project Work**

Copyright Hoffmann Architects, Inc. 2018

**IH0061**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## SCOPE OF PROJECT WORK

**General Project work**

The purpose of this work is to repair copper roof storm damage to the seven buildings of the Friedberg-Bunge Residence in St. John V. I. The extent of the work is shown on drawings A101, A102, and A103 (flat roof coating replacement is not estimated as part of this scope). This scope of work assumes the following: Refer to Roof Plans on A101, A102, &A103.

**Scope of
Copper Work**

- It is anticipated that four to six metal mechanics from the US will form the copper crew with local labor required to handle and move materials to the roof.

General

Where individual panels are replaced the existing standing seams will be opened-up by hand, carefully bending open folded seams. Panel less than 10 feet in length can be prefabricated. All ridge line caps are to be replaced, riveted with solid rivets at 9" o.c. Ridge lines shall be cleated at 9" o.c. (this will require new blocking secured to the structure. The following is a summary of work at individual buildings:

Gate House

- Replace 5 panels. Panel lengths include (1) at 10'-2", (2) at 10'-6", (1) at 7'-10". At each panel check the substrate membrane for damage and patch as required.

- Replace ridge caps full length for each run. Use 5 sections; 62 feet total. Prefabricate and Install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Garage

- Replace ridge caps full length for each run. Use 13 sections; 150 feet total. Prefabricate and install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Guest and Dinning
Pavilion

- Replace 6 panels. Panel lengths include (1) at 12'-0", (1) at 10', (1) at 6' and (2) at 4'. At each panel check the substrate membrane for damage and patch as required.

- Replace ridge caps full length for each run. Use 17 sections; 220 feet total prefabricate and install with solid copper rivets at 9" o.c.

- Solder (6) vent stack collars in place.

Main Pavilion

- The drawings indicate damage to more than 80 panels. Hoffmann Architects recommends that the entire Main Pavilion roof be replaced; a total of 160 panels totaling 3,520 S.F. The substrate membrane should be recovered with new membrane. New blocking is needed at the intersecting ridges to cleat the pans at their mid points. Provide 2 new vent stack flashings.

- The existing installed pans are over 33 feet in length. To reinstall in kind there are two options.

    1. Prefabricate and ship in a 40-foot container. This is not an option because the container could not be transported to the site.

    2. Roll the pieces on site. There is no rolling machine on island. For the original construction a machine was shipped to the site and returned after the work was complete. This option was considered but was found to be quite costly because of the transportation cost and the higher cost of onsite fabrication.

Copyright Hoffmann Architects, Inc. 2018

**IH0062**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

- If the roof is reinstalled with pan lengths of less than 20 feet the copper can be fabricated off-site and shipped in a 20-foot container. This solution is the least expensive.

Main Pavilion
Library

- Replace 2 panels. Panel lengths include (1) at 12' and (1) at 9'-6". At each panel check the substrate membrane for damage and patch as required

- Replace ridge caps full length for each run with a 1 /12" battens; 96 feet total.

- At ridges install a.

- Solder (2) vent stack collars in place.

Master Suite

- Replace 3 panels. Panel lengths include (1) at 12' (1) at 9'-0" and (1) at 7'-0". At each panel check the substrate membrane for damage and patch as required

- Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

Beach Pavilion

- Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

**Schedule**

It is anticipated that the work will be performed in late January 2019 and the duration may be 60 to 90 days.

Copyright Hoffmann Architects, Inc. 2018

**IH0063**



Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:

DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

| DRAWN BY: | DSG ALS |
| CHECKED BY: | RS |
| DATE: | 3/27/2018 |
| SCALE: | AS NOTED |

ROOF
REPAIR
PLAN

A101

Hurricane Damage Repair Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

Labels on drawing:

DENTS
PUNCTURE AT RIB
SCAFFOLD
TEAR AT SEAM, REPLACE PANELS
PUNCTURE, REPLACE PANEL
FOLDED OVER SEAM, REPLACE
DAMAGED SEAM, REPLACE
BROKEN POP RIVETS
INSTALL NEW CAP
SCAFFOLD
DENTS NR
SCAFFOLD
DEEP INDENT/ ABRASSION NR
3:12 PITCH
STRAIGHTEN FOLDED SEAMS
SCAFFOLD
SCAFFOLD
REPLACE CAP
PUNCTURE REPLACE PANEL
DAMAGED RIBS REPLACE PANEL
SCAFFOLD
PUNCTURE REPLACE PANEL
3:12 PITCH
FAILED POP RIVETS INSTALL NEW CAP TYPICAL

1
A101
GUEST PAVILION AND DINNING PAVILION ROOF PLANS
SCALE: 3/16" = 1'-0"

LEGEND
REPLACE COPPER PANS
REPLACE RIDGE CAPS

IH0064



Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

| | |
|---|---|
| DRAWN BY: | CSG ALS |
| CHECKED BY: | RS |
| DATE: | 3/27/2018 |
| SCALE: | AS NOTED |

ROOF
REPAIR
PLAN

A102

Hurricane Damage Repair Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

Labels on drawing:
- HOLE AND DENTS, REPLACE PAN
- HOLE, REPLACE PAN
- FALL PROTECTION
- RESECURE VENT STACK COLLAR
- CRACK AT GUTTER SEAM, SOLDER SEAM
- RESECURE VENT STACK COLLAR
- BROKEN POP RIVETS, REPLACE CAP
- BROKEN POP RIVETS, REPLACE CAP
- DENT
- SCAFFOLD
- SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION, REPLACE PAN
- BROKEN POP RIVETS, REPLACE CAP
- MISSING CAP AT RIDGE, INSTALL NEW CAP
- SCAFFOLD
- SCAFFOLD
- CAFFOLD
- DENT
- CRACK, REPLACE PANS
- CRACK, REPLACE PANS
- DENT
- CUT IN PAN, REPLACE
- DENT
- DENTS
- CRACKS, REPLACE PANS
- BENT GUTTER EDGE, STRAIGHTEN
- CUT / SLICE IN PAN, REPLACE PAN
- CRACK, REPLACE PANS
- PUNCTURE AND DENTS,REPLACE PAN
- DENTS
- CRACK, REPLACE PANS
- CRACK, REPLACE PANS
- CRACK, REPLACE PANS
- CRACK, REPLACE PANS

1  MAIN PAVILION AND MASTER SUITE ROOF PLANS
A101  SCALE: 1/4 = 1'-0"

LEGEND
| | |
|---|---|
| ▨ | REPLACE COPPER PANS |
| ▧ | REPLACE RIDGE CAPS |

IH0065



214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Scope of Construction Management Services**

Copyright Hoffmann Architects, Inc. 2018

**IH0067**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

# SCOPE OF CONSTRUCTION MANAGEMENT (CM) SERVICES

**CM Duties**

In general, the CM will be tasked with site supervision, management of island support personnel, and coordination of initial materials delivery.

**Project Supervision and General Conditions**

- The **CM** shall employ a project superintendent who will coordinate all receiving, island to island transportation, logistics to the site as well as material distribution and secure storage on site. Personnel to install scaffold, handle materials, and keep the site orderly will be employed by the **CM**.

- Site safety will be the responsibility of the **CM**. The work must be performed in accordance with all applicable OSHA regulations. The buildings must have perimeter fall protection/scaffold at all edges where work is to be performed. The **CM** shall arrange for the scaffold and the cost will be passed through to the owner.

- The **CM** will be responsible for the security of materials on-site.

**Workforce**

It is anticipated that four to six metal mechanics from the US will form the copper crew to perform all installation of new copper. They will coordinate their work with the CM so adequate material is available on the roof for each day's work and the roof edge protection is appropriate in the areas of work. The cooper mechanics will advise the CM of materials handling procedures so as not to damage the copper pans

The CM will retain the local work force, coordinate and assure an adequate work force, track hours worked and coordinate payroll services.

Local labor tasks include:

- material handling;
- debris removal and site clean-up; and,
- Misc. tasks o site.

**Project Supervision and General Conditions**

- The **CM** shall employ a project superintendent who will coordinate all receiving, island to island transportation, logistics to the site as well as material distribution and secure storage on site. Employ local labor for material handling.

- Site safety will be the responsibility of the **CM**. The work must be performed in accordance with all applicable OSHA regulations. The buildings must have perimeter fall protection and or scaffold at all edges where work is to be performed.

**Materials**

- Copper materials will be shipped from the United States to St. Thomas by a U.S. roofing contractor (container size TBD). The **CM** will coordinate receiving materials at the port in St Thomas, transportation from the port to St John, transport to the site, and transfer down the inclined site to secure storage near the Main Pavilion.

Copyright Hoffmann Architects, Inc. 2018

**IH0068**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Storm Damage Repair Estimate**

Copyright Hoffmann Architects, Inc. 2018

**IH0069**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## STORM DAMAGE REPAIR ESTIMATE

**Background**

This estimate of probable construction cost is composed of costs based on estimates from four sources, including:

Hoffmann Architects  -  Design of copper roof repair Contract Documents

F. J. Dahill  -  Copper repairs including fabrication, shipping to St. Thomas, labor and materials to complete the repairs on St John

Springline Design  -  Construction Management; coordination of material transportation, and local labor in support of copper mechanics.

Local sources  -  Housing and food allowances for non-local workers

**Estimate Summary**

Hoffmann Architects    Investigation of Roofing Damage,

Coordination of Repair Estimate &Design of Copper Roof Repairs

Construction Observation

F.J. Dahill    Fabrication and shipping of copper

Copper Craftsmen labor

Shop Drawings

Springline Design    Architect of Record fee

General Conditions    Materials transit/coordination

General Materials

Demo-Dumpster/Removals

Mobilization and Scaffold

Local Labor

Construction Oversight

Site Supervision

Island Travel

Lodging    Apartment Rentals and Meals

(8 weeks)

Copyright Hoffmann Architects, Inc. 2018

**IH0070**



# CONSTRUCTION COST ESTIMATE

| Project | **Friedberg Bunge Storm Damage Estimate** | | | Phase | | **Insurance Estimate** | | |
|---|---|---|---|---|---|---|---|---|
| Prepared by | Hoffmann Architects, Inc. | | Date | 7/27/2018 | Reviewed by | | Date | |

| Section | Item Description | Unit | Qty | Unit Price | Cost | Group Total | Total Cost |
|---|---|---|---|---|---|---|---|
| **Copper Roofing Repairs** | | | | | | | |
| **000-0** | **Design Fees** | | | | | | |
| 000-1 | Storm Damage Investigation and Report | | 1 | $30,000.00 | $30,000.00 | | |
| 000-2 | Architect of Record | Allow | 1 | $3,000.00 | $3,000.00 | | |
| 000-3 | Copper Roof Plans and Details & Estimate | Allow | 1 | $25,000.00 | $25,000.00 | | |
| 000-4 | Shop Drawings | Allow | 1 | $9,500.00 | $9,500.00 | | |
| | | | | | | | $67,500.00 |
| **001-0** | **GENERAL CONDITIONS** | | | | | | |
| 001-1 | Materials Transit and Cordination | Allow | 1 | $2,600.00 | $2,600.00 | | |
| | (St Thomas to St John & to Site) | | | | | | |
| 001-2 | General Materials | Allow | 1 | $2,600.00 | $2,600.00 | | |
| 001-3 | Mobilization and Scaffold | Allow | 1 | $3,120.00 | $3,120.00 | | |
| 001-4 | Demo-Dumpster and Removal | Allow | 1 | $7,800.00 | $7,800.00 | | |
| 001-5 | Copper Crew Lodging and Meals | Allow | 3 | $35,000.00 | $105,000.00 | | |
| | | | | | | $121,120.00 | |
| | | | | | | | |
| **007-0** | **Copper Roofing** | | | | | | |
| 007-1 | Copper Materials (Common Carrier to St Thomas) | LS | 1 | $89,000.00 | $89,000.00 | | |
| 007-2 | Labor (2 months - 6 Tin knockers) | LS | 1 | $360,000.00 | $360,000.00 | | |
| 007-3 | Island Labor | LS | 1 | $22,800.00 | $22,800.00 | | |
| | | | | | | $471,800.00 | |
| | | | | | | | |
| **100-0** | **Construction Administration** | | | | | | |
| 100-1 | Hoffmann Architects - (2 Visits w/ travel & exp) | Allow | 1 | $15,000.00 | $15,000.00 | | |
| 100-2 | Contractor Oversight (on local labor/materials) | % | 15.0% | $5,448.00 | $5,448.00 | | |
| 100-3 | Site Supervision | Allow | 1 | $4,160.00 | $4,160.00 | | |
| 100-4 | CM Travel | | 1 | $2,060.00 | $2,060.00 | | $26,668.00 |
| | | | | | | | |
| | | | | | | | |
| | **SUB TOTAL** | | | | | $592,920.00 | $592,920.00 |
| | **TOTAL** | | | | | | $687,088.00 |
| | | | | | | | |

**IH0071**