# EXHIBIT 17

**Friedberg & Bunge v. Daybreak**
Exhibit C

---

I. **From Counsel:**

   *Legal*
   Action for Damages, Breach of Contract, 07/14/19

   *From Experts*
   Hoffman Architects, Summary of Storm Damage, 08/20/18

II. **Research**

   Wage growth:
   Employment, Hours and Earnings, Current Employment Statistics, Bureau of Labor Statistics, www.bls.gov/ces/data/

   Wages for US Virgin Islands' Labor
   Occupational Employment and Wage Statistics, Bureau of Labor Statistics, www.bls.gov/oes/

   Price of Copper
   Producer Price Index: Copper and Brass Mill Shapes, Bureau of Labor Statistics, data.bls.gov/timeseries/

Exhibit C

**Friedberg & Bunge v. Daybreak, Inc.**

I.  **INTRODUCTION**

1. I was retained by counsel for Thomas Friedberg and Sarah Bunge to evaluate the economic loss claims as the result of the breach of contract surrounding the installation of cleats on the roof of Plaintiff's property. The purpose of this report is to disclose my expert opinions to the parties and the Court. This report summarizes my opinions based on the documents I have reviewed to date. I may receive additional relevant information and, upon receipt and review of such information, may prepare a revised report, if necessary.

II. **QUALIFICATIONS AND TESTIMONY**

2. I am a Principal with Dolan|Xitco which provides litigation support, financial analysis and expert testimony. I hold a bachelor's degree in Business Administration from Loyola Marymount University and a Master's in Business Administration, with an emphasis in Finance, from Loyola Marymount University. Attached as Exhibit "A1" is my curriculum vitae which summarizes my educational and professional background. My rate for analysis and testimony is $500 per hour and my firm's fee schedule is attached as Exhibit "A2".

3. I have provided qualified expert testimony regarding claims of economic loss in Federal Court, various California State Superior Courts, as well as State Superior Courts in Alaska, Arizona, Colorado, Connecticut, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Nevada, New Jersey, New Mexico, New York, North Carolina, North Dakota, Oklahoma, Oregon, Pennsylvania, and Washington. Attached as Exhibit "B" is a list of my deposition, arbitration and trial testimony

**DAMAGES REPORT OF LAURA FUCHS DOLAN, M.B.A.**

since June 1, 2021 as best as I can practically summarize at this time.

**III.     DOCUMENTS REVIEWED AND RELIED UPON:**

4. In connection with my assignment, I reviewed the documents detailed on the attached Exhibit "C".

**IV.     Background**

5. According to the Action for Damages, Plaintiffs are suing for breach of contract. In the fall of 2017, Hurricane Irma struck St. John, where the Plaintiffs' property is located. Following Hurricane Irma, an investigation revealed that the Defendant did not install cleats at the intersection of the copper panels to the specifications outlined in the construction agreement. The roof was damaged.

**V. OPINIONS:**

6. Based on the documents and information received to date, it is my opinion that the total economic loss ranges from $682,301 in 2025 to $712,540 in 2026. The foundation for my opinions is summarized in the attached Exhibit "D" and is described in detail in the following paragraphs.

7. I estimated the cost of copper materials using an $89,000 construction cost estimate provided by Hoffman Architects in collaboration with Dahill Structural Restoration Contractors as of July 27, 2018.[1] I deducted 5% from this estimate to exclude components unrelated to the main pavilion. Using data from the Bureau of Labor Statistics I applied a 54.8% increase in copper prices from the third quarter of 2018, consistent with the date of the

---

[1] Construction Cost Estimate, Hoffman Architects, 07/27/18

-2-

**DAMAGES REPORT OF LAURA FUCHS DOLAN, M.B.A.**

estimate, to 2024 resulting in a cost of $130,883. I further added an increase of 6.7% reflecting the growth of 2023 to 2024 to estimate the cost of $139,652 in 2025 values. I added another increase of 6.7% to estimate the cost in 2026 dollars of $149,009. This detailed analysis is on Schedule I of the attached Exhibit "D".

8. I estimated the cost of U.S. based workers to perform roofing work using a $360,000 estimate provided by Hoffman Architects and Dahill Structural Restoration Contractors as of July 27, 2018.[2] To estimate this cost in current dollars, I applied an increase of 28.6% based on Employment and Earnings data from the Bureau of Labor Statistics for Construction, reflecting the change from 2018 year-to-date average to 2024.[3] I further added an increase of 4.3% reflecting the growth from 2023 to 2024 to estimate the cost of $482,867 in 2025 values. I added another increase of 4.3% to estimate the cost in 2026 dollars of $503,630. This detailed analysis is on Schedule II of the attached Exhibit "D".

9. I estimated the cost of laborers in the U.S. Virgin Islands using a $22,800 estimate provided by Hoffman Architects as of July 27, 2018.[4] To estimate the cost in current dollars, I applied an increase of 30.1% based on Occupational Employment and Wage Statistics from the Bureau of Labor Statistics for the U.S. Virgin Islands for installation, maintenance, and repair occupations, reflecting changes from 2018 to 2024 of $29,663.[5] I then applied an additional 0.40% reflecting growth from 2023 to 2024 to estimate the cost in 2025 dollars of $29,782 and $29,901 in 2026 dollars. This detailed analysis is on Schedule III of the attached Exhibit "D".

---

[2] Construction Cost Estimate, Hoffman Architects, 07/27/18
[3] Wage growth from Employment and Earnings, Bureau of Labor Statistics
[4] Construction Cost Estimate, Hoffman Architects, 07/27/18
[5] U.S. Virgin Islands Repair, Maintenance, and Installation Occupations, Occupational Employment and Wage Statistics, Bureau of Labor Statistics

-3-

**DAMAGES REPORT OF LAURA FUCHS DOLAN, M.B.A.**

1  10. This report summarizes my opinions based on the documents I have reviewed to date. I may receive additional relevant information and, upon receipt and review of such information, I may prepare a revised report, if necessary.

The views expressed in this report are those of the author and should not be construed as representing the positions of other experts at Dolan|Xitco.

My analysis and conclusions are based on reasonable economic probability and this report was signed on June 30, 2025 in Carson City, Nevada.

Laura Fuchs Dolan, M.B.A.

_____

Principal

Dolan|Xitco

-4-
**DAMAGES REPORT OF LAURA FUCHS DOLAN, M.B.A.**

# Friedberg & Bunge v. Daybreak, Inc.

Summary of Economic Loss in Present Value

As of June 26, 2025  **DRAFT**

|  |  | 2025$ | 2026$ |
|---|---|---|---|
| Copper Materials | Sch. I | $ 139,652 | $ 149,009 |
| U.S. Labor | Sch. II | 482,867 | 503,630 |
| U.S. Virgin Island Labor | Sch. III | 29,782 | 29,901 |
| Cost of Report |  | 30,000 | 30,000 |
| **TOTAL POTENTIAL ECONOMIC LOSS** |  | **$ 682,301** | **$ 712,540** |

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule I: Copper Materials

DOV: 06/26/25                                                                                           **DRAFT**

|  Period  |  Years  |  Copper Cost  |   |
| --- | --- | --- | --- |
| **Past** | | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ | 84,550 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | | 130,883 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | | **139,652** |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | | **149,009** |

Notes:

Cost of copper materials was $89,000 as of 7/27/18 per

   Construction Cost Estimate per Hoffman Architects.

Subtract 5% for cost of copper.

54.8% growth for copper from 2018-2024 (B1).

|  |  |  |  |
| --- | --- | --- | --- |
| 2018 | July | 400.000 | |
| 2023 | | 580.045 | |
| 2024 | | 619.026 | 54.8% |

Estimating growth in 2025 and 2026 based on

   growth of 6.7% from 2023 to 2024 (B1).

**Friedberg & Bunge v. Daybreak, Inc.**

Schedule II: United States Labor - Tin Knockers

DOV:          06/26/25                                                                 **DRAFT**

| Period | Years | Labor Cost |
|---|---|---|
| **Past** | | |
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ 360,000 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | 462,960 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | **482,867** |
| 01/01/26 - 01/01/26 | 0.00 - 0.00 | **503,630** |

Notes:

Cost of US Labor was $360,000 as of 7/27/18 per
  Construction Cost Estimate per Hoffman Architects.

28.6% U.S. wage growth for Construction from 2018-2024 (B2).

| | | |
|---|---|---|
| 2018 | 1108.59 | |
| 2023 | 1366.96 | |
| 2024 | 1425.61 | 28.6% |

Estimating growth in 2025 and 2026 based on
  growth of 4.3% from 2023 to 2024 (B2).

# Friedberg & Bunge v. Daybreak, Inc.

Schedule III: US Virgin Islands Labor

DOV:           06/26/25                                                                    **DRAFT**

|  |  |  | Labor |
|---|---|---|---|
| Period | Years |  | Cost |

**Past**

| Period | Years | | Labor Cost |
|---|---|---|---|
| 01/01/18 - 01/01/19 | 0.00 - 1.00 | $ | 22,800 |
| 01/01/24 - 01/01/25 | 0.00 - 1.00 | | 29,663 |
| 01/01/25 - 01/01/26 | 0.00 - 1.00 | | **29,782** |
| 01/01/26 - 01/01/26 | 0.00 - 0.00 | | **29,901** |

Notes:

Cost of Island labor was $22,800 as of 7/27/18 per
  Construction Cost Estimate per Hoffman Architects.

30.1% U.S. Virgin Islands growth for installation,
  maintenance, and repair occupations from 2018-2024 (B3-1-9).

| | | | |
|---|---|---|---|
| 2018 | $ | 16.63 | |
| 2023 | | 21.55 | |
| 2024 | | 21.63 | 30.1% |

Estimating growth in 2025 and 2026 based on
  growth of 0.4% from 2023 to 2024 (B3-1-9).