# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br><br>　　　　Defendant. | **CIVIL ACTION NO. 3:19-cv-0053** |

## MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, DAYBREAK, INC., dba HUBER & ASSOCIATES, by and through its undersigned counsel, and pursuant to Local Rule 6.1(7), hereby moves to extend the Deadline to Respond to Plaintiffs' Motion for Summary Judgment and in support states as follows:

1.　　Plaintiffs brought this action for alleged damages they sustained when Plaintiffs claim the Main House Pavilion copper standing seam roof failed during Hurricane Irma due to a construction defect.

2.　　Pursuant to the Local Rule 6.1(2), parties have twenty-one (21) days from the date of filing of a motion for summary judgment to file responsive documents. Plaintiffs filed their Motion for Summary Judgment on December 14, 2025 making the responses due on January 5, 2026.

3. Pursuant to Local Rule 6.1 (7), Defendant is seeking an additional thirty (30) days to file its responsive documents to Plaintiffs' Motion for Summary Judgment or February 3, 2026.

4. Defendant is seeking this extension due to delays caused by holidays.

5. Defendant's counsel reached out to Plaintiff's counsel via email on December 29, 2025, but he did not receive a response.

5. Plaintiffs will not be prejudiced if this extension is granted.

WHEREFORE, Defendant, DAYBREAK, INC., dba HUBER & ASSOCIATES, respectfully requests this Court to enter an order granting its motion to extend the deadline to file responsive documents to Plaintiffs' Motion for Summary Judgment thirty (30) days making the new deadline February 3, 2026, and for any other relief this Court deems just and proper.

## CERTIFICATION OF CONFERRAL

I hereby certify that I contacted opposing counsel, Thomas Friedberg, on December 29, 2025 opposing counsel via email, and he did not respond.

Date: December 30, 2025

> s/ Jeffrey C. Cosby, Esq.
> Jeffrey C. Cosby, Esq.
> Florida Bar No. 967981
> Service to: eservice@wlclaw.com
> Attorney for Defendant Daybreak Inc
> Williams, Leininger & Cosby, P.A.
> 301 SE Ocean Blvd., Suite 205
> Stuart, FL  34994
> Telephone: 772-463-8402
> Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900