# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br><br> Defendant. | **CIVIL ACTION NO. 3:19-cv-0053** |

## ORDER ON DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE RESPONSIVE DOCUMENTS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**BEFORE THIS COURT** is Defendant Daybreak, Inc.'s Motion to Extend the Deadline to file Responsive Documents to Plaintiffs' Motion for Summary Judgment. After reviewing the pleadings, hearing the arguments of the parties, it is hereby

**ORDERED** that Defendant's Motion to Extend the Deadline to file Responsive Documents to Plaintiffs' Motion for Summary Judgment is **GRANTED.** The deadline to file responsive documents to the Motions for Summary Judgment will now be February 3, 2026.

Date: _____

**Honorable Robert Molloy**
**Chief Judge**