# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br> Plaintiffs, <br><br> v. <br><br> DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br> Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH <br><br> ACTION FOR DAMAGES <br><br> Action Filed : July 14, 2019 <br> Trial Date   : April 14, 2026 |

## **OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO SUMMARY JUDGMENT**

Plaintiffs' Thomas F. Friedberg and Sarah L. Bunge ("Plaintiffs") hereby file this Opposition to Defendant Daybreak's Motion to Extend Deadline to File Opposition to Summary Judgment.

1. This case is a single cause of action for breach of contract for failure to adhere to specific contract terms, notwithstanding Defendant's attempt to characterize this case as a construction defect case. The action was filed on July 14, 2019. Defendant's seek leave to extend the deadline to file a response to Plaintiffs' Motion for Summary Judgment (Doc. 86) and are requesting an additional 30 days in addition to the statutory 21 days response time.  Defendant has not set forth any facts other than the "holidays" to establish good cause to explain why additional time is needed nor has Defendant explained why the "holidays" has prevented Defendant from timely preparing its response to a motion it received on December 14, 2025. Defendant's requested relief would further prejudice Plaintiff by delaying the time for the Court to review and rule

1

on the summary judgment motion and this may impact the current trial and related pre-trial filing dates.

2. Plaintiffs' oppose extending the deadline to file an opposition to Plaintiffs' Motion for Summary Judgment. Defendant has failed to show good cause to warrant an extension. The only statement in Defendant's Motion that "Defendant is seeking this extension due to delays caused by holidays." No further explanation is provided nor a reason why the Defendant did not prepare its response in a timely manner after being served with the motion on December 14, 2025.

3. Plaintiffs would be prejudiced if the motion is granted since the time to prepare the pre-trial filings would be severely compressed. Defendant seeks to extend the time to file their response to February 3, 2026. The reply would be due on February 14, 2026. Plaintiffs' portion of the pre-trial order is due on February 23, 2026. The final pre-trial order is due on March 10, 2026. The interim pre-trial conference is March 13, 2026. The final pre-trial conference is April 9, 2026. The trial date is April 14, 2026. Defendant's request would severely compress the time for the Court to rule on Plaintiffs' motion and require Plaintiffs' to prepare their pre-trial filings prior to the Court ruling on the motion.

4. Defendant was aware of the summary judgment filing date and response date for over 1 year. These dates were discussed at the Trial Management Conference. The Court's Trial Management Order (Doc. 42) provides that summary judgment motions need to be filed by December 15, 2025. This date anticipates that the opposition would be due 21 days after filing.    The parties have been aware for over 1 year that the dates set forth in the Trial Management Order contemplated that responses to the summary judgments filed by December 15, 2025, would likely require that the responses be prepared over

the holidays. There certainly was nothing unforeseeable about the dates the Court set for the filing of the motion and the statutory time for filing a response. The Trial Management Order further states that if neither party will be filing a dispositive motion, a joint notice stating that no dispositive motions will be filed was due by December 8, 2025. The joint notice was not filed. Defendant was therefore on notice that Plaintiffs' intended to file a summary judgment as of December 8, 2025. Yet, Defendant failed to raise any issue as to the timing of its response until December 29, 2025. There is nothing unusual about this year's holiday season.

5. Defendant did not request this extension until an e-mail was sent to Plaintiffs' counsel on December 29, 2025, two weeks *after* receiving Plaintiff's motion and 1 week prior to the current due date. The reason for the request was there were delays due to the holidays without further explanation nor was there any explanation as to what the delays were.

6. Plaintiffs' Motion for Summary Judgment was filed on December 14, 2025. (Doc. 86). Defendant filed their Motion for Summary Judgment on December 14, 2025. (Doc. 93). The response to the motions filed by Plaintiffs and Defendant is January 5, 2025.

7. Both parties had adequate time prior to the holidays to prepare their respective responses. Plaintiffs will be filing their response on time.

8. Both parties have 21 days to prepare and file their responses. Defendant waited 14 days *after* receiving Plaintiffs' motion to make this request. No explanation as to why the response was not prepared during the 14 days *after* receiving Plaintiffs' motion has been provided nor was an explanation provided as to why a request to extend the time to respond was not made upon receipt of Plaintiffs' motion.

9. Defendant's motion requests an additional 30 days in addition to the statutory 21 day response time. This request to enlarge the response date by 51 days will likely affect the trial date. This delay will prejudice Plaintiffs by delaying the trial date in a case that has been pending since 2019.

**WHEREFORE**, Plaintiffs' request that this Court deny Defendant's request to extend the deadline to file a response to Plaintiffs' motion for summary judgment.

Dated :   December 31, 2025  **LAW OFFICES OF FRIEDBERG & BUNGE**
By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December 2025, a true and correct copy of **PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

>  /s/ THOMAS F. FRIEDBERG
>  **THOMAS F. FRIEDBERG**