# EXHIBIT "A"



May 7, 2010

## PROPOSAL FOR THE ROOFING AT THE FRIEDBERG/BUNGE RESIDENCE
## St. John, USVI

**We propose the following:**

**SECTION I. GENERAL CONDITIONS.**

1) Provide job set up. Go over job schedule and plan with owner prior to start up.
2) Provide General Liability and Workman's Compensation Insurance.
3) Provide scaffolding or other means of safe roof access.
4) Provide for material handling necessary for roof loading.
5) Provide project close out. Remove all surplus tools, equipment, materials and debris.
6) This bid includes travel to and from St. John, USVI only.  NO rental cars, food, lodging or freight.
7) This pricing may be withdrawn, if not accepted within 21 days of the above date.

**SECTION II. WORK:**

- COPPER STANDING SEAM ROOF (APPRX 8,400 SF)
    1) Provide and install Rosin slip sheet over modified underlayment.
    2) Install 16oz. Red Copper standing seam roof system:
        - Installed in accordance with *Revere Copper & Common Sense & SMACNA*.
        - Panels to be roll formed in 15" O.C. panel widths with 1" double locked standing seam.
        - Cleats installed at an average of 9.5" O.C. with 2 ring shank nails per cleat.
            o NOTE:  See Alternate A. for screws in lieu of nails.
        - Includes traditional style single rib ridge finish.
- COPPER FLASHING
    1) Provide and install necessary 16 oz. Red copper flashings per industry standards, as listed above, in all areas where needed.

***HUBER & ASSOCIATES***
*496 SW Ring Court, Lake City, FL 32025*
*Ph: (386) 487-1040 – Fax: (386) 755-3233*
*1   of   3*



---

### SECTION III. COST AND TERMS.

సా PRICE BREAKDOWN  NOTE: Price reduce due to Owner providing majority of copper for roofing and flashings.
   1) **Copper Roofing & Flashing previous quote:**         **$214,800.00**
      **Less all copper in bid**                           **-$37,696.00**
      **Add for smaller panels and cleat spacing**         **+$10,735.00**
                  **Updated Cost**                          **$187,839.00**

   *Additional copper, as, or if needed, to be provided by Owner or Contractor (see additional work note below).  Shipping costs from Owner's supply to our shop to be billed separately at cost (invoice provided).*

Cost for work as described above $187,839.00 (One Hundred Eighty Seven Thousand Eight Hundred Thirty Nine Dollars) to be paid in progress payments per schedule of values with balance due upon completion.  $25,000.00 Deposit required upon acceptance and materials required paid upon purchase.
[*Any additional work or material needed would be billed per the following:*
*A per man hour rate of $ 63.35 (average rate for Supervisor, Mechanic, Roofer & Laborers) and 15% above the cost of materials or equipment.*]

### SECTION IV. ACCEPTANCE:

| *Owner or Owner's Agent* | *Huber & Associates* |
|---|---|
| By: _____ | By: _____ |
| Print Name: _____ | Print Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ /_____ / 2010 | Date: _____ /_____ / 2010 |



## SECTION VI. ROOF PLANS:



*Main House*  *Guest House & Gazebo*




*Gatehouse*  *Garage*



*Beach Bar*

***HUBER & ASSOCIATES***
*496 SW Ring Court, Lake City, FL 32025*
*Ph: (386) 487-1040 – Fax: (386) 755-3233*
*3   of   3*