# EXHIBIT "B"

FILE

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

DAYBREAK INC. DBA HUBER AND ASSOCIATES,

PLAINTIFF,

V.

THOMAS FRIEDBERG, SARAH BUNGE, LAW OFFICES OF FRIEDBERG & BUNGE, AND MERRILL LYNCH CREDIT CORPORATION,

DEFENDANTS.

CIV. NO. ST-10-CV-716

ACTION FOR DEBT, BREACH OF CONTRACT AND TO ENFORCE CONSTRUCTION LIEN

## COMPLAINT

Now comes Daybreak, Inc. d/b/a Huber and Associates and for its complaint against Thomas Friedberg, Sarah Bunge, Law Offices of Friedberg & Bunge, and Merrill Lynch Credit Corporation respectfully avers:

### JURISDICTION

1. This Court has jurisdiction under 4 V.I.C. § 76(a).

### PARTIES

2. Plaintiff is a specialized roofing contractor providing services for individuals and entities with unique roofing needs.

3. Thomas Friedberg and Sara Bunge are the owners of Plot No. 168, Estate Chocolate Hole, No. 11 Cruz Bay Quarter, St. John ("The Property") and at all material times owned The Property as tenants in common.


EXHIBIT A

Daybreak, Inc. v. Friedberg, et al.  
Complaint

Civ. No. _____  
Page 2 of 7

4. Defendant Law Offices of Friedberg & Bunge is a law firm with offices on St. John, U.S. Virgin Islands and in San Diego, California.

5. On information and belief, Thomas Friedberg and Sara Bunge are also the principals in the Law Offices of Friedberg & Bunge. In this complaint, Thomas Friedberg and Sara Bunge and the Law Offices of Friedberg & Bunge are collectively referred to as the "Contracting Defendants."

6. Defendant Merrill Lynch Credit Corporation ("MLCC") is a corporation organized and existing under the laws of Delaware and whose address is 4802 Deer Lake Drive East, Jacksonville, Florida, 32246-6484. MLCC is sued solely as a lien holder on The Property whose interests are affected by plaintiff's action to enforce its construction lien.

FACTUAL ALLEGATIONS GIVING RISE TO THIS COMPLAINT

7. On or about May 7, 2010, Contracting Defendants entered into a contract with plaintiff to install (1) copper standing seam roofs of approximately 8,400 square feet on The Property; and (2) copper flashing as needed. A true copy of the contract is attached as Exhibit A to this complaint.

8. The contract price for the above-described work was set at $187,839.00.

9. The approximate size of most of the roofs that were the subject of the contract was specified on building plans provided to plaintiff by "Chris," an agent of Contracting Defendants.

10. The actual square footage of the roofs in such plans was approximately 12%

Daybreak, Inc. v. Friedberg, et al.  
Complaint

Civ. No. _____  
Page 3 of 7

greater than that specified on the plans.

11. The terms of the contract provided that any additional work would be billed at a per man hour rate of $63.35 and 15% above the costs of materials or equipment. Under the terms of the contract, the Contracting Defendants were permitted to provide additional copper that might be required from their own supply, with defendants obligated to pay the shipping costs from the Contracting Defendants' supply to plaintiff's machine shop.

12. Due to additional work that was required as a result of the inaccurate roof sizes and other changes made at the request of the Contracting Defendants, the final contract cost was $235,480.29.

13. After credits given to Contracting Defendants for payments made, Contracting Defendants still owe $31,316.51 under the contract. Full payment was due on July 12, 2010.

14. Despite due demand, Contracting Defendants have refused to make the payments required under the contract and claim that such payments are not required under the contract.

15. Plaintiff has fully performed its obligations under the contract with the exception of minor "punch list" items.

16. Contracting Defendants have estimated that the punch list items have a value of $2,500.

17. Plaintiff stands ready, willing and able to complete the punch list items subject

Daybreak, Inc. v. Friedberg, et al.
Complaint

Civ. No. _____
Page 4 of 7

to a $2,500 "hold back" but Contracting Defendants refuse to pay the remaining balance due under the contract and refuse to acknowledge that the remaining sums are due under the contract.

18. Plaintiff is also ready, willing and able to complete the punch list items if the entire amount due and owing is placed by Contracting Defendants in an independent escrow account with release of the funds conditioned upon completion of the items in Contracting Defendants' punch list.

COUNT ONE – BREACH OF CONTRACT/ANTICIPATORY BREACH OF CONTRACT

19. As alleged above, Contracting Defendants are in breach of the contract as they have failed to pay the contract sums when due.

20. To the extent that Contracting Defendants assert that no payment is due until the remaining, minor, punch list work is completed, performance of such work is excused under the doctrine of anticipatory breach of contract: Contracting Defendants have unequivocally indicated that they will not perform their remaining obligations under the contract when due and thus plaintiff is entitled to treat the breach as immediate.

COUNT TWO – ACTION FOR DEBT

21. As alleged above, Contracting Defendants owe $31,316.51 under the contract and full payment was due on July 12, 2010.

22. Despite due demand, the debt remains unpaid.

Case: 3:19-cv-00053-RAM-EAH Document #: 101-2 Filed: 01/24/26 Page 6 of 13
Case: 3:12-cv-00056-CVG-RM Document #: 12-1 Filed: 10/30/12 Page 5 of 12

Daybreak, Inc. v. Friedberg, et al.  
Complaint

Civ. No. _____  
Page 5 of 7

## COUNT THREE – ENFORCEMENT OF CONSTRUCTION LIEN

23. Defendants Thomas Friedberg and Sarah Bunge are the owners of record of The Property.

24. Defendant MLCC is the lender on a promissory note dated December 30, 2003 and secured by a mortgage dated December 30, 2003 and recorded in the Office of the Recorder of Deeds on St. Thomas/St. John on January 5, 2004 as document no. 2004000012.

25. Through the aforesaid mortgage, MLCC asserts a lien against The Property securing repayment of the promissory note dated December 30, 2003.

26. Defendant MLCC is the lender on a revolving line of credit debt secured by a mortgage dated February 2, 2007 and recorded in the Office of the Recorder of Deeds on St. Thomas/St. John on February 7, 2007 as document no. 2007000988.

27. Through the aforesaid mortgage, MLCC asserts a lien against The Property securing repayment of the revolving line of credit debt.

28. Plaintiff commenced work on The Property in accordance with its contract on or about May 13, 2010 and last performed services pursuant to the contract on July 9, 2010.

29. A notice of claim of construction lien was duly recorded in the Office of the Recorder of Deeds for St. Thomas and St. John on September 22, 2010. A true copy of that notice is attached as Exhibit B.

Daybreak, Inc. v. Friedberg, et al.  Civ. No. _____
Complaint  Page 6 of 7

30. Said lien was assigned document no. 2010006641 by the Recorder of Deeds.

31. The Contracting Defendants were sent copies of the notice of claim of construction lien on September 16, 2010 via certified mail.

32. The notice of construction lien claims an unpaid amount due of $31,316.51 and as previously alleged in this complaint, said sum is for construction services provided to Contracting Defendants for improvements made and incorporated into The Property, which sum remains unpaid.

33. Plaintiff has taken all steps necessary to perfect its lien and is now entitled to a judgment against the property in the sum of $31,316.51 plus interest (pre- and post-judgment) and attorneys' fees as provided by law.

WHEREFORE plaintiff demand:

A. That there be judgment against the Contracting Defendants, jointly and severally, on plaintiff's claim for breach of contract;

B. That there be judgment against the Contracting Defendants, jointly and severally, on plaintiff's claim for debt;

C. That there be judgment against Thomas Friedberg, Sarah Bunge and MLCC, as their interests appear, foreclosing on The Property and ordering The Property to be sold at auction to the highest bidder, with the proceeds from said sale to be used to satisfy first all lien holders with liens superior to plaintiff; second to satisfy the judgment in favor of plaintiff; and third, with the remaining balance of said proceeds paid over to Thomas Friedberg and Sarah Bunge as their

Daybreak, Inc. v. Friedberg, et al.  
Complaint

Civ. No. _____  
Page 7 of 7

interests appear.

D. That the amount of the judgment on each of the three counts in plaintiff's complaint be set at $31,316.51 plus interest (pre- and post-judgment) and attorneys' fees as provided by law.

E. That the Court order such other relief to plaintiff as may be permitted by law or equity.

Dated: December 21, 2010

By: /s/ *signature*

Andrew C. Simpson (VI Bar 451)  
Andrew C. Simpson, PC  
2191 Church St., Ste 5  
Christiansted, VI 00820  
(T) 340-719-3900 /(F) 340-719-3903

Attorneys for Plaintiff.



May 7, 2010

## PROPOSAL FOR THE ROOFING AT THE FRIEDBERG/BUNGE RESIDENCE
## St. John, USVI

We propose the following:

### SECTION I. GENERAL CONDITIONS.

1) Provide job set up. Go over job schedule and plan with owner prior to start up.
2) Provide General Liability and Workman's Compensation Insurance.
3) Provide scaffolding or other means of safe roof access.
4) Provide for material handling necessary for roof loading.
5) Provide project close out. Remove all surplus tools, equipment, materials and debris.
6) This bid includes travel to and from St. John, USVI only. NO rental cars, food, lodging or freight.
7) This pricing may be withdrawn, if not accepted within 21 days of the above date.

### SECTION II. WORK:

- COPPER STANDING SEAM ROOF (APPRX 8,400 SF)
    1) Provide and install Rosin slip sheet over modified underlayment.
    2) Install 16oz. Red Copper standing seam roof system:
        - Installed in accordance with *Revere Copper & Common Sense & SMACNA*.
        - Panels to be roll formed in 15" O.C. panel widths with 1" double locked standing seam.
        - Cleats installed at an average of 9.5" O.C. with 2 ring shank nails per cleat.
            - NOTE: See Alternate A. for screws in lieu of nails.
        - Includes traditional style single rib ridge finish.
- COPPER FLASHING
    1) Provide and install necessary 16 oz. Red copper flashings per industry standards, as listed above, in all areas where needed.

*HUBER & ASSOCIATES*
*496 SW Ring Court, Lake City, FL 32025*
*Ph: (386) 487-1040 – Fax: (386) 755-3233*
1 of 3

Exhibit A



## SECTION III. COST AND TERMS.

☞ PRICE BREAKDOWN NOTE: Price reduce due to Owner providing majority of copper for roofing and flashings.

1) Copper Roofing & Flashing previous quote:    $214,800.00
    Less all copper in bid    -$37,696.00
    Add for smaller panels and cleat spacing    +$10,735.00
                      Updated Cost    $187,839.00

*Additional copper, as or if needed, to be provided by Owner or Contractor (see additional work note below). Shipping costs from Owner's supply to our shop to be billed separately at cost (invoice provided).*

Cost for work as described above $187,839.00 (One Hundred Eighty Seven Thousand Eight Hundred Thirty Nine Dollars) to be paid in progress payments per schedule of values with balance due upon completion. $25,000.00 Deposit required upon acceptance and materials required paid upon purchase.
*[Any additional work or material needed would be billed per the following: A per man hour rate of $63.35 (average rate for Supervisor, Mechanic, Roofer & Laborers) and 15% above the cost of materials or equipment.]*

## SECTION IV. ACCEPTANCE:

Owner or Owner's Agent              Huber & Associates

By _[signature]_                       By: _____

Print Name: _Klaus Priedlitz_        Print Name: _____

Title: _Owner_                    Title: _____

Date __5_/_7_/ 2010           Date: ____/____/ 2010

LAW OFFICES OF
FRIEDBERG & BUNGE
610 W. ASH ST, STE. 1400
P.O. BOX 6814
SAN DIEGO, CA 92165
TELEPHONE: 619-557-0101
FAX: 619-557-0640

*HUBER & ASSOCIATES*
*496 SW Ring Court, Lake City, FL 32025*
*Ph: (386) 487-1040 – Fax: (386) 755-3233*
2 of 3

Exhibit A



## SECTION VI. ROOF PLANS:



Main House · Guest House & Gazebo




Gatehouse · Garage



Beach Bar

*HUBER & ASSOCIATES*
*496 SW Ring Court, Lake City, FL 32025*
*Ph: (386) 487-1040 – Fax: (386) 755-3233*
3 of 3

Exhibit A

OFFICE OF THE LIEUTENANT GOVERNOR 2010006641

# NOTICE OF CLAIM OF CONSTRUCTION LIEN

**District of:**

**Serial Number:**

Pursuant to the Provisions of Title 28, Chapter 12, Virgin Islands Code, notice is hereby given of a Construction Lien claimed by:
Daybreak Inc, dba Huber and Associates
POB 2117, Lake City, FL 32056

| Name of Claimant | Address |
|---|---|
| **Name and Address of Fee Simple Title Holder(s)**<br>Thomas Friedberg and Sarah Bunge Plot No. 168, Est. Chocolate Hole, St. John, VI; mailing address: POB 6814, San Diego, CA 92166 | **Name and Address of Owner Filing Notice of Commencement** | **Name and Address of Primary Contractor**<br>Daybreak Inc, dba Huber and Associates, POB 2117, Lake City, Florida 32056 |

**Name and Address of Person With Whom Claimant Contracted:**
Thomas Friedberg and Sarah Bunge, individually and dba Friedberg & Bunge,
Plot No. 168, Est. Chocolate Hole, St. John, VI; mailing address: POB 6814, San Diego, CA 92166

**Name and Address of Person Against Whose Interest Lien is Claimed:**
Thomas Friedberg and Sarah Bunge, individually and dba Friedberg & Bunge
Plot No. 168, Est. Chocolate Hole, St. John, VI; mailing address: POB 6814, San Diego, CA 92166

| Description of Services Performed and Materials Furnished | Lien is Claimed as to: Property Description and No. (If separate lots, parcels or tracts are being improved attach apportionment statement on same size paper.) | Contract Price: |
|---|---|---|
| Installation of copper roof and flashing | Plot No. 168, Estate Chocolate Hole, St. John, VI | $235,480.29<br><br>Amount Unpaid:<br><br>$31,316.51 |

**Dates Upon Which Claimant First and Last Performed Services or Furnished Materials:**

Commenced: May 13, 2010   Finished: July 9, 2010

Lien is Claimed Pursuant to Commencement Notice filed _____, Serial No. _____

OR on basis of unpaid moneys due claimant which became due as of July 12, 2010

If payment bond filed, give reference location for same: _____

**Caution:** Any payment to the prime or subcontractor after receipt of notification of this lien will not reduce the amount of claimant's lien. All advances made by lender under prior recorded construction security interest may have priority over this lien. Attention is directed to all provisions of the Construction Lien Act, especially those relating to duration of liens, additional notices, and necessity for timely filing of suit. Notice must be given to person specified in Notice of Commencement. Claimant has obligation to promptly cancel lien upon payment.

Claimant certifies that a copy of the foregoing was served on Thomas Friedberg, Sarah Bunge, and Friedberg & Bunge on the 10 day of September, 2010, by (a) Delivered personally; (b) sent by registered or certified mail to address shown. (Claimant may wish return receipt on mailing as recording alone does not constitute notice to owner or contractor).

_____ Claimant

**Place of Filing:**
Lieutenant Governor's Office
(Office of Recorder of Deeds)

Doc# 2010006641
Pages 1
09/22/2010 9:28AM
Official Records of
ST THOMAS/ST JOHN
HILMA D. HART SMITH
RECORDER OF DEEDS
Fees $26.00

Exhibit B

```
Doc#  2010009322
# Pages 1
12/29/2010   11:24AM
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS
Fees $26.00
```

### NOTICE OF COMMENCEMENT OF ACTION

Please take notice that on December 21, 2010, Daybreak Inc. dba Huber and Associates, filed an action styled *Daybreak Inc. dba Huber and Associates, Plaintiff, versus Thomas Friedberg, Sarah Bunge, Law Offices of Friedberg & Bunge, and Merrill Lynch Credit Corporation, Defendants* in the Superior Court of the Virgin Islands, St. Thomas/St. John Division under Civ. No. ST-10-CV-716. This is an action to enforce the lien recorded against **Plot No. 168, Estate Chocolate Hole, St. John, USVI** in the Virgin Islands Recorder of Deeds Office, St. Thomas/John Division, on September 22, 2010 as Document No. 2010006641.

The claimant is Daybreak Inc. dba Huber and Associates.

The owners of the property are Thomas Friedberg and Sarah Bunge.

The amount claimed by the lien is $31,316.51 plus attorneys fees and interest as allowed by law.

Dated: December 22, 2010            By: _____
                                    Andrew C. Simpson (VI Bar 451)
                                    Andrew C. Simpson, PC
                                    2191 Church St., Ste 5
                                    Christiansted, VI 00820
                                    (T) 340-719-3900 /(F) 340-719-3903

                                    Attorneys for Daybreak Inc. dba
                                    Huber and Associates

Doc# 2010009322