# EXHIBIT "D"

| Prepared for:<br>**Thomas Friedberg** | Preliminary Cost of Repair | 03/03/14<br>Project# 617 |

**Friedberg & Bunge Residence • 168 Chocolate Hole, St. John, Virgin Islands**

| | | REPAIR SCOPE - DESCRIPTION | # | UNIT | COST | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| **1.0** | | **ROOF REPAIR** | | | | | |
| | 1.1 | GATE HOUSE | | | | | |
| | | 1.1.1  Mask and protect surrounding areas | 1 | EA | $ 500.00 | $ 500.00 | |
| | | 1.1.2  Remove stucco at walls with flashing | 873.00 | SF | $ 4.00 | $ 3,492.00 | or 4 guys at 2 days (16hrs) * $25/hr = $1600 |
| | | 1.1.3  Remove poorly installed flashings | 63.00 | LF | $ 6.00 | $ 378.00 | |
| | | 1.1.4  Remove poorly installed standing seam roofing | 573.00 | SF | $ 6.00 | $ 3,438.00 | |
| | | 1.1.5  Install new copper flashing (Labor) | 63.00 | LF | $ 18.00 | $ 1,134.00 | |
| | | 1.1.6  Install new copper roofing (Labor) | 573.00 | EA | $ 29.50 | $ 16,903.50 | Bid for $16,900 |
| | | 1.1.7  16 oz. Copper Flashing material | 63.00 | LF | $ 18.00 | $ 1,134.00 | |
| | | 1.1.8  16 oz. Copper Roll Roofing Material (+35% waste) | 773.00 | SF | $ 13.00 | $ 10,049.00 | Bid for $9,600 |
| | 1.1 | GATE HOUSE | | | | $ 37,028.50 | |
| | 1.2 | GARAGE | | | | | |
| | | 1.2.1  Mask and protect surrounding areas | 1 | EA | $ 500.00 | $ 500.00 | |
| | | 1.2.2  Remove stucco at walls with flashing | 236.00 | SF | $ 4.00 | $ 944.00 | or 4 guys at 1 days (8hrs) * $25/hr = $800 |
| | | 1.2.3  Remove poorly installed flashings | 16.00 | LF | $ 6.00 | $ 96.00 | |
| | | 1.2.4  Remove poorly installed standing seam roofing | 61.00 | SF | $ 6.00 | $ 366.00 | |
| | | 1.2.5  Install new copper flashing (Labor) | 16.00 | LF | $ 18.00 | $ 288.00 | |
| | | 1.2.6  Install new copper roofing (Labor) | 61.00 | EA | $ 28.00 | $ 1,708.00 | |
| | | 1.2.7  16 oz. Copper Flashing material | 16.00 | LF | $ 18.00 | $ 288.00 | |
| | | 1.2.8  16 oz. Copper Roll Roofing Material (+35% waste) | 82.00 | SF | $ 13.00 | $ 1,066.00 | |
| | 1.2 | GARAGE | | | | $ 5,256.00 | |
| | 1.3 | MAIN HOUSE CAULKING | | | | | |
| | | 1.3.1  Remove and replace bad caulking | 62.00 | LF | $ 15.00 | $ 930.00 | |
| | 1.3 | MAIN HOUSE CAULKING | | | | $ 930.00 | |
| | 1.4 | ALL BUILDINGS VENT PIPES | | | | | |
| | | 1.4.1  Movement to each of the 15 vent locations | 15 | EA | $ 25.00 | $ 375.00 | |
| | | 1.4.2  Remove and replace bad caulking at all vent pipes | 12.5 | LF | $ 15.00 | $ 187.50 | |
| | 1.4 | ALL BUILDINGS VENT PIPES | | | | $ 562.50 | |
| **1.0** | | **ROOF REPAIR** | | | | **$ 43,777.00** | |

Prepared by:
Paradigm Construction Services
771 Jamacha Road # 526
El Cajon, CA 92019

*Privileged - For Mediation Purposes Only*
*Protected by Civil Code Section 1152 1119-1128*

Page 1 of 3

| Prepared for:<br>**Thomas Friedberg** | Preliminary Cost of Repair | 03/03/14<br>Project# 617 |
|---|---|---|

## 2.0 STUCCO REPAIR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2.1 | STUCCO | | | | | | |
| | | 2.1.1 | Set scaffolding for stucco (2 buildings) | 2 | EA | $ 1,500.00 | $ 3,000.00 | |
| | | 2.1.1 | Mask and protect surrounding areas | 1 | EA | $ 500.00 | $ 500.00 | |
| | | 2.1.1 | GATE HOUSE Replace stucco at walls where removed. Includes special color requirements to match existing | 873 | SF | $ 24.00 | $ 20,952.00 | |
| | | 2.1.1 | GARAGE Replace stucco at walls where removed. Includes special color requirements to match existing | 236 | SF | $ 24.00 | $ 5,664.00 | |
| | | 2.1.1 | Plaster material special order color | 1 | EA | $ 600.00 | $ 600.00 | |
| | | 2.1.1 | Plaster material bulk sand | 1 | EA | $ 1,200.00 | $ 1,200.00 | |
| | | 2.1.1 | Plaster mixer rental 2 weeks | 2 | EA | $ 750.00 | $ 1,500.00 | |
| | 2.1 | | STUCCO | | | | $ 33,416.00 | |
| **2.0** | | | **STUCCO REPAIR** | | | | **$ 33,416.00** | |

Prepared by:
Paradigm Construction Services
771 Jamacha Road # 526
El Cajon, CA 92019

*Privileged - For Mediation Purposes Only*
*Protected by Civil Code Section 1152 1119-1128*

Page 2 of 3

| Prepared for: | | Preliminary Cost of Repair | | | | | 03/03/14 |
|---|---|---|---|---|---|---|---|
| **Thomas Friedberg** | | | | | | | Project# 617 |

### 3.0 GENERAL REQUIREMENTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3.1 | GENERAL REQUIREMENTS | | | | | | |
| | | 3.1.1 | Purchase shipping container | 1 | EA | $ 2,500.00 | $ 2,500.00 | |
| | | 3.1.2 | Ocean ship container from Miami to STT. | 1 | EA | $ 6,460.00 | $ 6,460.00 | |
| | | 3.1.3 | Customs clearance for container (10% mat) | 10% | EA | $ 12,500.00 | $ 1,250.00 | |
| | | 3.1.3 | Foreign tax on any materials outside US | 10% | EA | $ 1,800.00 | $ 180.00 | |
| | | 3.1.3 | Ferry container from STT to SJJ | 1 | EA | $ 700.00 | $ 700.00 | |
| | | 3.1.3 | Offload container with Penns forklift | 2 | HR | $ 100.00 | $ 200.00 | |
| | | 3.1.3 | Penn forklift to move material & equip on site | 15 | HR | $ 100.00 | $ 1,500.00 | |
| | | 3.1.3 | Trash container for 2 weeks | 1 | EA | $ 700.00 | $ 700.00 | |
| | | 3.1.4 | Transport trash from SJJ to STT | 1 | EA | $ 500.00 | $ 500.00 | |
| | | 3.1.4 | Portable restroom 2 weeks | 1 | EA | $ 600.00 | $ 600.00 | |
| | 3.1 | | GENERAL REQUIREMENTS | | | | $ 14,590.00 | |
| | 3.2 | MACHINES | | | | | | |
| | | 3.2.1 | Englert® MetalMan Multi-Panel Roof Forming Machine on trailer | 1 | EA | $ 35,000.00 | $ 35,000.00 | |
| | | 3.2.2 | Load framing machine in container | 1 | EA | $ 2,500.00 | $ 2,500.00 | |
| | | 3.2.3 | Brake machine for flashing | 1 | EA | $ 4,000.00 | $ 4,000.00 | |
| | | 3.2.4 | Load brake machine in container | 1 | EA | $ 1,500.00 | $ 1,500.00 | |
| | 3.2 | | MACHINES | | | | $ 43,000.00 | |
| | 3.3 | TRAVEL LODGING | | | | | | |
| | | 3.3.1 | Travel for 4 member roofing crew (airfare) | 4 | EA | $ 1,474.00 | $ 5,896.00 | |
| | | 3.3.2 | Travel for 1 supervisor (airfare) | 1 | EA | $ 2,750.00 | $ 2,750.00 | |
| | | 3.3.3 | Lodging for 5 people @ 10 nights each | 50 | EA | $ 275.00 | $ 13,750.00 | |
| | | 3.3.4 | Per Diem for 5 people @ 10 days each | 50 | EA | $ 50.00 | $ 2,500.00 | |
| | 3.3 | | TRAVEL LODGING | | | | $ 24,896.00 | |
| 3.0 | | | GENERAL REQUIREMENTS | | | | $ 57,590.00 | |

### ALL TOTALS

| | | | | | |
|---|---|---|---|---|---|
| **1.0** | **ROOF REPAIR** | | | $ 43,777.00 | |
| **2.0** | **STUCCO REPAIR** | | | $ 33,416.00 | |
| **3.0** | **GENERAL REQUIREMENTS** | | | $ 57,590.00 | |
| **6.0** | **SUPERVISION** | | | $ 14,800.00 | |
| **7.0** | **PERMITS AND FEES (10% of Construction)** | 10% | | $ 2,800.00 | |
| **8.0** | **OVERHEAD AND PROFIT** | 20% | | $ 30,476.60 | |
| **9.0** | **CONTINGENCY** | 20% | | $ 27,816.52 | |
| **TOTAL** | | | | $ | **210,676.12** |

Prepared by:
Paradigm Construction Services
771 Jamacha Road # 526
El Cajon, CA 92019

*Privileged - For Mediation Purposes Only*
*Protected by Civil Code Section 1152 1119-1128*

Page 3 of 3