# EXHIBIT "E"

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DAYBREAK, INC., dba HUBER AND ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. FRIEDBERG, SARAH BUNGE, LAW OFFICES OF FRIEDBERG & BUNGE, AND MERRILL LYNCH CREDIT CORPORATION.<br><br>Defendants. | CIVIL CASE NO. ST-10-cv-716<br><br>ACTION FOR DEBT, BREACH OF CONTRACT AND TO ENFORCE CONSTRUCTION LIEN |
| AND ALL RELATED COUNTER-CLAIMS | |

## COUNTER CLAIMANTS' RESPONSES TO INTERROGATORIES

| | | |
|---|---|---|
| PROPOUNDING PARTY | : | Counter Defendant, DAYBREAK, INC., dba HUBER AND ASSOCIATES |
| RESPONDING PARTY | : | Counter Claimant, THOMAS F. FRIEDBERG |
| SET NUMBER | : | ONE |

## PRELIMINARY STATEMENT

These responses are made solely for the purposes of, and in relation to, this action. Each answer is given subject to all appropriate objections (including, but not limited to, objections concerning competency, relevancy, materiality, propriety and admissibility) which would require the exclusion of any statement contained herein if the interrogatory were asked of, or any response were made by, a witness present and testifying in court. All such objections and grounds therefor are reserved and may be interposed at the time of trial. Counterclaiming has not yet fully completed investigation of the facts relating to this case, has not fully completed discovery in this action, and has not completed preparations for trial. These answers are based only upon such information and

**INTERROGATORY NO. 18:**

List all damages you claim in your counterclaim, specifically enumerating each amount incurred and to whom paid. Specifically describe any damages you are claiming other than out of pocket expenses and the specific basis for each

**RESPONSE TO INTERROGATORY NO. 18:**

Costs of repair are estimated at $210,676.12. See attached cost of repair estimate.

DATED: March 8, 2014          **LAW OFFICES OF FRIEDBERG & BUNGE**

By: _____
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Defendants and Counter claimants
610 West Ash Street, Suite 1400
P.O. Box 6814
San Diego, CA 92101
Tel: (619) 557-0101
Fax: (619) 557-0560
"Tom@lawofficefb.com"

- 11 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **COUNTER CLAIMANTS' RESPONSES TO INTERROGATORIES** was served on the 8th day of March, 2014, by causing this document to be served by U.S. Mail, First Class, delivered to the following:

Andrew C. Simpson, Esq.
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Chirstiansted, St. Croix, VI 00820
TEL : (340) 719-3900
FAX: (340) 719-3903
"asimpson@coralbrief.com"

Stacy L. White, Esq.
**LAW OFFICES OF STACY L. WHITE**
1142 King Street
Christiansted, St. Croix
Virgin Islands, 00820
"stacylwhite@att.net"

Brad Sturgis, Esq.
**COLE, SCOTT & KISSANE, P.A.**
9150 South Dadeland Boulevard, Suite 1400
PO Box 569015
Miami, Florida 33256
TEL : (305) 350-5300
FAX : (305) 373-2294
"Brad.Sturges@csklegal.com"

_____
THOMAS F. FRIEDBERG, ESQ.

- 12 -

Daybreak v. Friedberg, et al.   Counter claimants' Responses to Interrogatories   ST-10-cv-716

## VERIFICATION

### DAYBREAK vs. FRIEDBERG et al.

#### Superior Court of the Virgin Islands

I, **THOMAS F. FRIEDBERG**, declare that I am a Defendant and Counter claimant in the above-entitled cause, and I have read the foregoing RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS, know the contents thereof, and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon information and belief, and as to those matters, I believe them to be true.

I declare under the penalty of perjury under the laws of the United States Virgin Islands that the foregoing is true and correct.

This declaration is executed this __8th__ day of __March__, 2014, at __San Diego, CA__.

_____
THOMAS F. FRIEDBERG