# Copper Roof Investigation

# Friedberg-Bunge Residence
# St John V. I.

Architect's Project No. 214106

12 November 2014

**Thomas Friedberg**
610 West Ash Street Suite 1400
San Diego, CA 92101

**Hoffmann Architects, Inc.**
2321 Whitney Avenue
Hamden, CT 06518
203/239-6660



**Photo 1. Friedberg-Bunge residence roofs.**

## Contents

Executive Summary                                             1

Introduction                                                  2

Observations                                                  3

Evaluations                                                   4

Recommendations                                               5

Appendix                                                      6

General Information                                           7

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## Executive Summary

The roofs at the Friedberg-Bunge Residence are flawed; some of those fatal defects. The roofs were not installed in conformance with industry standards and did not fully comply with the contractor's proposal. An inappropriate selection of long span pans on the multi slope roof of the Main Pavilion is causing failures at the base of the pan/standing seam where the slopes transition. The pans are cracked and will allow water infiltration. Workmanship short cuts created at non-standard ridge and cap conditions exist on all the roofs. Improper installation of counter flashings at wall intersections is allowing water to enter the building causing interior finishes to be damaged.

At the Main Pavilion the span of the formed sheets is in excess of 34 feet. This exceeds the industry standard of 30 feet. Spans of this length should be designed with either expansion relief or as traditional shorter lengths with transverse seams. In addition, the nature of the architectural design with two slopes inhibits expansion along the span of the sheets. This a flaw in the design proposed by the contractor.

All the roofs have pop riveted ridge caps that are not an industry standard. In addition, these intersections were poorly executed and not clipped to the substrate below. The pop rivets used were of inadequate length to capture both sides of the cap. The cap detail used will have a life span much shorter that of the roof. The contractor's proposal called for "traditional style single rib ridge finish". *Copper and Common Sense*, the industry standard, defines this condition as requiring a single rolled lock. Workmanship at ridge intersections is so poor that there are openings at some locations. Since there is a membrane below, and open cell insulation, it is likely that water infiltration at these locations will not be noticed but will eventually deteriorate those materials and cause interior damage.

At the top of the ridges the method of capping the intersection of ribs is inconsistently and poorly executed from building to building. The caps are not installed in a methodology consistent with the longevity of a standing seam roof installed in accordance with Copper and Common Sense as provided by the contractor.

Perimeter flashings at wall intersections are poorly executed and are allowing water to enter the buildings. Both the size and the depth of the "let-in" metal preclude the counter flashing from functioning to keep out water. Sealants have failed. The sealant joint created averages less than 1/8". A sealant joint of less than ¼" does not meet any manufacturer's minimum width.

In our opinion the installed roofs cannot be brought into a finished condition by repairs along, but rather require replacement. At the Main Pavilion the lack of allowance for expansion cannot be corrected without replacement. The lack of pan length at all roofs precludes forming a lock seams appropriate at the intersection of pans at the ridges and hips. Vent stacks installation does not allow for expansion in the roof pans. Wall counter flashings are in appropriately formed allowing water to enter the interior an damage finishes

Hoffmann Architects recommends removal and replacement of all roofs. Because this involves removal of the existing, a new weather protection coarse, remobilizing, and all the costs associates with working in St. John this is a substantial cost. Our opinion of the probable cost of construction for this effort is $ 759,357.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## Introduction

**Engagement**

On 11 August 2014 Hoffmann Architects was contacted by Mr. Thomas Friedberg to investigate the condition of copper roofs at the Friedberg-Bunge Residence on St. John, Virgin Islands. Mr. Friedberg initially provided architectural roof plans and construction progress photos to convey the scope of the project. On 15 August 2014, based on experience and background on numerous copper roof installations, Hoffmann Architects provided the resume for Mr. Arthur L. Sanders, AIA Senior Vice President, and Director of Architecture. Mr. Friedberg engaged Hoffmann Architects services on 3 September 2014 with Mr. Sanders scheduled to traveled to St. John and perform the investigation on 11 September 2014 and 12 September 2014. To facilitate the investigation Mr. Francis Nelson of F.J. Dahill Co., a metal mechanic with more than 30 years' experience accompanied Mr. Sanders on the trip.

**Methodology**

SITE INVESTIGATION

The investigation took place over a two day period with the morning of the first day spent in a general overview of condition below the roofs and on each individual roof. Locations of infiltration below roofs were noted and photographed. On the roofs general photos were taken and observations made of the typical pan construction, pan intersections at ridges and hips, cap construction at peaks, valley construction, eave detailing, and base flashings at intersecting walls. This occupied most of the morning of that first day.

The afternoon was dedicated to water testing at the Gate House where there are stains from water infiltration in the kitchen, living room and bathroom.  We applied water with a garden hose with a light spray at three locations; above the kitchen cabinets on flat floor/terrace roof areas, at the sloped roof and its flashings, and along the roof/wall line above the living room/kitchen arched demising wall. In all these cases the spray was first directed onto roof areas working from low points up and then onto base flashings and eventually onto counter flashings. The detailed procedures are outlined in the observations.

The remainder of the first day was spent investigating the pan and ridge construction of the Main Pavilion. Traversing the entire roof, defects in the pans were noted and photographically documented. A section of the intersecting pans between the pie shapes of the octagon was opened up by first drilling out the pop-rivets, removing one section of cap, revealing the joined pans, and unfolding the overlapped pan edges to check for clips. This condition was then reinstalled with new rivets replacing those removed. This occupied the remainder of the first day.

At the Main Pavilion, in the morning of the second day, a section of double lock seam was carefully opened up to verify the double lock seaming and to expose and verify the clip spacing. This joint was repaired to its original condition. As more verification was not deemed necessary no other invasive pan investigations were performed.

In the late morning and early afternoon we investigated the cap construction at the numerous cap conditions by removing the short seam caps at the peak and then lifting off the circular cap that was held by sealant to the cut pans below. The remainder of the last day was spent gathering photos of specific conditions on the nine roof areas viewed.

The opinions and conclusions contained within the report with a reasonable degree of architectural and construction certainty.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

REVIEW OF  AND APPLICATION OF INDUSTRY STANDARDS

The author has over forty years of experience in the architectural/engineering field with the last twenty-four years at Hoffmann Architects diagnosing building envelope issues. He has personally designed copper replacements projects for the 75,000 square foot Smithsonian Portrait Gallery, as well as roof replacements for the U S Capitol. A list of representative project is included in the appendix.

His experience has always been guided by knowledge from field installations as well as from industry standards. In this case the three prominent industry standards are Copper and Common Sense published by Revere Copper, the Architectural Sheet Metal Manual published by the Sheet Metal and Air Conditioning Contractors National Association (SMACNA), and Copper in Architecture published by the Copper Development Association. All three have similar approaches to standing seam copper roofing and have few variances in detailing. They are not all inclusive of every detail to be encountered on all designs. Hoffmann Architects as a firm and Mr. Sanders specifically, have worked with representatives of both CDA and Revere to develop the details appropriate to the many roofs we have detailed throughout the years. This collaboration with these professionals over his career supplements Mr. Sander's knowledge of the standards.

MATERIALS REVIEWED

The following Material were provided by the Law offices of Freidberg & Bunge:

1. Architectural Roof Plans
2. Architectural Drawings (AutoCAD files)
3. Complaint filed by Daybreak
4. Answer, Counterclaim and Third party Claim filed by F&B
5. Deposition by Barry Huber
6. Deposition by Thomas F. Friedberg
7. Rule 26 Report of Stephen C. Hendren
8. Series of Proposals dated February 8, 2010, February 19, 2010 and May 7, 2010

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## Observations

These observations are divided into four main sections; Site and Building Descriptions, Copper System Description, Leak Documentation, and Roof Condition Assessment.

The owner chose copper for their buildings' roofs at the St. John property for its beauty, endurance and long life. They retained a roofing contractor to propose a system, and fabricate and install the roofs. There are six main buildings on the site. Architectural drawings were provided as background information for the roofing contractor, but those drawings were not intended to detail any of the roofing work.

**Site and Building Descriptions**

The work of the roofing contractor consisted of installation of copper roofing and flashing on multiple buildings on a terraced site with an easterly exposure to Hart Bay on the island of St. John. The site plan below has designations for the buildings/roofs in the scope of the contractor's work. There are six main structures that comprise the work; we have designated nine labels for the various functional uses under those roofs to provide orientation throughout the report.



**Figure 1. Site Plan**

We were told that the work was performed over the course of approximately one month with a crew of six men. The order of installation is as follows:

| | |
|---|---|
| 1) Main Pavilion | 6) Garage |
| 2) Library | 7) Beach Bar |
| 3) Master Suite | 8) Shower |
| 4) Guest House | 9) Dining Gazebo |
| 5) Gate House | |

Copyright Hoffmann Architects, Inc. 2014   Page - 4

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

The photos of the various buildings below provide orientation for observations that follow.



**Photo 1. Gate House**



**Photo 2. Garage**



**Photo 3. Dining Gazebo and Quest House**



**Photo 4. Main Pavilion**



**Photo 5. Library**



**Photo 6. Master Suite**



**Photo 7. Beach Bar**



**Photo 8. Beach Bar Shower**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

**Copper System Description**

As background to the site observations it is important to note the key components to be implemented with the roofing system selected by the contractor.

The owners chose copper for their buildings' roofs at the St. John property. The choice was driven by the long life expectancy of copper roofing installation and its low reoccurring maintenance cost. They retained a roofing contractor to propose a system, as well as fabricate and install the roofs. The owner's architectural drawings were provided as background information for the roofing contractor's proposal, but they did not detail any of the roofing work. The contractor, Huber & Associates, proposed a 1" standing seam roof produced from 16 oz. copper coil to be shipped to the island, and then fabricated into continuous full length roll formed sections. A roll forming machine was shipped to the island to accomplish this on-site fabrication and installation. A metal break was purchased by the owner and provided. The contractor's proposed scope of work as proposed is outlined in their 7 May 2010 proposal as follows:

SECTION II. WORK:

☞ COPPER STANDING SEAM ROOF (APPRX 8,400 SF)
    1) Provide and install Rosin slip sheet over modified underlayment.
    2) Install 16oz. Red Copper standing seam roof system:
        ▪ Installed in accordance with *Revere Copper & Common Sense & SMACNA.*
        ▪ Panels to be roll formed in <u>15" O.C. panel widths</u> with 1" double locked standing seam.
        ▪ Cleats installed at an average of <u>9.5" O.C.</u> with 2 ring shank nails per cleat.
            ○ NOTE:  See Alternate A. for screws in lieu of nails.
        ▪ Includes traditional style single rib ridge finish.
☞ COPPER FLASHING
    1) Provide and install necessary 16 oz. Red copper flashings per industry standards, as listed above, in all areas where needed.

**Figure 2.  Huber Proposal.**

*System Observations*

Hoffmann Architects with the assistance of a metal mechanic opened one standing seam in the field of the roof on the low sloped west side of the Main Pavilion. We found four cleats in this area that were spaced at 8", 10", and 9". We were able to see the wood sub structure that (at some locations) telegraphs through the copper pans.



**Photo 9. View of opened seam. Arrows locate cleats.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 10. At some locations the pattern of the wood substructure below is visible due to crease lines on the copper sheet. Creases are highlighted with white lines.**

The seams are spaced at 15" o.c. The spacing was verified on all the roofs. We did not remove any pans and the fastening of the cleats was not verified.



**Photo 11. Pans were formed to 15" in accordance with the contractor's proposal.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

Ridges created either by the octagon or hip shapes of the roof are finished by turning the pan end up and bending down the standing seam and then capping the ends with a "u" shaped copper strip. The strip is secured with pop-rivets fastened through the multiple layers of copper.



**Photo 12. View of the ridge of the Garage roof. The ridge and the hip ridges tailing off to the four corners are "capped".**

At the gutter there is a receiver over which the pans edges are folded. This is in accordance with common copper detailing. We did notice fastener heads telegraphing through the pans. These do not appear to be nails but rather screw heads, similar to others we found at cap locations.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 13. Copper edge at gutter eave.  Note fasteners showing through the pan.**

At valleys, the copper pan edges are terminated over a preformed continuous valley sheet. Fabricated from the same roll stock as the pans, these would have been 16-ounce material.



**Photo 14. At intersecting hips the valleys between the standing seams are formed from the same metal as the pans.**

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 15. View of some of the left over valley pans. The bend in the middle allows the pans to be hooked over the base without penetration of the metal.**

At wall intersections the copper roofs are terminated by joining flat seam base flashings and copper counter flashings that are "let into" the adjacent wall construction. All the wall structures are cast-in-place concrete with cladding. Some walls are stone clad, and others are stucco clad.



**Photo 16. Counter flashing copper is "let into" the stone and secured with nail-in type fasteners.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 17. Flashings at stucco surfaces are similar to those at the stone.**

**Leak Documentation**    Evidence of leaks at numerous locations beneath wall flashings was noted. The photos that follow describe and document those areas.



**Photo 18. Stains from leaks outside the Library, we were told, occurred after the roofing was complete and are still active.**

Copyright Hoffmann Architects, Inc. 2014    

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 19. Stain from infiltration at east side of Main Pavilion.**



**Photo 20. Water damage on plaster in Gate House kitchen on north wall.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 21. Back wall of cabinet is stained and deteriorating. This cabinet is to the left of photo # 20.**



**Photo 22. Stain in bathroom near west entrance to Gate House.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 23. Living room of Gate House. Photo taken during water test that produced numerous leaks along this arched wall line.**



**Photo 24. Damp stucco at Garage north wall.**

It should be noted that leaks through the main copper system my not appear inside. The roof has a weather barrier, the wood sub girts, insulation and another layer protective membrane. Water through copper seam be absorded in these layers and trapped under the roofing.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

**Roof Condition Assessment**

*General*

The condition assessment that follows is broken down by topics; pan construction, ridge conditions, ridge terminations, flashing conditions and miscellaneous conditions. The evaluations section of the report will address topics by building.

*Pan Construction*

As noted in the system observations, the pans were roll formed to a width of 15" and installed with cleats onto the sub framing installed by others. This spacing conforms to the installer's proposal.

There are two basic styles of roof configurations; octagonal shapes leading to a peak, and hip shapes. The Main Pavilion, Dining Gazebo, Guest House bathroom, Library, two Master Suite areas, and the Beach Bar are all octagons. The length of the pan systems vary from 6 feet 6 inches on the small roof at the Master Suite to 34 feet at the west span of the Main Pavilion. The length of the panels on the hipped roof varies from 9 feet to 12 feet.

The Main Pavilion Roof is an octagon in plan with a peak at the center of the roof. The roof line is formed with two different slopes. The initial slope at the edge is approximately 3 in 12 with the rise to the peak of 7 in 12.

Because this roof was installed with continuous formed pans, the upturned legs that form the standing seams were cut at the transition point to achieve the change in slope. The upturned legs were overlapped and crimped with the cap bent similarly. We observed cracks in the copper pan and the standing seam in eight locations around the roof circumference.



**Photo 25. Typical pan system as viewed on west side of Main Pavilion.**

Copyright Hoffmann Architects, Inc. 2014                                      Page - 15

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 26. Crease in metal pan and cracks in the pan at the base of the standing seam.**



**Photo 27. Cracks in the pan at the edge at the vertical leg.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 28. Crack in copper at the base of the standing seam in the pan. Note solder at far right.**

At the transition areas the pans do not make contact with the substrate below.

There are some locations throughout the work where the panels are damaged.



**Photo 29. Hole in pan.**



**Photo 30. Damage repaired with solder.**

*Ridge Conditions*

Rivets used to install caps at ridges are copper with a steel mandrel. Typically they were sized too short to capture and bind together all the layers of metal in the joint. There are many cases where one side that was predrilled is open. The rivets used have steel mandrels that corrode. Although the mandrel does not function structurally after installation; the corrosion will eventually be visibly evident.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 31. Open hole where pop-rivet did not penetrate all the way through the ridge cap.**



**Photo 32. Pop rivet with corrosion.**



**Photo 33. Pop rivet with corrosion.**



**Photo 34. Two rivets at splice**



**Photo 35. Open pop-rivet hole.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

Ridges created at pan intersections on both the octagonal and hip roofs are capped with "u" shaped copper installed in 10 foot lengths with an approximate 1" overlap.



**Photo 36. At cap overlaps there are two rivets. At some locations sealant is dried, chaulking and flaking out of the seams.**

Workmanship at the ridge conditions varies. This is especially true on the Main Pavilion where the panel transitions from a low slope to the steeper slope. The turned up edge of the pans is inconsistent and at times panel edges are short leaving gaps.



**Photo 37. Pan edge is not creased neatly along the ridge line.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 38. Pan edge is cut near folded seam leaving an opening for water entry.**

At one ridge on the Main Pavilion, we removed a section of cap to investigate an open area. Here we found that the pans were joined with one side lapped over the other. A section of the vertical, non-lapped, side was too short to be covered by either the lap or the cap.



**Photo 39.  Exposed edge of pan creating an opening for water to enter.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 40. Ridge seam opened showing a simple lap not a lock.**

At this location the pans appear to be field cut with irregular edges. There are locations where these ridge lines are not straight. This may be one case where the ridge location irregularity, created by the installers poor planning, caused one side to be short.



**Photo 41. View of an example of ridge lines that are not straight.**

### *Ridge Terminations*

At the ridge peaks, the treatment of the intersection of capped pans varies. At the peaks of the octagon shaped roof where the ridges meet, the pan seam caps are held back and a circular copper sheet placed at the pan level with short cap sections added above. There are many issues of concern here.

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 42. Cap at peak of Main Pavilion. Eight short cap cover sections are pop riveted together and spliced over the caps that continue down the roof.**



**Photo 43. Cap at Beach Bar. Note openings in copper pan not covered by the flat cap. White arrow highlights an exposed copper nail head.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 44. Exposed copper nail heads through pan face. These exposed nail heads will allow water in.**

We removed the cap extensions and circular pan cap at the east end of the Master Suite. The cap was not mechanically secured, but was simply adhered with a bead of sealant. The sealant was dried out and hard. The cap lifted off easily. We found the pans cut away at the centerline of each rib.



**Photo 45. View of intersection of ribs with cap removed. Cap was secured into sealant that is no longer pliable and ineffective both as an adhesive and as a water seal.**

Copyright Hoffmann Architects, Inc. 2014                    Page - 23

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 46. The four pans that intersect were cut away at the centerline of the ribs. The discontinuity of the standing seam is a water entry point.**

At the hipped roof the intersections, the ribs are treated more conventionally. It does not appear that the pans are cut and the ridge cover caps continue to the intersection. However, they are simply joined with overlaps.



**Photo 47. Intersection at hipped roof.**

Copyright Hoffmann Architects, Inc. 2014                    Page - 24

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 48. Gate House peak intersection. Although lapped these condition are subject to infiltration.**



**Photo 49. Gate House peak intersection.**

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

_Flashing Conditions_

There are valleys at the Guest House and Master Suite at the intersecting hip roofs. They are installed with the continuous formed 16 oz. copper material. At the top of intersecting valleys, the copper is joined by soldering the intersecting sheets. A loose laid copper cap is installed over the soldered joint. Below the cap, we found dried daubs of sealant used to keep the strip in place.



**Photo 50. View of valley flashing at Master Suite.**



**Photo 51. Cap over soldered seam.**



**Photo 52. View with cap removed showing dried and hard sealant.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 53. Base flashing and counter flashing at Library.**

The counter flashing installed into the stone cladding is formed with a very short return leg into the wall. It is less than ½". The sealant installed is 1/8" wide. The top of the metal is often at the face of the stone.  There are joint areas with open areas between the metal and the stone.



**Photo 54.View of top of the counter flashing. Note metal flush with stone and opening above. Counter flashing is secured with nail-in type anchors.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

At the Gate House similar formed copper counter flashings were installed into saw cut reglets. Here the copper was formed with a 1" leg to extend under the stucco. Similar to the other installation, the sealant joint is less than 1/8" in width.



**Photo 55. Counter flashing at stucco wall of the Gate House. The joint is very narrow, less than 1/8".**



**Photo 56. At one window sill location the flashing height is less than 1" and there is a hole in the counter flashing. Also, the vertical leg of the counter flashing is open at the end. (white arrow)**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

*Water Testing*

To investigate the water infiltration at the kitchen we used a garden hose to apply water to areas above the location of the damage on the walls below. We proceeded in the following order:

- Water was applied to the stone floor
  outside the hallway door - 45 minutes          - no signs of leaks
- Water was applied to the roof
  adjacent to the sloped copper - 45 minutes    - no signs of leaks
- Water was applied to the stucco wall
  and top of the counterflashing                - water leaked into soffit below
                                                 in less that 20 minutes



**Photo 57. View of short roof return area that is directly over the kitchen area where staining is seen.**



**Photo 58. Water sprayed on wall and counter flashing**



**Photo 59. Water started dripping at the exterior soffit. There are signs of efflorescence on the exterior wall of the kitchen, (white arrow).**

Copyright Hoffmann Architects, Inc. 2014                    Page - 29

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.


**Photo 60. Wall counter flashing removal.**


**Photo 61. View counter flashing folded back**


**Photo 62. View of base flashing secured to the wall flashing over the roof panels.**


**Photo 63. View shows evidence of water infiltration from reglet. Note there is a 1" hook on the roof panel that engages the horizontal leg of the base flashing.**

The progression of the photos above illustrates that water does bypass the reglet mounted counter flashing and that, once in, it can travel under the roofing pans and into the structure below.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

We also applied water along the exterior wall above the living room. Our water test here started in the low valley applying water to the copper roofing and progressing upward on the roofing then applying water to the base flashing wall and then the top of the counter flashing No leaks were noted until the water was applied to the top edge. Leaks were noted in the living room within 20 minutes when water was applied at the low end of the counter flashing and continued to create leaks as we moved up the flashing line.



**Photo 64. View of flashing at roof above the living room.**

*Miscellaneous - Stucco*

There is cracking at some areas of stucco directly above the copper counter flashing installed above the roof lines. This occurs at one wall areas on the Gate House and at the low roof of the Garage. The cracks are parallel to the counter flashing along its top edge.



**Photo 65. View of stucco cracking along east facing wall of the Gate House.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 66. Cracked stucco at base of wall in Photo #65.**

The cracking at the base of the wall appears has pushed stucco around the corner outward.



**Photo 67. Garage north wall.**

At the Garage north wall the cracking is 3" to 4" above the flashing.

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

*Miscellaneous – Vent Stacks*



**Photo 68. Vent stack. The vertical seam is only soldered at the base, not at the top.**

The vent stacks throughout the roofs are a concern because they are fixed points that do not allow for expansion of the pan. At the Library roof the vent was installed through a separate sheet of copper that interrupts the continuous pan creating two transverse seams. This allows for expansion and contraction of the sheet independent of the fixed vent.



**Photo 69. The vertical stack is soldered to the pan.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Photo 70. At the Library roof the vent stack penetration was installed through a separate sheet of copper that interrupts the continuous pan creating two transverse seams. This allows for expansion and contraction of the sheet independent of the fixed vent.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## Evaluations

GENERAL

Hoffmann Architects reviewed the installed roof and compared the scope of work proposed with the work installed. Huber & Associates 7 May 2010 proposal outlined the work as follows:

SECTION II. WORK:

- ✍ COPPER STANDING SEAM ROOF (APPRX 8,400 SF)
    1) Provide and install Rosin slip sheet over modified underlayment.
    2) Install 16oz. Red Copper standing seam roof system:
        - Installed in accordance with *Revere Copper & Common Sense & SMACNA*.
        - Panels to be roll formed in 15" O.C. panel widths with 1" double locked standing seam.
        - Cleats installed at an average of 9.5" O.C. with 2 ring shank nails per cleat.
            - ○ NOTE: See Alternate A. for screws in lieu of nails.
        - Includes traditional style single rib ridge finish.
- ✍ COPPER FLASHING
    1) Provide and install necessary 16 oz. Red copper flashings per industry standards, as listed above, in all areas where needed.

**Figure 3. Huber Proposal.**

There are three areas we note in relation to the contractor's proposal. First, we found no evidence of the rosen slip sheet even being installed. Progress photos taken during the work show nearly completed roofs with no slip sheet. No slip sheet was seen at any of the probe locations. Shipping records show no indication of the rosen paper. The owner provided and had installed an underlayment, UDL by Interwrap.




**Exhibit 1. Main Pavilion at start of project. (owner's progress photo).**

**Exhibit 2. Work near completion on Master Suite. (owner's progress photo)**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Exhibit 3. See appendix for full exhibit.**

Second, the contractor proposed and installed valleys and other flashings made from the coil stock noted in their proposal (i.e. 16 oz.). This is in conflict with Revere Copper & Common Sense guidelines which recommend that the material for these flashings be 20oz.



**Exhibit 4. Copper and Common Sense**        **Exhibit 5. Recommended copper sheet weights.**

The proposal calls for a "traditional style single ridge" finish. Revere Copper & Common Sense guidelines recommend this condition be formed as a standing seam with a single lap. The condition installed is not a standing seam. In our opinion, not only is the installed condition not in accordance with industry standards, but not of the quality to last the life span expected of the rest of the roof.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.



**Exhibit 6. From Copper and Common Sense: This is the recommended ridge detail.**

Reglet mounted counter flashings rely on the metal being set so that its top edge is water tight. This includes the way the metal is set and how it is sealed. The industry recommended method of securing these flashings is a series of lead wedges that hold the horizontal leg of the flashing in the reglet by compressing the top kick edge in the cut slot. Then, a sound sealant joint is needed to make it watertight. Sealant manufacturer's recommend a minimum sealant width of ¼" for a lasting seal.* The flashings at the stone walls are only set into the wall ½" and instead of seating the leg in the wall with wedges, the counter flashings were secured through their vertical faces with nail-in fasteners. Because of the lack of depth, the sealant installed is interrupted by the kick at its top edge and does not span from the leg metal to the stone. There are numerous openings here that allow water to bypass the flashing. The stains in photo #18 are evidence of these leaks.

*Sika the manufacturer of the sealant used requires a minimum depth of ¼" and will allow a one to one ratio with the width for small joints.

At the Gate House there are cracks in the stucco that only occur over the flashing. In our opinion these cracks relate directly to the flashing installation and the lack of appropriate joint width to isolate the metal from the stucco. The condition at the north end of the wall is evidence that the expansive forces of the heated metal are creating these cracks. At this end the stucco is being forced outward. See photo No. 66.

We were told that additional copper had to be shipped when the roofers began to work on the garage roof. This was the second to the last roof completed.

It should be noted that "waste" is a significant factor in planning a copper roof. First, the standing seam pan system creates an initial difference between the roof area and the copper square footage needed. A 15" pan plan dimension with legs of 1 ½" can be achieved with 18" wide stock. This can either be flat or rolled sheet. This is a 20% difference in square

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

footage. Although not technically "waste" it must be allowed for in planning for a copper roof. In addition the octagonal peaked roofs and hipped roofs of the houses require angled cuts at the ridges and sufficient extension for seams. We estimate that this could create up to 15% waste depending on the actual roof configuration. Overlap of the pans at ridge seams, valleys, and eaves must also be allowed for in calculations.

We know that some of the coil stock shipped was 24" wide. We do not know whether use of this additional width sheet created waste.

BUILDING BY BUILDING EVALUATIONS

*Main Pavilion*:



**Photo 71. Main Pavilion.**

The Main Pavilion is octagonal in plan creating ribs at the intersection of the pans. Pans were installed as continous sheets. This roof has two pitchs 3 in 12 at the perimeter and 7 in 12 leading to the peak. At the center of the bays the copper sheet length is approximately 34 feet long. Copper and Common Sense recommends that spans over 30 feet be constructed with cleats that allow for expansion with a combination of expansion and fixed cleats. To our knowledge, this was not done.

> 3) Cleats that are hooked into the standing seams become rigidly locked so that slippage between them and the panels does not occur. When the length of "run" exceeds thirty feet (30') expansion movement can be provided by using a combination of expansion and fixed cleats.

**Exhibit 7. Copper and Common Sense wording regarding pan length.**

Copyright Hoffmann Architects, Inc. 2014                    Page - 38

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

The change of slope in the midspan of the roof is a condition that is not covered in Copper and Common Sense or SMACHNA. In our opinion, this design decision by Huber does not conform to industry standards. Employing standard recommendations and details, this roof would have been divided into two spans with flat sheet in the intersection, much like the valley intersection. As installed, the vertical legs of the pans were cut to form the bend at the angle transition. There are openings here at the pan level that allow water infiltration. Also, the change in slope creates a hard point where expansion forces are concentrated. The openings where the copper is tearing are from the concentration of stresses.  At several of these areas solder was applied at these intersections in an effort to fill the cut openings. A filler, in the short term, is is not a subsitute appropriate detailing.

The octagonal roof area intersections were not installed with a single lock detail as recommended by Copper and Common Sense. The pans were lapped with a single fold from one side and a riveted cap. This is not appropriate and in our opinion does not meet Hurber's proposed "traditional style rib ridge". A cap is not traditional. Additionally, the installed work indicates that there was not any pre-fitting of pans at these intersections with pan edges planned, crisply bent, and put together with the craftsmanship that would be expected of a standing seam copper roof construction. Construction photos indicate the pans were lapped over and seamed before any of the ridge work was completed. The waviness and irregularity of these ridges speaks to the lack of care.

This poor workmanship can be seen in Photo Nos. 38, 39, and 40 where pan edges are not even high enough to create a closure. The leaks noted in Photo #19 we attribute to the opening shown in Photo #39 that is directly up-slope form the staining.

The Main Pavilion roof is connected to and flashed along the circular wall of the Library. The leaks evident in Photo 18 are the result of faulty installation of reglet flashings. The depth of the return leg is not adequate and it not held in the joint with lead wedges that would force the top hook into the reglet and allow a proper sealant joint. The sealant joint is not appropriate. It should be a minimum of ¼" per manufacturer's standards.

Vent stacks in this roof were soldered directly to the pans with no allowance for expansion. This lack of allowance for expansion goes against the design philosopy of Copper and Common Sense.

The peak of the roof (see photo #42) is constructed with a cap set in sealant over pan intersections that have been cut at the base of their standing seams. This detail is not water tight. Photo #46 clearly shows where water can enter the top edge of the standing seam. Also, the reliance on sealant, a maintenance item, for watertightnes is not in keeping with the low-maintenance expectation of a copper roof construction. We found sealant that is is dried and chaulked despite a relatively short life span to date.

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

*Library*:



**Photo 72. Library.**

The Library is octagonal in plan creating ribs at the intersection of the pans. Pans were installed as continous sheets. This roof has a single slope with the longest pan length of just under 6 feet.

There is a single vent stack in this roof that was installed as a separate pan with two transverse seams which allows for expansion. This is in conformance with the design philosophy of Copper and Common Sense.

Ridges here are the same as the Main Pavilion roof. They are not installed with a single lock detail as recommended by Copper and Common Sense.

Cap construction here is the same as the Main Pavilion roof. It is not installed with the level of detail that is appropriate to the durability and longevity associated with an enduring copper roof.

The base flahing at the wall of the Library is considered part off the Main Pavilion roof as discussed previously.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

*Master Suite*:



**Photo 73.  Master Suite. The bathroom pop-up is hidden from view in this photo.**

The master suite is composed of both intersecting hipped roofs and a small pop-up octagonal roof at the bathroom.

Ridges here are the same as at the Main Pavilion roof. They are not installed with a single lock detail as recommended by Copper and Common Sense.

Cap construction at both ends of the main ridge is the same as the peaked main roof. Installation of a cap set in sealant is not  appropriate to the durability and longevity associated with an enduring copper roof.

The intersection of the of the small circular bathroom walls and the copper roof have similar regleted counterflashing as at the Library. The sealant joint is again 1/8". It should be a minimum of ¼" per manufacturers' standards.

*Guest House and Dining Gazebo*:



**Photo 74. Guest House and Dining Gazebo**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

The Guest House has hipped roofs at three different levels and an octagon shaped roof at the bathroom. The lowered eastern most roof and the northerly portico roof are intersecting hips with valley flashing between the pans.

The ridge conditions at all the hipped roofs are *not* installed  in accordance with industry standards for a single lock detail.

The Dining Gazebo is octagonal in plan creating ribs at the intersection of the pans. The intersection was not installed with a single lock detail. Additionally the installed work indicates that there was not any pre-fitting of pans at these intersections with pan edges planned, crisply bent, and put together with the craftsmanship that would be expected of a standing seam copper roof construction.

The roof peak is terminated with that same circular low sloped dome copper cap as seen on the Main Pavilion, Library, Master Suite bath, Guest House bath, and the Beach Bar. Set in sealant with open cut copper edges below it, this detail has a very short life expentancy.

*The Gate House*:



**Photo 75. Gate House**

The Gate House has hipped roofs at four different levels. Two of these roof lines intersect with stucco walls and have counterflashing installed into the applied finish. The rooms below all have leaks. Water testing showed water leakage directly linked to infiltration a the counterflashing.

The ridge conditions at all the hipped roofs are not installed in accordance with industry standards for a single lock detail.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

*Garage*



**Photo 76. Garage**

The garage has a hipped roof with four hip ridges and a short main ridge. The ridge conditions are not installed in accordance with industry standards for a single lock detail.

There are leaks associated with the through wall reglets that were installed into the stucco facades at the low roof along the north wall of the building.



**Photo 77. Sloped roof at North facing wall of the Garage.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

*Beach Bar*



**Photo 78. Beach Bar.**

The Beach Bar is octagonal in plan creating ribs at the intersection of the pans. The intersection was not installed with a single lock detail. Additionally the installed work indicates that there was not any pre-fitting of pans at these intersections with the pan edges planned, crisply bent, and put together with the craftsmanship that would be expected of a standing seam copper roof construction.

The roof peak is terminated with that same circular low sloped dome copper cap as seen on the Main Pavilion, Library, Master Suite bath, Guest House bath, and the Dining Gazebo. Set in sealant with open cut copper edges below it, this detail has a very short life expentancy. As at other locations there are copper nails with exposed nails here.

*Beach Bar Shower*



**Photo 79. Beach Bar Shower.**

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

The Beach Bar Shower is a hip roof that is rectangular in plan. The ridge conditions at the hipped roofs are not installed in accordance with industry standards for a single lock detail.

**Summary**

The Main Pavilion installation of a continuous pan spanning over 34 feet was not installed in accordance with industry standards. The system installed on a roof with two varying roof slopes does not allow for expansion relief. There are numerous defects at the slope change that are the result of not allowing for expansion.

The investigation found that the pan system in the field of the roofs was installed on the roofs of the nine structures in accordance with industry standards and with the project required 9.5" o.c. cleat spacing. However, the end conditions at intersections of pans; ridges and hips, were not installed in accordance with Copper and Common Sense's recommended single lock seam and were not secured in the joint with cleats as is standard practice.

The simple cap installed with pop-rivets over a lap at the ridge and hip locations is not a lock seam and will not have the life expectancy of the rest of the roof. There is not enough copper vertical height at the joint to repair the system in place and create the proper single lock seam. Longer sheets would be required to form the lock. This occurs on all the roofs.

The cap at the roof peaks is not a detail that would exist among the standard examples in Copper and Common Sense. But as installed in sealant, it will not perform without significant maintenance over the years. Under this cap the pans were cut away from the seams leaving open gaps. This area could have been done in a number of ways including locking the pans with flat single lock seams and a cap above. Soldered tabs are a common way of securing ridge peaks.

We would note that there was very little soldering done on this roof. Many of the detail conditions we saw on these roof could have benefited from work employing soldered seams. Although there are risks associated with this "hot" work on wood substrates, the use is common and appropriate.

The installed wall counter flashings are allowing water to enter the Gate House, the Garage, and the Library. At the Library there is inadequate depth in the profile of the material. At all locations the recessed copper needs to be formed tightly into the joint so as not to interfer with the sealant installation.

Sealant joints at all counter flashings need to be a minimum of ¼" in width. This lack of isolation with the stucco has promoted the cracking in the stucco above.

**Review of
Stephen C. Hendren,
AIA Report**

The report is visual in nature based on Mr. Hendren's visit to the site on 31 July 2014. It is our understanding he was on site for about two hours and looked at all of the roofs. Although he states that the roofs were installed in a workmanlike and professional manner we question to what extent his observations on the roof got to the areas of concern we have noted; specifically the peak caps, the pan interfaces, and the design elements of the sealant at the flashings.

He states that there are no defects (holes gaps or tears) in the flashings, but it is the construction of the reglet, its width and the installation of the metal that is the flawed.

Further he states:

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

> Water damage was noted in the gate house kitchen and this could have
> come from the balcony directly above it. The balcony above the
> kitchen has concrete walls and a floor that could be passing water
> down to the kitchen area. The reglets in this area and the copper
> roofing appear to be intact and show no apparent cause of leaking.

This is supposition. We tested this area and ran a hose for nearly an hour on this wall and floor area without water infiltration, and then produced leaks within twenty minutes when the flashing was sprayed.

He suggests that sealant is a maintenance issue that needs to be replaced, but again the joint design precludes it from functioning properly. Failure after two years even in the island environment is not to be expected.

Lastly, he notes that there is plaster cracking throughout the buildings and characterizes it as "craze cracking and expansion cracking". What we reported is linear cracking parallel to the cut line of the reglet. These are not typical of the type of cracking from poor curing he suggests. If they were the cracks they would have been there before the flashings were installed, and we were told they showed up later.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## Recommendations

Listed below are the issues that need to be addressed on each building and our recommended repair.

**Main Pavilion**

| Issue | Recommendation |
|---|---|
| In appropriate system – lack of expansion | Remove and replace |
| Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| Vent stack installation does not allow for expansion and contraction | Create separate panel section |
| Inappropriate cap detail at peak | Pans now cut need to be replaced |
| Counter flashing material configuration and size is not appropriate. | Remove refabricate and install in a ¼" joint |

In order to properly address the issues at the Main Pavilion we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations;

- Installation of new copper including appropriate ridge, hip, and valley detailing, and

- Install appropriate flashings/counter flashings.

Our opinion of probable construction cost for this work is $358,771.

**Library**

| Issue | Recommendation |
|---|---|
| Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| Inappropriate cap detail at peak | Pans now cut need to be replaced |

In order to properly address the issues at the Library we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

- Installation of a new slip sheet and soldering protection at select locations, and

- Installation of new copper including appropriate ridge, hip, and valley detailing.

Our opinion of probable construction cost for this work is $43,508.

**Master Suite**

| Issue | Recommendation |
|---|---|
| Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| Inappropriate cap detail at peak | Pans now cut need to be replaced |
| Counter flashing material configuration and size is not appropriate. | Remove refabricate and install in a ¼" joint |

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations;

- Installation of new copper including appropriate ridge, hip, and valley detailing, and

- Install appropriate flashings/counter flashings

Our opinion of probable construction cost for this work is $124,114.

**Guest House**

| Issue | Recommendation |
|---|---|
| Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| Inappropriate cap detail at peak | Pans now cut need to be replaced |
| Counter flashing material configuration and size is not appropriate. | Remove refabricate and install in a ¼" joint |

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations;

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

- Installation of new copper including appropriate ridge, hip, and valley detailing, and

- Install appropriate flashings/counter flashings.

Our opinion of probable construction cost for this work is $130,678.

**Dining Gazebo**

| Issue | Recommendation |
|---|---|
| Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| Inappropriate cap detail at peak | Pans now cut need to be replaced |

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations, and

- Installation of new copper including appropriate ridge, hip, and valley detailing

Our opinion of probable construction cost for this work is $43,697

**Gate House**

| Issue | Recommendation |
|---|---|
| Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| Counter flashing material configuration and size is not appropriate. | Remove refabricate and install in a ¼" joint |

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations;

- Installation of new copper including appropriate ridge, hip, and valley detailing, and

- Install appropriate flashings/counter flashings.

Our opinion of probable construction cost for this work is $109,643.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

| Garage | Issue | Recommendation |
|---|---|---|
| | Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |

Counter flashing material configuration and size is not appropriate. Remove refabricate and install in a ¼" joint

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations;

- Installation of new copper including appropriate ridge, hip, and valley detailing, and

- Install appropriate flashings/counter flashings.

Our opinion of probable construction cost for this work is $39,179.

| Beach Bar | Issue | Recommendation |
|---|---|---|
| | Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |
| | Inappropriate cap detail at peak | Pans now cut need to be replaced |

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations, and

- Installation of new copper including appropriate ridge, hip, and valley detailing

Our opinion of probable construction cost for this work is $43,697.

| Beach Bar Shower | Issue | Recommendation |
|---|---|---|
| | Lock seams not installed at ridges and hips | To achieve this pans need additional length Remove and replace |

In order to properly address the issues at the Master Suite we recommend removal and replacement of the roof. This will require:

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

- Providing access to the roof;

- Removal salvage and disposal of all removed material;

- Installation of a new weather barrier;

- Installation of a new slip sheet and soldering protection at select locations, and

- Installation of new copper including appropriate ridge, hip, and valley detailing

Our opinion of probable construction cost for this work is $6,748.

Although the pan system itself is intact at all roofs and appears to be performing well in the field of the roof, except the Main Pavilion, it is our opinion that to correct the issues where the pans are not properly seamed at ridges and hips those pans would have to be uninstalled. This would require removal of the entire roof.

In our opinion the installed roofs cannot be brought into a finished condition by repairs along, but rather require replacement. At the Main Pavilion the lack of allowance for expansion cannot be corrected without replacement. The lack of pan length at all roofs precludes forming lock seams appropriate at the intersection of pans at the ridges and hips. Vent stacks installation does not allow for expansion in the roof pans. Wall counter flashings are inappropriately formed allowing water to enter the interior and damage finishes.

Hoffmann Architects recommends removal and replacement of all roofs. Because this involves removal of the existing, a new weather protection coarse, remobilizing, and all the costs associates with working in St. John this is a substantial cost. Our opinion of the probable cost of construction for this effort is $ 769,357.

Copyright Hoffmann Architects, Inc. 2014

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## Appendix

**INDUSTRY STANDARDS**

Copper and Common Sense, Revere Copper

*Standing Seam Section attached*

Copper In Architecture, Copper Development Association

Architectural Sheet Metal Manual, Sheet Metal and Air Conditioning Contractors National Association (SMACNA)

**REPRESENTATIVE PROJECTS**

Bushnell Memorial Hall
Hartford, Connecticut
Copper Roof Restoration

Wellesley College
Tower Court Residential Complex
Copper Roof Replacements

Lockwood Mathews Mansion
Norwalk, Connecticut
Lead Coated Copper Roof Restoration

Smithsonian Institution
National Portrait Gallery (Old Patent Office Building)
Washington, D.C.
Copper Roof Replacement

Hartford Fire Insurance
Hartford, Connecticut
Copper Dome Repairs

Congregation Rodeph Shalom
Bridgeport, Connecticut
Copper Roof Replacement

United States Capitol
Washington, D.C.
Skirt Roof Replacements

**EXPERT WITNESS RESUME**

*See attached*



# Standing Seam
## Construction

**3A**

## Contents:

- History . . . . . . . . . . . . . 3.A.2
- Design Considerations . . 3.A.2
- General Requirements . . 3.A.3
  - For roof slopes 3 in 12 and greater . . . . . 3.A.3
  - For roof slopes less than 3 in 12 . . . . 3.A.4
- Roll Method . . . . . . . . . 3.A.4
- Pan Method . . . . . . . . . 3.A.4
- Transverse Seams - Steep slope . . . . . . . . 3.A.4
- Transverse Seams - Low slope . . . . . . . . 3.A.4
- Eaves . . . . . . . . . . . . . 3.A.4
- Gable Rakes . . . . . . . . . 3.A.4
- Hips and Ridges . . . . . . 3.A.5
- Valleys . . . . . . . . . . . . 3.A.6
- Cleats . . . . . . . . . . . . . 3.A.7
- Wall Conditions . . . . . . 3.A.7
- Specifications . . . . . . . . 3.A.8

Standing Seams

**3.A.1**

# Standing Seam Construction

## One of the oldest forms of copper roofing

– standing seam roofing – involves joining sheets or strips of copper with seams (joints) that are elevated above the roof surface. This form or method provides a weathertight – not watertight – copper membrane.

Standing seam roofing is as elegant, graceful and architecturally tasteful today as it was in 1737 when Christ Church in Philadelphia was first sheathed in copper. This installation served for over 200 years, when it became necessary to replace the wood decking, which meant replacement of the copper, also. The copper was reported to be in "generally good" condition.

Today, standing seams are used more often than batten seams on lower, smaller structures, but they are by no means limited to any particular size or style of building. When special considerations are given, standing seam cladding may be used on almost any size, shape or slope of roof, wall, etc.

The low, narrow shadow lines produced by one-inch (1") high seams are complementary to most architectural styles. Further, this versatile form of cladding will conform to almost any shape or configuration of roof or wall, including domes, and warped and curved surfaces.

Additional architectural effect may be achieved by running the seams at an angle, even horizontally on sufficiently steep roofs or employing a combination of standing and batten seams. Increasing or varying the height of the finished seams is another method of providing individuality.

## Design Considerations

Standing seam roofing and wall cladding may be formed from sheets, strips and/or rolls of 12-, 16- or 20-ounce copper.  Heavier (thicker) copper is difficult to form into double-lock standing seams and is therefore not suggested for standing seam roofing.

When specifying 12-ounce copper for roofing, Revere suggests the maximum width of the finished pan be eighteen inches (18"), and the maximum length of the pan be twenty-four feet (24').

Individual panels can be formed with hand tools (tongs), on sheet metal brakes (power or manually operated) or with portable pan-forming equipment. Seams can be finished (completed and closed) with a variety of hand and power tools.

Regardless of the form of copper used, the method of forming panels and/or finishing seams, certain basic principles apply to all standing seam installations:

1) The length of individual panels is not as important as the length of "run" from eave to ridge of the seams.

   Finishing of the seams – whether it is done with hand tools or power seamers – compresses the five (5) layers - or "plies"- of copper tightly together. The resulting multiple folds of copper become stiffening ribs that expand and contract as a unit. If the installation is made from sheets with transverse (horizontal) seams between panels, there are seven (7) layers of copper on one side of the panel and eight (8) on the other. Finishing the seam compresses these layers so tightly together that slippage is unlikely. The use of conventional transverse seams can **NOT** be counted on to relieve expansion movement.

2) Standing seam roofing and wall cladding is secured to the structure by cleats worked into the seams. It is necessary that the cleats be attached to a material that has sufficient "holding power" to prevent fastener "pull-out" during high wind events.

   When the surface behind the copper is a material other than wood – e.g., gypsum or concrete – it is necessary to provide wood nailing strips for securing cleats. Preferably, these should be spaced twelve inches (12") apart and run perpendicular to the standing seams. (Variances in the width of finished seams make it difficult to assure proper alignment of seams over parallel nailers for a large area.)

3) Cleats that are hooked into the standing seams become rigidly locked so that slippage between them and the panels does not occur. When the length of "run" exceeds thirty feet (30') expansion movement can be provided by using a combination of expansion and fixed cleats.

4) For greatest durability and weathertightness, standing seams are formed one inch (1") high. However, subject to availability of forming tools or equipment, they can be made to any height from three-quarter inch (3/4") to one-and-one-half inches (1-1/2"). Seams taller than one-and-a-half inches (1-1/2") are susceptible to

# Standing Seam Construction

# 3A

flattening and are not recommended; seams less than three-quarter inch (3/4") may not be sufficiently weathertight and are not recommended except on tightly curved or small-radius domes.

5) It is **NOT** necessary – or desirable – to vent the underside of standing seam copper installations. A roof or wall assembly may be vented to provide a cold roof or rain-screen, but copper can be installed directly over approved underlayments without an airspace. Copper is not adversely affected by moisture or condensate that may accumulate and remain on its reverse side.

## General Requirements

### Roof slopes 3 in 12 and greater

The surface to receive the copper should be dry and smooth, free from projecting nail heads or other obstructions. The entire surface should be covered with an approved underlayment. Historically, this has been asphalt saturated roofing felt, lapped two inches (2"). Ideally the saturated felt would be secured with copper nails driven through sheet copper washers. Metal or plastic "tin tabs" that are raised above the underlayment should **NOT** be used.

More recently a wide range of "improved" underlayments have been made available. These include "peel and stick" self-sealing membranes, "breathable" products, etc. So long as the product manufacturer has no objection to the use under copper – i.e., the product can withstand expected service temperatures – and the overall performance of the assembly is not

## At-a-Glance

For roofs and walls with slopes 3" per foot or greater – providing the length of run of the seam does not exceed 45'.

### ROOF PANS:
- 12-, 16- or 20-ounce cold-rolled copper
- Sheets or coils, 18, 20 or 24 inches wide
- Plain, coated or pre-patinated copper

### STANDING SEAMS:
- 1" high when finished
- Spacing according to sheet or coil width

| Sheet/coil width | Spacing |
|---|---|
| 18" | 14-3/4" to 15" |
| 20" | 16-3/4" to 17" |
| 24" | 20-3/4" to 21" |

### CLEATS:
- Same weight copper as roof pans, 2" wide
- Spaced 12" apart
- Secured to wood deck/sheathing with two copper, copper alloy or stainless steel nails or screws

### EDGE STRIPS:
- 20-ounce cold-rolled copper
- 8' or 10' lengths
- Ends lapped at least 1"
- Secured with copper, copper alloy or stainless steel nails or screws, spaced 4" apart

### VALLEY SHEETS:
- 20-ounce cold-rolled copper
- 8' or 10' lengths
- Ends lapped at least 6" in direction of flow

## For estimating materials to cover one square (100 square feet) of roof:

| | Square feet of copper | | |
|---|---|---|---|
| Copper* | 18" width | 20" width | 24" width |
| Sheets (96" or 120") | 127.5 | 125 | 121 |
| Coils | 120 | 118 | 114.5 |
| Cleats (sheets or coils) | 3.5 | 3 | 2.5 |
| Approximate total | 123.5 to 131 | 121 to 128 | 117 to 123.5 |

Note: Nails (1"): 3/4 pound
* Approximate amount – actual amount will vary based on seam dimensions

compromised, Revere believes these new products may be acceptable.

If saturated felts or products that soften and become tacky at elevated temperatures are used, a layer of smooth building paper should be laid

over the underlayment immediately preceding the application of the copper. This is standard procedure to prevent binding of the copper to the underlayment.

Standing Seams

3.A.3

# Standing Seam Construction

## Roof slopes less than 3 in 12

Standing seam roofing is **weathertight** not watertight. As a result, it may not be suitable for **primary** weather-proofing on roofs with slopes less than three in twelve (3:12). When standing seam roofing is used on such slopes it may be necessary to employ approved waterproof membranes as the underlayment.

For roof slopes less than three inches (3") per foot, consult Revere's Architectural Services Department.

## Roll Method

Historically standing seam roofing was formed, on site, with roofing tongs from "rolls" of copper. These rolls were made by joining four-foot (4') long sheets of copper together with one-half-inch (1/2") double-lock seams. This double-lock seam was not cut or notched at corners where it turns up to form the vertical leg of the standing seam. Due to the extensive amount of labor involved in this method, it is seldom used except for "historically correct" restorations or very small projects.

## Pan Method

Since the mid-1950's most standing seam panels have been formed "in the shop" on sheet metal brakes – manually and power operated – or at the job-site using portable pan-forming equipment. Regardless of how or where the panels are formed, they should be fabricated to allow a minimum one-sixteenth inch (1/16") space between the base of adjacent pans.

To form standard one-inch (1") high standing seams, one side edge of the sheet is bent up one-and-one-half inches (1-1/2") and the other side edge one-and-three-quarter inches (1-3/4"). (When power pan-forming equipment is used these dimensions may vary slightly.) Additional bends are

made to both upturned edges to create "male" and "female" panel legs. (As shown at right)

The "male" leg is cleated to the roof deck or wall sheathing. The "female" leg of the adjacent pan is placed over/against the male leg with proper clearance at the base. (Refer to Basic Standard Practices for Cleating.)

The pans are joined at their ends with transverse seams. These transverse seams should be staggered to avoid excessive layers of metal at the standing seam.

## Transverse Seams - Steep Slope

For roof slopes six inches (6") or more per foot, the lower end of the upper pan is folded under three-quarter inch (3/4") and hooked into a two-inch (2") fold in the upper end of the underlying pan. The three-quarter-inch (3/4") fold at the cross seam is slit at its corner one inch (1") from where it turns up against the standing seam. The two-inch (2") fold is slit at the corner to allow for proper locking of the two pans. (As shown at right)

Constructing transverse seams with unequal locks minimizes the potential for water being drawn through the seam by capillary action.

Revere does **NOT** recommend the use of three-quarter-inch (3/4") loose locks for transverse seams on roofs.

As an alternate, to facilitate final forming, the top of the lower panel is slit a length of two inches (2") and a width of one-half inch (1/2") from the bottom edge of the standing seam. This slit edge is laid flat against the adjacent pan and the remaining portion is folded back on itself two inches (2"). Then, the upper pan is locked into this fold.

## Transverse Seams - Low Slope

For roof slopes three (3") to six inches (6") per foot, the lower end of each pan is folded under three-quarter inch (3/4"); the upper end is folded over one-half inch (1/2"). The three-quarter-

inch (3/4") fold hooks into a copper locking strip, one-and-one-half inches (1-1/2") wide. The locking strip is continuously soldered four inches (4") from the upper end of the underlying pan. The four-inch (4") "head-lap" and the folded end on the lower pan minimize the potential for "blow-back" of water during heavy rainfalls. (As shown)

As an alternate, to prevent material build-up, the top of the lower panel is slit a length of one-half inch (1/2") and also a width of one-half inch (1/2") from the bottom edge of the standing seam. This slit edge is laid flat against the adjacent pan and the remaining portion is folded back on itself to form a one-half-inch (1/2") hook dam. The one-and-one-half-inch (1-1/2") copper locking strip is also trimmed one-half inch (1/2") each side before it is continuously soldered four inches (4") from the upper end of the underlying pan. Then, the three-quarter-inch (3/4") fold of the upper pan hooks into the copper locking strip.

## Eaves

At eaves, each pan should be cut and formed so its lower edge hooks three-quarter inch (3/4") over a previously placed edge strip. The edge strip may be formed as shown, or may take another required form.

The ends of the standing seams at the eaves may be cut and folded back or turned down – and locked to the edge strip. Connecting eaves to gutters is shown under Gutters (Section 4C).

## Gable Rakes

At gables, the standing seam is formed by turning up the edge of the last pan one-and-one-half inches (1-1/2") flush with the edge of the roof. The separate rake strip locks three-quarter inch (3/4") at its lower edge, over a previously placed edge strip. This rake strip is secured to the roof pan, at its

## Standing Seam Construction

# 3A



**STEP 1**
02_SS_02
STANDING SEAM

02_SS_09
RIDGE

02_SS_07 TRANSVERSE SEAM -
STEEP SLOPE

LOCKING STRIP -
CONTINUOUSLY
SOLDERED

COPPER OR
COPPER ALLOY NAILS
4" O.C.
COPPER
LOCKING STRIP

02_SS_12 GABLE RAKE
TOP AND BOTTOM LOCKING

**STEP 2**
02_SS_03
STANDING SEAM

**STEP 3**
02_SS_04
STANDING SEAM

02_SS_06
TRANSVERSE
SEAM -
LOW SLOPE

COPPER
LOCKING STRIP

**STEP 4**
02_SS_05 STANDING SEAM

02_SS_13
GABLE RAKE
BOTTOM LOCKING

02_SS_01a COPPER ROOF
WITH STANDING SEAM

02_SS_14 AT EAVES
WITH EDGE STRIP

Standing Seams

upper edge, with a standing seam lock. The adjacent lengths of gable strip are lapped at least three inches (3") in the direction of flow.

An alternate method of finishing the copper roofing at the gable end omits the standing seam at the end. In this method, the outer edge of the roof pan turns down over the gable end and locks into a previously placed edge strip.

### Hips and Ridges

Hips and ridges may be finished with standing seams, batten seams, ridge rolls, ventilated assemblies, etc.

When standing seams are used to finish the hips or ridges, the seams on opposite sides of the hip or ridge should be offset – i.e., they cannot meet at the hip to form an inverted "V". This is because the multiple layers of copper in the standing seams on the roof make it difficult to form a seam on the hip or ridge.

To form a standing seam at hips and ridges it is necessary that the seams in the roof be laid flat six inches (6") from the upper edge of the pans where it meets the ridge or hip. Pans on opposite sides of the ridge or hip are turned up one-and-a-half inches (1-1/2") and one-and-three-quarter inches (1-3/4") – to form a standing seam in the usual manner.

Due to the multiple layers of metal at a hip or ridge it is difficult to form double-locks at these locations. As a result, some contractors may wish to substitute single-lock seams in place of double-lock seams. While single-lock seams are less weather

resistant than double-lock seams, this is seldom a problem at hips and ridges. Revere does not suggest the use of single-lock standing seams in the field of a roof or wall.

"Z" clips that are continuously soldered to the pans may be used to construct ventilated hips and ridges so long as secondary provision against wind-blown water is provided. Revere does not suggest finishing hips and ridges with "Z" clips that are nailed, screwed, or riveted to the roof pans. See also Section 3G – Supplementary Details – for more ridge cap finishes.

3.A.5

# Standing Seam Construction

## Valleys

**Only** the upper edge of each valley sheet is nailed or otherwise secured to the roof deck. The lower edge of the upper valley sheet is lapped over the underlying sheet not less than six inches (6"). This lap should **not** be soldered.

The sides of each valley sheet are folded one-half inch (1/2") for cleating. Two-inch (2") wide copper cleats, spaced not more than eighteen inches (18") apart, are hooked into these folded edges and secured with two (2) copper or copper alloy nails or screws.

Six inches (6") from the side edge, a double fold, creating a three-quarter-inch (3/4") lock, is formed in the valley sheet. This allows the lower edge of each roof pan to be hooked into the fold and dressed down.

Alternately, at a distance of six inches (6") from each side edge of the valley, a continuous locking strip creating a three-quarter-inch (3/4") lock may be soldered to the valley sheet.

Either method of side edge construction prevents water from forcing its way past the opposite side of the valley flashing. Where the ends of the standing seam hook into the fold formed in the valley sheet or into the separately applied locking strip, these ends are turned down in the direction of flow, or they may be cut and folded back. (See 02_SS_17)

Where roofs are of different slopes or of unequal surface areas and deliver unequal quantities of water into the valley, a one-inch (1") high inverted "V" may be incorporated in the center of the valley. (See Valley Flashing Section for details.)



*02_SS_17 VALLEY EDGE*



# Standing Seam Construction

## 3A

**Long Run Roofing Cleat Arrangement**

30' TO 45'

7 OR 8 THICKNESSES OF COPPER

END 1/3 EXPANSION CLEATS

MIDDLE 1/3 FIXED CLEATS

END 1/3 EXPANSION CLEATS

TRANSVERSE SEAMS        LONG PANS

*THERE IS NO ASSURANCE OF SLIPPAGE BETWEEN ROOF PANELS. SEAMS MAY EXPAND AND CONTRACT FROM THE EAVE TO THE RIDGE AS A UNIT.*

LOWER ROOF PANEL — LOCK

*02_SS_18 8 "THICKNESSES" OF COPPER IN SEAM*

NOTE: 8 "THICKNESSES" OF COPPER IN SEAM
At a transverse seam location (three pans meet), there will be 7-8 thicknesses of copper. (On the long pan side, this would be where a cleat is.) When the final hemming is done, the metal can be "pressed" together so tightly that the movement may be restricted. Therefore, using a combination of fixed and expansion cleats will allow the roof to move. Dividing the roof into thirds, the fixed cleats should be installed in the middle third, with expansion cleats on either end. This will secure the center of the roof and direct the expansion movement toward both ends.


**02_SS_cleat_expansion**
**Expansion Cleat**
For use with roof runs exceeding 30'0"


**02_SS_cleat_fixed**
**Fixed Cleat**
For use with roof runs up to 30'0"

## Cleat Placement

Copper or stainless steel cleats should be installed in the standing seams spaced twelve inches (12") apart. If stainless steel cleats are used in lieu of copper they should be of passivated, Type 302/304 (non-magnetic) stainless.

Where the length or run of the standing seams is thirty feet (30') or less, one-piece, fixed cleats may be used. Where the length of run of the standing seams exceeds thirty feet (30') and up to forty-five feet (45'), a combination of fixed and expansion cleats should be used. Fixed cleats should be installed at the middle one-third of the roof run. The balance of the cleats, above and below the fixed cleats, should be expansion cleats. Installing cleats in this manner "pins" the center of the roof and directs expansion movement toward both ends.

The use of expansion cleats where the length or run of the standing seams is thirty feet (30') or less is not detrimental, but may be more expensive than the use of fixed cleats.

Where the length or run of the standing seams exceeds forty-five feet (45'), consult Revere's Architectural Services Department.


24" OZ. STIFFENING ANGLE

*02_SS_16 STANDING SEAM ON VERTICAL WALL*

## Wall conditions

### Seam Orientation

When used to clad vertical or nearly vertical walls, standing seams may be installed vertically, horizontally, or at an angle. If they are installed horizontally or at an angle they may act as gutters. If it is likely that water will flow over the seams the pans should be installed with the lock on the **down slope** side.

Standing seams installed horizontally or at an angle may also act as shelves and collect air borne dirt, pollen, etc. Such accumulated dirt may later wash down onto the copper and stain it. Sloping the seam downward to provide positive drainage **may** minimize this problem.

Horizontal standing seams can be bent by snow and ice, vandalism or similar physical forces. Such damage may be minimized by providing a 24-ounce stiffening angle in the seam, as shown.

### Transverse Seams

Although constructing transverse seams as described for **steep pitch roofs** provides the most weathertight condition, three-quarter-inch (3/4") locks may be used when standing seams are installed on vertical walls. If it is likely the seam will act as a gutter or shelf, the transverse seams (vertical seams when standing seams are horizontal) should be filled with sealant.

### Wall Openings, Corners, etc.

Finishing standing seam wall cladding at wall openings, inside and outside corners, at grade or bottom of the cladding are discussed in (Section 3I Wall Cladding).

Standing Seams

# Standing Seam Construction

## Specifications for roofs with standing seams

### Workmanship Surfaces

Surfaces to be covered with copper shall be smooth and free from defects of every description. Surfaces shall be cleaned of dirt, rubbish and other foreign materials before copper work is started. Projecting nails shall be driven flush.

### Roofing Underlayment

Surfaces to receive copper shall be covered with roofing felt and/or other approved underlayment in accordance with manufacturer's instructions. When saturated felt is used, each ply shall lap at least two inches (2") in direction of flow and shall be nailed with copper or copper alloy nails driven through sheet copper washers at least one inch (1") square. Fasteners and washers shall finish flush with the underlayment. Nails in roofing felt shall be spaced not more than six inches (6") apart on all lapped seams.

### Pan Method – General

Roofing pans shall be formed of Revere (12-ounce)(16-ounce)(20-ounce) copper. Pans shall be made from (sheets eight (8') or ten (10') feet long) or (coils), and not more than twenty-four inches (24") wide. (Pans made of Revere 12-ounce copper shall be made from sheets or coils not more than eighteen inches (18") wide). No straight run of standing seam copper shall exceed forty-five feet (45').

Alternate pans formed from sheets shall begin at eaves with half (1/2) length sheets, thereby staggering the transverse seams. Cleats shall be spaced twelve inches (12") apart in each standing seam. Each cleat shall be secured with two (2) copper, copper alloy or stainless steel nails or screws. Pans shall be formed to allow one-sixteenth inch (1/16") minimum space at the base of each standing seam.

For standing seam roofs up to thirty feet (30'), one-piece, fixed cleats shall be installed twelve inches (12") apart.

Straight runs of standing seams in excess of thirty feet (30'), up to forty-five feet (45') shall be installed with both fixed and expansion cleats. Fixed cleats shall be placed at the middle third of the run and copper expansion cleats shall be placed in the remaining lower and upper portions of the run.

Roofing pans shall be loose-locked to valley flashing and edge strip at eave.

### Standing Seam

Standing seams shall finish one inch (1") high, except on curved surfaces. One side edge shall be bent up one-and-one-half inches (1-1/2") and the other one-and-three-quarter inches (1-3/4"). First fold shall be single fold, one-quarter inch (1/4") wide; second fold shall be one-half inch (1/2") wide. Locked portion of standing seam shall be five (5) plies in thickness. Lower ends of standing seams at eaves shall be folded over at 45° angle. Where standing seams terminate at ridge and hip, they shall be laid flat approximately six inches (6") from the ridge or hip and folded into the ridge or hip standing seam at that point.

### Transverse Seams

**1. For roof slopes six inches (6") or more per foot:**
Lower end of each pan shall be folded under three-quarter inch (3/4"). Fold shall be slit one inch (1") away from corner to form tab where the pan turns up to make the standing seam. Upper end of each pan shall be folded over two inches (2"). The three-quarter-inch (3/4") fold on lower end of upper pan is hooked into a two-inch (2") fold on upper end of underlying pan.

**2. For roof slopes three (3) to six inches (6") per foot:**
Lower end of each pan shall be folded under three-quarter inch (3/4"). Fold shall be slit one inch (1") away from corner to form tab from where the pan turns up to make the standing seam. Upper

## Standing Seam Construction    3A

end of each pan shall be folded over one-half inch (1/2"). A locking strip, one-and-one-half inches (1-1/2") wide and full width of pan, shall be continuously soldered to pan four inches (4") below top folded edge. The three-quarter-inch (3/4") fold on lower end of the upper pan shall hook into locking strip of underlying pan.

### Hips and Ridges
Ridges and hips shall be provided with standing seams constructed as specified for standing seams of main roof.

### Valleys
Valley sheets shall be Revere 20-ounce cold rolled copper, not exceeding ten feet (10') in length. Each sheet shall lap lower sheet at least six inches (6") in direction of water flow.

Valley sheets shall extend under roofing sheets on both sides at least six inches (6"). The outer edge of the valley sheet should be folded one-half inch (1/2") for cleating. The copper cleats shall be installed in these folds no more than eighteen inches (18") apart.

At valley line adjacent to the lower edge of the roofing sheets, a three-quarter-inch (3/4") double fold shall be made to engage a three-quarter-inch (3/4") single lock at lower ends of roofing sheets.

Alternately, a continuous strip of Revere 20-ounce cold rolled copper shall be soldered to the valley sheet to form a lock for the lower ends of the roofing sheets.

### Eaves
At eaves where no gutters occur, each pan shall be hooked three-quarter inch (3/4") over previously placed Revere 20-ounce cold rolled copper edge strip. Edge strips shall be formed from sheets eight (8') or ten feet (10') long. Ends of each length shall be lapped one inch (1"). Edge strip shall extend up on roof under copper roofing at least four inches (4"), and be secured with copper, copper alloy or stainless steel nails or screws along the upper edge spaced four inches (4")

apart. Face nailing of edge strips shall not be permitted. Where box gutters occur at eaves, ends of roofing pans shall be loose-locked into gutter as specified under built-in box gutters. Roof pans shall be loose locked to valley flashing and edge strip at eaves.

### Gable Rakes
Pans against gable rakes shall turn up vertically one-and-one-half inches (1-1/2") and lock into a separate Revere 16-ounce cold rolled copper fascia strip, forming a standing seam one inch (1") high. Continuous edge strip of Revere 20-ounce cold rolled copper shall be attached to the edge of roof boarding with copper, copper alloy or stainless steel nails or screws spaced four inches (4") apart. Lower edge of fascia strip shall be hooked a minimum of three-quarter inch (3/4") over edge strip to form drip.

3.A.9

Standing Seams Specifications





**Arthur L. Sanders, AIA, CSI**
**Senior Vice President**
**Director, Architecture**

As manager of Hoffmann Architects' Connecticut office, Mr. Sanders lends his extensive experience in architectural remediation to organizing technical resources efficiently, overseeing project completion, and mentoring junior staff members.  He is a strong proponent of specifications in design and has been active in the Construction Specifications Institute for over 30 years.  As architectural director, Mr. Sanders is responsible for managing project teams in the investigation, design, and construction administration process to address complex building envelope demands.   His interest in diagnostic and forensic architecture finds expression in each project he oversees, as he directs design teams in uncovering hidden causes of recurrent problems.  He is versed in coordinating among owners, design professionals, consultants, and contractors to deliver cost-effective, technically appropriate rehabilitation strategies.

**Representative Expert Witness Experience**
Updike, Kelley & Spellacy, PC, *Expert Witness* – Hartford, CT
University of Connecticut, Information Technologies Engineering Building, *Litigation Consultation* – Storrs, CT
Foxwoods Resort Casino, Phase 6B Conference Hotel Tower, *Litigation Support Services* – Mashantucket, CT
McDonough, Hacking, Neumeier & Lavoie, LLP, Marina Point, *Facade Failure Consultation and Expert Witness* – Quincy, MA
Garcia & Milas, Winthrop House Condominiums, *Water Infiltration Consultation and Expert Witness Services* – Greenwich, CT
Fletcher-Thompson, Inc., Thomaston High School, *Roof Consultation* – Thomaston, CT
Jill M. McGoldrick, Attorney-At-Law, John Trumbull Primary School, *Roof Consultation* – Oakville, CT

**Representative Projects**
Town of Fairfield, 16 Public Schools, *Window, Facade and Roof Rehabilitation, and Maintenance Manuals* – Fairfield, CT
   Osborn Hill Elementary School, *Building Envelope Investigation and Repairs*
   Holland Hill Elementary School, *Window Replacement*
   Jennings Elementary School, *Window Replacement*
   Fairfield Warde High School, *Exterior Accessible Door Replacement*
   Roger Ludlowe Middle School, *Curtain Wall Investigation*
   Stratfield Elementary School, *Facade Repairs, and Window and Partial Roof Replacement*
   Tomlinson Middle School, *Masonry Facade Investigation and Rehabilitation*
Eastern Connecticut State University, Burr Hall, *Exterior Restoration and Window Replacement* – Willimantic, CT
Capital Community College, *Building Envelope Rehabilitation and Window Replacement* – Hartford, CT
Yale University, Paul Rudolph Hall (formerly Art + Architecture Building), *Exterior Restoration and Window Replacement* – New Haven, CT
   Kline Biology Tower, *Roof and Facade Investigation*
   School of Medicine, Physicians Building, *Water Infiltration Investigation and Roof Rehabilitation*
   School of Medicine, Farnam Memorial Building, *Masonry Rehabilitation*
New York City School Construction Authority, *Window Failure Investigation, Building Enclosure Maintenance Manuals, and Exterior Rehabilitations* – New York, NY
   50+ Public Schools, *Building Envelope Rehabilitation*

Copyright Hoffmann Architects, Inc. 2014 – Proprietary and Confidential Information



Fairfield University, Bellarmine Hall, *Building Envelope and Window Rehabilitation* – Fairfield, CT
  McAuliffe Hall, *Building Envelope Condition Survey*
Watertown School System, John Trumbull Primary School, *Roof Consultation* – Oakville, CT
University of Connecticut, *On-Call Window, Roof and Masonry Facade Architecture Services* – Storrs, CT
  Benton State Museum of Art, *Building Envelope Repairs and Window Replacement*
  Harry A. Gampel Pavilion, *Dome and Low Sloped Roof Investigation*
  Babbidge Library, *Plaza Investigation and Window Flashing Investigation*
  Thomas J. Dodd Research Center, *Water Infiltration Investigation*
  Gulley Hall, *Water Infiltration Investigation*
  Weston A. Bousfield Hall, *Facade and Plaza Rehabilitation*
  Snow and Wilson Halls, *Water Infiltration Investigation*
Wellesley College, Severance Hall, Tower Court and Clafin Hall, *Building Envelope Rehabilitation and Window Survey*– Wellesley, MA
Choate Rosemary Hall, Spencer House, *Roof Replacement* – Wallingford, CT
  Andrew Mellon Library, *Slate Roof Repairs, Cupola Renovations, and Entry Rehabilitation*
Phillips Academy Andover, Addison Gallery of American Art, *Exterior Envelope Condition Survey* – Andover, MA
State of Connecticut, *On-Call Roofing Consultant* – Statewide
  25 Sigourney Street, *Water Infiltration Investigation and Building Exterior Repairs* – Hartford, CT
  York Correctional Institution, *Building Envelope Investigation and Remediation* – Niantic, CT
  Gillette Castle, *Roof Consultation* – Haddam, CT
  New Haven Courthouse, *Structural Repair and Renovations* – New Haven, CT
  Stamford Superior Court, *Leak Investigation and Repairs* – Stamford, CT
Architect of the Capitol, United States Capitol, *Dome Restoration Master Plan and Multi-Year Rehabilitation* – Washington, DC
Smith College, Mendenhall Center for the Performing Arts, *Waterproofing and Plaza Rehabilitation and Roof Replacement* – Northampton, MA
Southern Connecticut State University, Engleman Hall, *Exterior Wall Repairs* – New Haven, CT
  Buley Library, *Roof Replacement*
  Five Dormitories, *Facade Survey and Multi-Year Monitoring*
Quinnipiac University, *Campus-Wide Roof Assessment* – Hamden, CT
  Ice Rink, *Building Envelope Consultation*
  Four Buildings, *Roof Renovations*
  Anthem Building 1, *Building Envelope Assessment and Window and Door Rehabilitation*
Worcester Polytechnic Institute, Washburn Shops, *Building Envelope Restoration* – Worcester, MA
Columbia University, 60 Buildings, *Facade and Roof Investigations* – New York, NY

**Education and Registration**
B.A., Yale University, 1972
Registered Architect: Connecticut and New York
Certified Construction Document Technologist (CSI CDT)

**Professional Organizations**
American Institute of Architects
Construction Specifications Institute
Connecticut Building Congress
National Trust for Historic Preservation
Society for Protective Coating (SSPC)

Copyright Hoffmann Architects, Inc. 2014 – Proprietary and Confidential Information

214106 Copper Roof Investigation
Friedberg-Bunge Residence St. John V. I.

## General Information

**Construction Costs**

Statements of opinion of probable construction costs given in this report do not include professional fees for consultants concerning repair procedures, preparation of construction documents, assistance with bidding, construction contract administration, or on-site observation of construction. Construction costs projected in this report represent our opinion as to what the probable costs, in today's dollars, might be to implement the recommendations. They are based on our experience supplemented by published cost estimating sources. They reflect preliminary data and have not been derived from accurate quantities, drawings, details, or specifications. Actual construction costs may therefore vary from the costs in this report.

**Duplication Restrictions**

This report is for the sole use of the party for whom the report was prepared. Use of its contents by third parties shall only be with written permission of Hoffmann Architects. Unauthorized use is prohibited and shall release Hoffmann Architects from any and all liability associated with such use. Reproduction of this document, except by the party for whom it was prepared for its own internal use, shall be by written permission of Hoffmann Architects only.

**Construction Use Notice**

This report is not intended for any purpose other than to report on conditions observed. Its language and recommendations are not sufficiently detailed or specific enough, nor have any drawings been provided, that could serve as a basis for securing proposals for or executing the recommended work. This survey does not represent that unseen problems may not exist. No representation is made or intended that implementation of our recommendations will place the property in a condition wholly free of all defects or hazards.

Copyright Hoffmann Architects, Inc. 2014