# EXHIBIT "G"

# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DAYBREAK, INC., d/b/a HUBER AND ASSOCIATES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS F. FRIEDBERG, SARAH BUNGE, LAW ) <br> OFFICES OF FRIEDBERG & BUNGE and MERRILL ) <br> LYNCH CREDIT CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) <br> THOMAS F. FRIEDBERG and SARAH L. BUNGE, ) <br> ) <br> Counterclaimants, ) <br> v. ) <br> ) <br> DAYBREAK, INC., d/b/a HUBER AND ASSOCIATES, ) <br> ) <br> Counterdefendant. ) <br> _____) <br> THOMAS F. FRIEDBERG and SARAH L. BUNGE, ) <br> ) <br> Third Party Plaintiffs, ) <br> v. ) <br> ) <br> BARRY R. HUBER, ) <br> ) <br> Third Party Defendant. ) <br> _____) | CASE NO. ST-10-CV-716 <br><br> ACTION FOR DEBT, <br> BREACH OF CONTRACT <br> AND TO ENFORCE <br> CONSTRUCTION LIEN |

## **ORDER**

**THIS MATTER** came before the Court on March 28, 2017, for a hearing on all outstanding motions. Plaintiff, Counterdefendant and Third Party Defendant DayBreak, Inc. d/b/a Huber and Associates and Barry R. Huber were represented by Andrew C. Simpson, Esquire and Joseph J. Goldberg, Esquire. Defendants, Counterclaimants and Third Party Plaintiffs Thomas Friedberg, Sarah L. Bunge, et al., were represented by Thomas F. Friedberg,

*Daybreak, Inc., d/b/a Huber and Associates v.*
   *Thomas F. Friedberg, et al.*
Case No. ST-10-CV-716

Esquire who appeared telephonically. The Court heard oral arguments on the Parties' pending motions, including:

- DayBreak's and Huber's Motion for Re-Entry Upon Land *(or alternatively, Motion to Limit Damages to Two Hundred Ten Thousand Dollars ($210,000)*;

- Friedberg's and Bunge's Ex-Parte Motion for Leave to File Memo of Points & Authorities in Sur Reply to DayBreak & Barry Huber's Reply to Opposition to Motion for Re-Entry Upon Land and Motion to Amend the Scheduling Order to Extend the Expert Discovery Period;

- Friedberg's and Bunge's Motion for Protective Order Regarding Deposition of Arthur Sanders Beyond Discovery Cutoff;

- DayBreak's and Huber's Motion to Extend all Remaining Deadlines;

- DayBreak's and Huber's Motion in *Limine* Limiting the Testimony of Art Sanders Regarding Alleged Breach of Contract;

- DayBreak's and Huber's Motion to Exclude Opinion of Expert Witness Arthur L. Sanders;

- DayBreak's and Huber's Motion in *Limine* to Limit the Testimony of Art Sanders, Or in the Alternative, Motion to Re-Open Expert;

- Friedberg's and Bunge's Motion to Exclude Expert Testimony of Stephen Hendren;

- DayBreak's and Huber's Motion in *Limine* Regarding Improper References at Trial;

- Friedberg's and Bunge's Motion in *Limine* to Preclude Barry Huber from Testifying Regarding Matters Requiring Expert Opinion; and

- Friedberg's and Bunge's Motion in *Limine* to Preclude DayBreak's Unsupported Claim for Damages for Breach of Contract.

Based on the representations of counsels and for the reasons placed on the record, it is hereby

**ORDERED** that DayBreak's motion to limit damages to Two Hundred Ten Thousand Dollars ($210,000) is hereby **GRANTED**; and it is further

2

*Daybreak, Inc., d/b/a Huber and Associates v.*
　*Thomas F. Friedberg, et al.*
Case No. ST-10-CV-716

**ORDERED** that Plaintiff's Motion to Exclude Opinion of Expert Witness Arthur L. Sanders is **RESERVED** until the conclusion of the *Daubert* hearing; and it is further

**ORDERED** that DayBreak's and Huber's Motion in *Limine* Limiting the Testimony of Art Sanders Regarding Alleged Breach of Contract is **RESERVED** until the conclusion of *Daubert* Hearing; and it is further

**ORDERED** that DayBreak's and Huber's Motion to Exclude Opinion of Expert Witness Arthur L. Sanders is **RESERVED** until the conclusion of the *Daubert* Hearing; and it is further

**ORDERED** that DayBreak's and Huber's Motion in *Limine* to Limit the Testimony of Art Sanders, Or in the Alternative, Motion to Re-Open Expert is **DENIED AS MOOT**; and it is further

**ORDERED** that the Motion in *Limine* to Preclude Barry Huber from Testifying Regarding Matters Requiring Expert Opinion is **GRANTED**; and it is further

**ORDERED** that Barry Huber may only testify to matters of fact based upon his personal observations; and it is further

**ORDERED** that DayBreak's and Huber's unopposed Motion in *Limine* Regarding Improper References at Trial is **GRANTED**; and it is further

**ORDERED** that Friedberg's and Bunge's Motion to Exclude Expert Testimony of Stephen Hendren is **RESERVED** until the conclusion of *Daubert* Hearing; and it is further

**ORDERED** that Friedberg's and Bunge's Motion in *Limine* to Preclude DayBreak's Unsupported Claim for Damages for Breach of Contract is **GRANTED**; and it is further

**ORDERED** that Friedberg's and Bunge's Ex-Parte Motion for Leave to File Memo of Points & Authorities in Sur Reply to DayBreak & Barry Huber's Reply to Opposition to Motion

*Daybreak, Inc., d/b/a Huber and Associates v.*
   *Thomas F. Friedberg, et al.*
Case No. ST-10-CV-716

for Re-Entry Upon Land and Motion to Amend the Scheduling Order to Extend the Expert Discovery Period is **DENIED AS MOOT**; and it is further

**ORDERED** that Friedberg's and Bunge's Motion for Protective Order Regarding Deposition of Arthur Sanders Beyond Discovery Cutoff is **DENIED AS MOOT**; and it is further

**ORDERED** that the DayBreak's and Huber's Motion to Extend All Remaining Deadlines is **GRANTED**; and it is further

**ORDERED** that the Parties shall submit a Revised Joint Scheduling Order by **Thursday, June 1, 2017**; and it is further

**ORDERED** that this matter is scheduled for a ***Daubert*** **hearing** on **Monday, June 19, 2017**, at **9:00 a.m.**, **Courtroom II**, Alexander A. Farrelly Justice Center, St. Thomas, Virgin Islands.

Dated: April 26, 2017

ATTEST:
Estrella H. George
Clerk of the Court
By: _____
Lori Boynes-Tyson
Chief Deputy Clerk  5/2/2017

**Renée Gumbs Carty**
Judge of the Superior Court
of the Virgin Islands

Distribution List
Andrew C. Simpson, Esq.
Emily Shoup, Esq.
Stacy L. White, Esq.
Joseph J. Goldberg, Esq.
Thomas F. Friedberg, Esq.
W. Mark Wilczynski, Esq.

4