

Page **12** of **12**





Established 1883

Telephone (203) 469-6454
Fax (203) 469-0868
Email: service@fjdahill.com

## Structural Restoration Contractors

176 Forbes Avenue • P.O. Box 9578 • New Haven, Connecticut 06535

January 22nd in our
137th year 2020

LAW OFFICES OF FRIEDBERG & BUNGE
610 West Ash Street, Suite 1400
P.O. Box 6814
San Diego, California 92166-0814

**Attention: Thomas F. Friedberg Esq.** <Tff@LawOfficeFB.com>
**Arthur L. Sanders** <asanders@hoffmanarch.com>

**RE: FRIEDBERG-BUNGE RESIDENCE/ST. JOHN U.S. VIRGIN ISLANDS**

We are pleased to submit to you our proposal for the roof replacement and remediation for the above referenced location. The work to be completed will include the following:

| | SCOPE OF WORK: Main Building – Roof Replacement & Outer Building(s) Remediation |
|---|---|
| 1. | Mobilize Dahill equipment and material onto jobsite. |
| 2. | Provide personal protective equipment in accordance with OSHA guidelines and F.J. Dahill's Health and Safety Program. |
| NOTES: | **Scaffolding meeting OSHA certifications and requirements will be provided, set-up, and maintained by others.** |
| 3. | Remove and dispose of the existing roof system down to the substrate. |
| 4. | Overlay the existing underlayment with a new synthetic underlayment. |
| 5. | New copper panel on the Main Pavilion will be installed following Hoffman and panel manufacturer specifications and drawings. (See drawing A-102) |
| 6. | Replace up to an additional thirty-one (31) panels on the remaining buildings as identified and specified on drawings A-101, and A-103. |
| NOTES: | **Where possible, we will repurpose panels from the existing main pavilion roof to be used as replacement pieces on the out buildings.** |
| 7. | Remove and replace all hip and ridge covers with new coper hip and ridge covers and rivet. |

Page 2 of 3

| | |
|---|---|
| 8. | Complete breakdown of Dahill equipment leaving the project in broom swept condition. |

Cost..................................................................................$449,000.00

Notes:
- Permits, approvals, taxes and other related fees are excluded from this proposal.
- Interior protection is excluded from this proposal.
- Lodging and travel expenses are not included from this proposal,
- Perimeter scaffolding following OSHA guidelines and codes is to be provided and set-up, and maintained by others.
- Any/all disconnects and reconnects that may be required to complete the roof replacement is excluded from this price.
- Roof substrate replacement is excluded from this proposal. If substrate replacement is required, it shall be completed on a time and material basis at a rate of $98.00 per man per hour, materials will be provided by the building owners representative.
- The price provided above is contingent on final detail drawings to be provided from Hoffman Architects, Inc.
- Charges for the temporary repair work that was completed in the spring of 2019 is included in the proposal above. If this proposal is not accepted, a bill for those charges will be forwarded to the building owner for payment.

**Nature of Work.** F. J. Dahill Co., Inc. ("Dahill") shall furnish the labor and material necessary to perform the construction work described herein or in the referenced contract documents. Dahill does not provide engineering, consulting or architectural services. It is the Owner's responsibility to retain a licensed architect or engineer to determine proper design and code compliance. Dahill assumes no responsibility for structural integrity, compliance with building codes, or design. If plans, specifications or other design documents have been furnished to Dahill, Customer warrants that they are sufficient and conform to all applicable laws and building codes. Dahill is not responsible for any loss, damage or expense due to defects in plans or specifications or building code violations unless such damage results from a deviation by Dahill from the contract documents. Customer warrants all structures to be in sound condition capable of withstanding normal activities of roofing construction equipment and operations.

F. J. Dahill's scope of work shall not include the identification, detection, abatement, encapsulation or removal of asbestos or similar hazardous substances, except as related to this proposal. If F. J. Dahill Co., Inc. encounters any such products or materials in the course of performing its work, or if such hazardous materials are encountered by any other firm performing work at the job site and F. J. Dahill Co., Inc. determines that such materials present a hazard to its employees, F. J. Dahill Co., Inc. shall have the right to discontinue its work and remove its employees from the job site until such products or materials, and any hazards connected therewith, are located and abated, encapsulated or removed, or it is determined that no hazard exists (as the case may require), and F. J. Dahill Co., Inc. shall receive an extension of time to

complete its work hereunder and compensation for delays encountered as a result of such situation and correction.

Our employees are protected by Workers' Compensation, Commercial General Liability and Comprehensive Auto Liability Insurance. A Certificate of Insurance will be furnished upon request.

We appreciate the opportunity to present our proposal and if accepted we will strive to exceed your expectations.

Very truly yours,

F. J. DAHILL CO., INC.

Richard Barabas
Roofing Division

**General Conditions:**

1. This price will remain valid for 30 days.
2. **Pricing is based upon acceptance of this proposal or a Standard AIA Agreement.**
3. Terms: Payment upon completion of work

ACCOUNTS OVERDUE ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH (18% ANNUALLY). IF LEGAL ACTION IS NECESSARY, ALL COLLECTION COSTS AND ATTORNEY'S FEES WILL BE ADDED.

Accepted By: _____     Tel. No.: _____
Title: _____     Fax No.: _____
Date: _____     E-mail: _____

RSB/bl