# EXHIBIT "J-1"

**Hoffmann Architects, Inc.**



2321 Whitney Avenue
Hamden CT 06518
203 239-6660
203 239-6340 Fax

27 July 2018                                                                 **www.hoffarch.com**

**Law Offices of Friedberg & Bunge**
610 West Ash Street, Suite 1400
P.O. Box 6814
San Diego, California 92166-0814

*Via E-Mail: Tom@lawofficefb.com*

Re:    214106
       **Friedberg-Bunge Residence - St. John, USVI**
       Copper Roof Storm Damage

Dear Mr. Friedberg:

Hoffmann Architects is pleased to submit our Summary of Storm Damage for your property in St John, USVI. Included is a written summary of the damage supplemented with photos, Roof Plans designating the damaged areas to be repaired, and an opinion of the probable cost for the repairs.

We make special note of the damage at the Main Pavilion where the copper pans were pulled upward along the hip ridge lines and now are not safely secured. We estimate that to repair this roof, over 50% of the pans will have to be replaced and likely many of the remaining pans will get damaged during the work. Additionally, the underlayment should be repaired at current fastener locations. Removal of all the panels will allow installation of a new underlayment throughout the roof, protecting the interior in the future. Therefore, we recommend replacement of this entire roof. The remainder of roofs have localized damage where pans can be individually replaced. All this work will require safe access mandating scaffolding for perimeter fall protection.

Thank you for your consideration. Please do not hesitate to contact me if you have any questions about this summary or if Hoffmann Architects can be of assistance to you in any way. I look forward to hearing from you.

Very truly yours,

*Arthur L. Sanders*

**Hoffmann Architects, Inc.**

ALS/als

P:\214106 Friedberg-Bunge Residence, St John, USVI\Report\Storm Damage letter.docx

**New York**                   1040 Avenue of the Americas, Suite 14C, New York NY 10018   Tel 212 789-9915   Fax 212 789-9916
**Washington DC**          2711 Jefferson Davis Highway, Suite 333, Arlington VA  22202   Tel 703 253-9800   Fax 703 413-8833



# Summary of Storm Damage

# Friedberg-Bunge Residence
# St John V. I.

Architect's Project No. 214106

30 July 2018

**Thomas Friedberg**
610 West Ash Street Suite 1400
San Diego, CA 92101

**Hoffmann Architects, Inc.**
2321 Whitney Avenue
Hamden, CT 06518
203/239-6660



**Photo 1**

## Contents

Storm Damage Summary                                              1

Photo Documentation                                              2

Scope of Project Work                                            3

Scope of Construction Management Services_                       4

Storm Damage Repair Estimate                                     5

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## Storm Damage Summary

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## STORM DAMAGE SUMMARY

**Background**

In the fall of 2017 two hurricanes occurred in the Caribbean; Irma and Maria. On September 6th Irma hit St John with reported sustained winds more than 200 MPH for several hours. On its trek through the Caribbean Irma's contiguous period of maintaining Category 5 intensity became the second longest Atlantic storm to maintain winds above 156 mph– behind only the 1932 Cuba hurricane. The damage documented in this summary to the copper roofs occurred from winds associated with Irma. Two weeks later, Maria tracked on a more southerly route and there was no additional damage.

**Damage Assessment**

The damage varied from punctures in the copper pans and distortion of standing seams created by flying debris, to uplift/displacement at ridges. In addition, the coating on the flat concrete roof surfaces was torn away by the force of the winds. The attached 26 photo pages document the eight buildings areas and the typical damage from the storm.

In addition, attached are three plan drawings that depict the location of the damage on the various roofss.

**Approach to Repairs**

No trained metal workers are available on the islands that can accomplish these repairs. It is proposed that the work force be a combination of V.I. supervision and manual labor with U.S. metal workers.

**Materials**

Copper materials will be shipped from the United States to St. Thomas by a U.S. roofing contractor in a single container sized to fit the longest pan length for the replacement.

Pan materials will be prefabricated. There is a metal break at the site and if needed fabrication less than 10 feet in length could be formed as needed on site.

**Project Supervision and General Conditions**

A project superintendent will coordinate all receiving, island to island transportation, logistics to the site as well as material distribution and secure storage on site. The repairs will employ local labor for material handling. The work must be performed in accordance with all applicable OSHA regulations. The buildings must have perimeter fall protection and scaffold at all edges where work is to be performed.

**Copper Work**

It is anticipated that three to four metal mechanics will form the copper crew with local labor added to handle and move materials to the roof.

General

Where individual panels are replaced the existing standing seams will be opened-up by hand, carefully bending open folded seams. Panels will be prefabricated. All ridge line caps are to be replaced, riveted with solid rivets at 9" o.c. Ridge lines shall be cleated at 9" o.c. (this will require new blocking secured to the structure. The following is a summary of work at individual buildings:

Gate House

- Replace 5 panels. Panel lengths include (1) at 10'-2", (2) at 10'-6", (1) at 7'-10". At each panel check the substrate membrane for damage and patch as required.

- Replace ridge caps full length for each run. Use 5 sections; 62 feet total. Prefabricate and Install with solid copper rivets at 9" o.c.

- Solder (2) vent stack collars in place.

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

| | |
|---|---|
| Garage | • Replace ridge caps full length for each run. Use 13 sections; 150 feet total. Prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (2) vent stack collars in place. |
| Guest and Dinning Pavilion | • Replace 6 panels. Panel lengths include (1) at 12'-0", (1) at 10', (1) at 6' and (2) at 4'. At each panel check the substrate membrane for damage and patch as required. |
| | • Replace ridge caps full length for each run. Use 17 sections; 220 feet total prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (6) vent stack collars in place. |
| Main Pavilion | • The drawings indicate damage to more than 80 panels. Hoffmann Architects recommends that the entire Main Pavilion roof be replaced; a total of 160 panels totaling 3,520 S.F. The substrate membrane should be recovered with new membrane. New blocking is needed at the intersecting ridges to cleat the pans at their mid points where the wind displaced the ridges. Provide 2 new vent stack flashings. |
| Main Pavilion Library | • Replace 2 panels. Panel lengths include (1) at 12' and (1) at 9'-6". At each panel check the substrate membrane for damage and patch as required |
| | • Replace ridge caps full length for each run with a 1 /12" battens; 96 feet total. |
| | • At ridge peak install a new soldered cap. |
| | • Solder (2) vent stack collars in place. |
| Master Suite | • Replace 3 panels. Panel lengths include (1) at 12' (1) at 9'-0" and (1) at 7'-0". At each panel check the substrate membrane for damage and patch as required |
| | • Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (2) vent stack collars in place. |
| Beach Pavilion | • Replace ridge caps full length for each run. Use 12 sections; 150 feet total prefabricate and install with solid copper rivets at 9" o.c. |
| | • Solder (2) vent stack collars in place. |



**1** GUEST PAVILION AND DINNING PAVILION ROOF PLANS
A101    SCALE: 3/16" = 1'-0"

Labels on plan: DENTS, PUNCTURE AT RIB, TEAR AT SEAM, PUNCTURE, FOLDED OVER SEAM, DAMAGED SEAM, BROKEN POP RIVETS, SCAFFOLD, DENTS, DEEP INDENT/ABRASSION, DAMAGED SEAM, REPLACE CAP, PUNCTURE, DAMAGED RIBS, PUNCTURE, FAILED POP RIVETS, 3:12 PITCH, 3:12 PITCH, OV.S.

---

Copper Roof
Storm Damage

Thomas F Friedburg
Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

<u>NOTICE:</u>
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.



HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

DRAWN BY:        DSO ALS
CHECKED BY:      RS
DATE:            3/27/2018
SCALE:           AS NOTED

ROOF
DAMAGE
PLAN

# A101
Hurricane Damage Plans.dwg

PROJECT NUMBER:
214106
COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

REPLACE COPPER PANS
REPLACE RIDGE CAPS



**Copper Roof Storm Damage**

Thomas F Friedburg Residence

BUILDING ADDRESS:
St. John, USVI

CLIENT / OWNER:
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

NOTICE:
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

HOFFMANN ARCHITECTS, INC.
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

DRAWN BY:          DSO ALS
CHECKED BY:        RS
DATE:              3/27/2018
SCALE:             AS NOTED

ROOF
DAMAGE
PLAN

A102

Hurricane Damage Plans.dwg

PROJECT NUMBER:
214106

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

Labels on drawing:
HOLE AND DENTS
HOLE AND DENTS
RESECURE VENT STACK COLLAR
DENT
CRACK
CRACK AT GUTTER SEAM
DENT
CUT IN PAN
CRACK
DENT
DENT
RESECURE VENT STACK COLLAR
CRACKS
DENTS
CRACKS
BENT GUTTER EDGE
BROKEN POP RIVETS
CUT / SLICE IN PAN
PUNCTURE AND DENTS
DENTS
BROKEN POP RIVETS
DENT
CRACK
CRACK
MISSING CAP AT RIDGE
CRACK
SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION
BROKEN POP RIVETS

**MAIN PAVILION AND MASTER SUITE ROOF PLANS**
1 / A101    SCALE: 1/4" = 1'-0"

REPLACE COPPER PANS
REPLACE RIDGE CAPS



**SEVERLY DAMAGED PANELS. FOAMED TO PREVENT INFILTRATION**

**DENT**

**OPEN SLICE**

**BENT RIBS**

**RESECURE VENT STACK COLLAR**

**COATING DAMAGE LOCALIZED REPAIR**

**FAILED COATING**

Ov.s.

Ov.s.

**DEEP DENT**

**HOLE**

**CAP TORN**

**POP RIVETS BROKEN**

1 — **GATEHOUSE ROOF PLAN**
A102   SCALE: 1/4" = 1'-6"

**FAILED POP RIVETS**

Ov.s.

Ov.s.

Ov.s.

**FAILED COATINGS**

**COATING DELAMINATED THROUGHOUT**

2 — **GARAGE ROOF PLAN**
A102   SCALE: 1/4" = 1'-6"

**DENT**

**FAILED RIVETS**

**DENTS**

**DENT**

Ov.s.

**DENTS**

**LOOSE VENT COVER**

3 — **BEACH PAVILION ROOF PLAN**
A102   SCALE: 1/4" = 1'-6"



REPLACE COPPER PANS

REPLACE RIDGE CAPS

---

## Copper Roof Storm Damage

Thomas F Friedburg Residence

**BUILDING ADDRESS:**
St. John, USVI

**CLIENT / OWNER:**
Law Offices of Friedburg & Bunge
610 W Ash Street Suite 1400
San Diego, CA
92166

### PROGRESS PRINT
☐ NOT FOR CONSTRUCTION
☐ PRELIMINARY
☐ COMPLETE BUT UNCHECKED

DATE _____ BY _____
HOFFMANN ARCHITECTS, INC.

<u>NOTICE:</u>
DO NOT SCALE DRAWINGS.
CONTRACTOR IS RESPONSIBLE FOR
VERIFYING ALL DIMENSIONS AND DETAILS.
REPORT ANY DISCREPANCIES
TO THE ARCHITECT FOR RESOLUTION.

**HOFFMANN ARCHITECTS, INC.**
2321 WHITNEY AVENUE
HAMDEN, CONNECTICUT 06518
(203) 239-6660

SEAL:

DRAWN BY:                          DSO ALS
CHECKED BY:                        RS
DATE:                             3/27/2018
SCALE:                         AS NOTED

## ROOF DAMAGE PLANS

# A103

Hurricane Damage Plans.dwg

PROJECT NUMBER:
**214106**

COPYRIGHT HOFFMANN ARCHITECTS, INC. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Photo Documentation**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

## Photos

**General Views**



Photo 1. Overall view of site.



Photo 2. Gate House

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 3. Garage/Office**



**Photo 4. Guest Pavilion and Dinning Pavilion**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 5. Main Pavilion, Library and Master Suite.**



**Photo 6. Beach Pavilion.**

DAMAGE PHOTOS

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.

**Gate House**



**Photo 7. Abrasions that have cut through the coating.**



**Photo 8. Scar at low roof panel.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 9. Damage across three roof pans with folded ribs, dents and a slice through at the center pan.**



**Photo 10. Significant damage across three panels. (Foam applied to prevent water intrusion.)**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 11. Cut at pan seam.**



**Photo 12. Failed coating at south flat roof.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 13.Weather Collar missing from vent stack lodged its self in the corner of the gutter.**

**Garage - Office**



**Photo 14. Extensive damage to coating.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 15. Failed pop rivets.**

**Guest Pavilion**



**Photo 16. Indent and cut at panel edge.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 17.  Deep indentation and abrasion.**



**Photo 18. Punctures in pans**.

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 19. Puncture in Pan.**

**Dinning Pavilion**



**Photo 20. Damage at Dining Pavilion.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 21. Flattened rib and puncture at far right.**



**Photo 22. Close-up of puncture.**

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 23. Torn pan and cap at hip ridge line.**



**Photo 24. Damaged Ridge Cap. Dent above is not punctured.**

Copyright Hoffmann Architects, Inc. 2018                                                           Page - 12

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



*Photo 25. Pop Rivets have failed, and cap is loose.*

**Main Pavilion**



**Photo 26. Overall view of failed hip ridge cap.**

Copyright Hoffmann Architects, Inc. 2018

214106 Storm Damage
Friedberg-Bunge Residence St. John V. I.



**Photo 27. Failure along hip ridge line due to wind uplift.**



**Photo 28. Pans have lifted at other ridges.**

Copyright Hoffmann Architects, Inc. 2018