# EXHIBIT "K"

```
                                                            Page 1

 1      IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
 2               DIVISION OF ST. THOMAS AND ST. JOHN
 3
 4      THOMAS F. FRIEDBERG &        :  CIVIL ACTION NO:
        SARAH L. BUNGE,              :  3:19-CV-0053
 5
 6              Plaintiffs,          :
 7      vs                           :
 8      DAYBREAK, INC., D/B/A HUBER  :  SEPTEMBER 11, 2025
        & ASSOCIATES
 9
10
11
12              DEPOSITION OF:  Richard Barabas
13              DATE:        September 11, 2025
14              TIME:        9:29 A.M.- 11:02 P.M.
15              LOCATION:    Regus
16                           157 Church Street
17                           New Haven, Connecticut  06510
18
19
20
21
22
23
24
25      Job No. CS7589338
```

Page 10

1   A   Five percent of the time probably.
2   Q   And prior to Whitneyville, where were you
3   employed?
4   A   I was a baker at Bagelicious Bagels.
5   Q   Okay. Any roofing or construction work prior
6   to Whitneyville?
7   A   No. I was eighteen when I started at
8   Whitneyville.
9   Q   Okay. Do you have any contractor licenses or
10  professional licenses?
11  A   I do not.
12  Q   Do you have any professional certifications?
13  A   I do not.
14  Q   The February 24, 2019, visit to St. John, the
15  first time you had visited that Chocolate Hole property?
16  A   It is.
17  Q   Is that the only time you visited?
18  A   It is.
19  Q   Had you visited the Virgin Islands before that?
20  A   I have not, no.
21  Q   Or since?
22  A   No. I went to St. Lucia for my honeymoon
23  after, but I don't think that's the Virgin islands.
24  Q   What were you -- what was the purpose of you
25  going to St. John, the Chocolate Hole address, in

Page 11

1   February of 2019?
2   A   It was to make some temporary repairs to
3   damages on the roof, to investigate an open seam, and
4   there was an ongoing leak that we looked at. And to make
5   measurements for a permanent repair.
6   Q   Who directed you to go down there within F.J.
7   Dayhill?
8   A   Jamie McAdam.
9   Q   Who is he?
10  A   He was the owner at the time.
11  Q   Who went down from Dayhill?
12  A   Just myself and a laborer, Dave Nelson was his
13  name.
14  Q   Dave Nelson?
15  A   Yes.
16  Q   How long had Dave Nelson worked for F.J.
17  Dayhill at that point?
18  A   I'm not sure.
19  Q   Do you know if he had been there for more than
20  a year?
21  A   I don't recall. I had been there a year at
22  that point myself. He worked for one of the
23  subcontractors. He wasn't working for Dayhill.
24  Q   Okay. Which subcontractor did he work for?
25  A   Hamden Roofing.

Page 12

1   Q   H-A-M-D-E-N?
2   A   Yes.
3   Q   Where was Hamden Roofing based at that time?
4   A   I believe in Hamden.
5   Q   Are they still there?
6   A   I believe they are, yeah.
7   Q   Do you know why he was selected to go with you?
8   A   No, I don't know why.
9   Q   Do you know who made the decision to have Dave
10  Nelson join you?
11  A   I would imagine Jamie, the owner.
12  Q   Had you worked with Dave prior to this?
13  A   No. I mean, at Dayhill, but not working on a
14  project or anything like that.
15  Q   And as far as Dayhill or any of Dayhill's
16  subcontractors, you two were with the only ones that
17  traveled down there, is that correct?
18  A   That's correct.
19  Q   Okay. What was the Dave's role?
20  A   Dave is a laborer.
21  Q   Okay. What was he expected to do down there?
22  A   Help make repairs.
23  Q   And is that what he ultimately did?
24  A   That's what he ultimately did, yes.
25  Q   Tell me what repairs were made.

Page 13

1   A   It was a sheet metal repair on one of the
2   buildings that we used copper to make the repair. There
3   was temporary repairs made with copper foil-faced butyl
4   tape. The majority of the repairs were made with that.
5           There was one seam we found open that was a hip
6   seam that we opened up and took the hip cap off to expose
7   what was underneath. There was about thirty -- a thirty
8   foot of seam was open, and documented it and closed it
9   back up.
10  Q   How did you close it?
11  A   We put the cap back on and riveted -- make sure
12  we riveted through all the layers of copper.
13  Q   Who performed that work, you and Dave, or one
14  or the other?
15  A   The two of us.
16  Q   And what building was that performed on, the
17  hip seam work that you just referenced?
18  A   The main pavilion.
19  Q   You said there was sheet metal repair on one of
20  the buildings. Which building was that?
21  A   Can I see the report?
22  Q   Sure.
23  A   It's in the report.
24      On the gatehouse.
25  Q   Okay. What buildings were involved with the

Page 22

1  A  I don't know what it looked like before I got
2  there.
3  Q  Hurricane Irma was the storm that came through,
4  is that correct?
5  A  I don't know.
6  Q  Okay. Do you know if this photo was taken --
7  and this Google Earth was taken prior to Irma or after
8  Irma?
9  A  I do not know.
10  Q  Why did you pull it?
11  A  For our report for project overview.
12  Q  Did you ever have a drone down there?
13  A  I did not, no.
14  Q  So any photos we see in here most of them are
15  you standing on the roof at the time?
16  A  Yes.
17  Q  What is supposed to be there as far as cleats
18  at the hip seam?
19     FRIEDBERG: Objection to form.
20     MR. COSBY: You can answer.
21  A  I don't have a -- I don't have the design for
22  when that roof was installed.
23  BY MR. COSBY:
24  Q  Okay.
25  A  Typically, I see cleats in all seams, whether

Page 23

1  it be a hip seam or not.
2  Q  But you don't have -- you haven't looked at the
3  plans or design paperwork for this particular roof
4  system, is that what you mean?
5  A  I have not.
6  Q  Okay. Was this the only section of the roof
7  that you were able to confirm the absence of cleats?
8  A  Yes.
9  Q  Were you able to determine the presence of
10  cleats on any area of the roof?
11  A  No.
12  Q  They could be there, you just didn't confirm
13  one way or the other, correct?
14  A  I wouldn't be able to see them unless the seams
15  were opened up.
16  Q  Okay. Are you familiar with the term
17  telegraphing?
18  A  Yes.
19  Q  Are there copper roofs that you've seen that
20  show structures underneath it that kind of telegraph
21  through like a cleat?
22     FRIEDBERG: Objection to form.
23  A  Typically, cleats do not -- typically, I don't
24  see the cleats telegraphed through. That would be an eye
25  sore -- considered an eye sore a lot of times.

Page 24

1  BY MR. COSBY:
2  Q  Have you seen anything telegraphed through
3  copper roofing?
4     FRIEDBERG: Objection to form.
5  A  If there's a rock or something underneath it or
6  something underneath that is causing the -- if there is
7  something underneath it that is telling it's protruding
8  through or forcing it to come up, maybe. But typically,
9  no.
10  BY MR. COSBY:
11  Q  Photo 3 of Exhibit 4, what do we see here?
12  A  This is the open hip seam. You see a rivet
13  hole through the top metal of the -- of the seams itself.
14  The bottom panel in the photo should be folded up to go
15  all the way up through that. And this is (indicating)
16  without the cap on it. This rivet is through only the
17  top portion of the metal. It did not go through the
18  bottom portion, which would hold the seam together.
19  Q  Okay.
20  A  You can see the evidence of no hole in the
21  bottom portion, so that rivet was not in there. This
22  hole (indicating) was a rivet -- the hole in this photo
23  is a rivet that was drilled out to get the cap off.
24  Q  This is the same hip seam that we've been
25  talking about?

Page 25

1  A  That's the same hip seam.
2  Q  Main pavilion?
3  A  Main pavilion, yes.
4  Q  What do we see in photograph 4?
5  A  Just same open hip seam.
6  Q  What are the vice grips and rope, what is that?
7  A  That's a clamping rope for something for us to
8  grab onto while we're walking on the roof.
9  Q  Okay. Were any panels missing around this open
10  seam?
11  A  No.
12  Q  No panels came completely off in whatever storm
13  it was?
14  A  No.
15  Q  Am I correct?
16  A  That's correct.
17  Q  Photo 5, is that another photograph of the
18  seam?
19  A  Same seam.
20  Q  Does it show us anything else, or what does
21  this photo show?
22  A  Just missing cleats. That's about it. The
23  lack of rivet holes through both layers of the metal and
24  the missing cleats.
25  Q  If there were cleats, where would they be? How

|  | Page 26 |  | Page 28 |
|---|---|---|---|
| 1 would we see those with a picture like that? | | 1 is. But that would be evidence of something telegraphing | |
| 2   A   Typically, a cleat is folded between the two | | 2 through, as you mentioned earlier. | |
| 3 layers of metal. And so, you would have -- the cleat | | 3   Q   Okay. And that's Exhibit 7. | |
| 4 would be up wrapping around one and going underneath both | | 4       I'm sorry, Exhibit 4, photo 7, that we've been | |
| 5 of them. It's a double-folded seam, as the rest of the | | 5 talking about, correct? | |
| 6 seams are on that roof. | | 6   A   I believe so. | |
| 7   Q   Would it be attached to the seam? | | 7   Q   This is 8, what do we see here? | |
| 8   A   It would be in between the two seams and rolled | | 8   A   Same hip transition, more of the repairs using | |
| 9 between the two sheets of metal. | | 9 the copper tape. | |
| 10   Q   Photo 6? | | 10   Q   All main pavilion we've been talking about so | |
| 11   A   Same open seam and you can see some of the | | 11 far, correct? | |
| 12 other field-seams. | | 12   A   All main pavilion we've been talking about so | |
| 13   Q   Say that again, you can see some of the | | 13 far, yes. | |
| 14 other seams? | | 14   Q   Number 9? | |
| 15   A   The other field-seams. This is the open hip | | 15   A   I don't recall the name of this building, but | |
| 16 seam and you can see all the other seams in the photo are | | 16 it's a different building. It might be the master suite, | |
| 17 field-seams -- | | 17 but I don't recall -- | |
| 18   Q   Okay. | | 18   Q   Okay. | |
| 19   A   -- which would have -- in the cleats are | | 19   A   -- which one that is. | |
| 20 present they would be in those seams. | | 20   Q   Nothing to do with cleating, correct? | |
| 21   Q   Were any other seams opened up? | | 21   A   No. Just repairs of the -- just repairs using | |
| 22   A   No. | | 22 the copper tape. | |
| 23   Q   I mean by you all, not by any storm? | | 23   Q   Same thing in 10? | |
| 24   A   No. | | 24   A   Same thing in 10. | |
| 25   Q   Were any opened up by the storm other than this | | 25   Q   Number 10 of Exhibit 4. | |

|  | Page 27 |  | Page 29 |
|---|---|---|---|
| 1 one? | | 1       Number 11 is a photograph. It's got J6 written | |
| 2   A   No, not that I noticed. | | 2 down. Do you know what that is? | |
| 3   Q   And who is this, is that you? | | 3   A   That would be panel -- Building J, Panel 6. | |
| 4   A   I believe that's Dave. | | 4   Q   Okay. | |
| 5   Q   Dave. All right. | | 5   A   In the report it may be. | |
| 6       The next photo, 7, what do we see here? | | 6   Q   Were these letters for the building something | |
| 7   A   It's the photo of the transitioning in the main | | 7 that you were labeling them or were they labeled from | |
| 8 pavilion roof. | | 8 some other source? | |
| 9   Q   Anything to do with cleats? | | 9   A   It was the way I was labeling. | |
| 10   A   Nothing to do with cleats. I don't see any | | 10   Q   So it looks to me that the main pavilion | |
| 11 evidence of cleats in the photo as well. | | 11 diagram listed on page 11 of 12 in your report is | |
| 12   Q   Okay. | | 12 considered Roof A, the main part of the roof of the main | |
| 13   A   Telegraphing, as you said earlier. | | 13 pavilion, is that correct? | |
| 14   Q   But you couldn't see cleats if they were there, | | 14   A   Yes. | |
| 15 correct? | | 15   Q   And then, there's a portion of it that attaches | |
| 16   A   I don't think you would be able to, correct. | | 16 to it, which is -- you've labeled Roof B? | |
| 17   Q   Is this the copper taping that you were using? | | 17   A   Yes. | |
| 18   A   It is, yes. This is an instance where you | | 18   Q   So Roof J has nothing to do with the main | |
| 19 asked earlier if you would see something telegraphing | | 19 pavilion, correct? | |
| 20 through, this would be like whatever is underneath there, | | 20   A   It does not. | |
| 21 a pebble. I don't know what would be underneath there, | | 21   Q   All right. That was 12. | |
| 22 but you could see them pushing up under the panels | | 22       Photo 13, what part -- what building are we on | |
| 23 telegraphing through from underneath. | | 23 here? | |
| 24   Q   Okay. | | 24   A   I don't recall which building that is. | |
| 25   A   It could be a nail. It could be whatever it | | 25   Q   Does it show anything to do with cleating? | |

Page 30

1   A   No.  Physical damages.
2   Q   I think it still says J6 there, is that
3   correct?
4   A   I believe it is, yes.  It's pulled away.
5   Q   Next photo says J7, that doesn't involve the
6   main pavilion, correct?
7   A   Correct.
8   Q   Another J6 after that, not the building --
9   A   Correct.
10  Q   -- that we're here about.
11      Is that I or J?
12  A   That is I7.
13  Q   That's not the main pavilion either, correct?
14  A   It is not, correct.
15  Q   What is -- what structure is this, the next
16  photograph?
17  A   I believe this is where the main -- the copper
18  panel repair was done in the report.  I can look at that
19  really quick.
20  Q   Do that and I'll count these pages.
21  A   Yep.  That would be the gatehouse.
22  Q   All right.  Next photo 16 is gatehouse?
23  A   The west side of the main gatehouse.
24  Q   Okay.  And 17 -- photo 17 is the same?
25  A   Yes.

Page 31

1   Q   It says I on there?
2   A   Yeah.
3   Q   Not the main pavilion.  How about this
4   photograph?
5   A   I believe it's the same area.
6   Q   18 is the same gatehouse?
7   A   It is.
8   Q   Nineteen it says IS?
9   A   I5.
10  Q   I5, not the main pavilion, correct?
11  A   Correct.
12  Q   Twenty is J6, not the main pavilion, correct?
13  A   Correct.
14  Q   Twenty-one is what structure?
15  A   The gatehouse.
16  Q   Nothing to do the main house.
17      How about 22?
18  A   That is the metal repair on the gatehouse.
19  Q   Same thing in 23?
20  A   Yes.
21  Q   Twenty-four?
22  A   Yes.  I believe these photos were the repairs
23  done are the repairs to the photos that we've seen
24  previously that had the damages.
25  Q   Okay.  Twenty-five, that's more of the same?

Page 32

1   A   More of the same, yes.
2   Q   Twenty-six, the same?
3   A   Yes.
4   Q   Twenty-seven?
5   A   The same repairs.
6   Q   Twenty-eight, what's this?
7   A   The peak of the main pavilion.  I'm pointing
8   out the openings where the copper panels were cut short
9   at the top to allow water to get in behind the system and
10  the nails not being covered by the cap -- by the pavilion
11  cap.
12  Q   All right.  Those are separate issues, nothing
13  to do with cleating, is that correct?
14  A   Not cleating issues, correct.
15  Q   Twenty-nine, what building is that?
16  A   That is the --
17      THE WITNESS:  Tom, can you help me with
18      that building?
19      FRIEDBERG:  It's the master bedroom.
20  A   The master bedroom.
21  BY MR. COSBY:
22  Q   That's 29.  How about 30?
23  A   Same, repairs to the same area.
24  Q   Thirty-one?
25  A   Repairs to the same area.

Page 33

1   Q   What's 32?
2   A   That's back to the main pavilion.  A photo of
3   the open hip.  The photo shows measurements of the
4   turned-up panels so you can see how much it was turned
5   up.
6   Q   That's 32.
7       Thirty-three more of the same?
8   A   Also, a measurement photo to show how much the
9   overlap was of the hip.
10  Q   Thirty-four?
11  A   Same.
12  Q   Thirty-five?
13  A   The main pavilion, open hip.
14  Q   Thirty-six?
15  A   I believe that's a duplicate of one we've
16  looked at already.
17  Q   Thirty-seven.
18  A   That might also be the same hip.  The hip.
19  Looks like the same photo from a different angle
20  possibly.
21  Q   So, if I understand the repairs to that hip
22  joint of the main pavilion, you put rivets through each
23  one or each area of that?
24  A   Yeah.  We closed it back up, put the new cap
25  and riveted through the whole structure.

9 (Pages 30 - 33)

CERTIFICATE OF REPORTER

I, Christine N. Meade, a commissioner in and for the State of Connecticut, do hereby certify that the deposition of Richard Barabas was taken before me on September 11, 2025.

I further certify that the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth, that she was examined under oath, and the foregoing is a true and accurate transcription of the testimony as taken stenographically by me and subsequently transcribed as hereinbefore appears.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the outcome of the action.

IN WITNESS THEREOF I have hereunto set my hand this day 23rd of September, 2025.

Christine N. Meade, Notary Public

My Commission expires: December 31, 2027.