# EXHIBIT "L"



F&B v. DAYBREAK    P000357



F&B v. DAYBREAK    P000358



F&B v. DAYBREAK               P000359



F&B v. DAYBREAK P000360



F&B v. DAYBREAK P000361



F&B v. DAYBREAK P000362