# EXHIBIT "M"



This photo shows the areas that were inspected. The long line is the hip/ridge that opened up in Irma. The shorter lines depict the areas inspected in 2014. Note that the area shown below is on the east side and is not the same area that opened up in Irma

2014 – area on east side opened up ridge cap

