# EXHIBIT "R"



FILED
February 23, 2024 03:40 PM
ST-2010-CV-00716
TAMARA CHARLES
CLERK OF THE COURT

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| DAYBREAK, INC. d/b/a HUBER AND ASSOCIATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS FRIEDBERG, SARAH BUNGE, LAW ) <br> OFFICES OF FRIEDBERG & BUNGE and MERRILL ) <br> LYNCH CREDIT CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) <br> THOMAS F. FRIEDBERG and SARAH L. BUNGE, ) <br> ) <br> Counterclaimants. ) <br> ) <br> v. ) <br> ) <br> DAYBREAK, INC., d/b/a HUBER AND ASSOCIATES, ) <br> ) <br> Counterdefendant. ) <br> _____) <br> THOMAS F. FRIEDBERG and SARAH L. BUNGE, ) <br> ) <br> Third Party Plaintiffs. ) <br> ) <br> v. ) <br> ) <br> BARRY R. HUBER, ) <br> ) <br> Third Party Defendant. ) <br> _____) | CASE NO. ST-10-CV-716 <br><br> ACTION FOR DEBT, BREACH OF CONTRACT AND TO ENFORCE CONSTRUCTION LIEN |

## ORDER

On November 16, 2023, Plaintiff filed a Notice of Settlement informing the Court that the Parties have settled their differences. This Court issued an Order on November 17, 2023, directing the Parties to file a Joint Stipulation of Dismissal with Prejudice within thirty (30) days. To date, the Parties have not filed a Joint Stipulation of Dismissal in this matter or filed any motion seeking further relief. The premises considered, it is hereby

**ORDERED** that this case is Dismissed with Prejudice; and it is further

**ORDERED** that copies of this Order shall be distributed to counsel of record.

Dated: **February 23, 2024**

**ATTEST:**
Tamara Charles
Clerk of the Court

**Carol Thomas-Jacobs**
Judge of the Superior Court
of the Virgin Islands

By: _____
Donna D. Donovan
Court Clerk Supervisor 02/26/2024