**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>            Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>            Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**ACTION FOR DAMAGES** |

### PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT- OBJECTION TO EVIDENCE CITED IN SUPPORT OF DEFENDANT'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT

Plaintiffs **object** to the uncertified draft deposition transcript attached as Exhibit 6 to Defendant's Statement of Uncontested Material Facts in Support of Motion for Final Summary Judgment as inadmissible hearsay. An uncertified, draft deposition transcript cannot be used or cited in any court proceedings. See *Impact Mktg. Int'l LLC v. Big O Tires, LLC*, 2012 U.S. LEXIS 12458* at *5 (D. Nev.., February 2, 2012). A district court may only consider admissible evidence in ruling on a motion for summary judgment. *Williams v. Gomez*, 2016 U.S. Dist. LEXIS 68771* (N.D. Cal., May 25, 2016), citing Fed. R. Civ. P. 56(e); *Orr v. Bank of Am., NT & SA*, 285 F. 3d 764, 773 (9th Cir. 2002). To be admissible, evidence must be properly authenticated. "Therefore, 'unauthenticated documents cannot be considered in a motion for summary judgment.'" *Impact Mktg. Int'l LLC v. Big O Tires, LLC*, supra, 2012 U.S. LEXIS 12458* at *4,

1

quoting *Orr v. Bank of America, supra* 285 F. 3d at 773-774.   Defendant has not authenticated the undated, uncertified draft deposition transcript which is the only evidence it cites to support its purported uncontested facts.   The deposition transcript cannot be considered to support the alleged uncontested facts.

Dated :   January 4, 2026                          **LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*
    THOMAS F. FRIEDBERG, ESQ.(VI#1006)
       Attorneys for Plaintiffs THOMAS F.
    FRIEDBERG & SARAH L. BUNGE
    **THE LAW OFFICES OF FRIEDBERG & BUNGE**
    1005 ROSECRANS STREET, SUITE 202
    PO BOX 6814
    SAN DIEGO, CALIFORNIA 92166
    TEL : (619)557-0101
    FAX : (619)557-0560
    E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2026, a true and correct copy of **PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - OBJECTION TO EVIDENCE CITED IN SUPPORT OF DEFENDANT'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

/s/ THOMAS F. FRIEDBERG
**THOMAS F. FRIEDBERG**