**EXHIBIT 5**



**Arthur L. Sanders, AIA, CSI**
**Senior Vice President**
**Director, Architecture**

As manager of Hoffmann Architects' Connecticut office, Mr. Sanders lends his extensive experience in architectural remediation to organizing technical resources efficiently, overseeing project completion, and mentoring junior staff members. He is a strong proponent of specifications in design and has been active in the Construction Specifications Institute for over 30 years. As architectural director, Mr. Sanders is responsible for managing project teams in the investigation, design, and construction administration process to address complex building envelope demands. His interest in diagnostic and forensic architecture finds expression in each project he oversees, as he directs design teams in uncovering hidden causes of recurrent problems. He is versed in coordinating among owners, design professionals, consultants, and contractors to deliver cost-effective, technically appropriate rehabilitation strategies.

**Representative Expert Witness Experience**
Updike, Kelley & Spellacy, PC, *Expert Witness* – Hartford, CT
University of Connecticut, Information Technologies Engineering Building, *Litigation Consultation* – Storrs, CT
Foxwoods Resort Casino, Phase 6B Conference Hotel Tower, *Litigation Support Services* – Mashantucket, CT
McDonough, Hacking, Neumeier & Lavoie, LLP, Marina Point, *Facade Failure Consultation and Expert Witness* – Quincy, MA
Garcia & Milas, Winthrop House Condominiums, *Water Infiltration Consultation and Expert Witness Services* – Greenwich, CT
Fletcher-Thompson, Inc., Thomaston High School, *Roof Consultation* – Thomaston, CT
Jill M. McGoldrick, Attorney-At-Law, John Trumbull Primary School, *Roof Consultation* – Oakville, CT

**Representative Projects**
Town of Fairfield, 16 Public Schools, *Window, Facade and Roof Rehabilitation, and Maintenance Manuals* – Fairfield, CT
  Osborn Hill Elementary School, *Building Envelope Investigation and Repairs*
  Holland Hill Elementary School, *Window Replacement*
  Jennings Elementary School, *Window Replacement*
  Fairfield Warde High School, *Exterior Accessible Door Replacement*
  Roger Ludlowe Middle School, *Curtain Wall Investigation*
  Stratfield Elementary School, *Facade Repairs, and Window and Partial Roof Replacement*
  Tomlinson Middle School, *Masonry Facade Investigation and Rehabilitation*
Eastern Connecticut State University, Burr Hall, *Exterior Restoration and Window Replacement* – Willimantic, CT
Capital Community College, *Building Envelope Rehabilitation and Window Replacement* – Hartford, CT
Yale University, Paul Rudolph Hall (formerly Art + Architecture Building), *Exterior Restoration and Window Replacement* – New Haven, CT
  Kline Biology Tower, *Roof and Facade Investigation*
  School of Medicine, Physicians Building, *Water Infiltration Investigation and Roof Rehabilitation*
  School of Medicine, Farnam Memorial Building, *Masonry Rehabilitation*
New York City School Construction Authority, *Window Failure Investigation, Building Enclosure Maintenance Manuals, and Exterior Rehabilitations* – New York, NY
  50+ Public Schools, *Building Envelope Rehabilitation*

Copyright Hoffmann Architects, Inc. 2014 – Proprietary and Confidential Information



Fairfield University, Bellarmine Hall, *Building Envelope and Window Rehabilitation* – Fairfield, CT
  McAuliffe Hall, *Building Envelope Condition Survey*
Watertown School System, John Trumbull Primary School, *Roof Consultation* – Oakville, CT
University of Connecticut, *On-Call Window, Roof and Masonry Facade Architecture Services* – Storrs, CT
  Benton State Museum of Art, *Building Envelope Repairs and Window Replacement*
  Harry A. Gampel Pavilion, *Dome and Low Sloped Roof Investigation*
  Babbidge Library, *Plaza Investigation and Window Flashing Investigation*
  Thomas J. Dodd Research Center, *Water Infiltration Investigation*
  Gulley Hall, *Water Infiltration Investigation*
  Weston A. Bousfield Hall, *Facade and Plaza Rehabilitation*
  Snow and Wilson Halls, *Water Infiltration Investigation*
Wellesley College, Severance Hall, Tower Court and Clafin Hall, *Building Envelope Rehabilitation and Window Survey* – Wellesley, MA
Choate Rosemary Hall, Spencer House, *Roof Replacement* – Wallingford, CT
  Andrew Mellon Library, *Slate Roof Repairs, Cupola Renovations, and Entry Rehabilitation*
Phillips Academy Andover, Addison Gallery of American Art, *Exterior Envelope Condition Survey* – Andover, MA
State of Connecticut, *On-Call Roofing Consultant* – Statewide
  25 Sigourney Street, *Water Infiltration Investigation and Building Exterior Repairs* – Hartford, CT
  York Correctional Institution, *Building Envelope Investigation and Remediation* – Niantic, CT
  Gillette Castle, *Roof Consultation* – Haddam, CT
  New Haven Courthouse, *Structural Repair and Renovations* – New Haven, CT
  Stamford Superior Court, *Leak Investigation and Repairs* – Stamford, CT
Architect of the Capitol, United States Capitol, *Dome Restoration Master Plan and Multi-Year Rehabilitation* – Washington, DC
Smith College, Mendenhall Center for the Performing Arts, *Waterproofing and Plaza Rehabilitation and Roof Replacement* – Northampton, MA
Southern Connecticut State University, Engleman Hall, *Exterior Wall Repairs* – New Haven, CT
  Buley Library, *Roof Replacement*
  Five Dormitories, *Facade Survey and Multi-Year Monitoring*
Quinnipiac University, *Campus-Wide Roof Assessment* – Hamden, CT
  Ice Rink, *Building Envelope Consultation*
  Four Buildings, *Roof Renovations*
  Anthem Building 1, *Building Envelope Assessment and Window and Door Rehabilitation*
Worcester Polytechnic Institute, Washburn Shops, *Building Envelope Restoration* – Worcester, MA
Columbia University, 60 Buildings, *Facade and Roof Investigations* – New York, NY

**Education and Registration**
B.A., Yale University, 1972
Registered Architect: Connecticut and New York
Certified Construction Document Technologist (CSI CDT)

**Professional Organizations**
American Institute of Architects
Construction Specifications Institute
Connecticut Building Congress
National Trust for Historic Preservation
Society for Protective Coating (SSPC)

Copyright Hoffmann Architects, Inc. 2014 – Proprietary and Confidential Information

**Copper Roof Report**

**Friedberg-Bunge Residence**

**168 Chocolate Hole St John V. I.**

29 June 2025

**Thomas Friedberg**

1005 Rosecrans Street, Suite 202

San Diego, CA 92106

Arthur L. Sanders AIA Emeritus

2001 Chapel Street

New Haven, CT 06515

203 506 4584



*Main Pavilion*

**Background**

In accordance with your request, in my role as a forensic architectural expert, I have reviewed and analyzed the materials that have been provided related to the copper roof at the residence located at 168 Chocolate Hole, St. John, Virgin Islands and have performed an analysis of the condition of the copper roofs. I have visited the site on two occasions, once in 2014 following the 2010 installation of the copper roof and again in 2018 following Hurricane Irma which struck St. John in September 2017. The first visit was to document the condition of the roof and to comment on defects that were noted in the manufacture and construction of the roof. The second visit was to analyze the damage sustained in Hurricane Irma and to opine regarding the cost of repair/replacement. The analysis and opinions stated in this report are my own and independent of any other experts. I reserve the right to further supplement my report should additional information be provided. My qualifications and background are stated in my curriculum vitae which is attached.

All review, analysis and inspections, as well as the formulations of hypothesis and conclusions, have been performed in accordance with generally accepted architectural practice and using scientifically sound methodologies. All opinions contained herein are held to a reasonable degree of certainty.

**Scope of Assignment**

On March 10, 2025, I was contacted by Thomas Friedberg concerning the copper roof at 168 Chocolate Hole St John V.I. He stated that the complaint against the roofing Contractor, *Daybreak, Inc. dba Huber & Associates,* was finally making its way through the court system and requested that I serve as the architectural expert to opine regarding the condition of the roof of the main pavilion, any damage to the main roof from Hurricane Irma, the cause of the damage and the cost of repair/replacement.

This case concerns the attachment of the copper pans specifically at the intersection of the pans along the ridge lines of the octagonal Main House (referred to as the Main Pavilion in the Springline Architectural Plans and in the prior Hoffmann Reports).

In 2014 Hoffmann Architects was retained to visit the site, review the installed copper roof and report our findings. Based on my copper roofing experience I was assigned the project. That report detailing the findings of that investigation effort is incorporated herein.

In 2017 the St. John's property was damaged by Hurricane Irma. Irma caused damage to all seven buildings on the site. When services on the island were sufficiently restored Mr. Friedberg engaged Hoffmann Architects to review the storm damage. The task of the storm damage report was to investigate, document and report on the damage including recommended repairs and an estimate for that work. The report "Summary of Storm Damage" is incorporated herein.

Materials Reviewed

2014 Hoffmann Architects Report and exhibits

2018 Hoffmann Architects Report and exhibits

Complaint for Damages

Plaintiffs' Rule 26 Disclosure Statements, including photographs of the project and roof and contract with Daybreak

Defendant's Rule 26 Disclosure Statement

Deposition of Thomas F. Friedberg (and exhibits)

Deposition of Sarah L. Bunge (and exhibits)

Deposition of Chris Bunge (and exhibits)
Deposition of Micah Cady (and exhibits)
Deposition of Barry Huber (and exhibits)

Rule 26 report of economic expert Laura Dolan

**Incident**

The parties entered a contract for the manufacture and installation of copper roofs on seven buildings on the property located at 168 Chocolate Hole, St. John, Virgin Islands. The contract was executed on May 7, 2010, and provided as follows:

COPPER STANDING SEAM METAL ROOF (APPRX 8,400 SF)

1. Provide and install Rosin slip sheet over modified underlayment.
2. Install 16oz. Red Copper standing seam roof system:
   - Installed in accordance with Revere Copper & Common Sense & SM4CNA
   - Panels to be roll-formed in 15" O.C. panel widths with 1" double locked standing seam.
   - Cleats installed at an average of 9.5" O.C. with 2" shank nails per cleat. NOTE: See alternate A for screws in lieu of nails. Includes traditional style single rib ridge finish,

COST AND TERMS
- PRICE BREAKDOWN NOTE: Price reduced due to the Owner providing the majority of copper for roofing and flashings.
- 

| | |
|---|---|
| Copper Roofing & Flashing previous quote. | $214,800.00 |
| Less all copper in bid | -$37,696.00 |
| Add for smaller panels and cleat spacing | +$10.735.00 |
| TOTAL | $187,839.00 |

Per the terms of the contract, Daybreak was to install cleats to secure the copper panels at an agreed spacing averaging 9.5" on center. The cleats were made of copper and have two holes to secure the cleats with 2" ring shank nails to the wooden battens that were pre-installed. According to Daybreak Project Manager Micah Cady's deposition, the battens were spaced sufficiently to allow the cleats to be secured into the wooden battens at an average of 9.5" on center.

From the depositions and few photographs available it appears that, the methodology of the installation of the roof was done by first using the rolled copper coils and running the rolled cooper through a forming machine to form the copper pans with male and female legs and then the copper was cut to a designated length. The cut sheets of cooper were then taken to the roof where each octagonal roof section was started with a 15" pan in the center of the bay and proceeded counterclockwise towards the next octagon. Installation would proceed from the first center pan with cleats placed over the right-hand side, (the 1" female edge) on every wooden batten at 9.5" on center from the base of the roof to the peak. The purpose of cleats is to secure metal pans to the substrate. Here the substrate is a series of wooden battens that were secured to multiple layers of plywood on top of the tongue and groove decking that forms the inside ceiling.

The next pan is installed with the male edge over the cleated edge of the first pan. The second pan is created, and the next sheet is installed. The edges are seamed onto the corresponding edge of the adjacent panel by bending over one side of the panel to the adjacent panel and then securing the two panels with a seamer. Use of a seamer is usually done after numerous panels are installed or even after all are in place.

The pan installation process will continue until the pan length overlaps the ridge line and the pan will be marked, trimmed and turned up to form the ridge. This edge is 1" high and runs along the angled ridge. Properly spaced and secured cleats are a key component of the concealed fastening system to ensure straight lines for aesthetics and securement for weathertightness. Conversely, if the cleats are missing or not properly spaced, then the panels can fail in high wind events.

In reviewing the complaint and the depositions, the allegations are that:

1. A material term and specific contract condition required that the work include cleats be installed at an average of 9.5 inches on center with 2 ring shanks per cleat. The cleats are used to secure the copper panels and to hold the copper panels that form the copper pans in place. The copper panels and the copper pans were to be secured with cleats installed at an average of 9.5 inches on center. The reason for the spacing of 9.5 inches on center was to ensure that the copper panels and copper pans would be secured and able to withstand hurricane force winds. Daybreak charged an additional amount for the specific spacing requirement under the terms and conditions of the contract.
2. The cleats, once installed, are not visible to the naked eye. The cleats are covered with copper panels as each panel is installed to make up a copper roof. The copper pans are then secured with cleats, and a ridge cap is riveted at the intersection of each copper pan. The cleats that are installed at the intersection of the copper pans

   are similarly not visible to the naked eye since the cleats are underneath the copper panels and copper pans.
3. On or about September 7, 2017, Hurricane Irma struck the Territory. The copper pans at the ridge of the main house separated. After the storm, investigation revealed that Defendant did not install cleats at the intersection of the copper panels that form the ridge between copper pans at 9.5 inches on center as required by the terms and conditions of the contract. The areas of the failure of the copper roof at the main house coincided with the areas where Defendant did not place cleats at 9.5" on center.
4. The failure to install cleats at 9.5 inches on center was a breach of a material term of the contract. The failure to install the cleats at 9.5 inches on center was a latent defect that was not discoverable prior to September 7, 2017, since the cleats were to have been placed underneath the copper panels and copper pans and their existence or non-existence would not have been visible to the naked eye or upon reasonable inspection since the cleats are concealed. The failure to install the cleats became discoverable after the intersection of the copper pans separated where there were no cleats. The failure to install the cleats in accordance with the plans and specifications of the contract is a breach of the construction contract and constitutes a latent defect under 5 V.I.C. § 32b since the failure to install the cleats was not apparent by reasonable inspection prior to September 7, 2017.

**Investigation**

I was asked to determine:

1. Did Daybreak install cleats at an average of 9.5" on center on the Main Pavilion copper roof?
2. If cleats were not installed at an average of 9.5" on center, what is the effect in a high wind event?
3. Did the failure of installing cleats at an average of 9.5" on center cause damage to the copper roof?
4. What caused the damage to the copper roof?
5. What is the cost of repair/replacement?


**1. Cleats were not installed at 9.5" on center.**

During the April 2018 site visit, the ridge lines between the pans on the east side of the Main Pavilion failed by opening up during Hurricane Ima. My inspection at that time confirmed that there are multiple sections, along the slopped "witches hat" that opened up since there were no cleats as required by the contract.

The following series of photographs were taken during my visit in 2018.



*Photo 1. Drone Photograph with overall view of failed hip ridge cap.*

During the April 2018 site visit, the ridge lines between the pans on the east side of the Main Pavilion failed by opening up during Hurricane Ima. My inspection at that time confirmed that there are multiple sections, along the slopped "witches hat" that opened up since there were no cleats as required by the contract.

The following series of photographs were taken during my visit in 2018.



*Photo 2. Photo of failed ridge with no visible cleats. The photograph below taken in April 2018 depicts an example of the failure at the ridge lines due to lack of cleats.*

Prior to Hurricane Irma, the ridge lines were concealed with a ridge cap that was riveted to the single lapped joint of the intersecting pans. Placement of the ridge cap prevented the naked eye from visualizing the failure to properly install cleats as required by the contract.

2. **Failure to install cleats subjected the copper panels to loosening and failure.**

The purpose of the cleats is to secure the copper panels. If there are no cleats, then the edge of the panel without cleats is not secured. The contract specifically calls for placement of cleats at an average of 9.5" on center. The contract also calls for the installation of the roofing system and cleats as required by Copper and Common Sense and SMACNA. The standards also require the use of cleats at specified intervals. Here the contract specifically sets out the specified interval as 9.5" on center. Failure to install cleats as required by the contract subjected the copper panels to loosening and failure in a high wind event, such as Hurricane Irma.

It should be noted that in 2014, on the west side of the Main Pavilion, a section of the panel standing seam rib was opened up to confirm the existence of cleats and the spacing. It was noted that the cleats were present and spaced at 8", 9" and 10" – which is consistent with an average spacing of 9.5" on center. The west side of the roof of the Main Pavilion, as well as the roofs of the 6 other buildings did not fail in Hurricane Irma. This supports my

opinion that this roof, with properly spaced and secured cleats as required by the contract, was capable of surviving Hurricane Irma without failure.

3. **Failure to Install Cleats at 9.5" on center cause damage to the copper roof.**

Failure to properly install the cleats at the ridge lines caused and will cause failure at the pan seam. This can deform the seam and adjacent pans, as well as allow water infiltration to damage the substrate. The ridges are particularly vulnerable during high wind events due to the vortex creating high negative pressures at the exposed edges of the ridges. Once the edge is open the pan system is no longer operating as a closed system. This is the most likely cause for the deformation of pans that have been seen away from the ridge. The cause of the deformation is that the areas of the ridge lines that were not properly cleated failed during Hurricane Irma. The pan system opened up as a direct result of the failure to have cleats resulting in uplifting wind to get underneath the pans. The wind uplifting resulted in deformation of the pans. This is evident when walking on the roof; the copper panels are not flushed and secured to the substrate.

The following photos demonstrate the uplifting of the copper panels:



*Photo 3. There is separation between the substrate and the copper pan.*


*Photo 4. The copper pan is separated from the substrate*

**4.      The damage to the roof was caused by the failure to install cleats.**

The damage to copper pans of the main pavilion roof during Hurricane Irma was caused by Daybreak's failure to install cleats securing the ridges to the substrate. All the ridge intersections need to be secured. During my inspection in 2018, I was able to confirm that the cooper panels were not secured by cleats. As a result of the failure to install cleats, as described above, there were failures of the pans on the main pavilion roof. The damage consists of deformation of the copper pans due to uplifting wind. The damage from the uplifting wind is a direct result of a failure of the secured pan system due to the lack of cleats. In my opinion, had the cleats been installed as per the contract terms, then it is more likely than not that the roof would not have failed. I base this opinion on my knowledge of the interaction between cleats and copper pans and that the roof did not fail in the areas where there were cleats installed per the contract terms.



*Photo 5.  Photo of failed ridge with no visible cleats.*

5. **The cost must be based on full replacement of the roof.**

The copper pans have been deformed due to the uplifting of wind which occurred because of the failure to properly install cleats to secure the panels at the ridges. The only way to secure the panel intersections at this time is to remove the panels to allow one side to be accessible for cleating. Each copper panel will have to be opened up to allow one side to be accessible for cleating and for inspection to confirm whether the cleats were installed or not installed per the terms of the contract. Due to the uplift resulting in the deformation of the panel, most of the panels on the main pavilion will need to be replaced. In addition, there will still be adjacent pans that remain that have been deformed. The repair process will likely damage the copper panels and pans.  The copper pans need to be replaced to properly form and secure the pans at the ridge joints. Replacement is the only viable option.

**Repair Costs**

In my opinion the repair costs noted in the 2018 report were prepared in a comprehensive manner as described in that report.

Main Pavilion
- The drawings indicate damage to more than 80 panels. Hoffmann Architects recommends that the entire Main Pavilion roof be replaced; a total of 160 panels totaling 3,520 S.F. The substrate membrane should

    be recovered with a new membrane. New blocking is needed at the intersecting ridges to cleat the pans at their intermediate points. Provide 2 new vent stack flashings.

- The existing installed pans are over 33 feet in length. To reinstall in kind there are two options.
    1. Prefabricate and ship in a 40-foot container. This is not an option because the container could not be transported to the site.
    2. Roll the pieces on site. There is no rolling machine on the island. For the original construction a machine was shipped to the site and returned after the work was complete. This option was considered but was found to be quite costly because of the transportation cost and the higher cost of onsite fabrication.
    3. If the roof is reinstalled with pan lengths of less than 20 feet the copper can be fabricated off-site and shipped in a 20-foot container. This solution is the least expensive.

The report of 2018 detailed the costs at that time for the repair/replacement of the copper roof and can be used as a framework for current costs. It should be adjusted with consumer price index adjustments with special consideration for the cost of copper. As well the estimate contained repairs for all the buildings as well as the cost of the damage report. I estimate that 95% of the cost of cooper in the 2018 report is for the main pavilion,

I have reviewed and relied on the Rule 26 report of economic expert Laura Dolan who has calculated the current cost of the cooper roofing repair using the 2018 cost of repair/replacement, the increase in the cost of cooper from 2018 to present and the increase of goods/services due to the increase of the consumer price index. Ms. Dolan has calculated the current cost of repair/replacement at **$682,301 in 2025, increasing to $712,540 in 2026 (time of trial).**

**Summary of Opinions**

After Hurricane Irma in 2017 the lack of cleats was discovered in the ridge line on the east side of the Main Pavillion. The high winds lifted the unsecured pan edges along the intersection of octagonal sections of standing seam roofs. There were no cleats at 9.5" average as required by the agreed contract. Failure to install cleats as required by the contract subjected the copper panels to loosening and failure in a high wind event, such as Hurricane Irma. Failure to Install Cleats at 9.5" on center caused damage to the copper roof. The cost to repair the copper roof is estimated at **$682,301 in 2025, increasing to $712,540 in 2026 (time of trial)**

Respectfully Submitted        6/29/2025

*Arthur L. Sanders*

Arthur L. Sanders AIA Emeritus