**Exhibit 13**

Page 1

1        IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

2                  DIVISION OF ST. THOMAS AND ST. JOHN

3

4        THOMAS F. FRIEDBERG &        :  CIVIL ACTION NO:

         SARAH L. BUNGE,              :  3:19-CV-0053

5

6                  Plaintiffs,        :

7        vs                           :

8        DAYBREAK, INC., D/B/A HUBER  :  SEPTEMBER 11, 2025

         & ASSOCIATES

9

10

11

12                  DEPOSITION OF:  Richard Barabas

13                  DATE:        September 11, 2025

14                  TIME:        9:29 A.M.- 11:02 P.M.

15                  LOCATION:    Regus

16                               157 Church Street

17                               New Haven, Connecticut  06510

18

19

20

21

22

23

24

25        Job No. CS7589338

```
                                                    Page 2

 1     A P P E A R A N C E S:

 2

 3     REPRESENTING THE PLAINTIFF:

 4               Law Offices of Friedberg & Bunge
                 1005 Rosecrans Street

 5               Suite 202
                 P.O. Box 6814

 6               San Diego, California  92166
                 Email:  Tom@lawofficesFB.com

 7               By:  Thomas Friedberg, Esquire

 8

 9     REPRESENTING THE DEFENDANT:

10               Williams, Leininger & Cosby
                 301 SE Ocean Boulevard

11               Suite 205
                 Stuart, Florida  34994

12               Email: jcosby@wlclaw.com
                 By:   Jeffrey C. Cosby, Esquire

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                      I N D E X

2

3       WITNESS                                          PAGE

4       Richard Barabas                                     6

5           Direct Examination by Mr. Cosby                 6

6

7       DEFENDANT'S EXHIBITS:

8       Exhibit 1 - Report dated March 8, 2019             16

9       Exhibit 2 - Estimate                               16

10      Exhibit 3 - Estimate                               18

11      Exhibit 4 - Photos                                 18

12

13      (Exhibits retained by Attorney Cosby.)

14

15

16

17

18

19

20

21

22

23

24

25

1                      TRANSCRIPT LEGEND

2

3    [phonetic]        exact spelling not provided

4    [--]              break in speech continuity

5    and/or interrupted sentence

6    [...]             indicates omission of word(s) or trailing

7    off when reading or finishing a sentence

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1                THE COURT REPORTER:  Stipulations for this
 2           deposition, Counsel?
 3                FRIEDBERG:  It's by notice.
 4                MR. COSBY:  Correct.
 5                THE COURT REPORTER:  And would you like
 6           the same standing orders as in the other
 7           transcript, Counsel?
 8                FRIEDBERG:  Yes.  The same orders.
 9                MR. COSBY:  Same here.
10                THE COURT REPORTER:  Thank you.
11                R I C H A R D       B A R A B A S ,
12           having been first duly sworn by Christine N.
13           Meade, a notary public in and for the State of
14           Connecticut, was examined and testified on his
15           oath as follows:
16                THE COURT REPORTER:  Could you state your
17           name and address for the record, please?
18                THE WITNESS:  Richard Barabas, 1003
19           Middletown Avenue, Northford, Connecticut,
20           06472.
21                THE COURT REPORTER:  Thank you.
22                Counsel, you're all set.
23                     DIRECT EXAMINATION
24      BY MR. COSBY:
25           Q    Good morning.  Please state your name again.
```

Page 6

```
 1        A     Richard Barabas.
 2        Q     All right.  And what is your -- who do you work
 3   for?
 4        A     F.J. Dayhill.
 5        Q     How long have you worked there?
 6        A     Since 2017 or 2018.  2017.
 7        Q     When you say currently, have you worked there
 8   at different times?
 9        A     I worked there previously.  I started there in
10   2002.  I was a foreman for five years.  Left there in
11   2007 or -- it was either 2007 or 2008.  About five and a
12   half years maybe.
13        Q     And you worked for a roofing manufacturer for
14   ten years as a roof inspector?
15        A     A field service rep or warranty specialist.
16        Q     How long were you with that roofing
17   manufacturer?
18        A     About ten years.
19        Q     Okay.  Let me go over some of the ground rules
20   of a deposition.
21              We cannot talk at the same time.  So if I start
22   to ask a question, let me finish it before you answer.
23   We've already cut each other off, so we can't do that
24   because she can only take one person down at a time.
25   Okay?
```

Page 7

```
 1            When you answer questions like you have been,
 2      just verbalize your answer.  Don't use huh-huh or uh-huh.
 3      Use yes or no or something similar to that instead of
 4      those terms.
 5            And if you don't understand any question I ask
 6      you, just let me know that, and I'm rephrase it.  Fair
 7      enough?
 8            A    Fair.
 9            Q    Okay.  All right.
10            What is your position at F.J. Dayhill?
11            A    I'm a project manager and estimator.
12            Q    We sent a request for documents called a duces
13      tecum, along with your notice of taking the deposition.
14      Did you bring documents with you today?
15            A    I did.
16            Q    Okay.  Can I see what you brought?
17            A    Yes.
18            Q    Are these documents a complete version of our
19      request?
20            A    Yes.
21            Q    Or the complete response to our request?
22            A    Yes.
23            Q    When you went -- I assume you went down to the
24      Virgin Islands at some point regarding this report?
25            A    Yes.
```

Page 8

1      Q    Okay.  And that was I see the -- there's a date

2    on it, March 8th of 2019.  Is that the date -- I see it's

3    the date of the report.  It looks like the date of the

4    visit was February 24th to February 28th, 2019?

5      A    That's correct.

6      Q    Okay.  So you had been back to Dayhill for

7    about a year at that point?

8      A    Yeah.

9      Q    Is that right?

10     A    Roughly, yes.

11     Q    And what was your position at the time of this

12   inspection?

13     A    They didn't have a title at the time for me.

14     Q    When you were hired back you weren't hired for

15   any particular position?

16     A     It was -- yeah, they didn't have a title for me

17   at all.  It was more of a full-time position.  I did some

18   project management.  I did some estimating.  I did

19   some -- sometimes in the field.  I was a little bit

20   everywhere.

21     Q    What was the company you worked for before --

22   in between the two Dayhill stints?

23     A    Carlisle Syntec.

24     Q    And that's a roofing manufacturer?

25     A    It is.

Page 9

```
 1        Q    What type of roofing products?
 2        A    Single-ply membrane insulation.
 3        Q    Did they manufacture any copper roofing
 4   products?
 5        A    They did not.
 6        Q    Prior to beginning at Dayhill -- actually
 7   Dayhill in 2002, were you working?
 8        A    I worked for one of their subs for five years
 9   in the field.
10        Q    Who is that?
11        A    It was -- Whitneyville Restoration was the name
12   of the company.
13        Q    Say it again.
14        A    Whitneyville Restoration.
15        Q    And tell me about Whitneyville Restoration,
16   what did they do, what kind of work?
17        A    Commercial and residential roofing.
18        Q    What was your position?
19        A    It was -- I was an installer.
20        Q    Installer of?
21        A    Of roofing material.  I was a roof installer.
22        Q    Did they use cooper products?
23        A    We did use copper products sometimes.
24        Q    How often percentage-wise or however you can
25   estimate it?
```

```
                                                    Page 10
 1        A     Five percent of the time probably.
 2        Q     And prior to Whitneyville, where were you
 3   employed?
 4        A     I was a baker at Bagelicious Bagels.
 5        Q     Okay.  Any roofing or construction work prior
 6   to Whitneyville?
 7        A     No.  I was eighteen when I started at
 8   Whitneyville.
 9        Q     Okay.  Do you have any contractor licenses or
10   professional licenses?
11        A     I do not.
12        Q     Do you have any professional certifications?
13        A     I do not.
14        Q     The February 24, 2019, visit to St. John, the
15   first time you had visited that Chocolate Hole property?
16        A     It is.
17        Q     Is that the only time you visited?
18        A     It is.
19        Q     Had you visited the Virgin Islands before that?
20        A     I have not, no.
21        Q     Or since?
22        A     No.  I went to St. Lucia for my honeymoon
23   after, but I don't think that's the Virgin islands.
24        Q     What were you -- what was the purpose of you
25   going to St. John, the Chocolate Hole address, in
```

```
                                                  Page 11
 1     February of 2019?

 2          A    It was to make some temporary repairs to

 3     damages on the roof, to investigate an open seam, and

 4     there was an ongoing leak that we looked at.  And to make

 5     measurements for a permanent repair.

 6          Q    Who directed you to go down there within F.J.

 7     Dayhill?

 8          A    Jamie McAdam.

 9          Q    Who is he?

10          A    He was the owner at the time.

11          Q    Who went down from Dayhill?

12          A    Just myself and a laborer, Dave Nelson was his

13     name.

14          Q    Dave Nelson?

15          A    Yes.

16          Q    How long had Dave Nelson worked for F.J.

17     Dayhill at that point?

18          A    I'm not sure.

19          Q    Do you know if he had been there for more than

20     a year?

21          A    I don't recall.  I had been there a year at

22     that point myself.  He worked for one of the

23     subcontractors.  He wasn't working for Dayhill.

24          Q    Okay.  Which subcontractor did he work for?

25          A    Hamden Roofing.
```

```
                                              Page 12
 1          Q    H-A-M-D-E-N?

 2          A    Yes.

 3          Q    Where was Hamden Roofing based at that time?

 4          A    I believe in Hamden.

 5          Q    Are they still there?

 6          A    I believe they are, yeah.

 7          Q    Do you know why he was selected to go with you?

 8          A    No, I don't know why.

 9          Q    Do you know who made the decision to have Dave

10    Nelson join you?

11          A    I would imagine Jamie, the owner.

12          Q    Had you worked with Dave prior to this?

13          A    No. I mean, at Dayhill, but not working on a

14    project or anything like that.

15          Q    And as far as Dayhill or any of Dayhill's

16    subcontractors, you two were with the only ones that

17    traveled down there, is that correct?

18          A    That's correct.

19          Q    Okay.  What was the Dave's role?

20          A    Dave is a laborer.

21          Q    Okay.  What was he expected to do down there?

22          A    Help make repairs.

23          Q    And is that what he ultimately did?

24          A    That's what he ultimately did, yes.

25          Q    Tell me what repairs were made.
```

Page 13

1          A      It was a sheet metal repair on one of the

2     buildings that we used copper to make the repair.  There

3     was temporary repairs made with copper foil-faced butyl

4     tape.  The majority of the repairs were made with that.

5               There was one seam we found open that was a hip

6     seam that we opened up and took the hip cap off to expose

7     what was underneath.  There was about thirty -- a thirty

8     foot of seam was open, and documented it and closed it

9     back up.

10         Q      How did you close it?

11         A      We put the cap back on and riveted -- make sure

12    we riveted through all the layers of copper.

13         Q      Who performed that work, you and Dave, or one

14    or the other?

15         A      The two of us.

16         Q      And what building was that performed on, the

17    hip seam work that you just referenced?

18         A      The main pavilion.

19         Q      You said there was sheet metal repair on one of

20    the buildings.  Which building was that?

21         A      Can I see the report?

22         Q      Sure.

23         A      It's in the report.

24               On the gatehouse.

25         Q      Okay.  What buildings were involved with the

Page 14

1    temporary repairs with the copper tape?

2         A    I believe all of them possibly.  The beach

3    pavilion did not need repairs at the time.  The garage

4    did not need repairs at the time.

5         Q    So other than the beach pavilion and the

6    garage, every building?

7         A    Those were the repairs, yes.

8         Q    You mentioned your scope of work was to perform

9    temporary repairs, investigate an open seam.  Tell me

10   what building was the open seam.

11        A    The main pavilion.

12        Q    Same hip seam you were talking about?

13        A    Yes.

14        Q    Ongoing leak was what building?

15        A    I don't recall.

16        Q    Does it say in here?

17        A    It may.  I'll take a look.  The gatehouse.

18        Q    Okay.  What buildings were involved with

19   measurements for a permanent repair?

20        A    The main pavilion and the master suite.

21        Q    So does that mean no measurements were taken

22   for the gatehouse for a permanent repair?

23        A    There were repairs -- certain individual panels

24   that needed to be repaired on other buildings as well.  I

25   don't have it as which building it is, but roof J had

Page 15

1    some repairs that needed to be done on this -- you might

2    be able to go from an overview to figure out which

3    building that was.  And I believe D had a couple panels

4    that needed to be repaired and the gatehouse had a couple

5    panels that needed to be repaired or replaced.

6          Q    Okay.  But when you mentioned you were going

7    down there to make measurements for a permanent repair,

8    do you know what buildings you are referring to?

9          A    The main pavilion.  We had to measure for cost.

10         Q    Okay.  Did you measure any other buildings for

11   cost?

12         A    Just the single panels that needed to be

13   replaced on those.

14         Q    On the main pavilion?

15         A    On the rest of the pavilion.  The other

16   buildings I just mentioned.

17         Q    Okay.  Did you see damaged panels due to

18   airborne debris punctures?

19         A    Yes, I did.

20         Q    What did you do to prepare for today's

21   deposition in terms of reviewing documents?

22         A    Reviewed my report, some of the photos, to

23   refresh my memory.

24         Q    Okay.  How about anything else?  This estimate,

25   did you review that?

Page 16

```
 1        A    I did not review the estimate.
 2        Q    We're going to mark these exhibits.
 3              MR. COSBY:  I'm going to mark your
 4        March 8, 2019, report as Exhibit 1.
 5              (Whereupon, Defendant's Exhibit March 8,
 6        2019 Report marked for identification.)
 7   BY MR. COSBY:
 8        Q    This second document, was this prepared by you?
 9        A    Yes.
10        Q    And is this an estimate -- tell me what it is.
11        A    It was an estimate to do the replacement of the
12   main pavilion and some of the repairs on the other
13   buildings, the other panels which are marked in the
14   report.
15        Q    Okay.
16              MR. COSBY:  We'll mark that as Exhibit 2.
17              (Whereupon, Defendant's Exhibit 2,
18        Estimate, marked for identification.)
19   BY MR. COSBY:
20        Q    Was there any estimate made for any kind of
21   repair or renovation as opposed to a complete replacement
22   of the roof?
23        A    No.
24        Q    Do you know why?
25        A    I don't believe that we would have been able to
```

Page 17

1   do the repairs without making the roof looked damaged.
2   It's hard to unfold those seams without making -- once
3   you bend metal you have a permanent dent in it.  So it's
4   hard to unfold those seams and put them back without
5   looking repaired.
6        Q    Was there any attempt to do that?
7        A    No.  Once we saw what the damages were there
8   was no attempt.
9        Q    Do you know how many panels were damaged due to
10  debris -- flying debris?
11       A    I don't have a recollection.
12       Q    What is this document?
13       A    That is the estimate for the roof replacement
14  and the damage replacement.
15       Q    For which buildings?
16       A    I believe that's including -- do you mind if I
17  look at that and review it?  It's been a while ago.
18            Roofing replacement on outer buildings, which
19  were marked in the report.  That would be the main
20  pavilion.  I'm not sure what that building would be
21  called.  Dining building had repairs on two panels.  And
22  the main pavilion was -- the master suite was a full
23  replacement and there was some panels on the suite roof.
24            So the main pavilion was a full replacement.
25  The master suite only had a couple of panels.

Page 18

```
1        Q    What does that mean a couple; is that two,
2   three?
3        A    I have two marked.
4             And six panels on the gatehouse.
5        Q    So this estimate would include the dining
6   pavilion, the master suite and the gatehouse issues?
7        A    Yes.
8        Q    Okay.
9             MR. COSBY:  Mark this as Exhibit 3.
10             (Whereupon, Defendant's Exhibit 3,
11        Estimate, marked for identification.)
12   BY MR. COSBY:
13        Q    And these are photos that are in your file you
14   have reviewed recently?
15        A    I have, yes.
16        Q    Who took those photos?
17        A    I did.
18             MR. COSBY:  We'll mark those as a
19        composite, Exhibit 4.
20             (Whereupon, Defendant's Exhibit 4, Photos,
21        marked for identification.)
22   BY MR. COSBY:
23        Q    Do you have any estimate for just involving the
24   main pavilion separating out the other buildings?
25        A    I do not.
```

Page 19

```
 1        Q    There was a superior court case involving this
 2   same property.  Did you ever testify or were you deposed
 3   in that case?
 4        A    No.
 5        Q    As we look at these photographs in Exhibit 4,
 6   and there are numerous ones.  I guess we can count them
 7   up, but I count 37.  Are you able to determine which
 8   building these are from these photographs?
 9        A    Some of them.
10        Q    Okay.  Let's start with the first one.
11             Do you know what building that is?
12        A    That's the main pavilion.
13        Q    And what area of the main pavilion is this?
14        A    That's one of the hips.  I don't recall which
15   hip it was, but it's one of the hips on the main
16   pavilion.
17        Q    Okay.  When you say you opened up a hip seam,
18   the one we were talking about earlier, you said there was
19   30 feet or so?
20        A    It says -- I have it in the report, the linear
21   footage of it.
22        Q    Okay.
23        A    Well, 30 thirty feet, as I recall, was opened.
24   And I think the seam was 30 or 38 feet long.  That's the
25   recollection of the report.
```

```
                                                        Page 20

 1          Q    Is that what we see as the first photo in

 2     Exhibit 4?

 3          A    Yes.

 4          Q    Do you have any photographs of any other open

 5     hip seams other than the one we've talked about already?

 6          A    That was the only one.

 7          Q    The second photograph, is that the same hip

 8     seam we've been talking about?

 9          A    That is the same seam, yes.

10          Q    That's your crowbar in there?

11          A    Yes.  That was to keep the seam open while we

12     photographed showing that there are no clips in that

13     seam.

14          Q    Okay.  Can you tell us what is a hip seam?

15          A    It's where the field seams come together at a

16     change of direction in the roof.

17          Q    Okay.  And are there eight different sections

18     of the roof that would change direction like that going

19     around, in other words, an octagonal structure?

20          A    Yes.

21          Q    And one of the hip seams was opened, is that

22     correct?

23          A    That's correct.

24          Q    Do you know what area of the roof that open hip

25     seam was?
```

Page 21

1          A     I don't recall.  One of the photos in here show

2     the hill in the background with water on the left, which

3     make it appear to be somewhere on this side of the

4     building (indicating).

5          Q     And when you say, "this side," you're pointing

6     to the right side?

7          A     To the right side of the photo, yes.

8          Q     Okay.  The right side of the roof within the

9     photo, correct?

10          A     Within the photo.  Which one it is, I don't

11     recall.

12          Q     And we've been talking about the octagonal roof

13     in the center of the photo?

14          A     Yes.

15          Q     This photograph from Google Earth, do you know

16     what the date of that photo was?

17          A     I do not.

18          Q     Did you pull this Google Earth photo for the

19     report?

20          A     I did.

21          Q     And I know you said you don't know the date,

22     but would this photo represent how the roof looked before

23     you got there?

24          A     I wouldn't be able to answer that.

25          Q     Okay.

                                                        Page 22

1          A    I don't know what it looked like before I got

2     there.

3          Q    Hurricane Irma was the storm that came through,

4     is that correct?

5          A    I don't know.

6          Q    Okay.  Do you know if this photo was taken --

7     and this Google Earth was taken prior to Irma or after

8     Irma?

9          A    I do not know.

10         Q    Why did you pull it?

11         A    For our report for project overview.

12         Q    Did you ever have a drone down there?

13         A    I did not, no.

14         Q    So any photos we see in here most of them are

15     you standing on the roof at the time?

16         A    Yes.

17         Q    What is supposed to be there as far as cleats

18     at the hip seam?

19              FRIEDBERG:  Objection to form.

20              MR. COSBY:  You can answer.

21         A    I don't have a -- I don't have the design for

22     when that roof was installed.

23     BY MR. COSBY:

24         Q    Okay.

25         A    Typically, I see cleats in all seams, whether

Page 23

1    it be a hip seam or not.

2        Q    But you don't have -- you haven't looked at the

3    plans or design paperwork for this particular roof

4    system, is that what you mean?

5        A    I have not.

6        Q    Okay.  Was this the only section of the roof

7    that you were able to confirm the absence of cleats?

8        A    Yes.

9        Q    Were you able to determine the presence of

10   cleats on any area of the roof?

11       A    No.

12       Q    They could be there, you just didn't confirm

13   one way or the other, correct?

14       A    I wouldn't be able to see them unless the seams

15   were opened up.

16       Q    Okay.  Are you familiar with the term

17   telegraphing?

18       A    Yes.

19       Q    Are there copper roofs that you've seen that

20   show structures underneath it that kind of telegraph

21   through like a cleat?

22            FRIEDBERG:  Objection to form.

23       A    Typically, cleats do not -- typically, I don't

24   see the cleats telegraphed through.  That would be an eye

25   sore -- considered an eye sore a lot of times.

Page 24

1    BY MR. COSBY:

2        Q    Have you seen anything telegraphed through

3    copper roofing?

4                FRIEDBERG:  Objection to form.

5        A    If there's a rock or something underneath it or

6    something underneath that is causing the -- if there is

7    something underneath it that is telling it's protruding

8    through or forcing it to come up, maybe.  But typically,

9    no.

10   BY MR. COSBY:

11       Q    Photo 3 of Exhibit 4, what do we see here?

12       A    This is the open hip seam.  You see a rivet

13   hole through the top metal of the -- of the seams itself.

14   The bottom panel in the photo should be folded up to go

15   all the way up through that.  And this is (indicating)

16   without the cap on it.  This rivet is through only the

17   top portion of the metal.  It did not go through the

18   bottom portion, which would hold the seam together.

19       Q    Okay.

20       A    You can see the evidence of no hole in the

21   bottom portion, so that rivet was not in there.  This

22   hole (indicating) was a rivet -- the hole in this photo

23   is a rivet that was drilled out to get the cap off.

24       Q    This is the same hip seam that we've been

25   talking about?

Page 25

| | | |
|---|---|---|
| 1 | A | That's the same hip seam. |
| 2 | Q | Main pavilion? |
| 3 | A | Main pavilion, yes. |
| 4 | Q | What do we see in photograph 4? |
| 5 | A | Just same open hip seam. |
| 6 | Q | What are the vice grips and rope, what is that? |
| 7 | A | That's a clamping rope for something for us to |

grab onto while we're walking on the roof.

| | | |
|---|---|---|
| 9 | Q | Okay.  Were any panels missing around this open |

seam?

| | | |
|---|---|---|
| 11 | A | No. |
| 12 | Q | No panels came completely off in whatever storm |

it was?

| | | |
|---|---|---|
| 14 | A | No. |
| 15 | Q | Am I correct? |
| 16 | A | That's correct. |
| 17 | Q | Photo 5, is that another photograph of the |

seam?

| | | |
|---|---|---|
| 19 | A | Same seam. |
| 20 | Q | Does it show us anything else, or what does |

this photo show?

| | | |
|---|---|---|
| 22 | A | Just missing cleats.  That's about it.  The |

lack of rivet holes through both layers of the metal and

the missing cleats.

| | | |
|---|---|---|
| 25 | Q | If there were cleats, where would they be?  How |

Page 26

1    would we see those with a picture like that?

2         A    Typically, a cleat is folded between the two

3    layers of metal.  And so, you would have -- the cleat

4    would be up wrapping around one and going underneath both

5    of them.  It's a double-folded seam, as the rest of the

6    seams are on that roof.

7         Q    Would it be attached to the seam?

8         A    It would be in between the two seams and rolled

9    between the two sheets of metal.

10        Q    Photo 6?

11        A    Same open seam and you can see some of the

12   other field-seams.

13        Q    Say that again, you can see some of the

14   other seams?

15        A    The other field-seams.  This is the open hip

16   seam and you can see all the other seams in the photo are

17   field-seams --

18        Q    Okay.

19        A    -- which would have -- in the cleats are

20   present they would be in those seams.

21        Q    Were any other seams opened up?

22        A    No.

23        Q    I mean by you all, not by any storm?

24        A    No.

25        Q    Were any opened up by the storm other than this

```
                                               Page 27
 1   one?
 2        A    No, not that I noticed.
 3        Q    And who is this, is that you?
 4        A    I believe that's Dave.
 5        Q    Dave.  All right.
 6             The next photo, 7, what do we see here?
 7        A    It's the photo of the transitioning in the main
 8   pavilion roof.
 9        Q    Anything to do with cleats?
10        A    Nothing to do with cleats.  I don't see any
11   evidence of cleats in the photo as well.
12        Q    Okay.
13        A    Telegraphing, as you said earlier.
14        Q    But you couldn't see cleats if they were there,
15   correct?
16        A    I don't think you would be able to, correct.
17        Q    Is this the copper taping that you were using?
18        A    It is, yes.  This is an instance where you
19   asked earlier if you would see something telegraphing
20   through, this would be like whatever is underneath there,
21   a pebble.  I don't know what would be underneath there,
22   but you could see them pushing up under the panels
23   telegraphing through from underneath.
24        Q    Okay.
25        A    It could be a nail.  It could be whatever it
```

1    is.  But that would be evidence of something telegraphing

2    through, as you mentioned earlier.

3           Q    Okay.  And that's Exhibit 7.

4                I'm sorry, Exhibit 4, photo 7, that we've been

5    talking about, correct?

6           A    I believe so.

7           Q    This is 8, what do we see here?

8           A    Same hip transition, more of the repairs using

9    the copper tape.

10          Q    All main pavilion we've been talking about so

11   far, correct?

12          A    All main pavilion we've been talking about so

13   far, yes.

14          Q    Number 9?

15          A    I don't recall the name of this building, but

16   it's a different building.  It might be the master suite,

17   but I don't recall --

18          Q    Okay.

19          A    -- which one that is.

20          Q    Nothing to do with cleating, correct?

21          A    No.  Just repairs of the -- just repairs using

22   the copper tape.

23          Q    Same thing in 10?

24          A    Same thing in 10.

25          Q    Number 10 of Exhibit 4.

1          Number 11 is a photograph.  It's got J6 written

2     down.  Do you know what that is?

3          A     That would be panel -- Building J, Panel 6.

4          Q     Okay.

5          A     In the report it may be.

6          Q     Were these letters for the building something

7     that you were labeling them or were they labeled from

8     some other source?

9          A     It was the way I was labeling.

10         Q     So it looks to me that the main pavilion

11    diagram listed on page 11 of 12 in your report is

12    considered Roof A, the main part of the roof of the main

13    pavilion, is that correct?

14         A     Yes.

15         Q     And then, there's a portion of it that attaches

16    to it, which is -- you've labeled Roof B?

17         A     Yes.

18         Q     So Roof J has nothing to do with the main

19    pavilion, correct?

20         A     It does not.

21         Q     All right.  That was 12.

22               Photo 13, what part -- what building are we on

23    here?

24         A     I don't recall which building that is.

25         Q     Does it show anything to do with cleating?

1       A    No.  Physical damages.

2       Q    I think it still says J6 there, is that

3   correct?

4       A    I believe it is, yes.  It's pulled away.

5       Q    Next photo says J7, that doesn't involve the

6   main pavilion, correct?

7       A    Correct.

8       Q    Another J6 after that, not the building --

9       A    Correct.

10      Q    -- that we're here about.

11        Is that I or J?

12      A    That is I7.

13      Q    That's not the main pavilion either, correct?

14      A    It is not, correct.

15      Q    What is -- what structure is this, the next

16  photograph?

17       A    I believe this is where the main -- the copper

18  panel repair was done in the report.  I can look at that

19  really quick.

20      Q    Do that and I'll count these pages.

21      A    Yep.  That would be the gatehouse.

22      Q    All right.  Next photo 16 is gatehouse?

23      A    The west side of the main gatehouse.

24      Q    Okay.  And 17 -- photo 17 is the same?

25      A    Yes.

Page 31

1         Q    It says I on there?

2         A    Yeah.

3         Q    Not the main pavilion.  How about this

4    photograph?

5         A    I believe it's the same area.

6         Q    18 is the same gatehouse?

7         A    It is.

8         Q    Nineteen it says IS?

9         A    I5.

10         Q    I5, not the main pavilion, correct?

11         A    Correct.

12         Q    Twenty is J6, not the main pavilion, correct?

13         A    Correct.

14         Q    Twenty-one is what structure?

15         A    The gatehouse.

16         Q    Nothing to do the main house.

17              How about 22?

18         A    That is the metal repair on the gatehouse.

19         Q    Same thing in 23?

20         A    Yes.

21         Q    Twenty-four?

22         A    Yes.  I believe these photos were the repairs

23    done are the repairs to the photos that we've seen

24    previously that had the damages.

25         Q    Okay.  Twenty-five, that's more of the same?

Page 32

```
 1          A    More of the same, yes.

 2          Q    Twenty-six, the same?

 3          A    Yes.

 4          Q    Twenty-seven?

 5          A    The same repairs.

 6          Q    Twenty-eight, what's this?

 7          A    The peak of the main pavilion.  I'm pointing

 8     out the openings where the copper panels were cut short

 9     at the top to allow water to get in behind the system and

10     the nails not being covered by the cap -- by the pavilion

11     cap.

12          Q    All right.  Those are separate issues, nothing

13     to do with cleating, is that correct?

14          A    Not cleating issues, correct.

15          Q    Twenty-nine, what building is that?

16          A    That is the --

17               THE WITNESS:  Tom, can you help me with

18          that building?

19               FRIEDBERG:  It's the master bedroom.

20          A    The master bedroom.

21     BY MR. COSBY:

22          Q    That's 29.  How about 30?

23          A    Same, repairs to the same area.

24          Q    Thirty-one?

25          A    Repairs to the same area.
```

Page 33

1       Q    What's 32?

2       A    That's back to the main pavilion.  A photo of

3    the open hip.  The photo shows measurements of the

4    turned-up panels so you can see how much it was turned

5    up.

6       Q    That's 32.

7            Thirty-three more of the same?

8       A    Also, a measurement photo to show how much the

9    overlap was of the hip.

10       Q    Thirty-four?

11       A    Same.

12       Q    Thirty-five?

13       A    The main pavilion, open hip.

14       Q    Thirty-six?

15       A    I believe that's a duplicate of one we've

16    looked at already.

17       Q    Thirty-seven.

18       A    That might also be the same hip.  The hip.

19    Looks like the same photo from a different angle

20    possibly.

21       Q    So, if I understand the repairs to that hip

22    joint of the main pavilion, you put rivets through each

23    one or each area of that?

24       A    Yeah.  We closed it back up, put the new cap

25    and riveted through the whole structure.

Page 34

1      Q    Okay.  And you're confident the rivets went

2   through it correctly?

3      A    I don't know.  I believe they did.  They were

4   lower than they were before to make sure we tried to get

5   a catch, but with how little that copper is sticking up

6   it's hard to catch anything.

7      Q    Do you know the condition of that hip seam

8   currently?

9      A    I do not.

10     Q    Did you go down inside the main pavilion?

11     A    I did.

12     Q    And what did you see down there?

13     A    I went in to look up and see what the wood

14  structure looked like, what the -- just to get an idea of

15  what would be fastening into if we were to do the roof.

16  I saw tongue and groove panels.  Roof deck from below

17  that was in good condition.

18     Q    I understand that tongue and groove.  What's

19  the groove deck?

20     A    That's the substrate, the top of the roof deck

21  itself.

22     Q    You can't see what's above the tongue and

23  groove, correct?

24     A    I did not, no.

25     Q    Would you be attaching to the tongue and groove

Page 35

1    or whatever is between the tongue and groove and the

2    copper?

3        A    The tongue and groove would be part of the

4    substrate.  If there's anything above it, another layer

5    of plywood, I'd be attaching through both.

6        Q    Okay.

7        A    Not through the tongue and groove.  The idea

8    would be not to fasten through the tongue and groove.

9        Q    Okay.  Do you know when the tongue and groove

10   was installed in relation to the copper panels?

11       A    I do not.

12       Q    Did you inspect any portion of the area below

13   the copper panels?

14       A    I did not.

15       Q    Who was on-site while you were there?

16       A    Chris.  I don't know his last name.  It was a

17   project manager at the time or the site superintendent.

18   I'm not sure what he was called.

19       Q    Chris Bunge?

20       A    That sounds correct.

21       Q    Do you know if he's the brother of Mr.

22   Friedberg's wife?

23       A    I believe he is.

24       Q    So he was present when you all were there?

25       A    Not the entire time, but he was present in and

Page 36

```
 1     out.
 2          Q    Okay.  What was he working on?  Was there --
 3          A    I wasn't paying attention.  Sorry, I didn't
 4     mean to cut you off.
 5          Q    It's all right.
 6               Was there any other work going on at the
 7     property while you were there?
 8          A    Not that I recall.
 9          Q    What anyone else there other than you, and
10     Chris and Dave?
11          A    I don't believe.  Tom came at one point.
12          Q    Mr. Friedberg?
13          A    Mr. Friedberg, yes.
14          Q    All right.  And you all were there from -- was
15     it a Monday through a Friday?
16          A    The 24th to the 28th in 2019.
17          Q    Let me look it up.
18          A    I'm sorry.
19          Q    Were you there each and every day between those
20     dates?
21          A    The first day was just a travel day and the
22     last day was a travel day.  So I was on-site for the two
23     days in between.
24          Q    It may be three.  The 24th and the 28th would
25     leave the 25th, 26th and 27th?
```

```
 1          A    Correct.  Sorry.
 2          Q    But each of those days that were not travel
 3     days you would have been performing work there?
 4          A    Yes.
 5          Q    How long were the days?
 6          A    Typically, 8-hour days.
 7          Q    Are these all of the photographs you took?
 8          A    Yes.
 9          Q    Did Dave take any photographs?
10          A    No.
11          Q    Do you know if Chris or Tom Friedberg took any
12     photographs while you were there?
13          A    I don't know.
14          Q    Did you take any video?
15          A    No.  I believe I did a video conference call
16     with -- a video call Facetime with Art Sanders from
17     Hoffman Architects at the time, so he can see the open
18     seam as it was.
19          Q    And who is Art Sanders?
20          A    Art Sanders is an architect or was an architect
21     for Hoffman Architecture.
22          Q    And how are they connected to Dayhill?
23          A    We've worked for Hoffman Architect in the past.
24     Or not directly for them.  We've worked on projects that
25     Hoffman Architect have designed in the past.
```

Page 38

1      Q      How long was your video call with Art?

2      A      I don't recall.

3      Q      Was that on your phone or an iPad?

4      A      On my phone.

5      Q      Was that call videotaped or saved?

6      A      Not that I -- not that I know of.

7      Q      Was it just a single call with Art?

8      A      It was just a single call, yes.

9      Q      When you were in the main pavilion in the

10     building itself, not up on the roof, did you notice any

11     water leaks?

12     A      Not that I recall.

13     Q      Were there doors or windows on the structure at

14     the time that you were there?

15     A      I'm not sure.  I don't remember.  There was

16     definitely at least temporary doors and windows.  It

17     wasn't open.  But I don't remember if there was permanent

18     walls and doors on there.

19     Q      Take a look at that top photo on page 7 of your

20     report.  Do you see any doors or windows in that?  I

21     don't mean openings, but I mean actual doors or windows.

22     A      Not a permanent, but I do see a wooden door

23     that would have been closed on the right side of the

24     opening.

25     Q      Is that plywood?

Page 39

```
 1        A    I believe so.  I can't recall what it was.
 2        Q    I think you may have alluded to it, but when
 3    you're riveting that hip seam are you using
 4    different -- making different holes?
 5        A    Yes.  Yeah.  To be able to try to catch
 6    everything.  The only way to catch everything was to make
 7    a separate hole.
 8        Q    Is there any particular pattern or distance of
 9    the rivets from one another when you reattached it?
10        A    Not that I recall.  Typically, there's a
11    pattern.  I just don't recall what the pattern was just
12    to clarify.
13        Q    Do you have an estimate or a range?
14        A    I don't.
15        Q    Was that rivet work performed by you or Dave?
16        A    Probably both of us at the time.
17        Q    What material did you use for the rivets?
18        A    Copper rivets.
19        Q    Do you know what this report that you prepared
20    was intended to be used for?
21             FRIEDBERG:  Objection to form.
22        A    What was it intended to be used for?
23    BY MR. COSBY:
24        Q    Right.
25        A    To inform the client what we found.  It was a
```

```
                                        Page 40
 1    findings report.
 2         Q    Okay.  Do you know what he intended to use it
 3    for?
 4              FRIEDBERG:  Objection to form.
 5         A    I do not.
 6    BY MR. COSBY:
 7         Q    When Mr. Friedberg present at the property
 8    while you were there was he on the roof?
 9         A    I don't believe.  I don't recall.  I don't
10    believe so.
11         Q    And was Chris up on the roof with you all at
12    any time?
13         A    Not that I recall.
14         Q    Do you know if Chris made any repairs to the
15    roof at any time?
16         A    One of the photos showed spray foam.  I don't
17    know who made the repair.  Prior to us getting down there
18    was spray foam in one of the openings, but I don't know
19    who did that.
20         Q    Did you remove that spray foam?
21         A    Yes.  In order to make the copper panel repair
22    in one of the buildings.
23         Q    Do you know if Chris performed any work on the
24    roof before the storm?
25         A    I don't see any evidence of that.
```

```
                                                      Page 41

 1        Q    What do you mean you don't see any evidence?

 2        A    I didn't see any evidence that any other new

 3   work was done from the time the roof was installed.

 4        Q    That's not my question.  Did Chris do any work

 5   on the roof at any time prior to the storm?

 6        A    I have no way of knowing.

 7        Q    It sounds like the garage did have dents in the

 8   panels, it just didn't require repairs, is that correct?

 9        A    Correct.

10        Q    You describe in your report this open hip being

11   on the north side of the main pavilion?

12        A    Okay.

13        Q    Is that correct?

14        A    Yes.  That's what it says in the report.

15        Q    Is that still your understanding?

16        A    I believe so.  I don't know which side.  I

17   don't know which side would be north over there, but if I

18   wrote it there it's from my observations.

19        Q    Did you inspect any of the other hip seams

20   other than this open one?

21        A    No.

22        Q    Where did you stay while you were on the

23   island?

24        A    In an apartment.

25        Q    Is that something that you located yourself or
```

```
                                              Page 42
 1     who found you that?

 2          A    I believe Mr. Friedberg found that.

 3          Q    Was that part of your expenses or did he pay

 4     for whatever the apartment was?

 5          A    I believe he paid for the apartment.

 6          Q    Where was it located?

 7          A    I don't know how to answer that.  Off-site.

 8          Q    How far from the property?

 9          A    I don't know how to answer that.  Five to ten

10     minutes drive maybe.  I'm not sure.

11          Q    This photograph on page 7 of 12 that we were

12     talking about earlier, the top photograph, is that

13     something you took?

14          A    Yes.

15          Q    In the diagram on page 11 of 12 of your report,

16     you have a red box that says, "added panels to be

17     replaced."  Tell me what that means and where it shows --

18          A    That's to show the red panels on the other

19     buildings, on the outer buildings, that need to be

20     replaced.  It's to mark which ones that need to be

21     replaced.

22          Q    Okay.  So nothing to do with the main pavilion?

23          A    No.  That's a legend to show what the red

24     panels mean.

25          Q    Is there anything in this main pavilion diagram
```

Page 43

1    that shows where that open seam was that you see in the

2    photo?

3         A    Not that I can see.

4         Q    In other words, it's not marked on the diagram,

5    correct?

6         A    It's not marked on the diagram.

7         Q    All right.  Let's go over to Exhibit 3, which

8    is the estimate, correct?

9         A    Yes.

10        Q    To replace the roof?

11        A    Yes.

12        Q    Of the main building and outer building

13   remediation, correct?

14        A    Yes.

15        Q    And, again, you haven't separated out what the

16   costs are for that outer building remediation, correct?

17        A    I have not.

18        Q    Did you prepare this estimate on your own?

19        A    I always review my estimates with the owner,

20   and that being Jamie McAdam at the time.

21        Q    Where is Jamie now?

22        A    Retired.

23        Q    Did Rich review this estimate?

24        A    I don't believe he did at the time.

25        Q    So you list a scope of work.  If I understand

Page 44

1    this correctly, you prepared the estimate but you had

2    someone look at it to make sure to just double-check?

3         A    Yes.

4         Q    So the first section says, "Mobilize Dayhill

5    equipment and material on the job site."  There's no

6    itemization of that.  Is that somewhere else?

7         A    No. I did not itemize that in the proposal.

8         Q    Okay.  Number 2 is "provide personal protective

9    equipment in accordance with OSHA guidelines and F.J.

10   Dayhill Health and Safety Program."

11              Again, no itemization, correct?

12        A    Correct.

13        Q    Without the itemization, we don't know

14   specifically what costs what in terms of this entire cost

15   quote of $429 000, correct?

16        A    In the proposal, no.  There's a separate

17   estimation.  There's some breakdowns of those costs.

18        Q    But not all of them, correct?

19        A    I believe there's the cost of the materials,

20   the shipping, and stuff like that, but not a breakdown of

21   what portion of what project or to what.

22        Q    Meaning which goes to the main pavilion and

23   other areas of the property?

24        A    Yeah.  Or what goes with the removal of the

25   roof, the installation of the roof, the mobilization, the

Page 45

1    demobilization.  None of that is broken down in there.

2         Q    Okay.  And remove and dispose of the existing

3    roof system down to the substrate.  Again, do you know

4    what the substrate is, what material?

5         A    It would be the wood, wooden substrate that's

6    there.  I don't know what is above the tongue and groove.

7    I know tongue and groove is there.  I just don't know

8    anything about that.

9         Q    Do you know what was the above the substrate

10   other than the copper panels?

11        A    I do not.  Usually there's an underlayment.

12   One thing I noticed on my proposal, my original estimate

13   sheet, I wrote in -- I put in for synthetic underlayment,

14   which is about 28 cents a square foot and needed high

15   temp, ice and water, which is about $1.26 a square foot.

16   I probably would have gotten in trouble for that had we

17   done that at the time.

18        Q    What do you mean in trouble?

19        A    It would have cost more in material than we had

20   anticipated.

21        Q    Gotcha.

22             If you had to live by that quote you would have

23   lost on that portion of it?

24        A    Would have lost on that portion.  Being in St.

25   John and shipping, and all that other stuff, would have

Page 46

1    been difficult to get stuff down there if we didn't have

2    it beforehand.

3         Q    While you were down there, did you happen to

4    notice any other copper roofs?

5         A    I didn't take notice of any.

6         Q    One way or the other?

7         A    One way or the other, no.

8         Q    Did you notice any damaged property while you

9    were down there other than Chocolate Hole?

10        A    I did.

11        Q    Was that residential, or commercial structures

12   or both?

13        A    I don't remember a lot of commercial structures

14   on Chocolate Hole.  I think it was a lot of residential.

15        Q    I don't mean just Chocolate Hole.  I mean, St.

16   John.

17        A    Yeah.  I noticed damage throughout St. John for

18   sure.

19        Q    How about St Thomas, is that where you flew in?

20        A    We flew in and drove through -- I don't have

21   much recollection.  It was a taxi ride.  We didn't spend

22   any time there.

23        Q    Okay.  You say, "New copper panel on the main

24   pavilion will be installed following Hoffman and panel

25   manufacturer specifications and drawings.  See drawing

Page 47

1     A-102."

2              Do you know what that is under Number 5?

3         A    It would have been something provided by

4     Hoffman at the time.

5         Q    You mean Art Sanders?

6         A    Art Sanders, yes.

7         Q    Do you know what manufacturer was to be used of

8     the copper?

9         A    We got a quote from New Castle Metals, but they

10    were -- the quote was for panels formed by design by

11    Hoffman Architecture.

12        Q    What do you mean by that?

13        A    They would have designed what the panel would

14    have been.  It wasn't -- it wasn't a pre-stamped panel

15    that is -- like, for firestone has a panel system that

16    they have a whole system designed.  It was more of a

17    design panel that would have been fabricated to their

18    measurements and specifications.

19        Q    Is New Castle the only one that gave you a

20    quote?

21        A    I believe so at the time, yes.

22        Q    Had Dayhill utilized any manufacturers of

23    copper roofing other than New Castle?

24        A    I personally, no, myself, but I imagine --

25    Dayhill's been around a long time.

Page 48

1         Q    Number 6 says, "Replace up to an additional 31
2    panels on the remaining buildings as identified and
3    specified on drawings A-101."
4              Again, are A-101 and A-103 Hoffman documents?
5         A    I believe so, yes.
6         Q    Thirty-one does not sound like the numbers we
7    were talking about earlier.  I think you said there was a
8    couple on the gatehouse and/or the garage?
9         A    Do you mind if I look at the report again?
10        Q    It's right there.
11        A    Yeah.  So I believe the ones -- I see what you
12   mean.  The panels in red are the panels that we found
13   damaged that weren't marked prior to our visit and the
14   panels in gray are panels that on A-102 and A-103 of the
15   drawing numbers showed the previously identified from
16   Hoffman's visit.
17        Q    Okay.  So we did have those A-102 and 103,
18   those are part of page 12 and 11 of your report?
19        A    Yeah.  I believe all of these are images taken
20   from those documents.
21        Q    Gotcha.
22        A    The screen shot of those documents.  It's too
23   small, but I believe that says A-101 through 103.
24        Q    Do you know how many panels comprise the main
25   pavilion?

Page 49

```
 1          A     I do not.
 2          Q     Is that necessary to calculate to determine a
 3     cost estimate of full replacement?
 4          A     I'm sure.  That's something was figured out
 5     while I was there, but I don't know how many panels it
 6     would have been.
 7          Q     Is there backup to this quote that's
 8     Defendant's Exhibit 2 that somewhere you wrote down how
 9     many panels were needed and that kind of thing?
10          A     I did a whole bunch of handwritten notes while
11     I was out there, but all of that is gone.
12          Q     Where would that have gone?
13          A     We moved in 2023.  We moved our shop.  We moved
14     everything and a lot of stuff got lost at the time.
15          Q     You didn't keep any of that yourself?
16          A     No.  No.  This being a project that at that
17     point is three years old I probably would have gotten rid
18     of it or just lost.  One or the other.  There was a lot
19     of stuff lost in the move.  Computers changed.  A lot of
20     stuff changed.
21          Q     The replacement work was never performed,
22     correct?
23          A     No.  No replacement work was ever performed.
24          Q     There's a note that says, "Where possible, we
25     will repurpose panels from the existing main pavilion
```

Page 50

1    roof to be used as replacement pieces on the out

2    buildings."

3            What about on the main pavilion?

4       A    They were to be repurposed to try to keep the

5    color, because of the weathering would have been

6    different between the two panels.  That was why they were

7    going to be repurposed.

8       Q    I'm trying to understand number 7.  It says,

9    "Remove and replace all hip and ridge covers with new

10   copper hip and ridge covers and rivet."

11           I understand what the words say.  How is that

12   different remove and dispose of the existing roof system

13   down to the substrate?

14      A    I supposed it's not different.

15      Q    Number 8 -- was there a charge?  Going back to

16   7, was there a separate charge for that?

17      A    The seaming and everything is different.

18   There's additional copper used, so I'm sure it would have

19   been not so much an additional charge, but a little more

20   labor involved and stuff like that.  But no additional

21   charge -- I mean, the whole roof needs replacing.  I was

22   just pointing out different details.

23      Q    When was Exhibit 2 prepared in relation to

24   Exhibit 3?

25      A    I believe the same time or right before.

Page 51

1        Q    What do you mean right before?

2        A    This would have been prepared to come up with

3    this.  So same day.  Same week maybe.  But that is to be

4    used first to come up with the cost for the proposal and

5    the proposal that we write.

6        Q    So the record is clear, you're saying Exhibit 2

7    would have been prepared first to then prepare Exhibit 3,

8    correct?

9        A    Correct.

10        Q    The price provided above is contingent on final

11    detailed drawings to be provided from Hoffman Architects.

12    Was that ever provided?

13        A    No.

14        Q    That could have changed the estimate, correct?

15        A    It could have.

16        Q    "Charges for the temporary repair work that was

17    completed in the Spring of 2019 is included in the

18    proposal above.  If this proposal is not accepted a bill

19    for those charges will be forwarded to the building owner

20    for payment."

21             So tell me how that panned out?

22        A    I believe the bill was submitted to the repair

23    bill for payment.

24        Q    What was the repair bill?

25        A    I don't know the cost.  That would have been

Page 52

1    figured out from accounts payable or accounts receivable.

2        Q    Whatever amount that is should be taken out of

3    that quote, correct?

4        A    That would be taken out of that quote.

5        Q    Meaning the quote would be reduced by whatever

6    amount is paid for that temporary repair item, correct?

7        A    That's correct.

8        Q    Who would know that amount that was charged to

9    the owner?

10                FRIEDBERG:  Objection to the form.

11        A    Accounts payable or accounts receivable.

12    BY MR. COSBY:

13        Q    Who is that?

14        A    Susan Zurlis is currently in that position.

15    Judy Dommer was there at the time, but she no longer

16    works for Dayhill.

17        Q    Judy Dommer.  How do you spell Dommer?

18        A    D-O-M-M-E-R.

19        Q    Who is there now?

20        A    Susan Zurlis, Z-U-R-L-I-S.

21        Q    Is it your understanding that that bill was

22    paid for the temporary repair work?

23        A    That's my understanding.

24        Q    Do you know when?

25        A    I do not.

Page 53

1       Q    Do you know who designed the roof originally?

2       A    I do not.

3       Q    The copper roof?

4       A    I do not.

5       Q    And this Defendant's Exhibit 3, this estimate

6    report is dated January 22nd of 2020, is that correct?

7       A    That is the date on it, yes.

8       Q    Looking at Exhibit 2, which doesn't have a date

9    on it, correct?

10      A    Correct.

11      Q    You start out with the panel system per quote.

12   What does that mean, per quote?

13      A    We got a quote from New Castle Metals for the

14   panel system.

15      Q    Was that ever attached to any of these

16   documents provided to Mr. Friedberg?

17      A    No.  I don't have that quote anywhere.

18      Q    Okay.  So we don't know what is comprised

19   within that $80,000 quote, correct?

20      A    Correct.

21      Q    Six rolls of synthetic underlayment.  What

22   type?

23      A    That was general synthetic underlayment.

24   That's what I pointed out was the wrong material at the

25   time.  It should have been a high temp/ice water.

Page 54

1          Q    Shipping would be including both of those two
2     items we covered?
3          A    It would include all the material and
4     equipment.
5          Q    Where did you get that quote?
6          A    I don't recall.  I called around multiple
7     places at the time to find -- to get quotes for what it
8     would cost to ship things to St Thomas.
9          Q    Were those written quotes you received?
10         A    I don't recall.  I don't know if it was over
11    the phone.  I don't have any record of it.
12         Q    Daily expenses, it says the quantity is 252.
13    The unit is days.  So was that the estimated time to
14    complete the project?
15         A    Man days.
16         Q    252 days?
17         A    Man days.
18         Q    What do you mean man days?
19         A    Days of labor.  Five men working.  Five man
20    days would be one day to do the job.
21         Q    Okay.  It could be 50 something days with five
22    men?
23         A    Yes.  I believe that's down in the lower.
24         Q    Looking lower, it says labor equals six men per
25    day, times seven days per week, times six weeks?

Page 55

```
 1        A    Correct.
 2        Q    That was the estimate of what it would be to do
 3   this?
 4        A    It was, yes.
 5        Q    And $50 an hour for each of those men?
 6        A    Without the mark up, yes.  Different actually.
 7   That's $50 an hour, and that's the daily expenses, food,
 8   stuff like that.  A stipend.
 9        Q    Got you.  That includes lodging?
10        A    That does not include lodging.
11        Q    Then we have an entry under quantity, one for
12   equipment, rags, bits, tools, etc., $20,000.  How did we
13   get that quote?
14        A    That's an estimate on what we would need
15   between miscellaneous items.
16        Q    Did you break that down?
17        A    I did not, no.
18        Q    How did you come up with $20,000?
19        A    I don't recall.
20        Q    And then, if we sub total those items that we
21   had just gone over that is $155,440, is that correct?
22        A    Yes.
23        Q    Then we have actual man hours is 1,440 hours?
24        A    Yes, that is correct.  It's the labor, standard
25   labor, yeah.
```

Page 56

1      Q    At $70 an hour?

2      A    Yes.  Prior to mark up.

3      Q    Which equals $100,800?

4      A    Yes.

5      Q    And then, we have -- what's the premium time

6   labor?

7      A    Overtime.  Weekends, Sundays.

8      Q    All right.  And you anticipated 576 overtime

9   hours?

10      A    Yes.

11      Q    Giving a price of 105?

12      A    That's correct.

13      Q    Totaling $60,480?

14      A    Correct.

15      Q    And then, a supervisor rate?

16      A    Correct.

17      Q    Because someone would be supervisor.  Who was

18   that going to be?

19      A    I don't recall who we had planned.  It may have

20   been not planned on who it was going to be.

21      Q    That was 336 hours?

22      A    Yes.

23      Q    At $90 an hour?

24      A    Yes.

25      Q    For $30,240?

Page 57

1           A     That's correct.

2           Q     That all totals $346,960, correct?

3           A     That's correct.

4           Q     And then, what is the 33 percent?

5           A     That would be the markup on the building -- on

6     the proposal.  At 33 percent, that total would have been

7     $461,456.

8           Q     And what does that 33 percent represent?

9           A     That's the standard markup for -- it's actually

10    less than our standard markup for overhead, for all of

11    the other stuff.  Material markup, overhead, all of that.

12          Q     All right.  So, if Mr. Friedberg said let's do

13    this and signed off, he would be expected to pay this

14    $461,000 amount?

15          A     No.  The $449,000.

16          Q     So how do we get back down to 440?

17          A     This is what I prepared to give to the owner of

18    the company.  I prepare a sheet that shows my breakdowns

19    with the percentage and he decides what the final number

20    would be.

21          Q     Okay.  So, he looked at this and said -- you

22    don't know, but he reduced it to this 449 number?

23          A     Correct.

24          Q     Do you know how he calculated that?

25          A     I don't.  I think he -- I think at the time it

Page 58

```
 1    was talked about doing the work over the winter and it
 2    would have given us guys up in New England a place to
 3    work over the winter.  So that could keep people busy.
 4         Q    Gotcha.
 5              So, there's a mark up, but then there's re
 6    reduction based on the owners discretion?
 7         A    Yes.  That's correct.
 8         Q    So, back to my question, if Mr. Friedberg had
 9    signed off on this and said let's do at the $449,000
10    number, regardless of what it costs you, if you made some
11    mistake in the estimate that was the amount he was to
12    pay, correct?
13         A    That was the amount.  Not counting all the
14    exclusions in the proposal.
15         Q    Right.  But for the things that were included
16    --
17         A    Things that were included, yes.
18         Q    -- that was the number, it would be no higher
19    than that, correct?
20         A    Correct.
21         Q    Regardless of whether or any other factors that
22    may effect it?
23         A    Change orders effect.
24         Q    Not change orders, but weather?
25         A    Sometimes weather effects the change orders
```

Page 59

1    because you don't have those working days down there.

2    I've definitely had projects that weather affected the

3    cost of the project.

4         Q    You have not broken down the labor prices for

5    just the main pavilion versus the other buildings,

6    correct?

7         A    I have not, no.

8         Q    None of these things on Exhibit 2 were broken

9    down, just for the main pavilion, correct?

10        A    None of the things, yes, correct.

11        Q    Had you ever met Mr. Friedberg before your

12   visit down to the Virgin Islands?

13        A    No.

14        Q    Have you spoken to Art Sanders about this

15   project recently?

16        A    No.

17        Q    When is the last time you had spoken with Art

18   Sanders in any capacity?

19        A    He was on a Zoom call recently with

20   Mr. Friedberg for a moment.  He was on a Zoom with Rich

21   Maiocco and I was in the room for a minute of that call.

22        Q    When was that Zoom call?

23        A    A few weeks ago.

24        Q    Who was present?

25        A    Mr. Friedberg, Art Sanders, Rich Maiocco, and

1   myself.  I was there for a minute.  I said hi to them and

2   then I left the room.  I was in Rich's room getting the

3   Zoom call started for him.

4       Q    Did you have any conversation regarding the

5   project?

6       A    No. I was just there to get the Zoom call

7   started for Rich.

8       Q    Did you listen to any portion of the

9   conference?

10      A    No.

11      Q    Did Rich tell you what the conference was about

12  after the fact?

13      A    No.

14      Q    Was there -- other than that when is the last

15  time you've spoken to Art Sanders?

16      A    Three years ago probably.  Something like that.

17  The estimated time, I'm not a hundred percent sure.  I

18  would say it's been about that.  Around the time that he

19  retired.

20      Q    Did you have any discussion with Art Sanders

21  once you got back to the United States after this trip?

22  Not to the United States, but back to the mainland?

23      A    Not that I recall.

24      Q    And have you had any conferences with

25  Mr. Friedberg?

Page 61

1        A     Yesterday just to get me on board for the

2     deposition.  Yesterday, I believe.

3        Q     How long was the call?

4        A     Five minutes.  Well, yeah, it wasn't long.

5        Q     What did you discuss?

6        A     Told me to -- that I'm not an expert witness.

7     That I'm -- I can't remember the word of the type of

8     witness and I'm just here to talk about the facts.

9        Q     You understand you're not an expert, correct?

10       A     I do.

11       Q     Anything else discussed?

12       A     No.

13       Q     Anything discussed about what you may be asked

14    or what you may testify to?

15       A     Not really.  Just about the report and about

16    the facts that I found while I was there, my findings

17    while I was down there.

18       Q     Have we gone over your findings while there?

19       A     I believe we have.

20       Q     Completely?

21       A     I believe we have, yes.

22       Q     Has anyone Zoom called you or any kind of video

23    call from the property since you've been there?

24       A     No.

25       Q     Or prior to you being there?

```
                                                          Page 62

 1          A     No.

 2          Q     Did Dave leave at the same time you left?

 3          A     Yes.

 4          Q     Is there any other fact that you recall about

 5   this particular project or your work down there that we

 6   have not discussed?

 7          A     No.

 8          Q     The conference you had with Mr. Friedberg for

 9   five minutes, is that -- you said that was -- I don't

10   know if I asked you when was that.  When was that

11   conference?

12          A     It was --

13          Q     Yesterday?

14          A     Yesterday, I believe.  Or the day before

15   yesterday.  One or the other.

16          Q     About today, did you conference before the

17   deposition today?

18          A     Yeah.  Not a conference.  We were in here for a

19   few minutes before.

20          Q     What time did you meet?

21          A     I met downstairs at 8:40, came upstairs and we

22   were here until then, until you showed up.

23          Q     And what were you discussing from -- were you

24   in a room with our court reporter or just you two?

25          A     Just the two of us for a while.
```

```
                                                          Page 63
 1          Q     How long did you meet together, just you two?
 2          A     About ten, twenty minutes.  Ten, fifteen
 3     minutes.
 4          Q     And what did you discuss?
 5          A     Same.  The same situations.  Travel.  Stuff
 6     like that.  Not much about the roof.
 7          Q     Travel down there or travel to get here?
 8          A     No, it was just a conversation.  Yeah, just
 9     general conversation.  Nothing --
10          Q     And where do you report to work for Dayhill?
11          A     1003 Middletown Avenue, Northford, Connecticut.
12          Q     How far is that from here?
13          A     Fifteen minutes drive.
14          Q     Is there a charge -- an hourly charge for your
15     deposition?
16          A     Not that I know of.
17          Q     Have you spoken with anyone else about this
18     particular project, like Rich?  I know Art you said you
19     haven't talked to in a long time.  Did you talk to -- let
20     me break it down.
21                Did you talk to Rich about his deposition?
22          A     Not about his deposition.  He told me he was
23     going to a deposition and I would have to do the same.
24          Q     You spoken to Dave Nelson about this project in
25     the last year?
```

Page 64

```
 1        A    No.

 2        Q    Anyone else that you have spoken to about it?

 3        A    No.  There's no one really to talk to about it.

 4        Q    All right.

 5                  MR. COSBY:  I think that's all I have for

 6             you.

 7                  THE WITNESS:  All right.  Thank you.

 8                  FRIEDBERG:  Read and review.  I'll take a

 9             copy.

10                  (Whereupon, the deposition adjourned at

11             11:02 P.M.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 65

1                        ERRATA SHEET

2      REPORTER:          Christine N. Meade

3      NAME OF CASE: Thomas F. Friedberg, Et Al vs.

4                     Daybreak, Inc. d/b/a Huber & Associates

5      DEPONENT:  Richard Barabas

6      DEPOSITION DATE:  September 11, 2025

7      PAGE LINE     NOW READS      SHOULD READ     REASON

8      _____

9      _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22     _____

23     _____

24     _____

25          Job No. CS7589338

Page 66

1                        J U R A T

2

3          I, _____,  hereby certify

4    that the foregoing testimony given by me on

5    _____, 2025, is true and accurate, including

6    any corrections noted on the Errata Sheet, to the best of

7    my knowledge and belief.

8

9                    _____

10                    Deponent's Signature

11

12          In the city of _____ in said

13    county of _____, this _____ day of

14    _____, 2025, personally appeared, and

15    he made oath to the truth of the foregoing corrections.

16

17    Subscribed before me, _____

18                       Notary Public

19

20    My commission expires: _____

21

22

23

24      Job No. CS7589338

25

1                    CERTIFICATE OF REPORTER

2            I, Christine N. Meade, a commissioner in and

3    for the State of Connecticut, do hereby certify that the

4    deposition of Richard Barabas was taken before me on

5    September 11, 2025.

6            I further certify that the witness was duly

7    sworn by me to testify to the truth, the whole truth, and

8    nothing but the truth, that she was examined under oath,

9    and the foregoing is a true and accurate transcription of

10   the testimony as taken stenographically by me and

11   subsequently transcribed as hereinbefore appears.

12           I further certify that I am neither attorney

13   nor counsel for, nor related to, nor employed by any of

14   the parties to the action in which this deposition is

15   taken, and further that I am not a relative or employee

16   of any attorney or counsel employed by the parties

17   hereto, nor financially interested in the outcome of the

18   action.

19           IN WITNESS THEREOF I have hereunto set my hand

20   this day 23rd of September, 2025.

21

22

23   Christine N. Meade, Notary Public

24   My Commission expires: December 31, 2027.

25

```
                                              Page 68

 1    Thomas Friedberg, Esquire

 2    Tom@lawofficesFB.com

 3                  September 30, 2025

 4    RE: Friedberg, Thomas F. And Bunge, Sarah L. v. Daybreak Inc.

 5         9/11/2025, Richard Barabas (#7589338)

 6         The above-referenced transcript is available for

 7    review.

 8         Within the applicable timeframe, the witness should

 9    read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    erratas-cs@veritext.com.

16     Return completed errata within 30 days from

17    receipt of testimony.

18      If the witness fails to do so within the time

19    allotted, the transcript may be used as if signed.

20

21

22                  Yours,

23                  Veritext Legal Solutions

24

25
```

**[& - 8]**                                                        Page 1

| & |
|---|
| **&**   1:4,8 2:4,10 65:4 |

| 0 |
|---|
| **000**   44:15 |
| **0053**   1:4 |
| **06472**   5:20 |
| **06510**   1:17 |

| 1 |
|---|
| **1**   3:8 16:4 |
| **1,440**   55:23 |
| **1.26**   45:15 |
| **10**   28:23,24,25 |
| **100,800**   56:3 |
| **1003**   5:18 63:11 |
| **1005**   2:4 |
| **101**   48:3,4,23 |
| **102**   47:1 48:14 48:17 |
| **103**   48:4,14,17 48:23 |
| **105**   56:11 |
| **11**   1:8,13 29:1 29:11 42:15 48:18 65:6 67:5 |
| **11:02**   1:14 64:11 |
| **12**   29:11,21 42:11,15 48:18 |

**13**   29:22
**155,440**   55:21
**157**   1:16
**16**   3:8,9 30:22
**17**   30:24,24
**18**   3:10,11 31:6

| 2 |
|---|
| **2**   3:9 16:16,17 44:8 49:8 50:23 51:6 53:8 59:8 |
| **20,000**   55:12,18 |
| **2002**   6:10 9:7 |
| **2007**   6:11,11 |
| **2008**   6:11 |
| **2017**   6:6,6 |
| **2018**   6:6 |
| **2019**   3:8 8:2,4 10:14 11:1 16:4,6 36:16 51:17 |
| **202**   2:5 |
| **2020**   53:6 |
| **2023**   49:13 |
| **2025**   1:8,13 65:6 66:5,14 67:5,20 68:3 |
| **2027**   67:24 |
| **205**   2:11 |
| **22**   31:17 |
| **22nd**   53:6 |
| **23**   31:19 |

**23rd**   67:20
**24**   10:14
**24th**   8:4 36:16 36:24
**252**   54:12,16
**25th**   36:25
**26th**   36:25
**27th**   36:25
**28**   45:14
**28th**   8:4 36:16 36:24
**29**   32:22

| 3 |
|---|
| **3**   3:10 18:9,10 24:11 43:7 50:24 51:7 53:5 |
| **30**   19:19,23,24 32:22 68:3,16 |
| **30,240**   56:25 |
| **301**   2:10 |
| **31**   48:1 67:24 |
| **32**   33:1,6 |
| **33**   57:4,6,8 |
| **336**   56:21 |
| **346,960**   57:2 |
| **34994**   2:11 |
| **37**   19:7 |
| **38**   19:24 |
| **3:19**   1:4 |

| 4 |
|---|
| **4**   3:11 18:19,20 19:5 20:2 24:11 25:4 28:4,25 |
| **429**   44:15 |
| **440**   57:16 |
| **449**   57:22 |
| **449,000**   57:15 58:9 |
| **461,000**   57:14 |
| **461,456**   57:7 |

| 5 |
|---|
| **5**   25:17 47:2 |
| **50**   54:21 55:5,7 |
| **576**   56:8 |

| 6 |
|---|
| **6**   3:4,5 26:10 29:3 48:1 |
| **60,480**   56:13 |
| **6814**   2:5 |

| 7 |
|---|
| **7**   27:6 28:3,4 38:19 42:11 50:8,16 |
| **70**   56:1 |
| **7589338**   68:5 |

| 8 |
|---|
| **8**   3:8 16:4,5 28:7 37:6 50:15 |

**[80,000 - believe]** Page 2

| | | | |
|---|---|---|---|
| **80,000** 53:19 | **actually** 9:6 | **architects** | **back** 8:6,14 |
| **8:40** 62:21 | 55:6 57:9 | 37:17 51:11 | 13:9,11 17:4 |
| **8th** 8:2 | **added** 42:16 | **architecture** | 33:2,24 50:15 |
| **9** | **additional** 48:1 | 37:21 47:11 | 57:16 58:8 |
| **9** 28:14 | 50:18,19,20 | **area** 19:13 | 60:21,22 |
| **9/11/2025** 68:5 | **address** 5:17 | 20:24 23:10 | **background** |
| **90** 56:23 | 10:25 | 31:5 32:23,25 | 21:2 |
| **92166** 2:6 | **adjourned** | 33:23 35:12 | **backup** 49:7 |
| **9:29** 1:14 | 64:10 | **areas** 44:23 | **bagelicious** |
| **a** | **affected** 59:2 | **art** 37:16,19,20 | 10:4 |
| **a.m.** 1:14 | **ago** 17:17 | 38:1,7 47:5,6 | **bagels** 10:4 |
| **able** 15:2 16:25 | 59:23 60:16 | 59:14,17,25 | **baker** 10:4 |
| 19:7 21:24 | **airborne** 15:18 | 60:15,20 63:18 | **barabas** 1:12 |
| 23:7,9,14 | **al** 65:3 | **asked** 27:19 | 3:4 5:18 6:1 |
| 27:16 39:5 | **allotted** 68:19 | 61:13 62:10 | 65:5 67:4 68:5 |
| **above** 34:22 | **allow** 32:9 | **associates** 1:8 | **based** 12:3 58:6 |
| 35:4 45:6,9 | **alluded** 39:2 | 65:4 | **beach** 14:2,5 |
| 51:10,18 68:6 | **amount** 52:2,6 | **assume** 7:23 | **bedroom** 32:19 |
| **absence** 23:7 | 52:8 57:14 | **attached** 26:7 | 32:20 |
| **accepted** 51:18 | 58:11,13 | 53:15 68:11 | **beginning** 9:6 |
| **accordance** | **angle** 33:19 | **attaches** 29:15 | **belief** 66:7 |
| 44:9 | **answer** 6:22 | **attaching** 34:25 | **believe** 12:4,6 |
| **accounts** 52:1,1 | 7:1,2 21:24 | 35:5 | 14:2 15:3 |
| 52:11,11 | 22:20 42:7,9 | **attempt** 17:6,8 | 16:25 17:16 |
| **accuracy** 68:9 | **anticipated** | **attention** 36:3 | 27:4 28:6 30:4 |
| **accurate** 66:5 | 45:20 56:8 | **attorney** 3:13 | 30:17 31:5,22 |
| 67:9 | **apartment** | 67:12,16 68:13 | 33:15 34:3 |
| **acknowledg...** | 41:24 42:4,5 | **available** 68:6 | 35:23 36:11 |
| 68:12 | **appear** 21:3 | **avenue** 5:19 | 37:15 39:1 |
| **action** 1:4 | **appeared** 66:14 | 63:11 | 40:9,10 41:16 |
| 67:14,18 | **appears** 67:11 | **b** | 42:2,5 43:24 |
| **actual** 38:21 | **applicable** 68:8 | **b** 1:8 5:11,11 | 44:19 47:21 |
| 55:23 | **architect** 37:20 | 29:16 65:4 | 48:5,11,19,23 |
| | 37:20,23,25 | | 50:25 51:22 |

**[believe - company]**

54:23 61:2,19
61:21 62:14
**bend** 17:3
**best** 66:6
**bill** 51:18,22,23
51:24 52:21
**bit** 8:19
**bits** 55:12
**board** 61:1
**bottom** 24:14
24:18,21
**boulevard** 2:10
**box** 2:5 42:16
**break** 4:4 55:16
63:20
**breakdown**
44:20
**breakdowns**
44:17 57:18
**bring** 7:14
**broken** 45:1
59:4,8
**brother** 35:21
**brought** 7:16
**building** 13:16
13:20 14:6,10
14:14,25 15:3
17:20,21 19:8
19:11 21:4
28:15,16 29:3
29:6,22,24
30:8 32:15,18
38:10 43:12,12
43:16 51:19

57:5
**buildings** 13:2
13:20,25 14:18
14:24 15:8,10
15:16 16:13
17:15,18 18:24
40:22 42:19,19
48:2 50:2 59:5
**bunch** 49:10
**bunge** 1:4 2:4
35:19 68:4
**busy** 58:3
**butyl** 13:3

**c**

**c** 2:1,12 5:11
**calculate** 49:2
**calculated**
57:24
**california** 2:6
**call** 37:15,16
38:1,5,7,8
59:19,21,22
60:3,6 61:3,23
**called** 7:12
17:21 35:18
54:6 61:22
**cap** 13:6,11
24:16,23 32:10
32:11 33:24
**capacity** 59:18
**carlisle** 8:23
**case** 19:1,3
65:3

**castle** 47:9,19
47:23 53:13
**catch** 34:5,6
39:5,6
**causing** 24:6
**center** 21:13
**cents** 45:14
**certain** 14:23
**certificate** 67:1
**certifications**
10:12
**certify** 66:3
67:3,6,12
**change** 20:16
20:18 58:23,24
58:25
**changed** 49:19
49:20 51:14
**changes** 68:10
**charge** 50:15
50:16,19,21
63:14,14
**charged** 52:8
**charges** 51:16
51:19
**check** 44:2
**chocolate** 10:15
10:25 46:9,14
46:15
**chris** 35:16,19
36:10 37:11
40:11,14,23
41:4

**christine** 5:12
65:2 67:2,23
**church** 1:16
**city** 66:12
**civil** 1:4
**clamping** 25:7
**clarify** 39:12
**clear** 51:6
**cleat** 23:21 26:2
26:3
**cleating** 28:20
29:25 32:13,14
**cleats** 22:17,25
23:7,10,23,24
25:22,24,25
26:19 27:9,10
27:11,14
**client** 39:25
**clips** 20:12
**close** 13:10
**closed** 13:8
33:24 38:23
**color** 50:5
**come** 20:15
24:8 51:2,4
55:18
**commercial**
9:17 46:11,13
**commission**
66:20 67:24
**commissioner**
67:2
**company** 8:21
9:12 57:18

**[complete - damages]** Page 4

complete 7:18
  7:21 16:21
  54:14
completed
  51:17 68:16
completely
  25:12 61:20
composite
  18:19
comprise 48:24
comprised
  53:18
computers
  49:19
condition 34:7
  34:17
conference
  37:15 60:9,11
  62:8,11,16,18
conferences
  60:24
confident 34:1
confirm 23:7
  23:12
connected
  37:22
connecticut
  1:17 5:14,19
  63:11 67:3
considered
  23:25 29:12
construction
  10:5

contingent
  51:10
continuity 4:4
contractor 10:9
conversation
  60:4 63:8,9
cooper 9:22
copies 68:14
copper 9:3,23
  13:2,3,12 14:1
  23:19 24:3
  27:17 28:9,22
  30:17 32:8
  34:5 35:2,10
  35:13 39:18
  40:21 45:10
  46:4,23 47:8
  47:23 50:10,18
  53:3
copy 64:9
correct 5:4 8:5
  12:17,18 20:22
  20:23 21:9
  22:4 23:13
  25:15,16 27:15
  27:16 28:5,11
  28:20 29:13,19
  30:3,6,7,9,13
  30:14 31:10,11
  31:12,13 32:13
  32:14 34:23
  35:20 37:1
  41:8,9,13 43:5
  43:8,13,16

44:11,12,15,18
  49:22 51:8,9
  51:14 52:3,6,7
  53:6,9,10,19,20
  55:1,21,24
  56:12,14,16
  57:1,2,3,23
  58:7,12,19,20
  59:6,9,10 61:9
corrections
  66:6,15
correctly 34:2
  44:1
cosby 2:10,12
  3:5,13 5:4,9,24
  16:3,7,16,19
  18:9,12,18,22
  22:20,23 24:1
  24:10 32:21
  39:23 40:6
  52:12 64:5
cost 15:9,11
  44:14,19 45:19
  49:3 51:4,25
  54:8 59:3
costs 43:16
  44:14,17 58:10
counsel 5:2,7
  5:22 67:13,16
  68:14
count 19:6,7
  30:20
counting 58:13

county 66:13
couple 15:3,4
  17:25 18:1
  48:8
court 1:1 5:1,5
  5:10,16,21
  19:1 62:24
covered 32:10
  54:2
covers 50:9,10
crowbar 20:10
cs 68:15
cs7589338 1:25
  65:25 66:24
currently 6:7
  34:8 52:14
cut 6:23 32:8
  36:4
cv 1:4

**d**

d 1:8 3:1 5:11
  12:1 15:3
  52:18 65:4
daily 54:12
  55:7
damage 17:14
  46:17
damaged 15:17
  17:1,9 46:8
  48:13
damages 11:3
  17:7 30:1
  31:24

**[date - duplicate]**                                                                 Page 5

| | | | |
|---|---|---|---|
| **date**  1:13 8:1,2 8:3,3 21:16,21 53:7,8 65:6 | **december** 67:24 | **detailed**  51:11 | **district**  1:1 |
| **dated**  3:8 53:6 | **decides**  57:19 | **details**  50:22 | **division**  1:2 |
| **dates**  36:20 | **decision**  12:9 | **determine**  19:7 23:9 49:2 | **document**  16:8 17:12 |
| **dave**  11:12,14 11:16 12:9,12 12:20 13:13 27:4,5 36:10 37:9 39:15 62:2 63:24 | **deck**  34:16,19 34:20 | **diagram**  29:11 42:15,25 43:4 43:6 | **documented** 13:8 |
| **dave's**  12:19 | **defendant**  2:9 | **diego**  2:6 | **documents** 7:12,14,18 15:21 48:4,20 48:22 53:16 |
| **day**  36:19,21 36:21,22,22 51:3 54:20,25 62:14 66:13 67:20 | **defendant's**  3:7 16:5,17 18:10 18:20 49:8 53:5 | **different**  6:8 20:17 28:16 33:19 39:4,4 50:6,12,14,17 50:22 55:6 | **doing**  58:1 |
| **daybreak**  1:8 65:4 68:4 | **definitely**  38:16 59:2 | **difficult**  46:1 | **dommer**  52:15 52:17,17 |
| **dayhill**  6:4 7:10 8:6,22 9:6,7 11:7,11,17,23 12:13,15 37:22 44:4,10 47:22 52:16 63:10 | **demobilization** 45:1 | **dining**  17:21 18:5 | **door**  38:22 |
| | **dent**  17:3 | **direct**  3:5 5:23 | **doors**  38:13,16 38:18,20,21 |
| | **dents**  41:7 | **directed**  11:6 | **double**  26:5 44:2 |
| | **deponent**  65:5 68:13 | **direction**  20:16 20:18 | **downstairs** 62:21 |
| **dayhill's**  12:15 47:25 | **deponent's** 66:10 | **directly**  37:24 | **drawing**  46:25 48:15 |
| **days**  36:23 37:2 37:3,5,6 54:13 54:15,16,17,18 54:19,20,21,25 59:1 68:16 | **deposed**  19:2 | **discretion**  58:6 | **drawings**  46:25 48:3 51:11 |
| | **deposing**  68:13 | **discuss**  61:5 63:4 | **drilled**  24:23 |
| | **deposition**  1:12 5:2 6:20 7:13 15:21 61:2 62:17 63:15,21 63:22,23 64:10 65:6 67:4,14 | **discussed**  61:11 61:13 62:6 | **drive**  42:10 63:13 |
| | | **discussing** 62:23 | **drone**  22:12 |
| | | **discussion** 60:20 | **drove**  46:20 |
| **debris**  15:18 17:10,10 | **describe**  41:10 | **dispose**  45:2 50:12 | **duces**  7:12 |
| | **design**  22:21 23:3 47:10,17 | | **due**  15:17 17:9 |
| | **designed**  37:25 47:13,16 53:1 | **distance**  39:8 | **duly**  5:12 67:6 |
| | | | **duplicate**  33:15 |

**[e - five]**                                                                    Page 6

| e | esquire 2:7,12 | 20:2 24:11 | far 12:15 22:17 |
|---|---|---|---|

**e**

**e** 2:1,1 3:1 12:1
  52:18
**earlier** 19:18
  27:13,19 28:2
  42:12 48:7
**earth** 21:15,18
  22:7
**effect** 58:22,23
**effects** 58:25
**eight** 20:17
  32:6
**eighteen** 10:7
**either** 6:11
  30:13
**email** 2:6,12
**employed** 10:3
  67:13,16
**employee** 67:15
**england** 58:2
**entire** 35:25
  44:14
**entry** 55:11
**equals** 54:24
  56:3
**equipment**
  44:5,9 54:4
  55:12
**errata** 65:1
  66:6 68:11,13
  68:16
**erratas** 68:15

**esquire** 2:7,12
  68:1
**estimate** 3:9,10
  9:25 15:24
  16:1,10,11,18
  16:20 17:13
  18:5,11,23
  39:13 43:8,18
  43:23 44:1
  45:12 49:3
  51:14 53:5
  55:2,14 58:11
**estimated**
  54:13 60:17
**estimates** 43:19
**estimating** 8:18
**estimation**
  44:17
**estimator** 7:11
**et** 65:3
**evidence** 24:20
  27:11 28:1
  40:25 41:1,2
**exact** 4:3
**examination**
  3:5 5:23
**examined** 5:14
  67:8
**exclusions**
  58:14
**exhibit** 3:8,9,10
  3:11 16:4,5,16
  16:17 18:9,10
  18:19,20 19:5

  20:2 24:11
  28:3,4,25 43:7
  49:8 50:23,24
  51:6,7 53:5,8
  59:8
**exhibits** 3:7,13
  16:2
**existing** 45:2
  49:25 50:12
**expected** 12:21
  57:13
**expenses** 42:3
  54:12 55:7
**expert** 61:6,9
**expires** 66:20
  67:24
**expose** 13:6
**eye** 23:24,25

**f**

**f** 1:4 65:3 68:4
**f.j.** 6:4 7:10
  11:6,16 44:9
**fabricated**
  47:17
**faced** 13:3
**facetime** 37:16
**fact** 60:12 62:4
**factors** 58:21
**facts** 61:8,16
**fails** 68:18
**fair** 7:6,8
**familiar** 23:16

**far** 12:15 22:17
  28:11,13 42:8
  63:12
**fasten** 35:8
**fastening** 34:15
**february** 8:4,4
  10:14 11:1
**feet** 19:19,23
  19:24
**field** 6:15 8:19
  9:9 20:15
  26:12,15,17
**fifteen** 63:2,13
**figure** 15:2
**figured** 49:4
  52:1
**file** 18:13
**final** 51:10
  57:19
**financially**
  67:17
**find** 54:7
**findings** 40:1
  61:16,18
**finish** 6:22
**finishing** 4:7
**firestone** 47:15
**first** 5:12 10:15
  19:10 20:1
  36:21 44:4
  51:4,7
**five** 6:10,11 9:8
  10:1 31:25
  33:12 42:9

[five - hip]                                                                    Page 7

54:19,19,21
61:4 62:9
**flew**  46:19,20
**florida**  2:11
**flying**  17:10
**foam**  40:16,18
40:20
**foil**  13:3
**folded**  24:14
26:2,5
**following**  46:24
**follows**  5:15
**food**  55:7
**foot**  13:8 45:14
45:15
**footage**  19:21
**forcing**  24:8
**foregoing**  66:4
66:15 67:9
**foreman**  6:10
**form**  22:19
23:22 24:4
39:21 40:4
52:10
**formed**  47:10
**forwarded**
51:19
**found**  13:5
39:25 42:1,2
48:12 61:16
**four**  31:21
33:10
**friday**  36:15

**friedberg**  1:4
2:4,7 5:3,8
22:19 23:22
24:4 32:19
36:12,13 37:11
39:21 40:4,7
42:2 52:10
53:16 57:12
58:8 59:11,20
59:25 60:25
62:8 64:8 65:3
68:1,4
**friedberg's**
35:22
**full**  8:17 17:22
17:24 49:3
**further**  67:6,12
67:15

**g**

**garage**  14:3,6
41:7 48:8
**gatehouse**
13:24 14:17,22
15:4 18:4,6
30:21,22,23
31:6,15,18
48:8
**general**  53:23
63:9
**getting**  40:17
60:2
**give**  57:17

**given**  58:2 66:4
**giving**  56:11
**go**  6:19 11:6
12:7 15:2
24:14,17 34:10
43:7
**goes**  44:22,24
**going**  10:25
15:6 16:2,3
20:18 26:4
36:6 50:7,15
56:18,20 63:23
**good**  5:25
34:17
**google**  21:15,18
22:7
**gotcha**  45:21
48:21 58:4
**gotten**  45:16
49:17
**grab**  25:8
**gray**  48:14
**grips**  25:6
**groove**  34:16
34:18,19,23,25
35:1,3,7,8,9
45:6,7
**ground**  6:19
**guess**  19:6
**guidelines**  44:9
**guys**  58:2

**h**

**h**  5:11 12:1
**half**  6:12
**hamden**  11:25
12:3,4
**hand**  67:19
**handwritten**
49:10
**happen**  46:3
**hard**  17:2,4
34:6
**haven**  1:17
**health**  44:10
**help**  12:22
32:17
**hereinbefore**
67:11
**hereto**  67:17
**hereunto**  67:19
**hi**  60:1
**high**  45:14
53:25
**higher**  58:18
**hill**  21:2
**hip**  13:5,6,17
14:12 19:15,17
20:5,7,14,21,24
22:18 23:1
24:12,24 25:1
25:5 26:15
28:8 33:3,9,13
33:18,18,21
34:7 39:3

41:10,19 50:9
50:10
**hips**  19:14,15
**hired**  8:14,14
**hoffman**  37:17
37:21,23,25
46:24 47:4,11
48:4 51:11
**hoffman's**
48:16
**hold**  24:18
**hole**  10:15,25
24:13,20,22,22
39:7 46:9,14
46:15
**holes**  25:23
39:4
**honeymoon**
10:22
**hour**  37:6 55:5
55:7 56:1,23
**hourly**  63:14
**hours**  55:23,23
56:9,21
**house**  31:16
**huber**  1:8 65:4
**huh**  7:2,2,2
**hundred**  60:17
**hurricane**  22:3

**i**

**i5**  31:9,10
**i7**  30:12

**ice**  45:15 53:25
**idea**  34:14 35:7
**identification**
16:6,18 18:11
18:21
**identified**  48:2
48:15
**images**  48:19
**imagine**  12:11
47:24
**include**  18:5
54:3 55:10
**included**  51:17
58:15,17
**includes**  55:9
**including**  17:16
54:1 66:5
**indicates**  4:6
**indicating**  21:4
24:15,22
**individual**
14:23
**inform**  39:25
**inside**  34:10
**inspect**  35:12
41:19
**inspection**  8:12
**inspector**  6:14
**installation**
44:25
**installed**  22:22
35:10 41:3
46:24

**installer**  9:19
9:20,21
**instance**  27:18
**insulation**  9:2
**intended**  39:20
39:22 40:2
**interested**
67:17
**interrupted**  4:5
**investigate**
11:3 14:9
**involve**  30:5
**involved**  13:25
14:18 50:20
**involving**  18:23
19:1
**ipad**  38:3
**irma**  22:3,7,8
**island**  41:23
**islands**  1:1 7:24
10:19,23 59:12
**issues**  18:6
32:12,14
**item**  52:6
**itemization**
44:6,11,13
**itemize**  44:7
**items**  54:2
55:15,20

**j**

**j**  14:25 29:3,18
30:11 66:1

**j6**  29:1 30:2,8
31:12
**j7**  30:5
**jamie**  11:8
12:11 43:20,21
**january**  53:6
**jcosby**  2:12
**jeffrey**  2:12
**job**  1:25 44:5
54:20 65:25
66:24
**john**  1:2 10:14
10:25 45:25
46:16,17
**join**  12:10
**joint**  33:22
**judy**  52:15,17

**k**

**keep**  20:11
49:15 50:4
58:3
**kind**  9:16 16:20
23:20 49:9
61:22
**know**  7:6 11:19
12:7,8,9 15:8
16:24 17:9
19:11 20:24
21:15,21,21
22:1,5,6,9
27:21 29:2
34:3,7 35:9,16
35:21 37:11,13

**[know - manufacturers]**                                        Page 9

38:6 39:19
40:2,14,17,18
40:23 41:16,17
42:7,9 44:13
45:3,6,7,7,9
47:2,7 48:24
49:5 51:25
52:8,24 53:1
53:18 54:10
57:22,24 62:10
63:16,18
**knowing** 41:6
**knowledge**
66:7

**l**

**l** 1:4 52:20 68:4
**labeled** 29:7,16
**labeling** 29:7,9
**labor** 50:20
54:19,24 55:24
55:25 56:6
59:4
**laborer** 11:12
12:20
**lack** 25:23
**law** 2:4
**lawofficesfb....**
2:6 68:2
**layer** 35:4
**layers** 13:12
25:23 26:3
**leak** 11:4 14:14

**leaks** 38:11
**leave** 36:25
62:2
**left** 6:10 21:2
60:2 62:2
**legal** 68:23
**legend** 4:1
42:23
**leininger** 2:10
**letters** 29:6
**licenses** 10:9,10
**line** 65:7
**linear** 19:20
**list** 43:25
**listed** 29:11
**listen** 60:8
**little** 8:19 34:5
50:19
**live** 45:22
**located** 41:25
42:6
**location** 1:15
**lodging** 55:9,10
**long** 6:5,16
11:16 19:24
37:5 38:1
47:25 61:3,4
63:1,19
**longer** 52:15
**look** 14:17
17:17 19:5
30:18 34:13
36:17 38:19
44:2 48:9

**looked** 11:4
17:1 21:22
22:1 23:2
33:16 34:14
57:21
**looking** 17:5
53:8 54:24
**looks** 8:3 29:10
33:19
**lost** 45:23,24
49:14,18,19
**lot** 23:25 46:13
46:14 49:14,18
49:19
**lower** 34:4
54:23,24
**lucia** 10:22

**m**

**m** 12:1 52:18
52:18
**made** 12:9,25
13:3,4 16:20
40:14,17 58:10
66:15
**main** 13:18
14:11,20 15:9
15:14 16:12
17:19,22,24
18:24 19:12,13
19:15 25:2,3
27:7 28:10,12
29:10,12,12,18
30:6,13,17,23

31:3,10,12,16
32:7 33:2,13
33:22 34:10
38:9 41:11
42:22,25 43:12
44:22 46:23
48:24 49:25
50:3 59:5,9
**mainland**
60:22
**maiocco** 59:21
59:25
**majority** 13:4
**make** 11:2,4
12:22 13:2,11
15:7 21:3 34:4
39:6 40:21
44:2
**making** 17:1,2
39:4
**man** 54:15,17
54:18,19 55:23
**management**
8:18
**manager** 7:11
35:17
**manufacture**
9:3
**manufacturer**
6:13,17 8:24
46:25 47:7
**manufacturers**
47:22

**march** 3:8 8:2
16:4,5
**mark** 16:2,3,16
18:9,18 42:20
55:6 56:2 58:5
**marked** 16:6
16:13,18 17:19
18:3,11,21
43:4,6 48:13
**markup** 57:5,9
57:10,11
**master** 14:20
17:22,25 18:6
28:16 32:19,20
**material** 9:21
39:17 44:5
45:4,19 53:24
54:3 57:11
**materials** 44:19
**mcadam** 11:8
43:20
**meade** 5:13
65:2 67:2,23
**mean** 12:13
14:21 18:1
23:4 26:23
36:4 38:21,21
41:1 42:24
45:18 46:15,15
47:5,12 48:12
50:21 51:1
53:12 54:18
**meaning** 44:22
52:5

**means** 42:17
**measure** 15:9
15:10
**measurement**
33:8
**measurements**
11:5 14:19,21
15:7 33:3
47:18
**meet** 62:20
63:1
**membrane** 9:2
**memory** 15:23
**men** 54:19,22
54:24 55:5
**mentioned** 14:8
15:6,16 28:2
**met** 59:11
62:21
**metal** 13:1,19
17:3 24:13,17
25:23 26:3,9
31:18
**metals** 47:9
53:13
**middletown**
5:19 63:11
**mind** 17:16
48:9
**minute** 59:21
60:1
**minutes** 42:10
61:4 62:9,19
63:2,3,13

**miscellaneous**
55:15
**missing** 25:9,22
25:24
**mistake** 58:11
**mobilization**
44:25
**mobilize** 44:4
**moment** 59:20
**monday** 36:15
**morning** 5:25
**move** 49:19
**moved** 49:13
49:13,13
**multiple** 54:6

## n

**n** 2:1 3:1 5:12
12:1 65:2 67:2
67:23
**nail** 27:25
**nails** 32:10
**name** 5:17,25
9:11 11:13
28:15 35:16
65:3
**necessary** 49:2
**need** 14:3,4
42:19,20 55:14
**needed** 14:24
15:1,4,5,12
45:14 49:9
**needs** 50:21

**neither** 67:12
**nelson** 11:12,14
11:16 12:10
63:24
**never** 49:21
**new** 1:17 33:24
41:2 46:23
47:9,19,23
50:9 53:13
58:2
**nine** 32:15
**nineteen** 31:8
**north** 41:11,17
**northford** 5:19
63:11
**notary** 5:13
66:18 67:23
**note** 49:24
68:10
**noted** 66:6
**notes** 49:10
**notice** 5:3 7:13
38:10 46:4,5,8
**noticed** 27:2
45:12 46:17
**number** 28:14
28:25 29:1
44:8 47:2 48:1
50:8,15 57:19
57:22 58:10,18
**numbers** 48:6
48:15
**numerous** 19:6

[o - pavilion]

| o | | | |
|---|---|---|---|
| **o**  52:18 | 53:18 54:21 | **overhead**  57:10 | 34:16 35:10,13 |
| **oath**  5:15 66:15 | 57:21 | 57:11 | 41:8 42:16,18 |
| 67:8 | **old**  49:17 | **overlap**  33:9 | 42:24 45:10 |
| **objection**  22:19 | **omission**  4:6 | **overtime**  56:7,8 | 47:10 48:2,12 |
| 23:22 24:4 | **once**  17:2,7 | **overview**  15:2 | 48:12,14,14,24 |
| 39:21 40:4 | 60:21 | 22:11 | 49:5,9,25 50:6 |
| 52:10 | **ones**  12:16 19:6 | **own**  43:18 | **panned**  51:21 |
| **observations** | 42:20 48:11 | **owner**  11:10 | **paperwork** |
| 41:18 | **ongoing**  11:4 | 12:11 43:19 | 23:3 |
| **ocean**  2:10 | 14:14 | 51:19 52:9 | **part**  29:12,22 |
| **octagonal** | **open**  11:3 13:5 | 57:17 | 35:3 42:3 |
| 20:19 21:12 | 13:8 14:9,10 | **owners**  58:6 | 48:18 |
| **offices**  2:4 | 20:4,11,24 | | **particular**  8:15 |
| **okay**  6:19,25 | 24:12 25:5,9 | p | 23:3 39:8 62:5 |
| 7:9,16 8:1,6 | 26:11,15 33:3 | **p**  2:1,1 | 63:18 |
| 10:5,9 11:24 | 33:13 37:17 | **p.m.**  1:14 64:11 | **parties**  67:14 |
| 12:19,21 13:25 | 38:17 41:10,20 | **p.o.**  2:5 | 67:16 |
| 14:18 15:6,10 | 43:1 | **page**  3:3 29:11 | **past**  37:23,25 |
| 15:17,24 16:15 | **opened**  13:6 | 38:19 42:11,15 | **pattern**  39:8,11 |
| 18:8 19:10,17 | 19:17,23 20:21 | 48:18 65:7 | 39:11 |
| 19:22 20:14,17 | 23:15 26:21,25 | **pages**  30:20 | **pavilion**  13:18 |
| 21:8,25 22:6 | **opening**  38:24 | **paid**  42:5 52:6 | 14:3,5,11,20 |
| 22:24 23:6,16 | **openings**  32:8 | 52:22 | 15:9,14,15 |
| 24:19 25:9 | 38:21 40:18 | **panel**  24:14 | 16:12 17:20,22 |
| 26:18 27:12,24 | **opposed**  16:21 | 29:3,3 30:18 | 17:24 18:6,24 |
| 28:3,18 29:4 | **order**  40:21 | 40:21 46:23,24 | 19:12,13,16 |
| 30:24 31:25 | **orders**  5:6,8 | 47:13,14,15,17 | 25:2,3 27:8 |
| 34:1 35:6,9 | 58:23,24,25 | 53:11,14 | 28:10,12 29:10 |
| 36:2 40:2 | **original**  45:12 | **panels**  14:23 | 29:13,19 30:6 |
| 41:12 42:22 | **originally**  53:1 | 15:3,5,12,17 | 30:13 31:3,10 |
| 44:8 45:2 | **osha**  44:9 | 16:13 17:9,21 | 31:12 32:7,10 |
| 46:23 48:17 | **outcome**  67:17 | 17:23,25 18:4 | 33:2,13,22 |
| | **outer**  17:18 | 25:9,12 27:22 | 34:10 38:9 |
| | 42:19 43:12,16 | 32:8 33:4 | 41:11 42:22,25 |

Veritext Legal Solutions

44:22 46:24
48:25 49:25
50:3 59:5,9
**pay** 42:3 57:13
58:12
**payable** 52:1
52:11
**paying** 36:3
**payment** 51:20
51:23
**peak** 32:7
**pebble** 27:21
**people** 58:3
**percent** 10:1
57:4,6,8 60:17
**percentage**
9:24 57:19
**perform** 14:8
**performed**
13:13,16 39:15
40:23 49:21,23
**performing**
37:3
**permanent**
11:5 14:19,22
15:7 17:3
38:17,22
**person** 6:24
**personal** 44:8
**personally**
47:24 66:14
**phone** 38:3,4
54:11

**phonetic** 4:3
**photo** 20:1 21:7
21:9,10,13,16
21:18,22 22:6
24:11,14,22
25:17,21 26:10
26:16 27:6,7
27:11 28:4
29:22 30:5,22
30:24 33:2,3,8
33:19 38:19
43:2
**photograph**
20:7 21:15
25:4,17 29:1
30:16 31:4
42:11,12
**photographed**
20:12
**photographs**
19:5,8 20:4
37:7,9,12
**photos** 3:11
15:22 18:13,16
18:20 21:1
22:14 31:22,23
40:16
**physical** 30:1
**picture** 26:1
**pieces** 50:1
**place** 58:2
**places** 54:7
**plaintiff** 2:3

**plaintiffs** 1:6
**planned** 56:19
56:20
**plans** 23:3
**please** 5:17,25
**ply** 9:2
**plywood** 35:5
38:25
**point** 7:24 8:7
11:17,22 36:11
49:17
**pointed** 53:24
**pointing** 21:5
32:7 50:22
**portion** 24:17
24:18,21 29:15
35:12 44:21
45:23,24 60:8
**position** 7:10
8:11,15,17
9:18 52:14
**possible** 49:24
**possibly** 14:2
33:20
**pre** 47:14
**premium** 56:5
**prepare** 15:20
43:18 51:7
57:18
**prepared** 16:8
39:19 44:1
50:23 51:2,7
57:17

**presence** 23:9
**present** 26:20
35:24,25 40:7
59:24
**previously** 6:9
31:24 48:15
**price** 51:10
56:11
**prices** 59:4
**prior** 9:6 10:2,5
12:12 22:7
40:17 41:5
48:13 56:2
61:25
**probably** 10:1
39:16 45:16
49:17 60:16
**products** 9:1,4
9:22,23
**professional**
10:10,12
**program** 44:10
**project** 7:11
8:18 12:14
22:11 35:17
44:21 49:16
54:14 59:3,15
60:5 62:5
63:18,24
**projects** 37:24
59:2
**property** 10:15
19:2 36:7 40:7
42:8 44:23

[property - replacement]                                    Page 13

46:8 61:23
**proposal**  44:7
44:16 45:12
51:4,5,18,18
57:6 58:14
**protective**  44:8
**protruding**
24:7
**provide**  44:8
**provided**  4:3
47:3 51:10,11
51:12 53:16
**public**  5:13
66:18 67:23
**pull**  21:18
22:10
**pulled**  30:4
**punctures**
15:18
**purpose**  10:24
**pushing**  27:22
**put**  13:11 17:4
33:22,24 45:13

**q**

**quantity**  54:12
55:11
**question**  6:22
7:5 41:4 58:8
**questions**  7:1
**quick**  30:19
**quote**  44:15
45:22 47:9,10
47:20 49:7

52:3,4,5 53:11
53:12,13,17,19
54:5 55:13
**quotes**  54:7,9

**r**

**r**  2:1 5:11,11,11
52:18,20 66:1
**rags**  55:12
**range**  39:13
**rate**  56:15
**read**  64:8 65:7
68:9
**reading**  4:7
**reads**  65:7
**really**  30:19
61:15 64:3
**reason**  65:7
68:11
**reattached**
39:9
**recall**  11:21
14:15 19:14,23
21:1,11 28:15
28:17 29:24
36:8 38:2,12
39:1,10,11
40:9,13 54:6
54:10 55:19
56:19 60:23
62:4
**receipt**  68:17
**receivable**  52:1
52:11

**received**  54:9
**recently**  18:14
59:15,19
**recollection**
17:11 19:25
46:21
**record**  5:17
51:6 54:11
**red**  42:16,18,23
48:12
**reduced**  52:5
57:22
**reduction**  58:6
**referenced**
13:17 68:6
**referring**  15:8
**refresh**  15:23
**regarding**  7:24
60:4
**regardless**
58:10,21
**regus**  1:15
**related**  67:13
**relation**  35:10
50:23
**relative**  67:15
**remaining**  48:2
**remediation**
43:13,16
**remember**
38:15,17 46:13
61:7
**removal**  44:24

**remove**  40:20
45:2 50:9,12
**renovation**
16:21
**rep**  6:15
**repair**  11:5
13:1,2,19
14:19,22 15:7
16:21 30:18
31:18 40:17,21
51:16,22,24
52:6,22
**repaired**  14:24
15:4,5 17:5
**repairs**  11:2
12:22,25 13:3
13:4 14:1,3,4,7
14:9,23 15:1
16:12 17:1,21
28:8,21,21
31:22,23 32:5
32:23,25 33:21
40:14 41:8
**rephrase**  7:6
**replace**  43:10
48:1 50:9
**replaced**  15:5
15:13 42:17,20
42:21
**replacement**
16:11,21 17:13
17:14,18,23,24
49:3,21,23
50:1

**replacing** 50:21
**report** 3:8 7:24
 8:3 13:21,23
 15:22 16:4,6
 16:14 17:19
 19:20,25 21:19
 22:11 29:5,11
 30:18 38:20
 39:19 40:1
 41:10,14 42:15
 48:9,18 53:6
 61:15 63:10
**reporter** 5:1,5
 5:10,16,21
 62:24 65:2
 67:1
**represent**
 21:22 57:8
**representing**
 2:3,9
**repurpose**
 49:25
**repurposed**
 50:4,7
**request** 7:12,19
 7:21
**require** 41:8
**reriveting** 39:3
**residential** 9:17
 46:11,14
**response** 7:21
**rest** 15:15 26:5
**restoration**
 9:11,14,15

**retained** 3:13
**retired** 43:22
 60:19
**return** 68:13,16
**review** 15:25
 16:1 17:17
 43:19,23 64:8
 68:7
**reviewed** 15:22
 18:14
**reviewing**
 15:21
**rich** 43:23
 59:20,25 60:7
 60:11 63:18,21
**rich's** 60:2
**richard** 1:12
 3:4 5:18 6:1
 65:5 67:4 68:5
**rid** 49:17
**ride** 46:21
**ridge** 50:9,10
**right** 6:2 7:9
 8:9 21:6,7,8
 27:5 29:21
 30:22 32:12
 36:5,14 38:23
 39:24 43:7
 48:10 50:25
 51:1 56:8
 57:12 58:15
 64:4,7
**rivet** 24:12,16
 24:21,22,23

 25:23 39:15
 50:10
**riveted** 13:11
 13:12 33:25
**rivets** 33:22
 34:1 39:9,17
 39:18
**rock** 24:5
**role** 12:19
**rolled** 26:8
**rolls** 53:21
**roof** 6:14 9:21
 11:3 14:25
 16:22 17:1,13
 17:23 20:16,18
 20:24 21:8,12
 21:22 22:15,22
 23:3,6,10 25:8
 26:6 27:8
 29:12,12,16,18
 34:15,16,20
 38:10 40:8,11
 40:15,24 41:3
 41:5 43:10
 44:25,25 45:3
 50:1,12,21
 53:1,3 63:6
**roofing** 6:13,16
 8:24 9:1,3,17
 9:21 10:5
 11:25 12:3
 17:18 24:3
 47:23

**roofs** 23:19
 46:4
**room** 59:21
 60:2,2 62:24
**rope** 25:6,7
**rosecrans** 2:4
**roughly** 8:10
**rules** 6:19

**s**

**s** 2:1 4:6 5:11
 52:20
**safety** 44:10
**san** 2:6
**sanders** 37:16
 37:19,20 47:5
 47:6 59:14,18
 59:25 60:15,20
**sarah** 1:4 68:4
**saved** 38:5
**saw** 17:7 34:16
**saying** 51:6
**says** 19:20 30:2
 30:5 31:1,8
 41:14 42:16
 44:4 48:1,23
 49:24 50:8
 54:12,24
**scope** 14:8
 43:25
**screen** 48:22
**se** 2:10
**seam** 11:3 13:5
 13:6,8,17 14:9

14:10,12 19:17
19:24 20:8,9
20:11,13,14,25
22:18 23:1
24:12,18,24
25:1,5,10,18,19
26:5,7,11,16
34:7 37:18
39:3 43:1
**seaming** 50:17
**seams** 17:2,4
20:5,15,21
22:25 23:14
24:13 26:6,8
26:12,14,15,16
26:17,20,21
41:19
**second** 16:8
20:7
**section** 23:6
44:4
**sections** 20:17
**see** 7:16 8:1,2
13:21 15:17
20:1 22:14,25
23:14,24 24:11
24:12,20 25:4
26:1,11,13,16
27:6,10,14,19
27:22 28:7
33:4 34:12,13
34:22 37:17
38:20,22 40:25
41:1,2 43:1,3

46:25 48:11
**seen** 23:19 24:2
31:23
**selected** 12:7
**sent** 7:12 68:14
**sentence** 4:5,7
**separate** 32:12
39:7 44:16
50:16
**separated**
43:15
**separating**
18:24
**september** 1:8
1:13 65:6 67:5
67:20 68:3
**service** 6:15
**set** 5:22 67:19
**seven** 32:4
33:17 54:25
**sheet** 13:1,19
45:13 57:18
65:1 66:6
68:11
**sheets** 26:9
**ship** 54:8
**shipping** 44:20
45:25 54:1
**shop** 49:13
**short** 32:8
**shot** 48:22
**show** 21:1
23:20 25:20,21
29:25 33:8

42:18,23
**showed** 40:16
48:15 62:22
**showing** 20:12
**shows** 33:3
42:17 43:1
57:18
**side** 21:3,5,6,7
21:8 30:23
38:23 41:11,16
41:17
**sign** 68:12
**signature** 66:10
**signed** 57:13
58:9 68:19
**similar** 7:3
**single** 9:2 15:12
38:7,8
**site** 35:15,17
36:22 42:7
44:5
**situations** 63:5
**six** 18:4 32:2
33:14 53:21
54:24,25
**small** 48:23
**solutions** 68:23
**sore** 23:25,25
**sorry** 28:4 36:3
36:18 37:1
**sound** 48:6
**sounds** 35:20
41:7

**source** 29:8
**specialist** 6:15
**specifically**
44:14
**specifications**
46:25 47:18
**specified** 48:3
**speech** 4:4
**spell** 52:17
**spelling** 4:3
**spend** 46:21
**spoken** 59:14
59:17 60:15
63:17,24 64:2
**spray** 40:16,18
40:20
**spring** 51:17
**square** 45:14
45:15
**st** 1:2,2 10:14
10:22,25 45:24
46:15,17,19
54:8
**stamped** 47:14
**standard** 55:24
57:9,10
**standing** 5:6
22:15
**start** 6:21
19:10 53:11
**started** 6:9 10:7
60:3,7
**state** 5:13,16,25
67:3

**[states - think]**    Page 16

states  1:1 60:21
  60:22
stay  41:22
stenographic...
  67:10
sticking  34:5
stints  8:22
stipend  55:8
stipulations  5:1
storm  22:3
  25:12 26:23,25
  40:24 41:5
street  1:16 2:4
structure  20:19
  30:15 31:14
  33:25 34:14
  38:13
structures
  23:20 46:11,13
stuart  2:11
stuff  44:20
  45:25 46:1
  49:14,19,20
  50:20 55:8
  57:11 63:5
sub  55:20
subcontractor
  11:24
subcontractors
  11:23 12:16
submitted
  51:22
subs  9:8

subscribed
  66:17
subsequently
  67:11
substrate  34:20
  35:4 45:3,4,5,9
  50:13
suite  2:5,11
  14:20 17:22,23
  17:25 18:6
  28:16
sundays  56:7
superintendent
  35:17
superior  19:1
supervisor
  56:15,17
supposed  22:17
  50:14
sure  11:18
  13:11,22 17:20
  34:4 35:18
  38:15 42:10
  44:2 46:18
  49:4 50:18
  60:17
susan  52:14,20
sworn  5:12
  67:7
syntec  8:23
synthetic  45:13
  53:21,23
system  23:4
  32:9 45:3

  47:15,16 50:12
  53:11,14

**t**

t  66:1
take  6:24 14:17
  37:9,14 38:19
  46:5 64:8
taken  14:21
  22:6,7 48:19
  52:2,4 67:4,10
  67:15
talk  6:21 61:8
  63:19,21 64:3
talked  20:5
  58:1 63:19
talking  14:12
  19:18 20:8
  21:12 24:25
  28:5,10,12
  42:12 48:7
tape  13:4 14:1
  28:9,22
taping  27:17
taxi  46:21
tecum  7:13
telegraph
  23:20
telegraphed
  23:24 24:2
telegraphing
  23:17 27:13,19
  27:23 28:1

tell  9:15 12:25
  14:9 16:10
  20:14 42:17
  51:21 60:11
telling  24:7
temp  45:15
  53:25
temporary  11:2
  13:3 14:1,9
  38:16 51:16
  52:6,22
ten  6:14,18
  42:9 63:2,2
term  23:16
terms  7:4 15:21
  44:14
testified  5:14
testify  19:2
  61:14 67:7
testimony  66:4
  67:10 68:9,17
thank  5:10,21
  64:7
thereof  67:19
thing  28:23,24
  31:19 45:12
  49:9
things  54:8
  58:15,17 59:8
  59:10
think  10:23
  19:24 27:16
  30:2 39:2
  46:14 48:7

**[think - utilized]** Page 17

57:25,25 64:5
**thirty** 13:7,7
19:23 32:24
33:7,10,12,14
33:17 48:6
**thomas** 1:2,4
2:7 46:19 54:8
65:3 68:1,4
**three** 18:2 33:7
36:24 49:17
60:16
**time** 1:14 6:21
6:24 8:11,13
8:17 10:1,15
10:17 11:10
12:3 14:3,4
22:15 35:17,25
37:17 38:14
39:16 40:12,15
41:3,5 43:20
43:24 45:17
46:22 47:4,21
47:25 49:14
50:25 52:15
53:25 54:7,13
56:5 57:25
59:17 60:15,17
60:18 62:2,20
63:19 68:18
**timeframe** 68:8
**times** 6:8 23:25
54:25,25
**title** 8:13,16

**today** 7:14
62:16,17
**today's** 15:20
**together** 20:15
24:18 63:1
**told** 61:6 63:22
**tom** 2:6 32:17
36:11 37:11
68:2
**tongue** 34:16
34:18,22,25
35:1,3,7,8,9
45:6,7
**took** 13:6 18:16
37:7,11 42:13
**tools** 55:12
**top** 24:13,17
32:9 34:20
38:19 42:12
**total** 55:20 57:6
**totaling** 56:13
**totals** 57:2
**trailing** 4:6
**transcribed**
67:11
**transcript** 4:1
5:7 68:6,19
**transcription**
67:9
**transition** 28:8
**transitioning**
27:7
**travel** 36:21,22
37:2 63:5,7,7

**traveled** 12:17
**tried** 34:4
**trip** 60:21
**trouble** 45:16
45:18
**true** 66:5 67:9
**truth** 66:15
67:7,7,8
**try** 39:5 50:4
**trying** 50:8
**turned** 33:4,4
**twenty** 31:12
31:14,21,25
32:2,4,6,15
63:2
**two** 8:22 12:16
13:15 17:21
18:1,3 26:2,8,9
36:22 50:6
54:1 62:24,25
63:1
**type** 9:1 53:22
61:7
**typically** 22:25
23:23,23 24:8
26:2 37:6
39:10

**u**

**u** 52:20 66:1
**uh** 7:2
**ultimately**
12:23,24

**under** 27:22
47:2 55:11
67:8
**underlayment**
45:11,13 53:21
53:23
**underneath**
13:7 23:20
24:5,6,7 26:4
27:20,21,23
**understand** 7:5
33:21 34:18
43:25 50:8,11
61:9
**understanding**
41:15 52:21,23
**unfold** 17:2,4
**unit** 54:13
**united** 1:1
60:21,22
**upstairs** 62:21
**use** 7:2,3 9:22
9:23 39:17
40:2
**used** 13:2 39:20
39:22 47:7
50:1,18 51:4
68:19
**using** 27:17
28:8,21 39:3
**usually** 45:11
**utilized** 47:22

[v - zurlis]                                                      Page 18

| v | | | |
|---|---|---|---|
| **v**  68:4 | 46:7 | **wlclaw.com** | **x** |
| **verbalize**  7:2 | **we've**  6:23 20:5 | 2:12 | **x**  3:1 |
| **verify**  68:9 | 20:8 21:12 | **wood**  34:13 | **y** |
| **veritext**  68:14 | 24:24 28:4,10 | 45:5 | **yeah**  8:8,16 |
| 68:23 | 28:12 31:23 | **wooden**  38:22 | 12:6 31:2 |
| **veritext.com.** | 33:15 37:23,24 | 45:5 | 33:24 39:5 |
| 68:15 | **weather**  58:24 | **word**  4:6 61:7 | 44:24 46:17 |
| **version**  7:18 | 58:25 59:2 | **words**  20:19 | 48:11,19 55:25 |
| **versus**  59:5 | **weathering** | 43:4 50:11 | 61:4 62:18 |
| **vice**  25:6 | 50:5 | **work**  6:2 9:16 | 63:8 |
| **video**  37:14,15 | **week**  51:3 | 10:5 11:24 | **year**  8:7 11:20 |
| 37:16 38:1 | 54:25 | 13:13,17 14:8 | 11:21 63:25 |
| 61:22 | **weekends**  56:7 | 36:6 37:3 | **years**  6:10,12 |
| **videotaped** | **weeks**  54:25 | 39:15 40:23 | 6:14,18 9:8 |
| 38:5 | 59:23 | 41:3,4 43:25 | 49:17 60:16 |
| **virgin**  1:1 7:24 | **went**  7:23,23 | 49:21,23 51:16 | **yep**  30:21 |
| 10:19,23 59:12 | 10:22 11:11 | 52:22 58:1,3 | **yesterday**  61:1 |
| **visit**  8:4 10:14 | 34:1,13 | 62:5 63:10 | 61:2 62:13,14 |
| 48:13,16 59:12 | **west**  30:23 | **worked**  6:5,7,9 | 62:15 |
| **visited**  10:15 | **whitneyville** | 6:13 8:21 9:8 | **z** |
| 10:17,19 | 9:11,14,15 | 11:16,22 12:12 | **z**  52:20 |
| **vs**  1:7 65:3 | 10:2,6,8 | 37:23,24 | **zoom**  59:19,20 |
| w | **wife**  35:22 | **working**  9:7 | 59:22 60:3,6 |
| **walking**  25:8 | **williams**  2:10 | 11:23 12:13 | 61:22 |
| **walls**  38:18 | **windows**  38:13 | 36:2 54:19 | **zurlis**  52:14,20 |
| **warranty**  6:15 | 38:16,20,21 | 59:1 | |
| **water**  21:2 32:9 | **winter**  58:1,3 | **works**  52:16 | |
| 38:11 45:15 | **wise**  9:24 | **wrapping**  26:4 | |
| 53:25 | **witness**  3:3 | **write**  51:5 | |
| **way**  23:13 | 5:18 32:17 | **written**  29:1 | |
| 24:15 29:9 | 61:6,8 64:7 | 54:9 | |
| 39:6 41:6 46:6 | 67:6,19 68:8 | **wrong**  53:24 | |
| | 68:10,12,18 | **wrote**  41:18 | |
| | | 45:13 49:8 | |