IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

    Plaintiff,

    v.                                                                                  CASE NO. 3:19-cv-0053

DAYBREAK, INC., dba HUBER & ASSOCIATES

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO ACCEPT FILINGS OUT-OF-TIME

Before the Court is the motion of Daybreak, Inc. to accept the filing of Document Numbers 103, 104, and 105 out-of-time and *nunc pro tunc* to January 5, 2026 The evidence submitted by Daybreak, Inc. establishes good cause and excusable neglect for the untimely filing, which was beyond the control of Daybreak, Inc. Accordingly, it is **ORDERED** that the motion is **GRANTED** and Document Nos. 103, 104, and 105, which were filed on January 7, 2026, are deemed filed *nunc pro tunc* to January 5, 2026..

ENTER:

January __, 2026

_____
EMILE A. HENDERSON III
United States Magistrate Judge