```
                                                        Page 1
 1      IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
 2              DIVISION OF ST. THOMAS AND ST. JOHN
 3
 4      THOMAS F. FRIEDBERG &      :  CIVIL ACTION NO:
        SARAH L. BUNGE,            :  3:19-CV-0053
 5
 6              Plaintiffs,        :
 7      vs                         :
 8      DAYBREAK, INC., D/B/A HUBER :  SEPTEMBER 11, 2025
        & ASSOCIATES
 9
10
11                          Volume II
12             CONTINUED DEPOSITION OF:  Arthur Sanders
13             DATE:        September 11, 2025
14             TIME:        1:02 P.M. -- 3:02 P.M.
15             LOCATION:    Regus
16                          157 Church Street
17                          New Haven, Connecticut  06510
18
19
20
21
22
23
24
25      Job No. CS7589338
```

```
                                                      Page 22
 1     correct?
 2          A    Yes.
 3          Q    "After the storm, investigation revealed that
 4     the defendant, which is Dayhill, did not install cleats
 5     at the intersection of the copper panels that form the
 6     ridge between copper pans at 9.5 inches on center as
 7     required by the terms and conditions of the contract."
 8               Correct?
 9          A    Did you say Dayhill?
10          Q    I didn't say Dayhill.
11          A    Daybreak?
12          Q    I said Daybreak.  Defendant, Daybreak.  I'm
13     sorry, Daybreak, I meant.
14               Is it correct, what I read?  Do you want me to
15     read it again?
16          A    Yes.
17          Q    "After the storm, investigation revealed that
18     Defendant did not install cleats at the intersection of
19     the copper panels that form the ridge between copper pans
20     at 9.5 inches on center as required by the terms and
21     conditions of the contract."
22          A    I did say that.
23          Q    Now, the only ridge where that was confirmed
24     was the one that was opened, correct?
25          A    Yes.
```

Page 23

1       Q    So where it says, "did not install cleats at
2    the intersection of the copper panels," that's only in
3    the one area where the ridge was opened that's in photo
4    40 that we went over a moment ago, correct?
5              MR. FRIEDBERG:  Objection to form.
6       A    That is the only area that we had opened.
7    BY MR. COSBY:
8       Q    And the areas that you didn't open you can't
9    confirm whether there are cleats or not there, correct?
10             MR. FRIEDBERG:  Objection to form.
11      A    That's correct.
12   BY MR. COSBY:
13      Q    There was no determination or investigation to
14   reveal whether cleats existed where the pans were away
15   from the ridges, correct?
16      A    In the investigation after the hurricane, that
17   is correct.
18      Q    So you answered it a certain way.  What about
19   any investigation before the hurricane?  Is it the same
20   answer?
21      A    Well, I'm sorry, I thought you were talking
22   about after the hurricane.
23           In the 2014 report, we opened the section on
24   the west side that showed that in a section there were
25   three cleats that were on average 9.5 inches.

```
                    CERTIFICATE OF REPORTER
```

Page 67

I, Christine N. Meade, a commissioner in and for the State of Connecticut, do hereby certify that the continued deposition of Arthur Sanders was taken before me on September 11, 2025.

I further certify that the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth, that she was examined under oath, and the foregoing is a true and accurate transcription of the testimony as taken stenographically by me and subsequently transcribed as hereinbefore appears.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the outcome of the action.

IN WITNESS THEREOF I have hereunto set my hand this 24th day of September, 2025.

_____
Christine N. Meade, Notary Public
My Commission expires: December 31, 2027.