### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　　Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

### REPLY DECLARATION OF THOMAS F. FRIEDBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Thomas F. Friedberg, declare as follows:

1. I am a Plaintiff in this action and counsel for Plaintiffs in this action. I make this declaration in support of Plaintiff's Reply in Support of Plaintiffs' Motion for Summary Judgment against Defendant Daybreak, Inc. dba Huber & Associates ("Daybreak").

2. Attached as **Exhibit A** to this declaration is a true and correct copy of excerpts from the Deposition of Joesph Bragg taken in this action.

3. Attached as **Exhibit B** to this declaration is a true and correct copy of Excerpts of the deposition of Barry Huber taken in this action on October 7, 2025.

4. Attached as **Exhibit C** to this declaration is a true and correct copy of excerpts of the deposition of Sarah L. Bunge taken in this action.

5. Attached as **Exhibit D** to this declaration is a true and correct copy of excerpts of the deposition of Barry Huber taken in this action on April 28, 2025.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of January, 2026, at San Diego, California

*/s Thomas F. Friedberg*
Thomas F. Friedberg

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2026, a true and correct copy of **REPLY DECLARATION OF THOMAS F. FRIEDBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL : asimpson@coralbrief.com

                                                  */s/ THOMAS F. FRIEDBERG*
                                                    **THOMAS F. FRIEDBERG**