IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

ACTION NO. 3:19-cv-0053-RAM-EAH

THOMAS F. FRIEDBERG & SARAH BUNGE,    )
                                      )
            Plaintiffs,               )
                                      )
vs.                                   )
                                      )
DAYBREAK, INC., dba HUBER &           )
ASSOCIATES,                           )
                                      )
            Defendant.                )
                                      )
_____ )

VIDEO-RECORDED DEPOSITION OF

JOE BRAGG

SEPTEMBER 23, 2025

REPORTED BY:   SUSAN L. FOSTER, CSR

Certificate No. 2942

Job No. 130860

Joe Bragg                                                September 23, 2025

**Page 54**

1  asked me politely not to, which I most gladly out --
2  facilitated and left. I didn't have enough time to even
3  look. You stopped me.
4      MR. FRIEDBERG: All right. I move to strike,
5  nonresponsive.
6      Q.  You walked from the road to the main pavilion --
7  to the main house, correct?
8      A.  Correct.
9      Q.  You walked down a driveway down the hill?
10     A.  Yeah.
11     Q.  In order to do so, you had passed several
12 buildings?
13     A.  Yes.
14     Q.  And did you look at those buildings as you
15 walked by them?
16     A.  Not really. I noticed there was a lot of stucco
17 missing off the one building. That was about it. My
18 focus was on the main house. That's what I was asked to
19 do.
20     Q.  Okay. Did -- at any portion walking down, did
21 you see any of the wind screen deployed?
22     A.  No, sir.
23     Q.  All right. Do you know if any wind screen was
24 deployed at the time of Hurricane Irma?
25     A.  I do not.

**Page 55**

1      MR. COSBY: Form.
2  BY MR. FRIEDBERG:
3      Q.  All right. Do you know the effects of any wind
4  screen that would have been deployed during Hurricane
5  Irma?
6      MR. COSBY: Form.
7      THE WITNESS: It depends on how the material was
8  made.
9  BY MR. FRIEDBERG:
10     Q.  If it's Dade County-approved storm capture
11 material -- well, first of all, do you understand what
12 Dade County-approved wind screens are?
13     A.  Of course, I do, sir. I'm a licensed roofer and
14 a general contractor in the state of Florida. I
15 understand it intimately. But if I don't understand what
16 the product is made of, I can't speak to how it performs.
17     Q.  All right.
18     A.  Whether or not it's okay to Miami-Dade, there's
19 some that have perforated holes in them that are
20 flexible. There's -- like I previously stated, there's a
21 whole bunch of a missing line of it.
22     If you were to show me a picture, I would
23 probably have a more capable answer for you, but because
24 I don't know what you're talking about, trying to beat me
25 up on it is pointless.

**Page 56**

1      Q.  I'm not trying to beat you up. I'm trying to
2  find out. You know, you've already told me you don't
3  know what Storm Capture and Armor Screen are, so I'm
4  trying to find out if you're aware if they have a Dade
5  County approval rating. Do you know what that means?
6      MR. COSBY: Form.
7      THE WITNESS: And as I previously stated, yes, I
8  do, because I'm a licensed roofer and general contractor
9  in the state of Florida, and it's -- a part of being a
10 contractor is understanding what the NOA is.
11 BY MR. FRIEDBERG:
12     Q.  All right. And in dealing with -- is there a
13 certain wind rating that these products may be approved
14 to?
15     A.  Sure.
16     Q.  What is that wind rating?
17     MR. COSBY: Form.
18     THE WITNESS: I believe Miami-Dade is now around
19 175 now. In 2017, it might have been different. The
20 wind map has changed and updated. It doesn't always
21 necessarily change down there, but it does change. So
22 from 2025 to 2017, I cannot definitively state at 2017
23 off the top of my head what the exact wind speeds are for
24 Miami-Dade-Broward. I do know currently it's around 175,
25 170 to 180, and I do believe the Keys are 190.

**Page 57**

1  BY MR. FRIEDBERG:
2      Q.  Look at P43, which is Page 24 of your report.
3      THE REPORTER: I'm sorry, Counsel, what page?
4      MR. FRIEDBERG: P43, which is Page 24 of your
5  report.
6      THE WITNESS: E-43?
7  BY MR. FRIEDBERG:
8      Q.  Well, it's in Exhibit 1.
9      A.  Yeah.
10     Q.  Page 24 of your report.
11     A.  Is there a letter designation to the page, sir?
12     Q.  Well, there's a letter, 24. Looks like 6
13 underneath the photograph.
14     A.  Well, at the bottom right corner, it says page
15 and it will be like, G, H, I.
16     Q.  No. Do you have Exhibit 1 in front of you?
17     A.  I have what was sent to me earlier, and I
18 printed it.
19     Q.  All right. On the bottom portion in red,
20 there's a Bates stamp, starts with 'P'. Do you see that?
21     A.  Yeah. Yeah.
22     Q.  Go to P43.
23     A.  P43 shows Side 6 and two pictures, yes, sir.
24     Q.  Look at the bottom picture. Do you see the
25 building in the upper left-hand corner?

Joe Bragg                                        September 23, 2025

Page 58

```
 1    A.   I do.
 2    Q.   Do you see the material that's over the
 3  openings?
 4    A.   I can't tell what that is from that.
 5    Q.   Well, that wasn't my question.  Do you see it?
 6    A.   I do see it, but I can't tell --
 7    Q.   And it's your testimony you don't know what that
 8  is, right?
 9    A.   I apologize, sir.  I missed that last half.  My
10  thing stopped working.
11    Q.   Is it your testimony you do not know what that
12  material is?
13    A.   Yeah, I believe I stated that multiple times,
14  yeah.
15    Q.   All right.  So you don't know whether or not any
16  Storm Capture or other wind screen product was actually
17  deployed for the main house during Hurricane Irma, do
18  you?
19         MR. COSBY:  Form.
20         THE WITNESS:  I do not know, but at the same
21  time, windscreen is exactly what it is.  It's only meant
22  to shield the windows from damage.
23  BY MR. FRIEDBERG:
24    Q.   All right.  Are you aware of the plywood
25  openings, how they work in the main house?  In other
```

Page 59

```
 1  words, are they operable, are they bolted on, or do you
 2  have any understanding?
 3    A.   I can't because I wasn't let inside.
 4         MR. COSBY:  Form.
 5  BY MR. FRIEDBERG:
 6    Q.   Well, you looked at the openings before you went
 7  on the roof, right?
 8    A.   I only looked at the two openings you allowed me
 9  to look at before you prevented me from looking any
10  further.
11    Q.   And what two openings were those?
12    A.   Two small windows.
13    Q.   All right.  Do you know whether or not any of
14  those openings -- any of those plywood openings were
15  operable at the time in 2017?
16    A.   I do not know.
17         MR. COSBY:  Form.
18  BY MR. FRIEDBERG:
19    Q.   Do you know -- do you have any basis to
20  understand how the plywood openings were constructed?
21         MR. COSBY:  Form.
22         THE WITNESS:  I do not know.
23  BY MR. FRIEDBERG:
24    Q.   All right.  So it would be correct you don't
25  know whether or not they were plywood openings or plywood
```

Page 60

```
 1  at the openings in addition to Storm Capture or wind
 2  screen?
 3         MR. COSBY:  Form.
 4         THE WITNESS:  I -- what I do know is that
 5  plywood is not a substitute for an actual window.
 6  BY MR. FRIEDBERG:
 7    Q.   Okay.  Well, what do you mean by that?
 8    A.   What I mean is when you're all of a sudden
 9  within a windstorm, plywood covers the opening, I've had
10  multiple cases where if only plywood was covering the
11  opening of a structure, and it had impacted negatively
12  the roof.  Whereas when the home has windows and a sealed
13  exterior wall system, the effects of wind uplift are --
14  are minimalized in comparison to my experience seeing
15  windows covered with plywood only.
16    Q.   Do you have any foundational basis to know
17  how -- the type of plywood or the thickness that was
18  used?
19         MR. COSBY:  Form.
20         THE WITNESS:  I, I -- there's no way I can
21  answer that because you didn't let me inside to look.
22  BY MR. FRIEDBERG:
23    Q.   All right.  It just calls for a yes or no.  I
24  move to strike everything else.  The answer is no, you
25  don't know, correct?
```

Page 61

```
 1         MR. COSBY:  Form.
 2         THE WITNESS:  Because you didn't let me inside,
 3  correct.
 4         MR. FRIEDBERG:  Move to strike.  It just calls
 5  for a yes or no, please.  You don't have to put the
 6  colloquy behind it.
 7    Q.   Is it correct you do not know the specifics of
 8  the plywood openings in terms of the type of wood, the
 9  thickness?
10         MR. COSBY:  Form.
11         THE WITNESS:  There's no way for me know, no,
12  sir.
13  BY MR. FRIEDBERG:
14    Q.   And -- all right.  Is it true you don't know how
15  those plywood openings were actually constructed, whether
16  they were in a frame that was bolted to the concrete
17  versus just nailed onto something?
18         MR. COSBY:  Form.
19         THE WITNESS:  Huh-uh.
20  BY MR. FRIEDBERG:
21    Q.   You don't know, do you?
22    A.   There's no way I can know, you know this,
23  because you didn't let me inside.
24    Q.   Move to strike.  Again, just answer.  My job is
25  to --
```

### Page 110

```
 1    A.   The risk is that you could burn the building
 2   down.
 3    Q.   Okay.  If -- what other alternatives are there
 4   to deal with the cracks that wouldn't involve the risk of
 5   burning the building down?
 6    A.   Well, I would say that most copper seam roofs
 7   need to be soldered, and it's always going to be a risk.
 8   It's part of the system itself.
 9        However, if you didn't want to solder because
10   you were worried about that, I mean -- I'm not sure where
11   that comes from, but however, you could put it -- you
12   could insert a transition piece between the turn in the
13   panels.
14    Q.   And how would that be done?
15    A.   Well, you would cut the two panels apart and be
16   able to install a cleated expansion transition piece, and
17   that would do it.
18    Q.   So you would cut, like, for example, the 30-foot
19   run, you would cut that at the transition, and then
20   install another piece of copper or a panel on top of it;
21   is that what you're saying?
22    A.   Yeah -- not on top of it, underneath on the top
23   piece and over top of the bottom transition piece, and it
24   would go continuously along the transition itself.
25    Q.   I'm having a hard time how would that look.  In
```

### Page 111

```
 1   other words, you're putting a piece of copper over, a
 2   piece of copper under?
 3    A.   It's very hard to explain, but if this is the
 4   top piece, there would be a piece slipped underneath that
 5   would go over top of the bottom piece.  It would be very
 6   subtle, but it could be done.
 7    Q.   Would that require annealing the copper and
 8   bending it to get those transition pieces underneath?
 9    A.   It would take some -- it would take some -- it
10   would take a high-acumen mechanic to do it, but it can be
11   done.
12    Q.   And would that be annealing the copper to do
13   that?
14    A.   Annealing, I would need the definition of that,
15   sir.
16    Q.   Well, don't you have to heat the copper up to
17   make it pliable?
18    A.   Not necessarily.
19    Q.   Okay.  Is that copper panel -- are those
20   easily -- or bendable without heating them up?
21    A.   Copper is very malleable.
22    Q.   All right.  And in terms of the approximate
23   number of man-hours necessary for this solution that
24   you're putting forward, do you have an estimate?
25         MR. COSBY:  Form objection.
```

### Page 112

```
 1         THE WITNESS:  I mean you asked me a different
 2   way of doing it.  I'm not sure how long it would take.  I
 3   do want -- I do want to caveat by that saying that -- and
 4   this is a hypothetical.  This means nothing to the roof
 5   because I don't believe the expansion cleats are
 6   necessary because of the one book saying they don't need
 7   it.
 8         And the fact is that probably three on five of
 9   the eight sides only reach or breach 30 foot
10   approximately.  The other three sides have the lattice
11   overhang which shortens the panels.  But if I were to
12   have to put transition piece in, I would probably say
13   that that would probably be two-and-a-half days per side
14   with eight sides.
15   BY MR. FRIEDBERG:
16    Q.   You indicated that there are two sources for the
17   cleating.  One says you shouldn't have it, one says you
18   should.  Which one says -- Copper and Common Sense says
19   you should or shouldn't?  I didn't break that down.
20    A.   Yeah, Copper and Common Sense says that you
21   should.  And then SMACNA says it doesn't -- it doesn't
22   state it.  Whereas -- and here's the difference.
23   Copper -- I'm sorry, SMACNA has a standing seam roof and
24   then the Bermuda roof, which is a horizontal panel, it
25   specifically states that the 30-foot needs an expansion
```

### Page 113

```
 1   cleat.
 2    Q.   Maybe I'm mistaken.  Let's talk -- let's move
 3   off expansion cleats and come back to the actual cleats
 4   themselves that get ridge attachment.  Does SMACNA say
 5   you need cleats there or not?
 6    A.   SMACNA does indicate within their diagram that,
 7   yeah.
 8    Q.   That yes, what?
 9    A.   That cleats are required along the hip ridge
10   whereas Copper and Common Sense doesn't.
11    Q.   What are the -- who puts out these various
12   publications, if you know?
13    A.   I mean the -- I think SMACNA is a collaboration
14   of multiple authors that are associated with the --
15   whatever this affiliation is.
16    Q.   Well, what about Copper and Common Sense?
17    A.   I believe that's the same, believe it or not,
18   yeah.  I believe that there's multiple editions of it, so
19   obviously there's a collaboration.
20    Q.   All right.  Do you know what the standard of
21   care is when there's two competing sources, if you know?
22         MR. COSBY:  Form.
23         THE WITNESS:  I generally don't know, but I
24   would say that SMACNA is well -- well-known exponentially
25   versus Copper and Common Sense.
```

Joe Bragg                                                    September 23, 2025

```
 1   No problem.
 2          MR. COSBY:  All right.
 3          THE VIDEOGRAPHER:  This concludes today's
 4   deposition.  We're going off the record at approximately
 5   10:37 A.M.
 6          THE REPORTER:  I have one question, please.
 7   Is the witness requesting review and sign?
 8          MR. COSBY:  Yeah, we'll read.
 9          THE REPORTER:  All right.  Thank you.
10          (Proceedings concluded at 10:37 A.M.)
11          (Exhibits 1 and 3 marked for identification.)
12                       --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 118
```

```
 1   DEPONENT'S DECLARATION UNDER PENALTY OF PERJURY
 2          I, JOE BRAGG, a witness in the above-entitled
 3   action, do hereby declare under penalty of perjury under
 4   the laws of the United States, that I have read the
 5   foregoing transcript of my deposition under oath taken
 6   September 23, 2025 and have made such corrections as
 7   appear in ink therein and the reason therefor; and that
 8   the testimony contained in said deposition, as corrected,
 9   is the truth, the whole truth, and nothing but the truth.
10          Executed this _____ day of _____, 2025.
11
12
13
14                          _____
                                      JOE BRAGG
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 120
```

```
 1   Deponent:            JOE BRAGG
     Deposition Date:     September 23, 2025
 2   Case Name:           Friedberg vs Daybreak
     Case No.             3:19-cv-0053-RAM-EAH
 3
 4   PLEASE CHECK ONE OF THE FOLLOWING:
 5   _____  No corrections were made to the transcript
 6   _____  Changes were made to the transcript as follows:
 7   Use Change Reason Codes for Changes:
           1.  To clarify the record
 8         2.  To conform the facts
           3.  To correct transcription errors
 9
10   Page_____ Line_____ Reason Code_____
11   From_____to_____
12   Page_____ Line_____ Reason Code_____
13   From_____to_____
14   Page_____ Line_____ Reason Code_____
15   From_____to_____
16   Page_____ Line_____ Reason Code_____
17   From_____to_____
18   Page_____ Line_____ Reason Code_____
19   From_____to_____
20   Page_____ Line_____ Reason Code_____
21   From_____to_____
22   Page_____ Line_____ Reason Code_____
23   From_____to_____
24   _____     _____
25        DATE                   JOE BRAGG
                                                      Page 119
```

```
 1      DEPOSITION OFFICER'S/REPORTER'S CERTIFICATE
 2          I, SUSAN L. FOSTER, CSR No. 2942, Certified
 3   Shorthand Reporter licensed in the State of California,
 4   do hereby certify:
 5          That prior to being examined, the deponent was by me
 6   duly sworn to testify to the truth, the whole truth and
 7   nothing but the truth; that the foregoing testimony was
 8   reported by me stenographically and was thereafter
 9   transcribed through computer-aided transcription; and
10   that the foregoing contains a full, complete and true
11   record of said proceedings.
12          That the witness did _X_ did not____ request to read
13   and sign the original deposition transcript.
14          That I am in no way interested in the outcome of
15   this action, and am not connected with, related to, or an
16   employee of any of the parties in this action or to their
17   respective counsel.
18          That the dismantling, unsealing, or unbinding of the
19   original transcript will render the Reporter's
20   Certificate null and void.
21          In witness whereof, I have hereunto set my hand this
22   8th day of October, 2025.
23
                             _____
24
25                                SUSAN L. FOSTER, CSR
                                  Certificate No. 2942
                                                      Page 121
```