```
                                                          Page 1

 1       IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN
 2

 3       THOMAS F. FRIEDBERG &         :  CIVIL ACTION NO:
         SARAH L. BUNGE,               :  3:19-CV-0053
 4

 5                   Plaintiffs,       :

 6

 7       vs                            :

 8

 9       DAYBREAK, INC., D/B/A HUBER   :  AUGUST 28, 2025
10       & ASSOCIATES                  :

11

12

13                   Defendant.        :

14

15

16

17                   DEPOSITION OF:  Arthur Sanders

18

19            DATE:        August 28, 2025

20

21            TIME:        10:11 A.M. - 2:02 P.M.

22

23            LOCATION:    Regus

24                         157 Church Street

25                         New Haven, Connecticut  06510
```

Page 114

1   A   It's hard to tell. Using an area calculation,
2   you're using, you know -- you know, what do I say that
3   that rib is as a percentage, do we say it's six inches
4   wide, you know. And then, take that comparison to the
5   whole area of the roof. I don't think you can put it in
6   those terms.
7   BY MR. COSBY:
8   Q   Okay. But if it's 3 percent of the rib with
9   your calculation, the rib is not the entirety of the
10  roof, correct?
11  A   Right.
12  Q   So we can agree that the percentage of that
13  area in relation to the entire roof would be less than
14  3 percent, correct?
15  A   Yeah.
16  Q   Okay. If the plywood prevented wind from
17  entering the main pavilion, is that what your
18  understanding is, in your opinion?
19  A   Yes.
20  Q   How is there uplift damage? Where is it coming
21  from?
22  A   It's the surface.
23  Q   What do you mean surface?
24  A   The wind -- from the wind on the exterior
25  surface.

Page 115

1   Q   Explain it to me.
2   A   Well, as I stated before, the storm came from
3   the bay in counter clockwise rotation and up the hill
4   accelerated. It's blowing against this rib structure,
5   the inner section of the pan on these octagonal sections.
6   It's blowing against that, which is a very poorly
7   installed cap over a female and male connection of a one
8   inch joint that was short on one side and it just tore
9   the joint apart.
10  Q   Okay. And so, help me out. Where is the wind
11  entering to cause the uplift?
12  A   It's not entering. It's traveling along the
13  roof in upward fashion to tear.
14  Q   Okay. And it may be my misconception, so just
15  bear with me. But when I think of uplift I think of wind
16  getting underneath a roof to lift it?
17  A   That's not the only way that wind affects a
18  roof.
19  Q   Okay. So explain to me what you think happened
20  here as far as wind.
21  A   As I just said, you know, it's surface wind
22  hitting this slopped roof and tearing at the material.
23  It doesn't have to be internal pressure in a building to
24  --
25  Q   I understand your position on that. I'm trying

Page 116

1   to understand how it would happen then if there wasn't --
2   when I hear uplift. I understand wind can cause damage
3   to a structure. But when I consider uplift my conception
4   --
5   A   Once --
6   Q   Hold on. Hold on.
7       My understanding of it with uplift is some
8   force from below, but you're telling me that's not the
9   case?
10  A   No.
11  Q   Okay. How did this -- you agree that the --
12  most of the roof structure remained after the hurricane,
13  correct? In other words, panels didn't fly off?
14  A   When you say structure, I think of the building
15  but --
16  Q   Well, the roof.
17  A   The roof installation, yes, I do agree.
18  Q   Not a single panel flew off, correct?
19  A   Correct.
20  Q   Did a single cap fly off?
21  A   I think there were areas where caps flew off.
22  The top of the witch's hat, you know, was disengaged.
23  Q   Did it fly off or was it disengaged?
24  A   It was just disengaged.
25  Q   But remained?

Page 117

1   A   Right.
2   Q   What are the caps secured with?
3   A   With a pop rivet.
4   Q   I'm sorry?
5   A   With a pop rivet.
6   Q   Do you have any photos showing missing caps due
7   to the storm?
8   A   No. No.
9   Q   Other than the 5:00 o'clock to 5:30 orientation
10  we talked about in photographs 39 and 40, are there any
11  other areas of that eastern side of the roof that were
12  opened?
13  A   No.
14  Q   And we've talked about west and we've talked
15  about east. Assuming those were correct from the 12:00
16  o'clock orientation down to the 5:00 and 6:00 o'clock
17  orientation, because it's round, it's a little difficult
18  to describe in the same way with those directions, but
19  was there any damage to the north or south sides of the
20  main pavilion?
21  A   Not that I saw.
22  Q   How much time did you spend up on the roof in
23  2018, main pavilion?
24  A   Probably about six hours.
25  Q   And how about in 2014?

Page 138

```
 1      MR. COSBY: Let me make sure these
 2   exhibits -- I don't know if these got twisted
 3   around.
 4      THE WITNESS: Well, this --
 5      MR. COSBY: This isn't mine, so take a
 6   look at this and tell me what that is.
 7      THE WITNESS: This is the subpoena for
 8   documents and notice of taking the deposition.
 9      MR. COSBY: I thought we had a sticker on
10   it. That's why I'm asking you.
11      THE WITNESS: Didn't you just give that
12   one back to me?
13      MR. COSBY: Yeah. Maybe that's it. That
14   should all be connected, if we have a paper
15   clip or something.
16      THE WITNESS: Okay. Now, what are you --
17   are you leaving these with her?
18      MR. COSBY: Well, let's talk about that.
19   Let me first eject this. She can have the
20   drive. There's no issue with that, correct?
21      THE WITNESS: Sure.
22      MR. COSBY: Off the record.
23      (Whereupon, the deposition adjourned at
24   2:02 P.M.)
25
```

Page 139

```
 1              CERTIFICATE OF REPORTER
 2      I, Christine N. Meade, a commissioner in and
 3  for the State of Connecticut, do hereby certify that the
 4  deposition of Arthur Sanders was taken before me on
 5  August 28, 2025.
 6      I further certify that the witness was duly
 7  sworn by me to testify to the truth, the whole truth, and
 8  nothing but the truth, that she was examined under oath,
 9  and the foregoing is a true and accurate transcription of
10  the testimony as taken stenographically by me and
11  subsequently transcribed as hereinbefore appears.
12      I further certify that I am neither attorney
13  nor counsel for, nor related to, nor employed by any of
14  the parties to the action in which this deposition is
15  taken, and further that I am not a relative or employee
16  of any attorney or counsel employed by the parties
17  hereto, nor financially interested in the outcome of the
18  action.
19      IN WITNESS THEREOF I have hereunto set my hand
20  this 3rd day of September, 2025.
21
22
23  [signature: Christine N. Meade]
24
    Christine N. Meade, Notary Public
25  My Commission expires: December 31, 2027.
```

36 (Pages 138 - 139)