# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>　　　　Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**ACTION FOR DAMAGES** |

## REPLY - PLAINTIFFS' OBJECTION TO EVIDENCE CITED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

　　Plaintiffs **object** to the uncertified draft deposition transcript attached as Exhibit 5 to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment as inadmissible hearsay. An uncertified, draft deposition transcript cannot be used or cited in any court proceedings. See *Impact Mktg. Int'l LLC v. Big O Tires, LLC*, 2012 U.S. LEXIS 12458* at *5 (D. Nev.., February 2, 2012). A district court may only consider admissible evidence in ruling on a motion for summary judgment. *Williams v. Gomez*, 2016 U.S. Dist. LEXIS 68771* (N.D. Cal., May 25, 2016), citing Fed. R. Civ. P. 56(e); *Orr v. Bank of Am., NT & SA*, 285 F. 3d 764, 773 (9th Cir. 2002). To be admissible, evidence must be properly authenticated. "Therefore, 'unauthenticated documents cannot be considered in a motion for summary judgment.'" *Impact Mktg. Int'l LLC v. Big O Tires, LLC*, supra, 2012 U.S. LEXIS 12458* at *4, quoting *Orr v. Bank of America, supra* 285 F. 3d at 773-774. Defendant has not authenticated the undated, uncertified draft deposition

1

transcript which is the only evidence it cites to support its purported uncontested facts. The deposition transcript cannot be considered to support the alleged uncontested facts.

Dated : January 16, 2026        **LAW OFFICES OF FRIEDBERG & BUNGE**

By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
  Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2026, a true and correct copy of **REPLY - OBJECTION TO EVIDENCE CITED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                                 /s/ THOMAS F. FRIEDBERG
                                                 **THOMAS F. FRIEDBERG**