**Exhibit 2**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DAYBREAK, INC., dba HUBER AND ASSOCIATES,<br><br>  Plaintiff,<br>v.<br><br>THOMAS F. FRIEDBERG, SARAH BUNGE, LAW OFFICES OF FRIEDBERG & BUNGE, AND MERRILL LYNCH CREDIT CORPORATION,<br><br>  Defendants. | CASE NO. ST-10-cv-716 |
| THOMAS F. FRIEDBERG and SARAH L. BUNGE,<br><br>  Counterclaimants,<br>v.<br><br>DAYBREAK, INC., and HUBER AND ASSOCIATES,<br><br>  Counterdefendants. | |
| THOMAS F. FRIEDBERG and SARAH L. BUNGE,<br><br>  Third Party Plaintiffs,<br>v.<br><br>BARRY R. HUBER,<br><br>  Third Party Defendant. | |

**NOTICE OF SERVICE OF DEFENDANTS, COUNTERCLAIMANTS AND THIRD PARTY PLAINTIFFS FED.R.CIV.P. 26(a)(2)(B) EXPERT WITNESS DISCLOSURES**

PLEASE TAKE NOTICE that on November 13, 2014, Defendants, Counterclaimants and Third Party Plaintiffs served their Fed.R.Civ.P. Rule 26(a)(2)(B) expert designation and reports in the above matter.

Dated : November 13, 2014                **LAW OFFICES OF FRIEDBERG & BUNGE**

By: _/s/ Thomas F. Friedberg_
THOMAS F. FRIEDBERG, ESQ. (VI # 1006)
Attorneys for Defendants, Counterclaimants and
Third Party Plaintiffs
610 West Ash Street, Suite 1400
P.O. Box 6814
San Diego, California 92101
TEL : (619)557-0101
FAX: (619)557-0560
" tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November 2014, a true and correct copy of the **NOTICE OF SERVICE OF DEFENDANTS, COUNTERCLAIMANTS AND THIRD PARTY PLAINTIFFS FED.R.CIV.P. RULE 26(a)(2)(B) EXPERT WITNESS DISCLOSURES**, was served by US Mail to the following parties:

Andrew C. Simpson, Esq.
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Chirstiansted, St. Croix, VI 00820
TEL : (340) 719-3900
FAX: (340) 719-3903
"asimpson@coralbrief.com"

Stacy L. White, Esq.
**LAW OFFICES OF STACY L. WHITE**
1142 King Street
Christiansted, St. Croix
Virgin Islands, 00820
"stacylwhite@att.net"

Joseph Goldberg, Esq.
**COLE, SCOTT & KISSANE, P.A.**
9150 South Dadeland Boulevard, Suite 1400
PO Box 569015
Miami, Florida 33256
TEL : (305) 350-5300
FAX : (305) 373-2294
"Brad.Sturges@csklegal.com"

*[signature]*

# THE LAW OFFICES OF
# FRIEDBERG & BUNGE

610 WEST ASH STREET, SUITE 1400
P.O. BOX 6814
SAN DIEGO, CALIFORNIA 92166-0814
TEL (619) 557-0101
FAX (619) 557-0560

SARAH L. BUNGE †
THOMAS F. FRIEDBERG †
BRITTANY D. BOTTERILL

† Admitted in California
and Virgin Islands

Virgin Islands Office:

The Marketplace, Suites 101C&D
5000 Estate Enighed, PMB 158
St. John, USVI 00830
TEL (340) 693-0331
FAX (340) 693-0332

November 13, 2014

Clerk of Court
Superior Court of the Virgin Islands
Division of St. Thomas and St. John
Alexander A. Farrelly Justice Center
1st Floor, East Wing Room E111
5400 Veteran's Drive
St. Thomas, VI 00802

RE: <u>Daybreak, Inc., dba Huber and Associates vs. Thomas F. Friedberg, et al.</u>
VI Superior Court Case No.   :   ST-10-cv-716
Our File No.   :   11015

Dear Sir/Madam:

Enclosed please an original and one copy of the Notice of Service of Defendants, Counter claimants and Third Party Plaintiffs Rule 26(a)(2)(B) expert reports.

Please file the original and return and a conformed copy to our office in the enclosed self addressed stamped envelope.

Thank you for your anticipated courtesy and cooperation. Should you have any questions, please feel free to contact me.

Very truly yours,

THOMAS F. FRIEDBERG

TFF:tbm