**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

        Plaintiffs,

v.

DAYBREAK, INC. dba HUBER & ASSOCIATES,

        Defendant.

**CIVIL ACTION NO. 3:19-cv-0053**

<u>**RESPONSE TO PLAINTIFFS' OBJECTION TO EVIDENCE CITED IN DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**</u>

Defendant, Daybreak Inc. dba Huber & Associates ("Daybreak"), respectfully submits its Response to Plaintiffs' ("Friedberg") Objection to Evidence Cited in Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and its Motion for Summary Judgment and states as follows:

1.      Plaintiffs are objecting to the use of the draft version Arthur Sanders  AIA deposition taken on March 6, 2015.

2.      Defendant has diligently worked on obtaining a copy of the finalized transcript to provide to this Court, but this deposition was taken over ten years ago and the court reporting agency, Esquire Solutions, is having to search the archives to see if they can find it.

3.      Defendant would like to point out that Plaintiffs have or had in their possession a final copy of the subject deposition as an excerpt was attached as an exhibit to their Ominbus Declaration of Thomas J. Friedberg in Support of Plaintiffs' Motion in Limine to Preclude Barry

Huber from Testifying Regarding Matters Requiring Expert Opinion and Motion in Limine to Preclude Daybreak's Unsupported Claim for Damages of Breach of Contract in the parties U.S. Virgin Island Superior Court Case No. ST-10-CV-716. *See* Exhibit "1."

4.    Plaintiffs failed to provide that transcript as part of their obligations under Fed. R. Civ. P. 26. as well as Arther Sanders' 2018 Expert Report used in Plaintiffs' Case against their insurance company.

WHEREFORE, the Defendant, Daybreak Inc. dba Huber & Associates, respectfully requests this Court to overrule Plaintiffs' Objection to the Use of the Draft of Arthur Sanders AIA Deposition taken on March 6, 2015 and for any other relief this Court deems just and proper.

Date: January 20, 2026

<div style="margin-left: 40%;">

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900

</div>