# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

## DEFENDANT'S SUPPLEMENT IN THE NATURE OF A SUBSTITION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

### (Certified Copy of Transcript of Arthur Sander's March 6, 2015 Deposition)

Defendant, Daybreak Inc. dba Huber & Associates ("Daybreak"), respectfully submits a certified copy of Arthur Sanders' March 6, 2015 Deposition to substitute for the draft copy of that deposition attached to Daybreak's Motion for Summary Judgment as Exhibit 6 (Doc. No. 95-6) and attached as Exhibit 3 to Daybreak's Opposition to Plaintiffs' Motion for Summary Judgment (Doc. No. 105-3). This addresses the objection filed by Plaintiffs as Doc. No. 111.

Date: February 6, 2026

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

<u>s/ Andrew C. Simpson, Esq.</u>
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900
