IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>        Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>        Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

## MOTION FOR LEAVE TO APPEAR AT INTERIM PRE-TRIAL CONFERENCE REMOTELY BY TEAMS

Plaintiffs Thomas F. Friedberg and Sarah L. Bunge, by and through Thomas F. Friedberg, hereby moves to appear remotely by Teams at the interim pre-trial conference scheduled for March 13, 2026, at 9:00 a.m. in St. Thomas. The basis of this request is that Attorney Friedberg is required to personally appear in Lisbon, Portugal on March 11, 2026 at 10:30 am. The appearance is required in order to obtain biometric data in order to process Attorney Friedberg's visa application. Attorney Friedberg owns property in Portugal and is required to obtain a visa. The request for an appointment was made in September 2023 and has now been finally set. The appointments cannot be changed and failure to appear will result in denial of the visa.

Due to necessity of appear personally in Lisbon on March 11, 2026, it is not feasible to fly to St. Thomas to personally attend the interim pre-trial set for March 13, 2026. Attorney Friedberg requests leave to appear remotely by Teams at the interim pre-trial.

1

The notice from the Portuguese Government has been translated into English and provides as follows:

Dear Madam/Sir**THOMAS FRANKLIN FRIEDBERG**

Following the request(s) for the creation and/or submission of an ARI electronic registration by the above-identified citizen(s), you are hereby notified, as applicant and/or legal representative, under Article 114 of the Code of Administrative Procedure (CPA) and Article 209 of Law No. 23/2007, of July 4, as currently worded:

**Appointment Scheduling**

The Agency for Integration, Migration and Asylum (AIMA) hereby informs you that you have an appointment scheduled at **Loja AIMA - Lisboa I**, located at **Av. António Augusto de Aguiar, 20 Lisboa**, on **11 de março de 2026 - 10:30**.
For further information, AIMA's Contact Centre is available on all working days, from 08:00 to 20:00, via 217 115 000 (landline network) or 965 903 700 (mobile network).

**In-Person Appointment**
During the in-person appointment, the biometric data of the foreign citizen will be collected and their presence in national territory confirmed, pursuant to point (c) of paragraph 1 of Article 77 of Law No. 23/2007.

**Failure to Attend the Scheduled Appointment**

Failure to make the required payment within the specified period shall result in termination of the procedure, pursuant to Article 133(1) of the Code of Administrative Procedure.
Accordingly, unjustified absence from the scheduled appointment may be interpreted as non-fulfilment of the legal requirement of presence in the national territory (cf. Article 77(1)(c) of Law No. 23/2007, of 4 July), which renders the granting of the residence permit unfeasible.
Furthermore, the requirement to collect biometric data constitutes an essential condition for the acceptance of the application and the eventual issuance of the residence permit.

**Fee Payment**
You must proceed with the payment of the applicable fees related to the issuance, as provided for in point 3(b) of the Table annexed to Ordinance No. 307/2023, of 13 October, mandatorily at the time of the in-person appointment. Failure to do so will result in the non-acceptance of the application.

**Consequence of Non-Payment**
Please note that the effectiveness of the administrative act is conditional upon the full payment of the applicable fees. Failure to make such payment constitutes grounds for termination of the procedure, pursuant to paragraph 1 of Article 133 of the Code of Administrative Procedure.

If you still wish to apply for a residence permit for investment under Article 90-A of Law No. 23/2007, of July 4, you must pay the applicable fee and attend the scheduled appointment.

Kind regards,

Support Unit for Residence Permits for Investment (UARI)

Attorney Friedberg has advised Jeff Cosby, defense counsel, of this request. Attorney Cosby has no objection to the request to appear remotely.

Based on the foregoing, Attorney Friedberg requests leave of Court to appear remotely by Teams at the interim pre-trial conference scheduled for March 16, 2026.

Dated :   February 9, 2026    **LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*
    THOMAS F. FRIEDBERG, ESQ.(VI#1006)
    Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2026, a true and correct copy of **MOTION FOR LEAVE TO APPEAR AT INTERIM PRE-TRIAL CONFERENCE REMOTELY BY TEAMS** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

　　　　　　　　　　　　　　　　　　　　　　　/s/ THOMAS F. FRIEDBERG
　　　　　　　　　　　　　　　　　　　　　　**THOMAS F. FRIEDBERG**