## IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, | **ACTION NO. 3:19-cv-0053-RAM-EAH** |
| Plaintiffs, | **ACTION FOR DAMAGES** |
| v. | |
| DAYBREAK, INC. dba HUBER & ASSOCIATES, | |
| Defendant. | |

### TEXT OF PROPOSED ORDER

Before the Court is the Motion of Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge, by and through Thomas F. Friedberg, who requests leave to appear remotely by Teams at the interim pre-trial conference scheduled for March 13, 2026, at 9:00 a.m. in St. Thomas. The basis of this request is that Attorney Friedberg is required to personally appear in Lisbon, Portugal on March 11, 2026 at 10:30 am. in order to obtain biometric data in order to process Attorney Friedberg's Portuguese visa application.

The Premises Considered:

IT IS HEREBY ORDERED that the Motion for Leave to Appear Remotely by Teams at the Interim Pre-Trial Conference is hereby **GRANTED**. The Clerk of the Court shall provide the login information for the Teams Conference.


Dated: _____        _____
                                      US Magistrate Judge

1