# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

**RESPONSE - PLAINTIFFS' OBJECTION TO DEFENDANT'S SUPPLEMENT IN THE NATURE OF A SUBSTITUTION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs **object** to Defendant's February 6, 2026, filing of a Supplement in the Nature of a Substitution in Support of its Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment (DOC # 116). Plaintiffs object on the grounds that the Supplement is an untimely attempt to introduce evidence after the date by which Defendant was required to file its Opposition to Plaintiffs' Motin for Summary Judgment and evidence in supporting Defendant's Motion for Summary Judgment. The uncertified draft of the deposition filed by Defendant was not admissible evidence supporting Defendant's Motion and Opposition. It would be prejudicial to Plaintiffs to allow Defendant to replace the inadmissible evidence after the deadline for Plaintiffs to respond.

Dated : February 11, 2026          **LAW OFFICES OF FRIEDBERG & BUNGE**

1

By: /s/ THOMAS F. FRIEDBERG, ESQ.
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Plaintiffs THOMAS F.
FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2026, a true and correct copy of **RESPONSE - PLAINTIFFS' OBJECTION TO DEFENDANT'S SUPPLEMENT IN THE NATURE OF A SUBSTITUTION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                                            */s/ THOMAS F. FRIEDBERG*
                                                          **THOMAS F. FRIEDBERG**