# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, <br><br>    Plaintiffs, <br><br>v. <br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES, <br><br>    Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTION TO DEFENDANT'S SUPPLEMENT IN THE NATURE OF A SUBSTITUTION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, DAYBREAK, INC. dba HUBER & ASSOCIATES, by and through its undersigned counsel, and hereby files its response to Plaintiffs' Objection to Defendant's Supplement in the Nature of a Substitution in Support of Motion for Summary Judgment in Opposition to Plaintiffs' Motion for Summary Judgment and states as follows:

1. The Plaintiffs objected to the draft copy of Arthur Sanders' Deposition taken on March 6, 2015.

2. This draft copy of the deposition was previously provided to Plaintiffs in Defendant's Rule 26(a)(1) Discovery Disclosures.

3. The certified copy of that same deposition that was filed with Defendant's

1

Supplement in the Nature of a Substitution in Support of Motion for Summary Judgment in Opposition to Plaintiffs' Motion for Summary Judgment is identical to the draft copy, except that this version is certified by the Court Reporter.

4. Plaintiffs' claim that this will prejudice them is not valid. There is nothing materially different about this deposition versus the draft deposition other than the certification.

5. Plaintiffs were aware of this deposition and had it in their possession since at least May 9, 2015 when they filed an excerpt of this deposition in U.S. Virgin Islands Superior Court Case No. ST-10-cv-716 as support for their Motions in Limine in that case.

6. Although they were in possession of the subject deposition, Plaintiffs did not disclose it as part of their Rule 26(a)(1) Discovery Disclosures even though this material is relevant to the subject of this case.

WHEREFORE, the Defendant, DAYBREAK, INC., respectfully requests that this Court overrule Plaintiffs' objection to Defendant's Supplement in the Nature of a Substitution in Support of Motion for Summary Judgment in Opposition to Plaintiffs' Motion for Summary Judgment, and for any other relief this Court deems just and proper.

Date: February 18, 2026

                                              s/ Jeffrey C. Cosby, Esq.
                                              Jeffrey C. Cosby, Esq.
                                              Florida Bar No. 967981
                                              Service to: eservice@wlclaw.com
                                              Attorney for Defendant Daybreak Inc
                                              Williams, Leininger & Cosby, P.A.
                                              301 SE Ocean Blvd., Suite 205
                                              Stuart, FL  34994

Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900