# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>        Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>        Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>**ACTION FOR DAMAGES** |

**[PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF**

**BRIAN A. GLASSER**

This matter is before the Court on the motion for admission *pro hac vice* of Brian A. Glasser, Esq.

The Court, having reviewed the Motion and the affidavits and documents submitted therewith, is satisfied in the premises, it is hereby:

ORDERED, the motion is hereby **GRANTED**;

and it is further ORDERED, that Brian A. Glasser, is admitted *pro hac vice* in the above-captioned matter.

ENTERED THIS _____ day of _____, 2026

                                                  _____