# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

**[PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF DAVID L. SELBY, II**

This matter is before the Court on the motion for admission *pro hac vice* of David L. Selby, II, Esq.

The Court, having reviewed the Motion and the affidavits and documents submitted therewith, is satisfied in the premises, it is hereby:

ORDERED, the motion is hereby **GRANTED**;

and it is further ORDERED, that David L. Selby, II, is admitted *pro hac vice* in the above-captioned matter.

ENTERED THIS _____ day of _____, 2026

_____