# Alabama State Bar



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **David Lewis Selby, II** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **David Lewis Selby, II** was admitted to the Alabama State Bar on April 29, 1991.

I further certify that said **David Lewis Selby, II** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2026.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on February 10, 2026.

Terri B. Lovell, Secretary

