# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Brian A. Glasser - WVSB ID# 6597**

This is to certify that, according to the records of the West Virginia State Bar, Brian A. Glasser, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 3, 1994.

According to the records of the West Virginia State Bar, as of February 25, 2026, Brian A. Glasser is currently an Active Attorney Member in good standing with the West Virginia State Bar.

Kevin M. Baker
Executive Director
The West Virginia State Bar