## IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>    Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

**NOTICE OF FILING MOTION, SUPPLEMENTAL ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF BRIAN A. GLASSER AND PROPOSED ORDER**

Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), by and through Thomas F. Friedberg, hereby files the Supplemental Attorney Declaration with Certificate of Good Standing in Support of Plaintiffs' Motion for *Pro Hav Vice* admission of Attorney Brian A. Glasser. The Motion is attached as Exhibit "1", the Supplemental Attorney Declaration as Exhibit "2" and the Proposed Order as Exhibit "3". The fees were paid at the time of filing Doc. 124.

Dated :   February 26, 2026
                                                            LAW OFFICES OF FRIEDBERG & BUNGE

                                                            By: /s/ THOMAS F. FRIEDBERG, ESQ.
                                                            THOMAS F. FRIEDBERG, ESQ.(VI#1006)
                                                              Attorneys for Plaintiffs THOMAS F.
                                                            FRIEDBERG & SARAH L. BUNGE
                                                            **THE LAW OFFICES OF FRIEDBERG & BUNGE**
                                                            1005 ROSECRANS STREET, SUITE 202
                                                            PO BOX 6814
                                                            SAN DIEGO, CALIFORNIA 92166
                                                            TEL : (619)557-0101

FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2026, a true and correct copy of **NOTICE OF FILING MOTION, SUPPLEMENTAL ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF BRIAN A. GLASSER AND PROPOSED ORDER** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                        */s/ THOMAS F. FRIEDBERG*
                                        **THOMAS F. FRIEDBERG**