## IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE, | **ACTION NO. 3:19-cv-0053-RAM-EAH** |
| Plaintiffs, | **ACTION FOR DAMAGES** |
| v. | |
| DAYBREAK, INC. dba HUBER & ASSOCIATES, | |
| Defendant. | |

### MOTION FOR *PRO HAC VICE* ADMISSION OF BRIAN A. GLASSER

Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), by and through Thomas F. Friedberg, moves for the admission of Brian A. Glasser as counsel *pro hac vice* for the purpose of participating in this action as attorney for Plaintiffs, and in support states as follows:

1.      Thomas F. Friedberg is a member in good standing of the Virgin Islands Bar, bar number 1006.

2.      Brian A. Glasser is engaged in the practice of law and is admitted to practice in the State of West Virginia (#6597); State of Illinois (#6318327) and the District of Columbia (#1024003) and is in good standing in these jurisdictions.

3.      Brian A. Glasser is a partner of the law firm of Bailey Glasser, LLP, and has his office at 1055 Thomas Jefferson Street, NW, Suite 540, Washington, DC 20007.

4.      Brian A. Glassner is known to me to be a person of good moral character and high professional standing and possesses all the qualifications required to practice law in the U.S. Virgin Islands in accordance with LRCi 83.1(3).

5.      Brian A. Glasser is versed in the Federal Rules of Civil Procedure and the Local Rules applicable to the District Court of the Virgin Islands.

WHEREFORE, the undersigned counsel hereby moves for *Pro Hac* Admission of Attorney Brian A. Glasser.

Dated :   February 20, 2026                    **LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*
        THOMAS F. FRIEDBERG, ESQ.(VI#1006)
        Attorneys for Plaintiffs THOMAS F.
        FRIEDBERG & SARAH L. BUNGE
        **THE LAW OFFICES OF FRIEDBERG &**
        **BUNGE**
        1005 ROSECRANS STREET, SUITE 202
        PO BOX 6814
        SAN DIEGO, CALIFORNIA 92166
        TEL : (619)557-0101
        FAX : (619)557-0560
        E-mail : "tom@lawofficefb.com"

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of February 2026, a true and correct copy of **MOTION FOR *PRO HAC VICE* ADMISSION OF BRIAN A. GLASSER** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

　　　　　　　　　　　　　　　　　*/s/ THOMAS F. FRIEDBERG*
　　　　　　　　　　　　　　　　　**THOMAS F. FRIEDBERG**