IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | ACTION NO. 3:19-cv-0053-RAM-EAH<br><br>ACTION FOR DAMAGES |

**NOTICE OF FILING MOTION, SUPPLEMENTAL ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID L. SELBY, II AND PROPOSED ORDER**

Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), by and through Thomas F. Friedberg, hereby files the Supplemental Attorney Declaration with Certificate of Good Standing in Support of Plaintiffs' Motion for *Pro Hav Vice* admission of Attorney David L. Selby, II. The Motion is attached as Exhibit "1", the Supplemental Attorney Declaration as Exhibit "2" and the Proposed Order as Exhibit "3". The fees were paid at the time of filing Doc. 123.

Dated :   March 4, 2026         LAW OFFICES OF FRIEDBERG & BUNGE

By: /s/ *THOMAS F. FRIEDBERG, ESQ.*
THOMAS F. FRIEDBERG, ESQ.(VI#1006)
  Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101

1

FAX : (619)557-0560  
E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2026, a true and correct copy of **NOTICE OF FILING MOTION, SUPPLEMENTAL ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID L. SELBY, II, AND PROPOSED ORDER** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.  
Florida Bar No. 967981  
Service to: eservice@wlclaw.com  
Attorney for Defendant Daybreak Inc  
Williams, Leininger & Cosby, P.A.  
301 SE Ocean Blvd., Suite 205  
Stuart, FL   34994  
Telephone: 772-463-8402  
Facsimile: 772-463-4820  

Andrew C. Simpson  
**ANDREW C. SIMPSON, PC**  
2191 Church St., Ste. 5  
Christiansted, VI 00820  
TEL : 340.719.3900  
E-MAIL :asimpson@coralbrief.com  

/s/ THOMAS F. FRIEDBERG  
**THOMAS F. FRIEDBERG**