# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>        Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>        Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

## MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID L. SELBY, II

Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), by and through Thomas F. Friedberg, moves for the admission of David L. Selby, II, as counsel *pro hac vice* for the purpose of participating in this action as attorney for Plaintiffs, and in support states as follows:

1. Thomas F. Friedberg is a member in good standing of the Virgin Islands Bar, bar number 1006.

2. David L. Selby, II, is engaged in the practice of law and is admitted to practice in the State of Alabama (ASB-6994-Y62D) and is in good standing in these jurisdictions.

3. David L. Selby, II, is a partner of the law firm of Bailey Glasser, LLP, and has his office at 3000 Riverchase Galleria, Suite 905, Birmingham, AL 35244.

4. David L. Selby is known to me to be a person of good moral character and high professional standing and possesses all the qualifications required to practice law in the U.S. Virgin Islands in accordance with LRCi 83.1(3).

1

2

5.     David L. Selby, II, is versed in the Federal Rules of Civil Procedure and the Local Rules applicable to the District Court of the Virgin Islands.

WHEREFORE, the undersigned counsel hereby moves for *Pro Hac* Admission of Attorney David L. Selby.


Dated :   February 20, 2026                 **LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*
     THOMAS F. FRIEDBERG, ESQ.(VI#1006)
       Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
    **THE LAW OFFICES OF FRIEDBERG & BUNGE**
    1005 ROSECRANS STREET, SUITE 202
    PO BOX 6814
    SAN DIEGO, CALIFORNIA 92166
    TEL : (619)557-0101
    FAX : (619)557-0560
    E-mail : "tom@lawofficefb.com"

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2026, a true and correct copy of **MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID L. SELBY, II,** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL   34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

                                                                        */s/ THOMAS F. FRIEDBERG*
                                                      **THOMAS F. FRIEDBERG**