✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

OF THE VIRGIN ISLANDS　　DISTRICT OF　　ST. THOMAS/ST. JOHN

THOMAS F. FRIEDBERBG, et al.

V.

DAYBREAK, INC., et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-cv-0053 RAM EAH

| PRESIDING JUDGE<br>Robert Molloy | PLAINTIFF'S ATTORNEY<br>Thomas F. Friedberg/Brian Glasser | DEFENDANT'S ATTORNEY<br>Jeffrey Cosby |
|---|---|---|
| TRIAL DATE (S)<br>April 14, 2026 - April 28, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Contract dated May 7, 2010 |
| 2 | | | | | Proposal from Daybreak dated February 8, 2010 |
| 3 | | | | | Main roof plans |
| 4 | | | | | Photographs of cooper being installed on main roof |
| 5 | | | | | Revere Cooper and Common Sense excerpts |
| 6 | | | | | SMACNA excerpts |
| 7 | | | | | Illustration - complaint cleat layout |
| 8 | | | | | Illustration - non-complaint cleat layout |
| 9 | | | | | Illustration - Alternative method cleat attachment -1 |
| 10 | | | | | Illustration - Alternative method cleat attachment - 2 |
| 11 | | | | | Dahill report (Barabas) with photographs of roof in 2018 |
| 12 | | | | | Photograph - 2014 inspection vs. 2017 inspection |
| 13 | | | | | Curriculum vitae - Arthur Sanders |
| 14 | | | | | Hoffmann Storm Damage Report by Arthur Sanders |
| 15 | | | | | Curriculum vitae - Laura Dolan |
| 16 | | | | | Dolan economic analysis - 6/25/25 |
| 17 | | | | | Dolan economic analysis - 9/3/25 |
| 18 | | | | | Paradim Construction Estimate for Gate House/Garage |
| 19 | | | | | Sample cleat |
| 20 | | | | | Deposition transcript - Barry Huber 4/28/25 |
| 21 | | | | | Deposition transcript - Barry Huber 10/7/25 |
| 22 | | | | | Deposition transcript - Micah Cady - 4/28/25 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____2____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

THOMAS F. FRIEDBERBG, et al.   vs.   DAYBREAK, INC., et al.

CASE NO. 3:19-cv-0053 RAM EAH

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Deposition transcript - Micah Cady - 10/7/25 |
| 24 | | | | | Deposition transcript - Richard Miaocco |
| 25 | | | | | Deposition transcript - Richard Barabas |
| 26 | | | | | Deposition transcript - Joe Bragg |
| 27 | | | | | Superior Court Action - counterclaim |
| 28 | | | | | Redacted Settlement Agreement/Release of Superior Court Action |
| 29 | | | | | Order of Dismissal of Superior Court Action |
| 30 | | | | | Deposition transcript Art Sanders - Volume I |
| 31 | | | | | Deposition transcript of Art Sanders - Volume II |
| 32 | | | | | Deposition transcript of Laura Dolan |
| 33 | | | | | Deposition transcript of Thomas F. Friedberg |
| 34 | | | | | Deposition transcript of Sarah L. Bunge |
| 35 | | | | | Superior Court Order limiting damages to $210,000 |

Page 2 of 2 Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

[New Page]   [Print]   [Save As...]   [Export as FDF]   [Retrieve FDF File]   [Reset]