## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS & ST. JOHN

**THOMAS F. FRIEDBERG and
SARAH L. BUNGE,**

                **Plaintiffs,**

      **v.**                                      **3:19-cv-00053-RAM-EAH**

**DAYBREAK, INC. d/b/a HUBER
& ASSOCIATES**

                **Defendant.**

_____

**TO:**    **Thomas Friedberg, Esq.
         Andrew C. Simpson, Esq.
         Jeffrey C. Cosby, Esq.
         Brian A. Glasser, Esq.**

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**THIS MATTER** comes before the Court on the Motion for *Pro Hac Vice* Admission of Brian A. Glasser, Esq. Dkt. No. 121. Attorney Thomas F. Friedberg, on behalf of Plaintiffs Thomas F. Friedberg and Sarah L. Bunge moves for the admission of Brian A. Glasser, Esq., to appear and participate as co-counsel for said plaintiffs in the above-captioned matter. Plaintiff's, Attorney Friedberg, and Attorney Glasser have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Friedberg v. Daybreak*
3:19-cv-00053-RAM-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 2

The record shows that Brian A. Glasser, Esq. is currently an attorney in good standing in the State of West Virginia, the State of Illinois, and the District of Columbia. Attorney Glasser's West Virginia Bar Number is 6597, his Illinois Bar Number is 6318327, and his District of Columbia Bar Number is 1024003.

Attorney Glasser is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application and the record herein, it is now hereby **ORDERED**:

1. The Motion for *Pro Hac Vice* Admission of Brian A. Glasser, Esq., Dkt. No. 121, is **GRANTED**;

2. Brian A. Glasser, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Brian A. Glasser, Esq., shall appear before the Court to take the oath of admission in person or via videoconference; and

4. Brian A. Glasser, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter prior to filing any documents in this case.

ENTER:

Dated: March 10, 2026

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE