IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

THOMAS F. FRIEDBERG & SARAH L. BUNGE,

      Plaintiff,

        v.                        CASE NO. 3:19-cv-0053

DAYBREAK, INC., dba HUBER & ASSOCIATES

      Defendant.

_____/

## NOTICE OF APPEARANCE

Brian A. Glasser appears in this matter as counsel for Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge, and requests that all pleadings and correspondence pertaining to the above-captioned matter be hereafter directed to Brian A. Glasser at the address indicated below.

/s/ *Brian Glasser*

Brian A. Glasser
Attorney for Plaintiffs.
1550 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone No. 202-463-2101

### Certificate of Service

I certify that on March 17, 2026, the foregoing document was filed with this Court via its ECF system, which will send a notice of filing to Jeffrey C. Cosby (jcosby@wlclaw.com), Mailing Address: 301 SE Ocean Blvd, Ste. 205, Stuart, FL 34994, and Andrew C. Simpson (asimpson@coralbrief.com), Mailing Address: 2191 Church Street, Suite 5, Christiansted St Croix, VI 00820, counsel for defendant.

/s/ Thomas F. Friedberg