IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

THOMAS F. FRIEDBERG & SARAH L.
BUNGE,

      Plaintiff,

        v.                                   CASE NO. 3:19-cv-0053

DAYBREAK, INC., dba HUBER &
ASSOCIATES

      Defendant.

_____/

## NOTICE OF APPEARANCE

David L. Selby II appears in this matter as counsel for Plaintiffs, Thomas F. Friedberg and Sarah L. Bunge, and requests that all pleadings and correspondence pertaining to the above-captioned matter be hereafter directed to David L. Selby II at the address indicated below.

      /s/  David L. Selby
      David L. Selby II
      Attorney for Plaintiffs.
      3000 Riverchase Galleria, Suite 905
      Birmingham, AL 35244
      Telephone No. 205-835-9906

### Certificate of Service

I certify that on March 17, 2026, the foregoing document was filed with this Court via its ECF system, which will send a notice of filing to Jeffrey C. Cosby (jcosby@wlclaw.com), Mailing Address: 301 SE Ocean Blvd, Ste. 205, Stuart, FL 34994, and Andrew C. Simpson (asimpson@coralbrief.com), Mailing Address: 2191 Church Street, Suite 5, Christiansted St Croix, VI 00820, counsel for defendant.

      /s/ Thomas F. Friedberg