**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG and SARAH L. BUNGE,<br><br>          Plaintiffs,<br><br>          v.<br><br>DAYBREAK, INC. d/b/a HUBER AND ASSOCIATES,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)    **Case No. 3:19-cv-0053**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

**THIS MATTER** comes before the Court on the following motions:

(1) Plaintiffs' Notice of Motion and Motion for Summary Judgment, filed on December 14, 2025. (ECF No. 86.)

(2) Defendant's Motion for Final Summary Judgment, filed on December 14, 2025. (ECF No. 93.)

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

(1) Pursuant to 28 U.S.C. § 636(b)(1)(A), all pending and future non-dispositive pretrial matters shall continue to be referred to Judge Emile A. Henderson III for final disposition.

(2) Pursuant to 28 U.S.C. § 636(b)(1)(B), all pending and future dispositive motions are referred to Judge Emile A. Henderson III for the issuance of a proposed findings of fact and recommendations for disposition.

**Date:** March 20, 2026                      /s/ *Robert A. Molloy*
                                           **ROBERT A. MOLLOY**
                                           **Chief Judge**