# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>           Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br><br>           Defendant. | CIVIL ACTION NO. 3:19-cv-0053 |

### DEFENDANT'S NOTICE OF UNAVAILABILITY
### FOR PROPOSED TRIAL DATE

COMES NOW Defendant, DAYBREAK, INC., dba HUBER & ASSOCIATES, by and through its undersigned counsel, and hereby notifies this Court that the Defendant is unavailable September 14 through September 26, 2026 as the principal Barry Huber has a prepaid vacation scheduled during that time that was scheduled five months ago. Please see Exhibit 1 for the documentation of his travel plans. The cruise tickets were purchased on October 29, 2025 and the airfare for the travel was purchased on January 23, 2026.

Date: March 27, 2026

s/ Jeffrey C. Cosby, Esq.
Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205

Stuart, FL  34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

s/ Andrew C. Simpson, Esq.
Andrew C. Simpson, Esq.
VI Bar 451
Attorney for Defendant Daybreak Inc
2191 Church Street, Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone No. (340)719-3900