**Exhibit A**


**ROYAL CARIBBEAN**

## CRUISE VACATION RECEIPT

| | | | |
|---|---|---|---|
| **Reservation ID:** | 9309547 | **Issue Date:** | 29 OCT 2025 |
| **Package Type:** | Cruise Only | | |
| **Ship:** | LEGEND OF THE SEAS | **Sailing Date:** | 17 SEP 2026 |
| **Departure Date:** | 17 SEP 2026 | **Cruise Duration:** | 07 Nights |
| **Itinerary:** | 7 NIGHT WESTERN MEDITERRANEAN CRUISE | | |
| **Stateroom:** | SN 10352 | | |
| **Description:** | Sunset Corner Suite | | |
| **Stateroom Obstructed View Percentage** | 0% | | |
| **Guest Name:** | BARRY HUBER | TERESA HUBER | |
| **Crown and Anchor #:** | 381555898 | | |
| **Special Services:** | | | |
| **Dining (Waitlist):** | 5:30 PM() | 5:30 PM() | |

When you make your booking with us, please ensure that you provide your first name and last name as it appears on your passport. When you complete your online check-in, please double check that all of your personal information such as your name and date of birth are correct. You can check-in on the App/website between 45 days and the morning of your sail date. Please let us know as soon as possible if any of your personal details have been recorded incorrectly.

## CRUISE FARE

| USD | | | | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total |
|---|---|---|---|---|---|---|---|---|

w-00053-RAM-EAH     Document #: 144-1     Filed: 03/27/26

**Exhibit A**

AMERICAN EXPRESS TRAVEL

## Travel Arrangements for HUBER/BARRY R
### HUBER/TERESA DIANE

American Express Travel Record Locator **LHIXOU**

**Agent Details**

American Express
Platinum Corporate Card Travel Services
2401 W. Behrend Dr Ste.55 M/C 08-03-69
Phoenix Arizona 85027
Toll Free 1-800-297-2929

Travel policies change, so we recommend that you check relevant government websites (for your destinations of travel) and your travel supplier websites—both prior to any cancellation deadlines and your dates of travel. To cancel an upcoming booking, please visit the "My Trips" section of AmexTravel.com.

To view your booking, please visit manage my booking

## Travel Details                     Monday 14 Sep 26

## Flight Information

| | | | | |
|---|---|---|---|---|
| Airline Record Locator | JQPU69 | | **Confirmed** | |
| Airline | **Delta Air Lines** | | Estimated Time | 9 Hrs 25 Mins |
| Flight | **DL 66** | | Equipment | 339 |
| Origin | Atlanta, | | Meal | Dinner |
| | Hartsfield-jackson Atlanta International | | Number of Stops | Non-stop |
| Destination | Rome, | | Baggage | 2PC per adult |
| | Leonardo da Vinci International (Fiumicino) | | | |
| Departing | 07:25 PM | | | |
| Arriving | 10:50 AM / 15 Sep 2026 | | | |
| Departure Terminal | Terminal Maynard H Jackson Jnr Intl | | | |
| Arrival Terminal | Terminal 3 | | | |
| Class | I Business Class | | | |
| Seats | 2C, 2G | | | |



## Travel Details                     Saturday 26 Sep 26

## Flight Information

| | | | | |
|---|---|---|---|---|
| Airline Record Locator | JQPU69 | | **Confirmed** | |
| Airline | **Delta Air Lines** | | Estimated Time | 11 Hrs 14 Mins |
| Flight | **DL 215** | | Equipment | 339 |
| Origin | Rome, | | Meal | Lunch |
| | Leonardo da Vinci International (Fiumicino) | | Number of Stops | Non-stop |
| Destination | Atlanta, | | Baggage | 2PC per adult |
| | Hartsfield-jackson Atlanta International | | | |
| Departing | 09:45 AM | | | |
| Arriving | 02:59 PM | | | |
| Departure Terminal | Terminal 3 | | | |
| Arrival Terminal | Terminal Maynard H Jackson Jnr Intl | | | |
| Class | D Business Class | | | |
| Seats | 4C, 4A | | | |

## Loyalty Program

| | |
|---|---|
| DL | 6198769314 |

## Additional Messages

YOUR EXECUTIVE IS ADEANA
DL RECORD LOCATOR IS JQPU69