**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASSIGNMENT OF CIVIL AND CRIMINAL ) | |
| CASES TO ) | CASE NO. 1:26-mc-0013 |
| DISTRICT JUDGE EVAN RIKHYE ) | |

**ORDER**

Effective May 28, 2026, the Honorable Evan Rikhye assumed the duties and responsibilities as Judge for the District Court of the Virgin Islands, sitting in the Division of St. Thomas and St. John. Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall promptly reassign to Judge Rikhye all civil cases pending in the Division of St. Thomas and St. John assigned to Chief Judge Robert A. Molloy, with the exception of the following:

1. *Lawrence v. Bryan*, Case No. 3:94-cv-0078
2. *United States v. Gov't of the Virgin Islands*, Case No. 3:08-cv-0158
3. *Vento v. Duggan*, Case No. 3:09-cv-0174
4. *Hall v. Hall,* Case No. 3:11-cv-0054
5. *Carroll v. Prosser*, Case No. 3:13-cv-0001
6. *Hall v. Hall,* Case No. 3:13-cv-0095
7. *Revere High Yield Fund v. M/V Mister B.*, Case No. 3:16-cv-0006
8. *Todd v. Blake*, Case No. 3:17-cv-0012
9. *Duncan v. Gov't of the VI*, Case No. 3:18-cv-0057
10. *St. Rose v. Heavy Materials LLC*, Case No. 3:19-cv-0117
11. *United States v. Ingrao*, Case No. 3:19-cv-0096
12. *United States v. Roberts*, Case No. 3:20-cv-0010
13. *Morton v. Testamark,* Case No. 3:20-cv-0031
14. *Hoffman v. Hammerhead Constr. LLC*, Case No. 3:21-cv-0046
15. *Malone v. Lloyds of London*, Case No. 3:22-cv-0057
16. *Hammerhead Constr. LLC v. Hoffman*, Case No. 3:23-cv-0014
17. *Ohno v. Brooks,* Case No. 3:25-cv-0014
18. *Robinson v. United States*, Case No. 3:25-cv-0033; and
19. *Great Vistas, LLC v. Capital Vacations Resort Mgmt. LLC*, Case No. 3:25-cv-0041

*In Re: Assignment of Civil and Criminal Cases to District Judge Evan Rikhye*
Case No. 1:26-mc-0013
Page 2 of 3

**IT IS FURTHER ORDERED** that all criminal cases filed in the Division of St. Thomas and St. John, on or after May 28, 2026, shall be assigned to Judge Rikhye. Judge Molloy shall continue to preside over all criminal cases filed in the Division of St. Thomas and St. John prior to May 28, 2026.

**SO, ORDERED.**

**Dated:** May 28, 2026

_____
**ROBERT A. MOLLOY**
**Chief Judge**