**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATIONS**

Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), hereby file this Unopposed Motion to Extend Time to File Objections to Magistrate's Report and Recommendations pursuant to 28 U.S.C. § 636 (b)(1). This Motion is brought pursuant to LRCi 6.1(b)(5) and 7.1( e).

1. The Report and Recommendations of Magistrate Henderson recommending granting Defendant's Motion for Summary Judgment (Doc. 93) was filed on September 11, 2026. (Doc. 149).
2. The Report and Recommendations of Magistrate Henderson recommending denying Plaintiffs' Motion for Summary Judgment (Doc. 86) was filed on September 11, 2026. (Doc. 150).
3. The Objections to the Magistrate's Reports and Recommendations are currently due on September 25, 2026.

4. Counsel for Plaintiffs has a response and a reply to a Motion for Summary Judgment and responses and replies to *Daubert* Motions and Motions in Limine in other cases due through October 15, 2026.

5. Additional time is needed to prepare the Objections to the Reports and Recommendations for both summary judgments in this case due to the responses and replies that are due in other cases as set forth above.

6. Plaintiffs' counsel is requesting an extension of time to file the Reports and Recommendations through October 23, 2026. On September 14, 2026, counsel for Plaintiffs e-mailed counsel for Defendant as the whether they would consent to the extension. Counsel for Defendant responded on September 14, 2026, consenting to the extension through October 23, 2026. (See e-mails attached as Exhibit "A").

7. The request for the extension is not made to delay this matter and is necessary due to an inability to prepare the responses due to other pleading deadlines.

8. Good cause exists for granting this request to allow Plaintiffs' sufficient time to prepare the objections.

WHEREFORE, Plaintiffs request that the Court **GRANT** the Unopposed Motion for an Extension of Time to File Objections to the Magistrate's Reports and Recommendations in Dockets 149 and 150 through October 23, 2026.

Dated : September 15, 2026

**LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*

THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166

TEL : (619)557-0101
FAX : (619)557-0560
E-mail : “tom@lawofficefb.com”

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2026, a true and correct copy of **UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATIONS** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL 34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

**Brian A. Glasser**
1550 Thomas Jefferson Street, NW Suite 540
Washington, DC 20007
202-463-2101
Email: bglasser@baileyglasser.com

**David L. Selby**
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
205-835-9906
Email: dselby@baileyglasser.com

*/s/ THOMAS F. FRIEDBERG*
**THOMAS F. FRIEDBERG**