# EXHIBIT "A"

**tom@lawofficefb.com**

| | |
|---|---|
| **From:** | Jeff Cosby <Jcosby@wlclaw.com> |
| **Sent:** | Monday, September 14, 2026 5:41 PM |
| **To:** | tom@lawofficefb.com |
| **Cc:** | 'David L. Selby II'; 'Stephen Sorensen'; 'Andrew Miller'; pam@lawofficefb.com; Andrew C. Simpson; Karen Boyden; Anabel I. Alvarez |
| **Subject:** | Re: F&B v. Daybreak |

We consent.

Thank you.

**Jeffrey C. Cosby, Esq.**
**Shareholder**

**Board Certified in Civil Trial Law**

**Williams, Leininger & Cosby, P.A.**
**301 SE Ocean Blvd.**
**Suite 205**
**Stuart, FL 34994-2209**

**772.463.8402 Ext. 309**
**JCosby@wlclaw.com**

---

**From:** tom@lawofficefb.com <tom@lawofficefb.com>
**Date:** Monday, September 14, 2026 at 1:46 PM
**To:** Jeff Cosby <Jcosby@wlclaw.com>
**Cc:** 'David L. Selby II' <DSelby@baileyglasser.com>; 'Stephen Sorensen' <ssorensen@baileyglasser.com>; 'Andrew Miller' <amiller@baileyglasser.com>; pam@lawofficefb.com <pam@lawofficefb.com>
**Subject:** F&B v. Daybreak

Good morning – I am writing to request an extension of time to file the objections to Magistrate's Henderson's recommendations. This request is being made pursuant to LRCi 6.1(b)(5) and 7.1(e). The objections are currently due on September 28, 2026. I have a responses to a summary judgment and Duabert motions due as well as replies to these motions through October 15, 2026. I am requesting an extension through October 23, 2026. Please advise if you consent to this extension. Thanks Tom

Thomas F. Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814