**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

**TEXT OF PROPOSED ORDER**

Before the Court is the Unopposed Motion of Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), Extend Time to File Objections to Magistrate's Report and Recommendations pursuant to 28 U.S.C. § 636 (b)(1). The Report and Recommendations recommending granting Defendant's Motion for Summary Judgment (Doc. 93) was filed on September 11, 2026. (Doc. 149). The Report and Recommendations recommending denying Plaintiffs' Motion for Summary Judgment (Doc. 86) was filed on September 11, 2026. (Doc. 150). The Objections to the Reports and Recommendations are currently due on September 25, 2026.

Counsel for Plaintiffs is requesting an extension of time though October 23, 2026, to file the Objections to the Reports and Recommendations stating that additional time is needed to due a response and a reply to a Motion for Summary Judgment and responses and replies to *Daubert* Motions and Motions in Limine in other cases due through October 15, 2026. Counsel for Defendant consents to this request.

The Premises Considered:

**IT IS HEREBY ORDERED** that the Motions to Extend is **GRANTED**. Plaintiffs shall have up to an including October 23, 2026, to file their Objections to the Reports and Recommendations in Doc. 149 and Doc. 150.

Dated:

______________________________________

JUDGE OF THE DISTRICT COURT