**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

**EMERGERNCY MOTION FOR MISCELLANOUS RELIEF TO REQUEST COURT RULE ON UNOPPOSED CONSENT MOTION EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATIONS**

Plaintiffs, THOMAS F. FRIEDBERG and SARAH L. BUNGE ("Plaintiffs"), hereby file this Emergency Motion for Miscellaneous Relief to Request Court Rule on Unopposed Consent Motion to Extend the Time to File Objections to Magistrate's Report and Recommendations.

Plaintiffs' filed an Unopposed Consent Motion to Extend the Time to File Objections to the Magistrate's Report and Recommendations on September 15, 2026. (Doc. 152). The current due date for the Objections is September 25, 2026.

Plaintiffs are hereby filing this Emergency Motion for Miscellaneous Relief to respectfully request the Court to rule on the Unopposed Consent Motion to File Objections to Extend the Time to File Objections to the Magistrate's Report and Recommendations. This Motion is being filed as an Emergency Motion for Miscellaneous Relief since the time to file the Objections is September 25, 2026, and Plaintiffs need additional time through October 23, 2026, to prepare and file the

Objections to the Reports and Recommendations filed on September 11, 2026. (Docs. 149 and 150).

Good cause exists to grant this Emergency Motion and issue a Ruling on the Unopposed Consent Motion to Extend the Time to File Objections to Magistrate's Report and Recommendations since the current due date is September 25, 2026, and additional time is needed to prepare and file the Objections.

On September 18, 2026, counsel for Defendant was advised of this Emergency Motion and consent for filing was requested pursuant to LCRi. 7.1(e ). Attorney Cosby stated that he has no objection to the relief requested in the Emergency Motion.

WHEREFORE, Plaintiffs request that the **GRANT** this Emergency Motion and issue a Ruling on the Unopposed Consent Motion to Extend Time to File Objections to the Magistrate's Reports and Recommendations filed on September 15, 2026 (Doc. 152).

Dated : September 18, 2026

**LAW OFFICES OF FRIEDBERG & BUNGE**

By: */s/ THOMAS F. FRIEDBERG, ESQ.*

THOMAS F. FRIEDBERG, ESQ.(VI#1006)
Attorneys for Plaintiffs THOMAS F. FRIEDBERG & SARAH L. BUNGE
**THE LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
PO BOX 6814
SAN DIEGO, CALIFORNIA 92166
TEL : (619)557-0101
FAX : (619)557-0560
E-mail : "tom@lawofficefb.com"

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September 2026, a true and correct copy of **EMERGENCY MOTION FOR MISCELLAENOUS RELIEF TO REQUEST A RULING ON UNOPPOSED CONSENT MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATIONS** was filed with the CM/ECF system which will provide notice to the following:

Jeffrey C. Cosby, Esq.
Florida Bar No. 967981
Service to: eservice@wlclaw.com
Attorney for Defendant Daybreak Inc
Williams, Leininger & Cosby, P.A.
301 SE Ocean Blvd., Suite 205
Stuart, FL 34994
Telephone: 772-463-8402
Facsimile: 772-463-4820

Andrew C. Simpson
**ANDREW C. SIMPSON, PC**
2191 Church St., Ste. 5
Christiansted, VI 00820
TEL : 340.719.3900
E-MAIL :asimpson@coralbrief.com

**Brian A. Glasser**
1550 Thomas Jefferson Street, NW Suite 540
Washington, DC 20007
202-463-2101
Email: bglasser@baileyglasser.com

**David L. Selby**
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
205-835-9906
Email: dselby@baileyglasser.com

*/s/ THOMAS F. FRIEDBERG*
**THOMAS F. FRIEDBERG**