**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THOMAS F. FRIEDBERG & SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. dba HUBER & ASSOCIATES,<br><br>Defendant. | **ACTION NO. 3:19-cv-0053-RAM-EAH**<br><br>**ACTION FOR DAMAGES** |

**TEXT OF PROPOSED ORDER**

Before the Court is the Emergency Motion for Miscellaneous Relief to Request the Court to issue an Order on the Unopposed Consent Motion to Extend the Time to File Objections to Magistrate's Report and Recommendations filed on September 15, 2026. (Doc. 152). The current due date for the Objections is September 25, 2026.

The Premises Considered:

IT IS HEREBY ORDERED that the Emergency Motion for Miscellaneous Relief is hereby **GRANTED**.

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall have up to an including October 23, 2026, to file their Objections to the Magistrate's Reports and Recommendations on Dockets 149 and 150.

Dated:

__________________________________
JUDGE OF THE DISTRICT COURT