**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| THOMAS F. FRIEDBERG &<br>SARAH L. BUNGE,<br><br>Plaintiffs,<br><br>v.<br><br>DAYBREAK, INC. d/b/a HUBER &<br>ASSOCIATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19-cv-0053-ER-EAH |

## TEXT OF PROPOSED ORDER

Before the Court is the Objection to the Magistrate's Report and Report and Recommendation to grant Defendant's Motion for Summary Judgment. (ECF No. 149). The Court has conducted a *de novo* review pursuant to Fed. R. Civ. P. 72(b)(2).

The Premises Considered:

IT IS HEREBY ORDERED that the Objection to the Magistrate's Report and Recommendations to grant Defendant's Motion for Summary Judgment is hereby **SUSTAINED**. The Defendant's Motion for Summary Judgment is hereby **DENIED**.

Dated:

________________________________
JUDGE OF THE DISTRICT COURT