**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| THOMAS F. FRIEDBERG &<br>SARAH L. BUNGE, | ) | |
| Plaintiffs, | ) | Case No. 3:19-cv-0053-ER-EAH |
| v. | ) | |
| DAYBREAK, INC. d/b/a HUBER &<br>ASSOCIATES, | ) | |
| Defendant. | ) | |

**TEXT OF PROPOSED ORDER**

Before the Court is the Objection to the Magistrate's Report and Report and Recommendation to deny Plaintiffs' Motion for Summary Judgment. (ECF No. 150). The Court has conducted a *de novo* review pursuant to Fed. R. Civ. P. 72(b)(2).

The Premises Considered:

IT IS HEREBY ORDERED that the Objection to the Magistrate's Report and Recommendations to deny Plaintiffs' Motion for Summary Judgment is hereby **SUSTAINED**. The Plaintiffs' Motion for Summary Judgment is hereby **GRANTED**.

Dated:

______________________________
JUDGE OF THE DISTRICT COURT